**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:** NEWREZ, LLC dba SHELLPOINT
*(AVISO AL DEMANDADO):* MORTGAGE SERVICING; ONSLOW
BAY FINANCIAL, LLC

**YOU ARE BEING SUED BY PLAINTIFF:** TRACEY MINH NGO TRUST
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* by and through
Tung-Thanh Dram.

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 02 2025

D. Brown

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER:<br>*(Número del Caso):*<br>**CVRI  2504352** |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

| DATE: SEP 02 2025<br>*(Fecha)* | Clerk, by<br>*(Secretario)* D. Brown | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

| [SEAL] | **NOTICE TO THE PERSON SERVED:** You are served<br>1. ☐ as an individual defendant.<br>2. ☐ as the person sued under the fictitious name of *(specify):*<br><br>3. ☐ on behalf of *(specify):*<br>under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)<br>☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)<br>☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)<br>☐ other *(specify):*<br>4. ☐ by personal delivery on *(date):* |
|---|---|

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courts.ca.gov |
|---|---|---|

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

 

Print this form    Save this form    Clear this form

Exhibit 1

Page 1 of 63

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Tung-Thanh: Doan, Trustee for TRACEY MINH NGO TRUST<br>16412 Rancho Escondido Dr. Riverside CA 92506<br>TELEPHONE NO.: 714-887-3068   FAX NO.:<br>EMAIL ADDRESS: homesweethomes@protonmail.com<br>ATTORNEY FOR *(Name):*  IN PRO PER | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br><br>**SEP 02 2025**<br><br>D. Brown |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 Main Street, Riverside, CA 92501
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

CASE NAME: TRACEY MINH NGO TRUST vs NEWREZ, LLC.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☒ **Unlimited**<br>(Amount<br>demanded<br>exceeds $35,000) | ☐ **Limited**<br>(Amount<br>demanded is<br>$35,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | **CVRI 2504352**<br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☒ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☐ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify):* 1
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:

Tung Thanh Doan
(TYPE OR PRINT NAME)

► Tung-Thanh: Doan
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

Exhibit 1<br>Page 2 of 63

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220
☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225
☐ **CORONA** 505 S. Buena Vista, Rm. 201, Corona, CA 92882
☐ **MENIFEE** 27401 Menifee Center Dr., Menifee, CA 92584

☐ **MORENO VALLEY** 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553
☐ **MURRIETA** 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563
☐ **PALM SPRINGS** 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
☒ **RIVERSIDE** 4050 Main St., Riverside, CA 92501

**RI-CI032**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address)

Tung-Thanh: Doan-trustee for
TRACEY MINH NGO TRUST
16422 Rancho Escondido Dr. Riverside CA 92506

TELEPHONE NO: 714.887.3068   FAX NO. (Optional):

E-MAIL ADDRESS (Optional): homesweethomes@protonmail.com

ATTORNEY FOR (Name):

PLAINTIFF/PETITIONER: TRACEY MINH NGO TRUST, by and through Trustees Tracey-Minh: Ngo and Tung-Thanh: Doan.

DEFENDANT/RESPONDENT: SHELLPOINT MORTGAGE SERVICING; ONSLOW BAY FINANCIAL LLC; and Does 1-10, inclusive

**FOR COURT USE ONLY**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 02 2025

D. Brown

CASE NUMBER:
CVRI **2504352**

## CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☐ The action arose in the zip code of: _____

☒ The action concerns real property located in the zip code of:  **92879**

☐ The Defendant resides in the zip code of: _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 3115 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date _____

Tung Thanh Doan
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)

► Tung-Thanh : Doan,
(SIGNATURE)

Approved for Mandatory Use
Riverside Superior Court
RI-CI032  [Rev. 07/15/21]
(Reformatted 07/08/24)

**CERTIFICATE OF COUNSEL**

Page 1 of 1
Local Rule 3117
riverside.courts.ca.gov

Exhibit 1
Page 3 of 63

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**   CVRI2504352

**Case Name:**   TRACEY MINH NGO TRUST BY AND THROUGH TRUSTEE TUNG-THANH:DOAN vs NEWREZ LLC

## NOTICE OF DEPARTMENT ASSIGNMENT

The above entitled case is assigned to the Honorable Carol A. Greene in Department 3 for All Purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

The court follows California Rules of Court, Rule 3.1308(a)(1) for tentative rulings (see Riverside Superior Court Local Rule 3316). Tentative Rulings for each law and motion matter are posted on the internet by 3:00 p.m. on the court day immediately before the hearing at http://riverside.courts.ca.gov/tentativerulings.shtml. If you do not have internet access, you may obtain the tentative ruling by telephone at (760) 904-5722.

To request oral argument, you must (1) notify the judicial secretary at (760) 904-5722 and (2) inform all other parties, no later than 4:30 p.m. the court day before the hearing. If no request for oral argument is made by 4:30 p.m., the tentative ruling will become the final ruling on the matter effective the date of the hearing.

The filing party shall serve a copy of this notice on all parties.

| | |
|---|---|
|  | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

Dated: 09/02/2025

JASON B. GALKIN,
Court Executive Officer/Clerk of the Court

by: _____
D. Brown, Deputy Clerk

CI-NODACV
(Rev. 02/16/21)

Exhibit 1
Page 4 of 63

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:**   CVRI2504352

**Case Name:**   TRACEY MINH NGO TRUST BY AND THROUGH TRUSTEE TUNG-THANH:DOAN vs NEWREZ LLC

NEWREZ LLC

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 03/02/2026 | 8:30 AM | Department 3 |
| Location of Hearing: | | |
| 4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-692-7358 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

| | |
|---|---|
|  | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

CI-NOCMC
(Rev. 03/02/22)

Exhibit 1
Page 5 of 63

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501
www.riverside.courts.ca.gov

**Case Number:** CVRI2504352

**Case Name:** TRACEY MINH NGO TRUST BY AND THROUGH TRUSTEE TUNG-THANH:DOAN vs NEWREZ LLC

ONSLOW BAY FINANCIAL, LLC

## NOTICE OF HEARING

Notice is hereby given that a Ex Parte Hearing re: for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction  TRACEY MINH NGO TRUST BY AND THROUGH TRUSTEE TUNG-THANH:DOAN is scheduled on this case as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 09/08/2025 | 8:30 AM | Department 3 |
| Location of Hearing:<br>**4050 Main Street, Riverside, CA 92501** | | |

**Remote Appearance at Hearing:** The court **strongly encourages** parties and counsel to appear remotely for non-evidentiary hearings in civil cases.  Pursuant to local rule 3132, persons intending to appear remotely shall notify all opposing parties of their intention to appear remotely before the hearing.  Notice may be given informally, including by telephone, email, or text message. To appear remotely, on the day of the hearing, either use your computer, mobile device, or dial (833) 568-8864 (toll free) or (669) 254-5252, when prompted enter:

Meeting ID: 161-692-7358 #
Access Code: Press the # key (no number after the #)

Please MUTE your phone until your case is called, and it is your turn to speak.  It is important to note that you must call twenty (20) minutes prior to the scheduled hearing time to check in or there may be a delay in your case being heard.

| | |
|---|---|
|  | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.) |

Dated: 09/02/2025

by: _D. Brown_

D. Brown, Deputy Clerk

CI-NOHCV
(Rev. 07/01/25)

Exhibit 1
Page 6 of 63

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 02 2025

D. Brown

Tung-Thanh: Doan, Trustee
**TRACEY MINH NGO TRUST**
16422 Rancho Escondido Dr
Riverside, CA 92506
Telephone: 714.887.3068
Email: homesweethomes@protonmail.com

**Tung-Thanh: Doan, IN PRO PER**

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# COUNTY OF RIVERSIDE

| | |
|---|---|
| **TRACEY MINH NGO TRUST,** ) <br> by and through Trustee ) <br> Tung-Thanh: Doan, ) <br> **Plaintiff(s),** ) <br> v. ) <br> **NEWREZ LLC dba SHELLPOINT** ) <br> **MORTGAGE SERVICING;** ) <br> **ONSLOW BAY FINANCIAL, LLC;** ) <br> **and DOES 1–10, Defendant(s).** ) | Case No.: ___**CVRI 25 04 352**___ <br> **COMPLAINT FOR DAMAGES,** <br> **DECLARATORY RELIEF, AND** <br> **INJUNCTIVE RELIEF** |

COMPLAINT – Page 1

Exhibit 1
Page 7 of 63

# COMPLAINT

1. Plaintiff is the owner of the real property located at 3030 Manchester Circle, Corona, California 92879 (the "Property"). Ownership is established by the recorded deed and assignment documents attached hereto as Exhibit F.

2. Plaintiff never obtained a mortgage loan from them secured by a deed of trust on the Property.

3. Defendants, acting as debt collectors, sent billing statements without validation after Plaintiff demanded verification of debt in writing. (See Exhibit B, C).

4. Defendants recorded a Notice of Default and Acceleration and threatened foreclosure despite lacking lawful authority. (See Exhibit A).

5. Plaintiff provided written copyright warning and demand that Defendants cease using Plaintiff's personal information and property records without authorization. (See Exhibit D).

6. Despite such warnings, Defendants continued sending unlawful collection letters and foreclosure threats. (See Exhibit E).

7. As a result of Defendants' acts, Plaintiff faces imminent loss of the Property and seeks injunctive and declaratory relief.

DATED: ___9/9/2025___

Respectfully submitted,

*Tung- Thanh : Doan*

Tung-Thanh: Doan, Trustee

for Plaintiff TRACEY MINH NGO TRUST

In Pro Per

Complaint – Page 2 of 2

Exhibit 1
Page 8 of 63

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF RIVERSIDE**

**TRACEY MINH NGO TRUST, by and through Trustee**

**TUNG-THANH: DOAN, Plaintiff,**

**v.**

**NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING;**

**ONSLOW BAY FINANCIAL, LLC, Defendants.**

**EXHIBIT BINDER**

**INDEX OF EXHIBITS A–I**

Exhibit 1
Page 9 of 63

## INDEX OF EXHIBITS

• Exhibit A – Grant Deed (Certified Copy – Copy Attached) – Property: 3030 Manchester Circle, Corona, CA 92879
• Exhibit B – Trust Transfer Deed (Certified Copy – Copy Attached) – Property: 3030 Manchester Circle, Corona, CA 92879
• Exhibit C – Affidavit of Acceptance by Trustees – Property: 3030 Manchester Circle, Corona, CA 92879
• Exhibit D – Legal Description of Property (from Deed) – Property: 3030 Manchester Circle, Corona, CA 92879
• Exhibit E – Plaintiff's Debt Validation Demand Letter (07/14/2025)
• Exhibit F – Plaintiff's Copyright Infringement & FDCPA Notices (08/14/2025)
• Exhibit G – Defendant's Notice of Default & Intent to Accelerate (08/11/2025) – Property: 3030 Manchester Circle, Corona, CA 92879
• Exhibit H – Defendant's Billing Statements (June–August 2025) – Property: 3030 Manchester Circle, Corona, CA 92879
• Exhibit I – Defendant's Response Letter (08/11/2025)

Exhibit 1
Page 10 of 63

1
2
3

# Exhibit A

4
5

Exhibit A – Grant Deed (Certified Copy – Copy Attached) – Property:
3030 Manchester Circle, Corona, CA 92879

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1
Page 11 of 63

\



**PETER ALDANA**
**COUNTY OF RIVERSIDE**
**ASSESSOR-COUNTY CLERK-RECORDER**

Assessor
(951) 955-6200

County Clerk-Recorder
(951) 486-7000

Mailing Address
P.O. Box 751
Riverside, CA 92502-0751

www.rivcoacr.org

# Disclaimer Information

"If this document contains any restriction based on age, race, color, religion, sex, gender,  gender identity, gender expression, sexual orientation, familial status, marital status, disability,  veteran or military status, genetic information, national origin, source of income as defined in  subdivision (p) of Section 12955, or ancestry, that restriction violates state and federal fair  housing laws and is void, and may be removed pursuant to Section 12956.2 of the Government  Code by submitting a "Restrictive Covenant Modification" form, together with a copy of the  attached document with the unlawful provision redacted to the county recorder's office. The   "Restrictive Covenant Modification" form can be obtained from the county recorder's office and may be available on its website rivcoacr.org. The form may also be available from the party  that provided you with this document. Lawful restrictions under state and federal law on the  age of occupants in senior housing or housing for older persons shall not be construed as  restrictions based on familial status."

ACR 1038 (Rev. 11/2023)

Exhibit 1
Page 12 of 63

**2025-0267048**

08/29/2025 12:08 PM Fee: $ 94.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

3036

**RECORDING REQUESTED BY:**
Tung Thanh Doan
TRA:
Parcel No.: 172-340-035

**AND WHEN RECORDED MAIL TO:**
TRACEY MINH NGO TRUST
16422 Rancho Escondido Dr
Riverside, CA 92506

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

[ ] Documentary transfer tax is NONE (This conveyance is a transfer into an Irrevocable Common Law Trust, exempt from tax under R&T; Code § 11930)
[ ] City of Corona, County of Riverside

MADE FOR NO CONSIDERATION,

**Tracey Minh Ngo, a Married Woman as her sole and separate property ("Grantor"), hereby**

GRANT(S) to

**TRACEY MINH NGO TRUST, an Irrevocable Common Law Trust dated December 12, 2017 ("Grantee"),** the following described real property in the County of Riverside,

State of California:

**Legal Description: Lot 35, Tract 24129, in the City of Corona, County of Riverside, State of California, as per Map recorded May 16, 1991, in Book 232, Page 3 and 4 of Maps, in the Office of the County Recorder of said County. APN: 172-340-035.**

Also commonly known as: 3030 Manchester Cir, Corona, CA 92879

DATED: _08/29/25_

_Ngo, Tracey - Minh_ _____ Tracey
Minh Ngo, Grantor

**SEE ATTACHED NOTARIAL CERTIFICATE**

**Mail Tax Statement to: SAME AS ABOVE**

Exhibit 1
Page 13 of 63

## CALIFORNIA ALL-PURPOSE
## CERTIFICATE OF ACKNOWLEDGMENT
### (CALIFORNIA CIVIL CODE § 1189)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          )
COUNTY OF Riverside          )

On August 29, 2025 before me, Adrian Pino Jordan (Notary Public)
___(Date)___          (Here Insert Name and Title of the Officer)

personally appeared ------------------Tracey Minh Ngo--------------------,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ADRIAN PINO JORDAN
Notary Public - California
Riverside County
Commission # 2389288
My Comm. Expires Jan 3, 2026

_____
Signature of Notary Public          (Notary Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

Description of Attached Document

Title or Type of Document:_____     Document Date:_____

Number of Pages:_____ Signer(s) Other Than Named Above:_____

Additional Information:_____

revision date 01/01/2015

Exhibit 1
Page 14 of 63

1
2
3

# Exhibit B

4
5

Exhibit B – Trust Transfer Deed (Certified Copy – Copy Attached) –
Property: 3030 Manchester Circle, Corona, CA 92879

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1
Page 15 of 63

1
2
3
# Exhibit C
4
5    Exhibit C – Affidavit of Acceptance by Trustees – Property: 3030
6    Manchester Circle, Corona, CA 92879
7
8    ( inside TRUST TRANSFER DEED)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1
Page 16 of 63



**PETER ALDANA**
**COUNTY OF RIVERSIDE**
**ASSESSOR-COUNTY CLERK-RECORDER**

Assessor
(951) 955-6200

County Clerk-Recorder
(951) 486-7000

Mailing Address
P.O. Box 751
Riverside, CA 92502-0751

www.rivcoacr.org

# Disclaimer Information

"If this document contains any restriction based on age, race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, familial status, marital status, disability, veteran or military status, genetic information, national origin, source of income as defined in subdivision (p) of Section 12955, or ancestry, that restriction violates state and federal fair housing laws and is void, and may be removed pursuant to Section 12956.2 of the Government Code by submitting a "Restrictive Covenant Modification" form, together with a copy of the attached document with the unlawful provision redacted to the county recorder's office. The "Restrictive Covenant Modification" form can be obtained from the county recorder's office and may be available on its website rivcoacr.org. The form may also be available from the party that provided you with this document. Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status."

ACR 1036 (Rev. 11/2023)

Exhibit 1
Page 17 of 63

**2025-0267049**

08/29/2025 12:08 PM Fee: $ 103.00
Page 1 of 5
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

RECORDING REQUESTED BY:
Tung Thanh Doan

AND WHEN RECORDED MAIL TO:
TRACEY MINH NGO TRUST
16422 Rancho Escondido Dr
Riverside, CA 92506

## TRUST TRANSFER DEED

The undersigned Grantor(s) declare(s):

☒ Documentary transfer tax is NONE (This conveyance is a transfer into an Irrevocable Common Law Trust, exempt from tax under R&T Code §11930)

☒ Made for NO CONSIDERATION

☒ City of Corona, County of Riverside

The undersigned grantor(s) declare(s): Documentary transfer tax $0.00. This conveyance is a transfer into a revocable trust and is exempt from reassessment under California Revenue and Taxation Code §§ 62 and 11930; this transfer does not constitute a change in ownership under Proposition 13.

FOR NO CONSIDERATION, receipt of which is hereby acknowledged,

I, **Tracey Minh Ngo**, a Married Woman, as her sole and separate property ("Grantor"), hereby GRANTS to **TRACEY MINH NGO TRUST**, an Irrevocable Common Law Trust dated December 12, 2017 ("Grantee"), the following described real property situated in the County of Riverside, State of California:

Legal Description: **Lot 35, Tract 24129, in the City of Corona, County of Riverside, State of California, as per Map recorded May 16, 1991, in Book 232, Page 3 and 4 of Maps, in the Office of the County Recorder of said County. APN: 172-340-035**
Also commonly known as: 3030 Manchester Circle, Corona, CA 92879

DATED: 08/29/25

Ngo, Tracey - Minh
**Tracey Minh Ngo, Grantor**

**SEE ATTACHED
NOTARIAL CERTIFICATE**

Exhibit 1
Page 18 of 63

# CALIFORNIA ALL-PURPOSE
## CERTIFICATE OF ACKNOWLEDGMENT
### (CALIFORNIA CIVIL CODE § 1189)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                               )
COUNTY OF _Riverside_____ )

On _August 29, 2025_ before me, _Adrian Pino Jordan (Notary Public)_____

    *(Date)*                           *(Here Insert Name and Title of the Officer)*

personally appeared ----------------Tracey Minh Ngo----------------_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
*Signature of Notary Public*             (Notary Seal)

ADRIAN PINO JORDAN
Notary Public • California
Riverside County
Commission # 2389288
My Comm. Expires Jan 3, 2026

_____ADDITIONAL OPTIONAL INFORMATION_____

**Description of Attached Document**

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

Additional Information: _____

*revision date 01/01/2015*

Exhibit 1
Page 19 of 63

DOC #2025-0267049  Page 3 of 5

## AFFIDAVIT OF ACCEPTANCE BY TRUSTEE

We, the undersigned Trustees of TRACEY MINH NGO TRUST, dated **12/12/2017,** do hereby accept
the transfer of the real property commonly known as 3030 Manchester Circle, Corona, California 92879,
and legally described in Exhibit "A" attached hereto.

We accept the property into the Trust, to hold in accordance with the provisions of said Trust.

Dated: _8/29/2025_

_Ngo, Tracey-Minh_____ Tracey-Minh: Ngo, Trustee

_Doan, Jung-Thanh_____ Tung-Thanh: Doan, Trustee

ACKNOWLEDGMENT
State of California
County of _____

On _____ before me, _____, Notary Public, personally appeared Tracey-Minh:
Ngo and Tung-Thanh: Doan, who proved to me on the basis of satisfactory evidence to be the persons
whose names are subscribed to the within instrument and acknowledged to me that they executed the
same.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

**SEE ATTACHED
NOTARIAL CERTIFICATE**

Exhibit 1
Page 20 of 63

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT
### (CALIFORNIA CIVIL CODE § 1189)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                                    )
COUNTY OF Riverside                                    )

On August 29, 2025 before me, Adrian Pino Jordan (Notary Public)
   (Date)                           (Here Insert Name and Title of the Officer)

personally appeared ---------Tung Thanh Doan ----Tracey Minh Ngo------------------,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public                    (Notary Seal)

ADRIAN PINO JORDAN
Notary Public - California
Riverside County
Commission # 2389288
My Comm. Expires Jan 3, 2026

_____ADDITIONAL OPTIONAL INFORMATION_____

**Description of Attached Document**

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

Additional Information: _____

revision date 01/01/2015

Exhibit 1
Page 21 of 63

DOC #2025-0267049 Page 5 of 5

## EXHIBIT "A" – LEGAL DESCRIPTION

EXHIBIT "A"
LEGAL DESCRIPTION

The land referred to herein is situated in the State of California, County of Riverside, City of
Corona and describ

Lot 35, Tract 24129, in the City of Corona, County of Riverside, State of California, as per Map
recorded May 16

APN: 172-340-035

(End of Legal Description)



Exhibit 1
Page 22 of 63

1
2
3

# Exhibit D

4
5        Exhibit D – Legal Description of Property (from Deed) – Property: 3030
                            Manchester Circle, Corona, CA 92879
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1
Page 23 of 63

\

## EXHIBIT "A" – LEGAL DESCRIPTION

EXHIBIT "A"
LEGAL DESCRIPTION

The land referred to herein is situated in the State of California, County of Riverside, City of Corona and describ

Lot 35, Tract 24129, in the City of Corona, County of Riverside, State of California, as per Map recorded May 1ɛ

APN: 172-340-035

(End of Legal Description)

Exhibit 1
Page 24 of 63

1
2
3

# **Exhibit E**

4
5    Exhibit E – Plaintiff's Debt Validation Demand Letter (07/14/2025)

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1
Page 25 of 63

From: TRACEY MINH NGO TRUST

16422 Rancho Escondido Dr.

Riverside, CA 92506

July 14th, 2025

*Certified Mail : 7018 1130 0000 7082 8486*

*I Hereby Certify That This Is A True And Correct Copy Of The Original Thereof*

*By:*

To: NEWREZ LLC. dba SHELLPOINT MORTGAGE SERVING

PO BOX 10826

GREENVILLE, SC 29603

Account Number: 0693788176

Dear NEWREZ LLC and/or SHELLPOINT MORTGAGE SERVING,

We have received a statement billing to TRACEY MINH NGO saying that we owe SHELLPOINT MORTGAGE SERVING, your company with the amount of $7,419.96 for the account number 0693788176.

We acknowledge that you are a Debt Collector with the intent to collect a debt. We received the written statement or legal presentment to collect debt that does not belong to us.

According to 15 USC 1692g, we demand you to validate this DEBT VALIDATION upon which you need to send us in writing four things to support your proof of claim as followings:

1. We want you to send a detail list of history of payments that we sent to your company that we made to pay on this account.
2. We want to see the signature that I put on a contract guaranteeing that I would pay you as Creditor.
3. We are asking that has there been any insurance claim found on this debt.
4. We want to see that you have the chain of title to collect on this debt.

We look forward to hear from you.

Sincerely,

Tung-Thanh: Doan, Trustee.

9414 7118 9956 0695 6779 16

Return Receipt # 9590 9402 9279 4295 3699 02

# FDCPA VIOLATION NOTICE & AFFIDAVIT

TRACEY MINH NGO Trust
16422 Rancho Escondido Dr.
Riverside, CA 92506

*I Hereby Certify That This Is A True And Correct Copy Of The Original Thereof*

*By:*

August 14, 2025

*Before that.*

Via Certified Mail — Return Receipt Requested
Tracking Nos: 70181130000070828486, 70181130000070828462, 70181130000070828479

TO: NEWREZ LLC dba
SHELLPOINT MORTGAGE SERVICING
P.O. Box 10268
GREENVILLE, SC 29603

RE: NOTICE OF CONTINUED VIOLATIONS & DEMAND FOR IMMEDIATE CEASE AND
DESIST

This correspondence constitutes a formal demand and notice under the Fair Debt Collection
Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 et seq., arising from your continued unlawful
collection activities after receipt of my prior Debt Validation Notices sent via certified mail on
July 14, 2025 and July 16, 2025.

Despite your receipt of these notices, you have continued to send billing statements, assign
or attempt to assign the alleged debt, and otherwise engage in collection activity without
having provided the documentation required under 15 U.S.C. § 1692g(b). This constitutes
willful violations of 15 U.S.C. §§ 1692e, 1692f, and 1692g.

You are hereby instructed to immediately:

1. Cease all collection activity, including the issuance of statements, letters, or phone calls.
2. Cease any sale, transfer, or assignment of the alleged debt.

Aug 14, 2025
1 of 3

Exhibit 1
Page 27 of 63

3. Provide full validation of the alleged debt, including but not limited to a signed contract,complete payment history, and chain of title.

Failure to comply will result in immediate legal action, including filing suit for statutory damages of up to $500,000 per violation, actual damages, costs, and attorney's fees pursuant to 15 U.S.C. § 1692k.

This letter serves as your final warning prior to litigation.

Sincerely,

_Doan, Tung-Thanh_
Tung-Thanh :Doan, Trustee

_Ngo, Tracey-Minh_
Tracey-Minh: Ngo, Trustee

---

AFFIDAVIT OF FACT

I, Tung-Thanh :Doan, Trustee, and I, Tracey-Minh :Ngo, Trustee, declare under penalty of perjury that the foregoing statements are true and correct to the best of our knowledge.

Executed on this 14th day of August, 2025.
_Doan, Tung-Thanh_ Tung-
Thanh :Doan, Trustee

_Ngo, Tracey-Minh_ Tracey-
Minh :Ngo, Trustee

Notary Public: _____
My Commission Expires: _____

SEE ATTACHED
NOTARIAL CERTIFICATE

8/14/25

Aug 14, 2025
2 of 3

Exhibit 1
Page 28 of 63

**CALIFORNIA ACKNOWLEDGMENT**                              CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **Riverside**

On **Aug 14, 2025** before me, **Simone B Metters (Notary Public)**,
　　　　　*Date*　　　　　　　　　　*Here Insert Name and Title of the Officer*

personally appeared **Tung Thanh Doan, Tracey-Minh Ngo**
　　　　　　　　　　　　　　　*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



SIMONE B. METTERS
Notary Public - California
Riverside County
Commission # 2381610
My Comm. Expires Nov 3, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
　　　　　　*Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

──────────── **OPTIONAL** ────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2019 National Notary Association

Aug 14, 20'
3 of 3

Exhibit 1
Page 29 of 63

certified peril - Return Receipt
9414 7118 9956 0048 9408 39

Return Receipt 9590 9402 9779 4395 3698 39

## LEGAL NOTICE & DEMAND FOR DEBT VALIDATION

Sent out

Date: August 14, 2025

This document serves as a formal legal notice to both Shellpoint Mortgage Servicing and Onslow Bay Financial LLC that all alleged debts, claims, and collection activities regarding the account listed herein are formally disputed. This is a request for validation pursuant to the Fair Debt Collection Practices Act (FDCPA, 15 USC § 1692g) and the Fair Credit Reporting Act (FCRA, 15 USC § 1681). This document also serves as a final notice that you are in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692g, by failing to provide full and complete validation of the alleged debt referenced in your prior communications, despite my lawful demand made on July 14, July 16 and July 18, 2025 via certified mail (Tracking Nos. 70181130000070828486, 70181130000070828462, 70181130000070828479).

**To:**
Newrez LLC dba Shellpoint Mortgage Servicing
P.O. Box 10268
Greenville, SC 29603

Onslow Bay Financial LLC
1211 Avenue of the Americas, 41st Floor New
York, NY 10036



I Hereby Certify That This Is A True And Correct Copy Of The Original Thereof

By:

**From:**
TRACEY MINH NGO Trust
16422 Rancho Escondido Dr.
Riverside CA 92506

RE: Debt Validation Request – Loan #0693788176 – Alleged Balance $11,129.94

To Whom It May Concern,

This is a formal dispute of the above-referenced alleged debt. Your recent correspondence dated July 21, 2025, states that the owner of the loan is **Onslow Bay Financial LLC**, while your mortgage statement dated July 18, 2025, demands payment directly to **Shellpoint Mortgage Servicing**. This inconsistency raises serious concerns about the validity and enforceability of the alleged debt and your authority to collect it.

Pursuant to FDCPA § 1692g, you are required to provide, in writing:
1. The original signed promissory note and allonges.
2. The complete chain of title from the original creditor to the present owner, including datesand assignments.
3. Proof of your authority to collect on behalf of the current owner, including servicingcontracts.

Exhibit 1
Page 30 of 63

4. Full account history showing every transaction, fee, escrow adjustment, and insurancepayout.
5. Any insurance claims made related to this loan.
6. The name, address, and contact information of the original creditor and all subsequent assignees.

**Copyright/Trademark Notice:** The name "TRACEY MINH NGO" and any derivatives thereof are the exclusive intellectual property of the undersigned, protected under common law and applicable federal copyright and trademark law. Unauthorized commercial use, including in financial instruments, databases, or collection activities, is strictly prohibited. Any continued use without express written consent will be billed at a statutory rate of $500,000 per occurrence and will constitute willful infringement subject to legal action.

**Cease & Desist:** Until you provide the above validation, you must immediately cease all collection activity, credit reporting, and third-party communications regarding this account. Any violation will be documented and used as evidence in a formal complaint to the Consumer Financial Protection Bureau (CFPB), the Federal Trade Commission (FTC), and in potential civil litigation.

If you fail to respond within 30 days, this matter will be considered closed, and your continued pursuit will be treated as a knowing and intentional violation of federal law.

Sincerely,

*Tracey- Minh: Ngo*

Tracey-Minh: Ngo, Trustee
TRACEY MINH NGO Trust

*Doan Tung Thanh*

Tung-Thanh: Doan, Trustee
TRACEY MINH NGO Trust

Exhibit 1
Page 31 of 63

1
2
3

# Exhibit F

4
5

Exhibit F – Plaintiff's Copyright Infringement & FDCPA Notices
(08/14/2025)

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1
Page 32 of 63

*Sent out July 14, 2025* (handwritten)

7018 1130 0000 7082 8486

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1978 TRACEY MINH NGO TRUST.

Notice Provided Under Certified Mail No. 7018 1130 0000 7082 8486

Lawful/Legal Notice provided to:

ShellPoint Mortgage Servicing
Pol Box 10826 0
Greenville, SC 29603

This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.

*I certify That A True And Correct Copy Of The Original Thereof* (handwritten stamp)

<u>Copyright Notice: All rights reserved.</u>
Copyright of trade-name/trademark TRACEY MINH NGO© TRUST including any and all derivatives and variations in the spelling, i.e. <u>NOT</u> limited to all capitalized names: TRACEY MINH NGO TRUST ©, TRACEY MINH NGO© or any derivatives thereof are under Copyright 1978. Said common-law trade-name/trademark, TRACEY MINH NGO© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.
With the Intent of being Contractually Bound, any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee/TRUST, as signified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of TRACEY MINH NGO©, and all such unauthorized use is strictly prohibited.
By receipt of this notice you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record. <u>This is notification that you are in BREACH.</u>
You herein have two options for remedy of this breach of copyright:
1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issue a written apology.; or
2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as follows:

   a) **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and TRACEY MINH NGO TRUST© is Secured Party, and signifies that User:
   b) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.
   c) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents to the outstanding balance that will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is TRUST and Trustee is Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages;
   d) Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;
   e) Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

*2 of 8* (handwritten)

Exhibit 1
Page 33 of 63

*Sent July 19, 2025*

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1978 TRACEY MINH NGO TRUST.

f) Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth within authorizes without recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Tracey-Minh: Ngo, Autograph Common Law Copyright 1976. Unauthorized use of "Tracey-Minh: Ngo" incurs same unauthorized-use fees as those associated with TRACEY MINH NGO© TRUST, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone:_____

E-Mail: _____

Or the address provided on the envelope.

Tracey-Minh: Ngo TTEE

*Tracey — Minh: Ngo*

Without Prejudice/Without Recourse

On behalf of TRACEY MINH NGO TRUST©,

Copyright 1978. All Rights Reserved.

## JURAT

County of ___Orange___ )
                              ) Scilicet
___Florida___ State )

SUBSCRIBED AND SWORN TO before me this ___12th___ day of
___December___ A.D. 20_17

___Deyonte Gallegos___ Seal
Notary Public Signature     7/24/21
My Commission Expires_____

DEYONTE ANTHONY GALLEGOS
MY COMMISSION # GG127630
EXPIRES July 24, 2021

Common Law Copyright Notice          Page 2          Item# TMN-092078--CLC

*Certified Mail Receipt*
9414 7118 9956 0695 677594

Return Receipt # 9590 9402 9279 4295 2696 96

# COPYRIGHT INFRINGEMENT NOTICE & AFFIDAVIT

TRACEY MINH NGO Trust
16422 Rancho Escondido Dr.
Riverside, CA 92506

*Sent out*

August 14, 2025

Via Certified Mail – Return Receipt Requested
Tracking No: 70181130000070828479

*I Hereby Certify That This Is A True And Correct Copy Of The Original Thereof. By:*

TO: NEWREZ LLC dba
Shellpoint Mortgage Servicing
PO Box 10268
Greenville, SC 29603

RE: FORMAL NOTICE OF COPYRIGHT INFRINGEMENT & DEMAND FOR DAMAGES

On July 18, 2025, I served you with a formal copyright infringement notice, which you received as evidenced by USPS Certified Mail Return Receipt. In that notice, you were instructed to immediately cease any use of the name "TRACEY MINH NGO" in any form, including on statements, correspondence, or collections-related materials.

You were afforded a ten (10) day cure period. Despite this, you have willfully continued to use the protected name after the cure period expired, including in a recent statement received on August 12, 2025.

This conduct constitutes a willful infringement under 17 U.S.C. §§ 101, 501, and 504. As stated in my prior notice, damages are hereby demanded in the amount of $500,000 per violation. You are further instructed to:

1. Immediately cease all use of the protected name.

Exhibit 1
Page 35 of 63

**CALIFORNIA ACKNOWLEDGMENT**                                    **CIVIL CODE § 1189**

⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ~~Riverside~~

On ~~Aug 14, 2025~~ before me, ~~Simone B Metters (notary Public)~~
        Date                              Here Insert Name and Title of the Officer

personally appeared ~~Tung Thanh Doan, Tracey Minh Ngo~~
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



SIMONE B. METTERS
Notary Public - California
Riverside County
Commission # 2381610
My Comm. Expires Nov 3, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _~~Simone B Metters~~_
            Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

─────── **OPTIONAL** ───────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____    Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____         Signer's Name: _____
☐ Corporate Officer — Title(s): _____    ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General              ☐ Partner — ☐ Limited ☐ General
☐ Individual       ☐ Attorney in Fact         ☐ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator  ☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____               ☐ Other: _____
Signer is Representing: _____   Signer is Representing: _____

⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰⊱⊰

©2019 National Notary Association

Exhibit 1
Page 36 of 63

1

2

3 ## **Exhibit G**

4

5 Exhibit G – Defendant's Notice of Default & Intent to Accelerate

6 (08/11/2025) – Property: 3030 Manchester Circle, Corona, CA 92879

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1
Page 37 of 63

# shellpoint



P.O. Box 10826
Greenville, SC 29603
Phone: 800-365-7107
Fax: 866-467-1137
www.shellpointmtg.com

Sent Via First-Class Mail®

08/11/2025
TRACEY MINH NGO
3030 MANCHESTER CIR
CORONA, CA 92879-6127

Loan Number:        0693788176
Property Address:   3030 MANCHESTER CIRCLE
                    CORONA, CA 92879

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear TRACEY MINH NGO:

This letter is formal notice by Shellpoint Mortgage Servicing, the Servicer of the above-referenced loan acting on behalf of ONSLOW BAY FINANCIAL , LLC, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

If you have questions about any of the items contained in this notice, or need any additional information, please contact Terry Norwood at (866) 825-2174 whom we have designated as your single point of contact.

As of the date of this notice, the total amount required to cure the default is $11,159.94, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 06/01/2025 |
| Total Monthly Payments Due: | | $11,129.94 |
| 06/01/2025 | at | $3,709.98 |
| 07/01/2025 | at | $3,709.98 |
| 08/01/2025 | at | $3,709.98 |
| Late Charges: | | $0.00 |
| Corporate Advance Balance: | | $30.00 |
| Unapplied Balance: | | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$11,159.94** |

You can cure this default by making a payment of $11,159.94 by 09/15/2025. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. For the exact amount you must pay to bring your loan current, please contact Terry Norwood at (866) 825-2174. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:



2 of 3

CA_DEMAND      Rev. 05/2025

Exhibit 1
Page 38 of 63

240304967Y

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.**

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, please notify Shellpoint Mortgage Servicing immediately. When contacting Shellpoint Mortgage Servicing as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact Terry Norwood toll-free at (866) 825-2174 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Thank you for your prompt attention to this matter.

Sincerely,

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
800-365-7107

*8/11/2025*

*NOD PITC*

*3 of 3*



Shellpoint Mortgage Servicing
P.O. Box 9103
Temecula, CA 92589-9103

*2403049674*

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Shellpoint Mortgage Servicing
P.O. Box 60535
City of Industry, CA 91716-0535

8/11/2025

NoD & ITc

TRACEY MINH NGO
3030 MANCHESTER CIR
CORONA, CA 92879-6127

Send Correspondence to:
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

1 & 3



Exhibit 1
Page 40 of 63

1
2
# Exhibit H
4
Exhibit H – Defendant's Billing Statements (June–August 2025) –
Property: 3030 Manchester Circle, Corona, CA 92879
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1
Page 41 of 63



# shellpoint®

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20 L-TILA R-101
PLVI2D00202347 ~ 827136107 I08428
TRACEY NGO
3030 MANCHESTER CIRCLE
CORONA CA 92879-6127

**CONTACT INFORMATION**

**Correspondence:** P.O. Box 10826
Greenville, SC 29603-0826
**Business Hours:** Monday - Friday: 8:00AM-9:00PM
Saturday: 10:00AM-2:00PM
**Phone Number:** 800-365-7107
**Fax:** 866-467-1137
**Website:** www.shellpointmtg.com

Loan Number:    0693788176



05/23/2025

## NOTICE OF SALE OF OWNERSHIP OF MORTGAGE LOAN

Dear Tracey Ngo :

Under federal law, borrowers must be notified in writing whenever ownership of a mortgage loan is sold, transferred or assigned ("sold") to a new owner. This Notice is to inform you that the prior owner of your loan sold your loan to the new owner identified below (the "New Owner") on 05/30/2025.

**SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR LOAN, PLEASE CONTACT SHELLPOINT MORTGAGE SERVICING ("SHELLPOINT") USING THE CONTACT INFORMATION LISTED BELOW.** Shellpoint is authorized to handle routine inquiries and requests regarding your loan and, if necessary, to inform the New Owner of your request and communicate to you any decision with respect to such request.

**LOAN INFORMATION**

Borrower: Tracey Ngo
Date of Loan: 04/08/2025
Original Amount of Loan: $572,000.00
Date Your Loan was Transferred to the New Owner: 05/30/2025
Address of Mortgaged Property: 3030 MANCHESTER CIR, Corona, CA 92879

**AS OF 06/01/2025 YOUR SERVICER IS Shellpoint Mortgage Servicing**

Mailing Address:              P.O. Box 10826, Greenville, SC 29603-0826
Telephone Number(Toll free):  800-365-7107
Fax Number:                   866-467-1137

Scope of responsibilities: The servicer is responsible for ongoing administration of your loan, including receipt of legal notices, receipt and processing of payments, resolution of payment-related issues, and response to any other inquiries you may have regarding your loan.

**YOUR NEW OWNER IS ONSLOW BAY FINANCIAL LLC??**

Mailing Address: 1211 AVENUE OF THE AMERICAS, 41ST FLOOR, NEW YORK, NY 10036
Telephone Number : (888)-228-3861

Scope of responsibilities: The New Owner holds legal title to your loan (transfer of ownership has not been publicly recorded).

The New Owner has hired Shellpoint to service your mortgage loan and to act as agent for the New Owner.

**Please be advised that all questions involving the administration of your loan should be directed to Shellpoint at the number above and NOT to the New Owner. The New Owner does not have access to information relating to the administration of your loan, will not be able to answer most loan-related questions, and, accordingly, will refer inquiries it receives to Shellpoint.**

Newrez LLC dba Shellpoint Mortgage Servicing NMLS ID 3013

Exhibit 1
Page 42 of 63

# shellpoint

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

| | |
|---|---|
| Account Number | **0693788176** |
| Next Due Date | 07/01/2025 |
| **Amount Due** | **$7,419.96** |

*If payment is received after 07/16/2025, $185.50 late fee may be assessed.*

1-811-13147-0027604-002-1-000-010-000-000


TRACEY MINH NGO
3030 MANCHESTER CIR
CORONA CA 92879-6127

Phone:        800-365-7107
Website:      www.shellpointmtg.com

## Explanation of Amount Due

| | |
|---|---|
| Principal | $495.25 |
| Interest | $3,214.73 |
| Escrow (Taxes and Insurance) | $0.00 |
| Less Buydown | $0.00 |
| **Regular Monthly Payment** | **$3,709.98** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $3,709.98 |
| **Total Amount Due** | **$7,419.96** |

## Account Information

| | |
|---|---|
| Outstanding Principal | $572,000.00 |
| Interest Rate | 6.7500% |
| Prepayment Penalty | None |
| Property Address: | 3030 MANCHESTER CIRCLE |
| | CORONA CA 92879 |
| Contractual Due Date: | June 1, 2025 |
| Current Escrow Balance | $0.00 |
| Deferred Principal | $0.00 |
| Deferred Interest | $0.00 |
| Assistance Balance | $0.00 |
| Reserve Balance | $0.00 |
| Maturity Date | 05/01/2055 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (05/18/2025 - 06/16/2025)

| Date | Description | Charges | Payments |
|---|---|---|---|

*No transaction activity during this period.

## Important Messages

**Partial Payments:** Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspens~~e~~ ~~accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.~~

## Additional Messages

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-9:00PM, and Saturday 10:00AM-2:00PM Eastern Time.

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

See Total Payment Amount Breakdown on page 2.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

Detach and return with payment

Exhibit 1
Page 43 of 63



P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



# shellpoint®

S-SFRECS20 L-1031 R-131
PM3ELZ01A00371 - 832781709 I08330
TRACEY MINH NGO
3030 MANCHESTER CIRCLE
CORONA CA 92879-6127

**CONTACT INFORMATION**

| | |
|---|---|
| **Correspondence:** | P.O. Box 10826 |
| | Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| | Saturday: 10:00AM-2:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1137 |
| **Website:** | www.shellpointmtg.com |



07/09/2025

| | |
|---|---|
| Loan Number: | 0693788176 |
| Property Address: | 3030 MANCHESTER CIRCLE |
| | CORONA, CA 92879 |

Dear Homeowner,

We understand that financial circumstances may change from time to time, which can affect your ability to meet your obligations. We're concerned about your recently missed mortgage payment(s) and want to offer our assistance in case you are unable to catch up.

This is a regulatory notice. We are sending this notice to you because you are behind on your mortgage payment(s). As of the date of this letter, the total amount due is $7,419.96. Because interest, late charges, and other fees vary from day to day, the amount you owe may change. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

**Important note:** We have assigned a Single Point of Contact (SPOC) to assist you through the loss mitigation process concerning your mortgage loan. We will perform an evaluation of your financial condition and determine your qualifications for all alternatives that may be applicable for this account. Should you have any questions, you can visit our Borrower Web Portal at www.shellpointmtg.com to apply for assistance, upload application documents, or contact us through our Secure Message Center. You can also contact our SPOC department at 800-365-7107. Documents can also be faxed to us at 866-467-1137. Please reference your loan number when contacting us regarding this request.

If your loan was transferred from another servicer and you have entered into an approved loss mitigation plan with your prior loan servicer or if you had a loss mitigation application in process with your prior servicer, please contact us to confirm that the loss mitigation plan information, or application and documentation, were properly transferred to Shellpoint Mortgage Servicing. We will follow up with your prior servicer to receive the documents you provided them or they provided you in response.

We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if you are not approved for a foreclosure alternative. You can pay for an additional appraisal for your own use at your own cost.

---

**We Are Here to Help—Call Us at 800-365-7107**

Let us work with you to understand the issues affecting your mortgage payments. We'll explore what assistance may be available to you and discuss the terms and documentation needed to determine if you qualify for an option to avoid foreclosure.

Consulte la página siguiente para obtener más información importante sobre cómo comunicarse con nosotros, las opciones disponibles y la información del consejero de vivienda en español.

---

**Options May Be Available**

The right option for you depends on your individual circumstances. When you provide the required information and documentation about your situation, we can determine if you qualify for temporary or long-term relief, including mortgage options that may allow you to stay in your home or leave your home while avoiding foreclosure.

If you need help, the following options may be possible (most are subject to lender approval):

- Refinance your loan with us or another lender;
- Modify your loan terms with us;
- Payment forbearance temporarily gives you more time to pay your monthly payment; or
- If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.

Newrez LLC dba Shellpoint Mortgage Servicing NMLS ID 3013    Exhibit 1



P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED




S-SFRECS20 L-1070 R-131
PM3NK300207370 - 832933102 I29478
TRACEY MINH NGO
3030 MANCHESTER CIRCLE
CORONA CA 92879-6127

| CONTACT INFORMATION | |
| --- | --- |
| **Correspondence:** | P.O. Box 10826 |
| | Greenville, SC 29603-0826 |
| **Business Hours:** | Monday - Friday: 8:00AM-9:00PM |
| | Saturday: 10:00AM-2:00PM |
| **Phone Number:** | 800-365-7107 |
| **Fax:** | 866-467-1137 |
| **Website:** | www.shellpointmtg.com |


07/11/2025

Loan Number:      0693788176
Property Address: 3030 MANCHESTER CIRCLE
                  CORONA, CA 92879

Dear Homeowner,

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service", or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 39014043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Air Force, Army, Coast Guard, Marine Corps, Navy, and Space Force).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service-members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections are Servicemembers Entitled to Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6% during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does a Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

| | |
| --- | --- |
| Mail: | Shellpoint Mortgage Servicing |
| | P.O. Box 10826 |
| | Greenville, SC 29603-0826 |
| Facsimile: | 866-467-1137 |
| Phone: | 800-365-7107 |
| Email: | lossmitigation@shellpointmtg.com |

# shellpoint®

Statement Date: 07/18/2025

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

9-811-13868-0026585-002-1-000-010-000-000

TRACEY MINH NGO
3030 MANCHESTER CIR
CORONA CA 92879-6127

| | |
|---|---|
| Account Number | 0693788176 |
| Next Due Date | 08/01/2025 |
| **Amount Due** | **$11,129.94** |

*If payment is received after 08/16/2025, $185.50 late fee may be assessed.*

| | |
|---|---|
| Phone: | 800-365-7107 |
| Website: | www.shellpointmtg.com |

## Account Information

| | |
|---|---|
| Outstanding Principal | $572,000.00 |
| Interest Rate | 6.7500% |
| Prepayment Penalty | None |
| Property Address: | 3030 MANCHESTER CIRCLE |
| | CORONA CA 92879 |
| Contractual Due Date: | June 1, 2025 |
| Current Escrow Balance | $0.00 |
| Deferred Principal | $0.00 |
| Deferred Interest | $0.00 |
| Assistance Balance | $0.00 |
| Reserve Balance | $0.00 |
| Maturity Date | 05/01/2055 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $498.04 |
| Interest | $3,211.94 |
| Escrow (Taxes and Insurance) | $0.00 |
| Less Buydown | $0.00 |
| **Regular Monthly Payment** | **$3,709.98** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $7,419.96 |
| **Total Amount Due** | **$11,129.94** |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Transaction Activity (06/17/2025 - 07/17/2025)

| Date | Description | Charges | Payments |
|---|---|---|---|

*No transaction activity during this period.*

## Important Messages

**Partial Payments:** Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.

## Additional Messages

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-9:00PM, and Saturday 10:00AM-2:00PM. Eastern Time.

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

## **Delinquency Notice**

**You are late on your loan payments.** Failure to bring your loan current may result in fees and foreclosure -- the loss of your home. As of 07/18/2025, you are 47 days delinquent on your loan.

**Recent Account History**
 Payment due 06/01/25: unpaid balance of $3,709.98
 Payment due 07/01/25: unpaid balance of $3,709.98
 Payment due 08/01/25: current payment due

**Total: $11,129.94 due. You must pay this amount to bring your loan current.**

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

See Total Payment Amount Breakdown on page 2.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

Detach and return bottom segment

EXHIBIT 1
Page 46 of 63

Detach and return with payment.

**shellpoint**

Loan Number: 0693788176
TRACEY MINH NGO

Property Address:
3030 MANCHESTER CIRCLE
CORONA CA 92879

SHELLPOINT MORTGAGE SERVICING
P.O. BOX 60535
CITY OF INDUSTRY, CA 91716-0535

| Amount Due | |
|---|---|
| Payment Due Date | 08/01/2025 |
| Total Amount Due | $11,129.94 |
| *$185.50 late fee may be charged after 08/16/2025* | |
| Please write clearly inside space provided | |
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

01002288000000011129940037099800389548069378817610801250816258

| | | | |
|---|---|---|---|
| Total Interest Balance | | Total Deferred Interest Balance | $0.00 |
| Default Interest | $0.00 | Total Additional Balance | $0.00 |
| Late Charge Balance | $0.00 | Unapplied Amount | $0.00 |
| Insufficient Funds Balance | $0.00 | | |
| Legal Fee Balance (details below)* | $0.00 | **Total** | $11,129.94 |

**Payment Breakdown**

| Unpaid Balance | | Unpaid Balance | | Unpaid Balance | |
|---|---|---|---|---|---|
| Payment Due 08/01/2025 | $3,709.98 | Payment Due 07/01/2025 | $3,709.98 | Payment Due 06/01/2025 | $3,709.9 |

Payments made by check are processed electronically by using the information listed on the check. Payments by check authorize us to create one-time electronic funds transfer and process the payment as either a paper check or electronic draft. The check will not be returned to you. Allowable fees may apply for returned or rejected payments.

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be use for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is t advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. I you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit a Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following:
U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carl por favor contacte a uno de nuestros representantes que hablan español al número **800-365-7107**.

# Exhibit I

Defendant's Response Letter (08/11/2025)

Questions? We're here to help.

**Toll-Free Phone:** 800-365-7107

**Hours of Operation:**
Mon–Thur: 8:00AM–9:00PM ET
Fri: 8:00AM–9:00PM ET
Sat: 10:00AM–2:00PM ET

**Correspondence Address:**
P.O. Box 10826
Greenville, SC 29603

www.shellpointmtg.com

**Loan Number:**
0693788176

**Property Address:**
3030 MANCHESTER CIRCLE
CORONA, CA 92879



0150 ▲ 0 0 0 6 4 4
Tracey Minh Ngo
3030 Manchester Cir
Corona CA 92879-6127



Register your account online today.

Scan the QR code with
your mobile phone.



NEVER MISS A PAYMENT
Sign up for automatic
drafts today!

July 21, 2025

Dear Homeowner(s):

This letter is to acknowledge your recent inquiry regarding the above referenced loan.

We are working to gather the requested information and will forward it to you as soon as possible.

In the event you are seeking creditor information, the owner of your loan is ONSLOW BAY FINANCIAL , LLC, and their address is:

1211 AVENUE OF AMERICA
41ST FLOOR
NEW YORK, NY 10036

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact us at 800-365-7107.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Customer Care Team
Shellpoint Mortgage Servicing

Newrez LLC dba Shellpoint Mortgage Servicing NMLS ID 3013
0693788176 0150 131

Exhibit 1
Page 49 of 63

# shellpoint®

P.O. BOX 770128
Coral Springs, FL 33077-0128
DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
Forwarding Service Requested

Questions? We're here to help.

Toll-Free Phone: 800-365-7107

**Hours of Operation:**
Mon–Thur: 8:00AM–9:00PM ET
Fri: 8:00AM–9:00PM ET
Sat: 10:00AM–2:00PM ET

**Correspondence Address:**
P.O. Box 10826
Greenville, SC 29603

www.shellpointmtg.com

Loan Number:
0693788176

**Property Address:**
3030 MANCHESTER CIRCLE
CORONA, CA 92879

0156 ▲ 0 0 4 4 1 5
Tracey Minh Ngo
3030 Manchester Cir
Corona CA 92879-6127

Register your account online today.

Scan the QR code with
your mobile phone.



NEVER MISS A PAYMENT
Sign up for automatic
drafts today!



August 11, 2025

Dear Homeowner(s):

This letter is to acknowledge your recent inquiry regarding the above referenced loan. Due to the complex nature of the matter, we kindly request additional time to provide a thorough and accurate response.

We sincerely apologize for any inconvenience this may cause and want to assure you that our team is diligently working to address your concerns. You can expect a response from us within the allotted time frame required for such inquiries.

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact us at 800-365-7107.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Customer Care Team
Shellpoint Mortgage Servicing

Newrez LLC dba Shellpoint Mortgage Servicing NMLS ID 3013
0693788176 0156 131

Exhibit 1
Page 50 of 63

Questions? We're here to help.

Toll-Free Phone: 800-365-7107

**Hours of Operation:**
Mon–Thur: 8:00AM–9:00PM ET
Fri: 8:00AM–9:00PM ET
Sat: 10:00AM–2:00PM ET

**Correspondence Address:**
P.O. Box 10826
Greenville, SC 29603

www.shellpointmtg.com

Loan Number:

0693788176

**Property Address:**
3030 MANCHESTER CIRCLE
CORONA, CA 92879

0150 ▲ 002670
Tracey Minh Ngo
3030 Manchester Cir
Corona CA 92879-6127



NEVER MISS A PAYMENT
Sign up for automatic drafts today!

August 25, 2025

Dear Homeowner(s):

This letter is to acknowledge your recent inquiry regarding the above referenced loan.

We are working to gather the requested information and will forward it to you as soon as possible.

In the event you are seeking creditor information, the owner of your loan is ONSLOW BAY FINANCIAL , LLC, and their address is:

1211 AVENUE OF AMERICA
41ST FLOOR
NEW YORK, NY 10036

**We're here to help.** It's our privilege to be your mortgage servicer, and we're committed to providing you with the best possible service. If you have any questions or need assistance, please contact us at 800-365-7107.

**¿Hablas español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Customer Care Team
Shellpoint Mortgage Servicing

Newrez LLC dba Shellpoint Mortgage Servicing NMLS ID 3013
0693788176 0150 131

Exhibit 1
Page 51 of 63

# VERIFICATION

I, Tung-Thanh: Doan, Trustee of the Tracey Minh Ngo Trust, declare that I am the Plaintiff in the above-entitled action. I have read the foregoing Exhibits Binder, consisting of Exhibits A through I, and know the contents thereof. I declare under penalty of perjury under the laws of the State of California that the attached Exhibits A through I are true and correct copies of the described documents.

Dated: _____

_____
TUNG-THANH: DOAN, Trustee, In Pro Per
Attorney for Plaintiff TRACEY MINH NGO TRUST

Exhibit 1
Page 52 of 63

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 02 2025

D. Brown

Tung-Thanh: Doan, Trustee
**TRACEY MINH NGO TRUST**
16422 Rancho Escondido Dr
Riverside, CA 92506
Telephone: 714.887.3068
Email: homesweethomes@protonmail.com

**Tung-Thanh: Doan, IN PRO PER**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF RIVERSIDE

| | |
|---|---|
| **TRACEY MINH NGO TRUST,** ) | Case No.: **CVRI** 2 5 0 4 3 5 2 |
| by and through Trustee ) | **EX PARTE APPLICATION FOR** |
| Tung-Thanh: Doan, ) | **TEMPORARY RESTRAINING ORDER** |
| **Plaintiff(s),** ) | **AND ORDER TO SHOW CAUSE RE:** |
| v. ) | **PRELIMINARY INJUNCTION** |
| **NEWREZ LLC dba SHELLPOINT** ) | |
| **MORTGAGE SERVICING;** ) | |
| **ONSLOW BAY FINANCIAL, LLC;** ) | |
| **and DOES 1–10, Defendant(s).** ) | |

EX PARTE APPLICATION – Page 1 of 3

Exhibit 1
Page 53 of 63

# EX PARTE APPLICATION FOR TRO

Plaintiff TRACEY MINH NGO TRUST, by and through Trustee Tung-Thanh: Doan, respectfully applies for an Ex Parte Temporary Restraining Order to enjoin Defendants from proceeding with foreclosure or collection activity on the property located at 3030 Manchester Circle, Corona, California 92879.

Grounds: Defendants have acted as debt collectors by sending bills and demands without validating any alleged debt, in violation of the Fair Debt Collection Practices Act.

Defendants also recorded a Notice of Default and Acceleration without standing, as Plaintiff never obtained a mortgage loan from Defendants secured by a deed of trust on the Property.

Plaintiff faces imminent and irreparable harm — the potential loss of Plaintiff's home — unless this Court issues immediate injunctive relief.

Because foreclosure may proceed at any time, regular noticed motion practice would be inadequate to prevent harm. Ex Parte relief is therefore necessary.

EX PARTE APPLICATION – Page 2 of 3

Exhibit 1
Page 54 of 63

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Issue a Temporary Restraining Order immediately enjoining Defendants from taking any action to foreclose upon or otherwise dispossess Plaintiff of the Property;

2. Set an Order to Show Cause hearing for a Preliminary Injunction; and

3. Grant such other relief as the Court deems just and proper.

DATED: 9/2/2025

Respectfully submitted,

*Tung-Thanh: Doan*

Tung-Thanh: Doan, Trustee, for Plaintiff
TRACEY MINH NGO TRUST, IN PRO PER

EX PARTE APPLICATION – Page 3 of 3

Exhibit 1
Page 55 of 63

1

2   Tung-Thanh: Doan, Trustee
    **TRACEY MINH NGO TRUST**
3   16422 Rancho Escondido Dr
    Riverside, CA 92506
4   Telephone: 714.887.3068
    Email: homesweethomes@protonmail.com
5
    **Tung-Thanh: Doan, IN PRO PER**
6

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 02 2025

D. Brown

7           SUPERIOR COURT OF THE STATE OF CALIFORNIA
8                       COUNTY OF RIVERSIDE

9

10  **TRACEY MINH NGO TRUST,**      )    Case No.: **CVRI 25 04 3 5 2**
11  by and through Trustee          )    **NOTICE OF PENDENCY OF ACTION**
12  Tung-Thanh: Doan,               )    **(LIS PENDENS)**
    **Plaintiff(s),**               )
13  v.                              )
14  **NEWREZ LLC dba SHELLPOINT**   )
    **MORTGAGE SERVICING;**         )
15  **ONSLOW BAY FINANCIAL, LLC;**  )
16  **and DOES 1–10, Defendant(s).** )

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1
Page 56 of 63

# NOTICE OF PENDENCY OF ACTION

NOTICE IS HEREBY GIVEN that the above-entitled action has been commenced in the Superior Court of California, County of Riverside, and is now pending, in which Plaintiff TRACEY MINH NGO TRUST, by and through Trustee Tung-Thanh: Doan, asserts claims affecting title to and possession of the following real property:

Real Property commonly known as: 3030 Manchester Circle, Corona, California 92879.

This action seeks, among other relief, to enjoin foreclosure, cancel unlawful instruments, and quiet title to the above property.

Accordingly, this Notice of Pendency of Action is recorded pursuant to California Code of Civil Procedure §§ 405.20 et seq.

DATED: ___9/2/2025___

Respectfully submitted,

_Tung-Thanh: Doan_

Tung-Thanh: Doan, Trustee, for Plaintiff
TRACEY MINH NGO TRUST, IN PRO PER

Exhibit 1
Page 57 of 63



FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 02 2025

D. Brown

1

2  Tung-Thanh: Doan, Trustee
   **TRACEY MINH NGO TRUST**
3  16422 Rancho Escondido Dr
   Riverside, CA 92506
4  Telephone: 714.887.3068
   Email: homesweethomes@protonmail.com
5
   **Tung-Thanh: Doan, IN PRO PER**
6

7          SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                      COUNTY OF RIVERSIDE

9

10  **TRACEY MINH NGO TRUST,**        )    Case No.: ___ **CVRI** 2504352
11  by and through Trustee            )
    Tung-Thanh: Doan,                 )    **DECLARATION OF**
12                                     )    **TUNG-THANH: DOAN**
    **Plaintiff(s),**                 )    **IN SUPPORT OF LIS PENDENS**
13  v.                                )
                                      )
14  **NEWREZ LLC dba SHELLPOINT**     )
    **MORTGAGE SERVICING;**           )
15  **ONSLOW BAY FINANCIAL, LLC;**    )
    **and DOES 1–10, Defendant(s).**  )
16

17

18

19

20

21

22

23

24

25

26

27

28

LIS PENDENS – Declaration – Page 1 of 2

Exhibit 1
Page 58 of 63

## DECLARATION OF TUNG-THANH: DOAN

I, Tung-Thanh: Doan, declare as follows:

1. I am a Trustee of the Plaintiff TRACEY MINH NGO TRUST in the above-entitled action. I make this declaration in support of the Notice of Pendency of Action (Lis Pendens).

2. The action commenced by Plaintiff concerns and affects title to, possession of, and rights in the real property commonly known as 3030 Manchester Circle, Corona, California 92879 (the 'Property').

3. The relief sought in this action includes, among other things, to enjoin foreclosure, cancel unlawful instruments, and quiet title as to the Property.

4. I make this declaration pursuant to California Code of Civil Procedure section 405.22. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 9/2/2025

Tung-Thanh: Doan, Trustee for Plaintiff
TRACEY MINH NGO TRUST, IN PRO PER

LIS PENDENS – Declaration – Page 2 of 2

Exhibit 1
Page 59 of 63

Riverside Superior Court
Date Received: SEP 0 2 2025

1

2  Tung-Thanh: Doan, Trustee
   **TRACEY MINH NGO TRUST**
3  16422 Rancho Escondido Dr
   Riverside, CA 92506
4  Telephone: 714.887.3068
   Email: homesweethomes@protonmail.com
5
   **Tung-Thanh: Doan, IN PRO PER**
6

7          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                    **COUNTY OF RIVERSIDE**

9

10
   **TRACEY MINH NGO TRUST,**          )    Case No.: _____
11 by and through Trustee               )    **PROPOSED ORDER GRANTING**
12 Tung-Thanh: Doan,                    )    **TEMPORARY RESTRAINING ORDER**
   **Plaintiff(s),**                    )    **AND SETTING ORDER TO SHOW CAUSE**
13 v.                                   )    **RE: PRELIMINARY INJUNCTION**
14 **NEWREZ LLC dba SHELLPOINT**        )
   **MORTGAGE SERVICING;**             )
15 **ONSLOW BAY FINANCIAL, LLC;**       )
16 **and DOES 1–10, Defendant(s).**     )

17

18

19

20

21

22

23

24

25

26

27

28

                 PROPOSED ORDER – Page 1 of 2

                        Exhibit 1
                      Page 60 of 63

# **PROPOSED ORDER**

The Ex Parte Application for a Temporary Restraining Order came before this Court.

Having considered Plaintiff's Application, supporting documents, and good cause appearing, the Court ORDERS:

1. Defendants NEWREZ LLC dba Shellpoint Mortgage Servicing, Onslow Bay Financial, LLC, and their agents are immediately restrained and enjoined from conducting a foreclosure sale, recording a trustee's deed, or otherwise dispossessing Plaintiff from the property located at 3030 Manchester Circle, Corona, California 92879, pending further order of this Court.

2. Defendants are further enjoined from attempting to collect on the alleged debt absent lawful validation.

3. This matter is set for an Order to Show Cause re: Preliminary Injunction on _____ at _____ in Department ____ of this Court.

4. Plaintiff shall serve this Order and all supporting papers on Defendants immediately.

IT IS SO ORDERED.


DATED: _____


_____
JUDGE OF THE SUPERIOR COURT

STATE FILE

Exhibit 1
Page 62 of 63

TRACEY MINH NGO TRUST.
16422 Rancho Escondido Dr.
Riverside, CA 92506.
     By: David-Bach: Doan, Server.

To: CSC - Sacramento
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833
    For: NEWREZ, LLC dba
        SHELLPOINT MORTGAGE SERVICING

STATE-Case No. 2504352

"please stamp receipt.
Thanks."

Exhibit 1
Page 63 of 63