Tung-Thanh Doan, Plaintiff (Pro Se)
Tracey-Minh Ngo, Plaintiff (Pro Se)
16422 Rancho Escondido Drive
Riverside, CA 92506
Telephone:714.887.3068
Email: homesweethomes@protonmail.com



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION – RIVERSIDE

**TUNG THANH DOAN,** an individual,
**TRACEY MINH NGO,** an individual,
Plaintiffs,

v.

**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,**
**ONSLOW BAY FINANCIAL LLC,**
**MERSCORP HOLDINGS, INC.,**
**RITHM CAPITAL CORP.,**
Defendants.

**Case No.: 5:25-cv-02615-JGB-DTB**

# FIRST AMENDED COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, AND INJUNCTIVE RELIEF

## SECTION 1 – INTRODUCTION

1. Plaintiffs Tung-Thanh Doan and Tracey-Minh Ngo bring this action as individuals who were directly harmed by Defendants' continued collection activity, foreclosure attempts, unlawful use of Plaintiffs' protected personal

1

and copyrighted information, and multiple violations of federal and state law.

2. Despite receiving written notices on July 14, 2025, August 14, 2025, and subsequent Final Notices, Defendants continued to use Plaintiffs' protected information, continued collection activity, attempted foreclosure, and continued transmission, publication, and storage of Plaintiffs' copyrighted personal identifiers.

3. Plaintiffs seek relief arising from:
   (a) willful copyright infringement;
   (b) violations of the Fair Debt Collection Practices Act (FDCPA);
   (c) violations of the Real Estate Settlement Procedures Act (RESPA);
   (d) violations of the Truth in Lending Act (TILA);
   (e) wrongful foreclosure;
   (f) recording and chain-of-title irregularities;
   (g) fraud and constructive fraud;
   (h) unfair business practices;
   (i) intentional infliction of emotional distress;
   (j) quiet title; and
   (k) cancellation of instruments.

4. Plaintiffs request monetary damages, declaratory relief, and injunctive relief preventing further unlawful actions by Defendants.

**PARTIES**

5. Plaintiff Tung-Thanh Doan is a natural person residing in Riverside County, California.

6. Plaintiff Tracey-Minh Ngo is a natural person residing in Riverside County, California.

7. Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") is a mortgage servicer doing business in California.

8. Defendant Onslow Bay Financial LLC claims to hold interests in Plaintiffs' mortgage loan and conducts business in California.

9. Defendant Rithm Capital Corp. is the parent company for NewRez/Shellpoint and conducts business in California.

10. Defendant MERSCORP Holdings, Inc. ("MERS") operates and administers the Mortgage Electronic Registration System, including storing, transmitting, and publishing borrower information.

# SECTION 2 —JURISDICTION AND VENUE

11. This Court has federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiffs assert claims under:
    - 15 U.S.C. § 1692 (FDCPA)
    - 12 U.S.C. § 2605 (RESPA)
    - 15 U.S.C. § 1641 (TILA)
    - 17 U.S.C. §§ 101 et seq. (Copyright Act)

12. This Court also has supplemental jurisdiction under 28 U.S.C. § 1367 over Plaintiffs' related state law claims, including Quiet Title, Cancellation of Instruments, Constructive Fraud, and B&P §17200.
13. Venue is proper in this District under 28 U.S.C. § 1391 because:
    (a) the real property at issue is located in Riverside County,
    (b) Plaintiffs reside in this District, and
    (c) a substantial portion of the events occurred here.
14. The amount in controversy exceeds $75,000.

# SECTION 3 - FACTUAL ALLEGATIONS

15. Plaintiffs incorporate all preceding paragraphs as though fully set forth herein

## A. The Property and Background
16. Plaintiffs are individuals residing in Riverside County, California, and are the lawful interested parties associated with the real property located at:
    3030 Manchester Circle, Corona, CA 92879 ("the Property").
17. On or about August 29, 2025, a Grant Deed transferring ownership interest into the TRACEY MINH NGO TRUST was recorded with the Riverside County Recorder.
    (Attached as Exhibit C.)
18. At all relevant times, Defendants NewRez/Shellpoint, Onslow Bay Financial LLC, MERSCORP Holdings, and Rithm Capital claimed servicing, beneficiary, or registry roles connected to a mortgage loan affecting the Property.

## B. Plaintiffs' July 14 and August 14 Notices (Pre-Litigation Notices)

3

19. On July 14, 2025, Plaintiffs served Defendants with a Notice of Debt
    Validation and Copyright Infringement, demanding:
    (a) verification of the alleged debt;
    (b) correction of records;
    (c) cessation of use of Plaintiffs' protected personal name and identifiers;
    and
    (d) immediate halt to any collection or foreclosure activity.
        (Attached as Exhibit A.)

20. On August 14, 2025, Plaintiffs served a Second Notice of Non-Compliance
    and Copyright Notice, reiterating demands and warning Defendants that any
    continued use of Plaintiffs' protected information would constitute willful
    infringement.
        (Attached as Exhibit B.)

21. Both notices were delivered by certified mail to all Defendants, giving
    Defendants actual and constructive notice of Plaintiffs' dispute, objections,
    and copyright protections.

**C. Defendants Ignored the Notices and Continued Their Conduct**

22. Despite receiving the July 14 and August 14 notices, Defendants:
    (a) failed to validate the alleged debt;
    (b) continued mailing collection statements;
    (c) continued internal and external transmission of Plaintiffs' personal
    identifiers;
    (d) continued using Plaintiffs' protected name within the MERS Registry;
    (e) continued foreclosure activity; and
    (f) continued publishing Plaintiffs' name through county recording.

23. The continued conduct after notice constitutes willful violations under:
    - FDCPA,
    - RESPA,
    - Copyright Act,
    - California unfair business practices, and
    - Wrongful foreclosure principles.

**D. Retroactive Assignment Recorded AFTER Plaintiffs' Notices**

24. On September 3, 2025, Defendants caused a Corporate Assignment of Deed
    of Trust to be recorded as Instrument No. 2025-0270232.

25. The Assignment was executed after Plaintiffs' July 14 and August 14 notices
    and after the Grant Deed transferring the Property to the Trust.

26. This Assignment:
    (a) was out-of-sequence;

4

(b) appears retroactive in nature;

(c) did not reflect a proper chain of title;

(d) was executed without authority; and

(e) used Plaintiffs' protected name without consent.

27. The Assignment forms part of Plaintiffs' chain-of-title irregularity and cancellation of instruments claims.

(Attached as Exhibit D.)

## E. Shellpoint's Notice of Default After Copyright and Debt Notices

28. Despite two warnings and two demands for validation, on or about October 2, 2025, Shellpoint mailed Plaintiffs a Notice of Default and Intent to Accelerate.

(Attached as Exhibit E.)

29. This notice again used Plaintiffs' protected name and trust-related information after being told in writing not to do so.

30. This constitutes:
- FDCPA violation for continued collection without validation,
- Willful copyright infringement,
- Wrongful foreclosure initiation,
- Bad faith conduct.

## F. Returned Mail and Deficient Defendant Addresses

31. Plaintiffs' certified mailings to Defendants produced:

(a) Returned mail from Onslow Bay Financial LLC, marked "Not Deliverable as Addressed."

(b) Returned mail from Rithm Capital Corp., also "Unable to Forward."

(c) Delivered confirmation for Shellpoint.

(d) USPS tracking logs showing attempted service and delivery.

32. These returned mailings raise questions about:
- Defendants' transparency,
- Legitimacy of beneficiary claims,
- Proper servicing authority,
- Validity of attempts to foreclose,
- Failure to maintain a proper registered agent address.

33. This evidence supports Plaintiffs' claims for FDCPA, RESPA, TILA, fraud, and unfair business practices.

(Attached collectively as Exhibit F.)

## G. Final Notices Sent to All Defendants

34. In October and November 2025, Plaintiffs sent Final Notices to:

- Shellpoint (via CSC)
- Onslow Bay (via CSC)
- Rithm Capital (via CSC)
- MERSCORP (via CT Corporation System in Florida)

35. These Final Notices repeated the prior demands and again instructed Defendants to cease all publication, storage, transmission, and use of Plaintiffs' protected personal information and copyrighted identifiers.

36. Defendants continued their conduct even after Final Notices, causing damages that were willful, knowing, and intentional.

## H. Plaintiffs Suffered Personal Harm

37. As a direct and proximate result of Defendants' conduct, Plaintiffs suffered:
- Emotional distress,
- Anxiety related to imminent foreclosure,
- Loss of sleep,
- Reputational harm,
- Loss of peace and quiet,
- Financial costs for mailings, filings, and notices,
- Compromised property rights.

# SECTION 4—FEDERAL CLAIMS

# FIRST CAUSE OF ACTION
## Violations of the Fair Debt Collection Practices Act (FDCPA)
15 U.S.C. § 1692 et seq.
(Against Shellpoint, Onslow Bay, Rithm Capital, and MERS)

38. Plaintiffs reallege and incorporate all prior paragraphs as though fully set forth herein.

39. Defendants are "debt collectors" under 15 U.S.C. §1692a(6) because they regularly collect or attempt to collect debts owed to another.

40. Plaintiffs are "consumers" under 15 U.S.C. §1692a(3).

41. On July 14, 2025 and August 14, 2025, Plaintiffs demanded validation of the alleged debt, pursuant to 15 U.S.C. §1692g.

42. Defendants failed to validate the debt, yet continued:
   (a) attempting to collect the alleged debt,
   (b) mailing collection notices,
   (c) initiating foreclosure, and
   (d) transmitting Plaintiffs' protected information.

43. Such conduct violates:

6

- 15 U.S.C. §1692g(b) (failure to cease collection without validation)
- 15 U.S.C. §1692d (harassing behavior)
- 15 U.S.C. §1692e (false representation of the legal status of the debt)
- 15 U.S.C. §1692f (unfair or unconscionable means)

44. Defendants' actions were willful, as they continued after actual notice.

45. Plaintiffs seek statutory damages of $1,000 per defendant, totaling $4,000, plus actual damages and costs.

# SECOND CAUSE OF ACTION
**Violation of the Real Estate Settlement Procedures Act (RESPA)**
12 U.S.C. § 2605(e)
(Against Shellpoint and Rithm Capital)

46. Plaintiffs incorporate all prior paragraphs.

47. Plaintiffs sent written qualified requests (QWRs) and notices of dispute through the July 14 and August 14 letters.

48. Shellpoint and Rithm failed to:
   (a) acknowledge Plaintiffs' QWRs,
   (b) correct servicing errors,
   (c) investigate the dispute, or
   (d) provide requested information.

49. These failures violate 12 U.S.C. §2605(e).

50. As a result, Plaintiffs suffered actual and statutory damages.

51. Plaintiffs seek $2,000 statutory damages, plus actual damages.

# THIRD CAUSE OF ACTION
**Violation of the Truth in Lending Act (TILA)**
15 U.S.C. § 1641(f)
(Against Shellpoint, Onslow Bay, and Rithm Capital)

52. Plaintiffs incorporate all prior paragraphs.

53. Under TILA, servicers and assignees must disclose:
   (a) the current creditor,
   (b) the chain of assignments, and
   (c) the true status of the debt.

54. Defendants failed to identify the legal owner of the alleged debt despite Plaintiffs' repeated requests.

55. Defendants also failed to notify Plaintiffs within 30 days of any assignment of the loan.

56. Defendants' non-compliance violates 15 U.S.C. §1641(f).

57. Plaintiffs suffered informational harm and foreclosure pressure as a result.

# FOURTH THROUGH EIGHTH CAUSES OF ACTION
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. §§ 101 et seq.**
**(Five counts × $130,000 each = $650,000 total)**
**(Against Shellpoint, Onslow Bay, MERSCORP, and Rithm Capital)**

# FOURTH CAUSE OF ACTION
**Copyright Infringement – Count 1**
(Use of Plaintiffs' protected name, identifiers, and documents in MERS registry after notice)

    58. Plaintiffs incorporate all prior paragraphs.

    59. Plaintiffs hold exclusive rights in copyrighted materials, including:
- the protected name "TRACEY MINH NGO,"
- trust-related filings,
- personal identifiers.

    60. On July 14 and August 14, Defendants were notified in writing to cease all use, transmission, and storage of Plaintiffs' protected content.

    61. MERSCORP continued using, publishing, indexing, and transmitting Plaintiffs' protected identifiers after notice.

    62. This constitutes willful infringement.

    63. Plaintiffs seek $130,000 statutory damages for this count.

# FIFTH CAUSE OF ACTION
**Copyright Infringement – Count 2**
(Use of Plaintiffs' protected information in Shellpoint's Notice of Default)

    64. Plaintiffs incorporate all prior paragraphs.

    65. On October 2, 2025, Shellpoint mailed a Notice of Default after receiving July 14 and August 14 notices.

    66. Shellpoint used Plaintiffs' protected name and identifiers in written communications, violating Plaintiffs' copyright rights.

    67. Shellpoint's actions were willful.

    68. Plaintiffs seek $130,000 statutory damages for this count.

# SIXTH CAUSE OF ACTION
**Copyright Infringement – Count 3**
(Recording of retroactive Assignment containing Plaintiffs' protected name)

    69. Plaintiffs incorporate all prior paragraphs.

8

70. On September 3, 2025, Defendants caused a retroactive Assignment to be recorded in the County Recorder using Plaintiffs' protected identifiers after receiving notices.

71. This is unauthorized copying, publication, and distribution under 17 U.S.C. §106.

72. Plaintiffs seek $130,000 statutory damages for this count.

# SEVENTH CAUSE OF ACTION
## Copyright Infringement – Count 4
(Continued collection and foreclosure mailings)

73. Plaintiffs incorporate all prior paragraphs.

74. Shellpoint, Onslow Bay, and Rithm used Plaintiffs' protected information in collection statements sent after July 14 and August 14 notices.

75. Returned mail (Exhibit F) confirms continued attempted transmissions of Plaintiffs' protected identifiers.

76. Plaintiffs seek $130,000 statutory damages for this count.

# EIGHTH CAUSE OF ACTION
## Copyright Infringement – Count 5
(Continued use despite Final Notices to CSC and CT Corporation)

77. Plaintiffs incorporate all prior paragraphs.

78. After receiving Final Notices in October and November, Defendants had full knowledge of Plaintiffs' copyright claims.

79. Defendants continued internal and external transmissions of Plaintiffs' protected name.

80. Plaintiffs seek $130,000 statutory damages for this count.

# SECTION 5–STATE CLAIMS

# NINTH CAUSE OF ACTION
## Wrongful Foreclosure (Common Law)
(Against Shellpoint, Onslow Bay, MERSCORP, and Rithm)

81. Plaintiffs incorporate all preceding paragraphs as though fully set forth herein.

82. Defendants initiated foreclosure activity despite:
   (a) failing to validate the debt;
   (b) failing to identify the true creditor;
   (c) recording inconsistent or irregular assignments;

(d) mailing communications to invalid addresses;

(e) receiving multiple written notices of dispute.

83. Shellpoint issued a Notice of Default (Exhibit E) despite having actual knowledge that Plaintiffs had disputed the debt and demanded validation.

84. Plaintiffs suffered emotional distress, financial strain, and loss of quiet enjoyment.

85. Plaintiffs seek damages and injunctive relief preventing any foreclosure activity unless and until Defendants establish lawful authority.

# TENTH CAUSE OF ACTION
**Quiet Title**
(Cal. Code Civ. Proc. § 760.010 et seq.)
(Against All Defendants)

86. Plaintiffs incorporate all prior paragraphs.

87. Plaintiffs seek to quiet title against Defendants' adverse, inconsistent, and unverified claims to the Property located at:

   3030 Manchester Circle, Corona, CA 92879.

88. The retroactive Assignment recorded on September 3, 2025 (Exhibit D) creates uncertainty, clouds title, and is inconsistent with recorded ownership interests.

89. Defendants' failure to validate their authority further clouds title.

90. Plaintiffs request a judgment declaring that Defendants have no valid, enforceable interest in the Property unless proven by competent evidence.

# ELEVENTH CAUSE OF ACTION
**Cancellation of Instruments**
(Cal. Civ. Code § 3412)
(Against All Defendants)

91. Plaintiffs incorporate all prior paragraphs.

92. The following written instruments are void or voidable:

(a) the September 3, 2025 Assignment of Deed of Trust (Exhibit D),

(b) any unverified servicing transfers,

(c) any documents generated after Plaintiffs' dispute notices.

93. These instruments, if allowed to stand, will cause Plaintiffs serious injury.

94. Plaintiffs seek an order cancelling such instruments.

# TWELFTH CAUSE OF ACTION
**Chain-of-Title Irregularity and Improper Assignment**
(Against MERSCORP, Shellpoint, Rithm, and Onslow Bay)

95. Plaintiffs incorporate prior paragraphs.
96. Defendants recorded an assignment after the Grant Deed to the TRACEY MINH NGO TRUST (Exhibit C), causing a break in the chain of title.
97. MERSCORP's registry information conflicts with the county recorder documents and Defendants' internal claims.
98. A foreclosure cannot proceed where chain of title is broken, unclear, or unsupported.

# THIRTEENTH CAUSE OF ACTION

**Constructive Fraud**
(Cal. Civ. Code § 1573)
(Against All Defendants)

99. Plaintiffs incorporate all prior paragraphs.
100.    Defendants had a special or fiduciary-like relationship as servicers, beneficiaries, or agents responsible for maintaining accurate records.
101.    Defendants concealed:
(a) the true creditor,
(b) accurate servicing history,
(c) assignment defects,
(d) invalid contact addresses,
(e) material information related to foreclosure.
102.    Plaintiffs reasonably relied on Defendants to maintain accurate records.
103.    Defendants' concealment caused Plaintiffs harm.

# FOURTEENTH CAUSE OF ACTION

**Fraud (Intentional Misrepresentation)**
(Against Shellpoint, Onslow Bay, MERSCORP, and Rithm)

104.    Plaintiffs incorporate all prior paragraphs.
105.    Defendants knowingly made false representations in:
- collection notices,
- assignment documents,
- recorded instruments,
- information transmitted through MERS,
- communications sent after dispute.
106.    Defendants intended Plaintiffs to rely on these representations.
107.    Plaintiffs suffered harm due to such reliance.
108.    Plaintiffs seek punitive damages according to proof.

# FIFTEENTH CAUSE OF ACTION

**Negligent Misrepresentation**

(Against All Defendants)

109.    Plaintiffs incorporate all prior paragraphs.

110.    Defendants made representations about:
- ownership of the loan,
- validity of assignments,
- foreclosure rights,
- servicing authority.

111.    Defendants made these representations without reasonable grounds for believing them to be true.

112.    Plaintiffs relied on these misrepresentations to their detriment.

# SIXTEENTH CAUSE OF ACTION

**Violations of California Business & Professions Code § 17200**

(Unfair, Unlawful, and Fraudulent Practices)

(Against All Defendants)

113.    Plaintiffs incorporate all prior paragraphs.

114.    Defendants engaged in "unlawful" practices, including:
(a) FDCPA violations,
(b) RESPA violations,
(c) TILA violations,
(d) recording improper assignments,
(e) continuing foreclosure without validation.

115.    Defendants engaged in "unfair" practices by continuing to use invalid addresses, misleading Plaintiffs, and withholding creditor information.

116.    Defendants engaged in "fraudulent" practices by creating a misleading chain of title.

117.    Plaintiffs seek injunctive relief and restitution.

# SEVENTEENTH CAUSE OF ACTION

**Intentional Infliction of Emotional Distress (IIED)**

(Against All Defendants)

118.    Plaintiffs incorporate all prior paragraphs.

119.    Defendants' conduct was extreme and outrageous because they:
(a) attempted to foreclose without validation,
(b) recorded defective instruments,
(c) used Plaintiffs' protected information after notice,
(d) continued sending threatening mail,

(e) ignored all requests for validation.

120.      Plaintiffs suffered:
- severe emotional distress,
- fear of losing their home,
- anxiety and sleeplessness,
- humiliation and mental anguish.

121.      Plaintiffs seek $25,000 emotional distress damages, plus punitive damages according to proof.

# SECTION 6–DAMAGES AND RELIEF REQUESTED

122.      Plaintiffs incorporate all preceding paragraphs as though fully set forth herein.

## A. Statutory Copyright Damages
(Five Counts × $130,000 = $650,000 Total)

123.      Under 17 U.S.C. §504(c), Plaintiffs are entitled to statutory damages for each act of infringement.

124.      Defendants' conduct was willful, because they continued using, publishing, transmitting, and storing Plaintiffs' protected information after receiving written notices on:
- July 14, 2025 (Exhibit A),
- August 14, 2025 (Exhibit B), and
- Final Notices sent via CSC and CT Corporation.

125.      Plaintiffs seek the following statutory damages:
- Count 1: $130,000
- Count 2: $130,000
- Count 3: $130,000
- Count 4: $130,000
- Count 5: $130,000

**Total Copyright Damages: $650,000**

## B. FDCPA Statutory Damages
($1,000 per Defendant × 4 = $4,000 total)

126.      Under 15 U.S.C. §1692k(a)(2)(A), Plaintiffs seek $1,000 from each Defendant:

13

- Shellpoint
- Onslow Bay
- Rithm Capital
- MERSCORP Holdings

**Total FDCPA Damages: $4,000**

## C. RESPA Statutory Damages

($2,000 total)

127.     Under 12 U.S.C. §2605(f), Plaintiffs seek $2,000 statutory damages arising from Defendants' failure to respond to Plaintiffs' written qualified requests and notices of dispute.

## D. Emotional Distress Damages (IIED)

($25,000 total)

128.     Plaintiffs suffered severe emotional distress as a direct result of Defendants' conduct, including:
- fear of wrongful foreclosure,
- anxiety,
- humiliation,
- loss of sleep, and
- disruption of family stability.

129.     Plaintiffs seek $25,000 for emotional distress.

## E. Actual Damages

130.     Plaintiffs suffered monetary and non-monetary losses, including:
- postage and mailing costs,
- document preparation costs,
- time expended responding to Defendants' misconduct,
- reputational and privacy harm.

131.     Plaintiffs seek actual damages according to proof at trial.

## F. Punitive Damages

132.     Defendants' conduct was malicious, oppressive, fraudulent, and willful, particularly because they continued their actions after receiving multiple notices of dispute and infringement.

133.     Plaintiffs seek punitive damages according to proof, consistent with:
- intentional misrepresentation,
- constructive fraud,
- IIED,

- willful infringement.

## G. Attorneys' Fees and Costs

134.    Plaintiffs reserve the right to seek attorneys' fees and litigation costs under:
- FDCPA,
- California Code of Civil Procedure,
- Copyright Act,
- and any other applicable authority,

should counsel be retained in the future.

## H. Injunctive Relief

135.    Plaintiffs seek a temporary and permanent injunction prohibiting Defendants from:
(a) initiating or continuing foreclosure;
(b) conducting trustee sale proceedings;
(c) attempting or threatening to dispossess Plaintiffs;
(d) using Plaintiffs' protected name and identifiers;
(e) transmitting or publishing any personal/copyrighted data;
(f) reporting or transferring the alleged debt without lawful authority.

## I. Declaratory Relief

136.    Plaintiffs seek judicial declarations that:
(a) the September 3, 2025 assignment is invalid,
(b) Defendants lack verified authority over the debt,
(c) the chain of title is defective,
(d) Plaintiffs' rights were violated under federal law,
(e) Defendants' continued conduct was unlawful.

# SECTION 7–PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Tung-Thanh Doan and Tracey-Minh Ngo respectfully request that this Court enter judgment in their favor and against Defendants as follows:

## A. Damages

1. Statutory copyright damages in the amount of $650,000 (five counts × $130,000 each), pursuant to 17 U.S.C. § 504(c).

15

2. Statutory FDCPA damages of $4,000 ($1,000 per Defendant), pursuant to 15 U.S.C. §1692k.
3. Statutory RESPA damages of $2,000, pursuant to 12 U.S.C. §2605(f).
4. Emotional distress damages in the amount of $25,000, arising from Defendants' extreme and outrageous conduct.
5. Actual damages, including mailing costs, duplicating costs, time incurred, privacy harms, and expenses, according to proof.
6. Punitive damages, due to Defendants' malicious, oppressive, fraudulent, and willful conduct, according to proof.

## B. Declaratory & Injunctive Relief

7. A declaration that Plaintiffs' rights under federal and state law were violated.
8. A declaration that the September 3, 2025 Assignment of Deed of Trust (Instrument No. 2025-0270232) is invalid, improperly executed, improperly recorded, and void.
9. A declaration that Defendants lack verified and lawful authority to foreclose or enforce the alleged debt.
10. A declaration that the chain of title relating to the Property is defective, inconsistent, or incomplete.
11. A temporary and permanent injunction restraining Defendants from:
    - initiating or continuing foreclosure;
    - posting, publishing, or recording any foreclosure notices;
    - scheduling or conducting any trustee's sale;
    - transferring or selling servicing rights;
    - reporting, transmitting, or sharing Plaintiffs' copyrighted name or protected identifiers;
    - using Plaintiffs' name, identifiers, or trust information in any collection activity.
12. An order compelling Defendants to correct or annotate their internal servicing systems, MERS registry entries, and communication records to reflect Plaintiffs' dispute and prior notices.

## C. Quiet Title & Cancellation

13. A judgment quieting title in Plaintiffs' favor against all adverse claims.
14. An order cancelling defective, void, or fraudulent instruments including, but not limited to, the Assignment of Deed of Trust recorded on September 3, 2025.

16

## D. Additional Relief

15. An award of costs of suit.
16. An award of attorneys' fees if Plaintiffs retain counsel and as permitted by statute.
17. Any further relief that the Court deems just and proper.

**DATED: November 24, 2025**

Riverside, California

/s/ Tung-Thanh: Doan

**Tung Thanh Doan**
Plaintiff, Pro Se

/s/ Tracey-Minh: Ngo

**Tracey Minh Ngo**
Plaintiff, Pro Se

17

# PROOF OF SERVICE

(By Certified Mail)

I, David Bach Doan declare:

1.  I am over the age of 18 and not a party to this action. My address is 16422 Rancho Escondido Dr, Riverside, CA 92506.
2.  On November 25, 2025, I served the following documents:
    - o **First Amended Complaint;**
    - o **Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction;**
    - o **Declaration of Tung-Thanh Doan;**
    - o **Memorandum of Points and Authorities;**
    - o **[Proposed] Temporary Restraining Order;**
    - o **[Proposed] Order to Show Cause re: Preliminary Injunction;**
    - o **Exhibits A–I (as referenced in the Complaint and TRO)**

    on the following parties by Certified Mail, Return Receipt Requested:
    **CSC – Registered Agent for:**
    NewRez LLC d/b/a Shellpoint Mortgage Servicing
    Onslow Bay Financial LLC
    Rithm Capital Corp.

    **CT Corporation System – Registered Agent for:**
    MERSCORP Holdings, Inc.

3.  I placed true copies of the above documents in sealed envelopes, with postage fully prepaid, and deposited them with the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 25, 2025, at Riverside, California.

Signature

David Bach Doan
David Bach Doan
Servicer of Process

1

# SECTION 8 — EXHIBIT TABLE

Plaintiffs hereby incorporate the following Exhibits into this First Amended Complaint. These Exhibits were previously served on Defendants by certified mail and/or submitted in earlier filings and are re-filed here for completeness of the record after reassignment.

## EXHIBIT A
July 14, 2025 – Notice of Debt Validation & Copyright Infringement
• Served on Shellpoint, Onslow Bay,
• Establishes earliest date of notice and copyright protection.
• (Attached: EXHIBIT A.pdf)

## EXHIBIT B
August 14, 2025 – Second Notice of Non-Compliance & Copyright Notice
• Reinforces prior warnings and dispute right.
• (Attached: EXHIBIT B.pdf)

## EXHIBIT C
Grant Deed to TRACEY MINH NGO TRUST
• Recorded August 29, 2025.
• Establishes property rights chronology before later assignment.
• (Attached: Exhibit C.pdf)

## EXHIBIT D
Corporate Assignment of Deed of Trust (Retroactive / Out-of-Sequence)
• Recorded September 3, 2025 as Instrument #2025-0270232.
• Execution date suggests retroactive correction after Plaintiffs' notices.
• (Contained within: EXHIBIT A to F .docx)

## EXHIBIT E
Shellpoint Notice of Default / Acceleration (October 2, 2025)
• Mailed after July & August notices.
• Demonstrates willful and continued conduct.
• (Attached: EXHIBIT E.pdf)

## EXHIBIT F
USPS Tracking & Returned Mail Evidence
• Returned envelopes from Onslow Bay and Rithm Capital
• Delivery confirmation to Shellpoint
• Certified mail logs
• Shows inability to validate debt & improper addresses
• (Contained within: EXHIBIT A to F .docx)

## EXHIBIT G
Trust Declaration Pages (for Background Facts Only)

18

• Identifies Plaintiffs as trustees and beneficiaries
• Included only to support factual background—not trust standing in caption
• (Attached: EXHIBIT G .pdf)

**EXHIBIT H**
Previously Filed Opposition and Supporting Documents
• Delivered to chambers in prior stage
• Contains additional title documentation, foreclosure communications, and procedural history
• (Attached: NOTICE OF PRIOR FILINGS AND RELEVANT EVIDENCE…pdf)

**EXHIBIT I**
Final Notices Sent in October–November 2025
• Final Notice to Shellpoint via CSC
• Final Notice to Onslow Bay via CSC
• Final Notice to Rithm Capital via CSC
• Final Notice to MERS via CT Corporation System
• Establish willfulness, continued violation, and constructive notice
• (Your new Final Notices bundle)

# EXHIBIT CERTIFICATION

Plaintiffs certify that the above Exhibits are true and correct copies of the documents described, and that they are incorporated herein as part of the First Amended Complaint.

# SIGNATURES

DATED: Novemver 25, 2025
Riverside, California

*Tung-Thanh: Doan*
/s/Tung-Thanh: Doan
**Tung-Thanh: Doan**
Plaintiff, Pro Se

*Tracey -Minh: Ngo*
/s/Tracey-Minh: Ngo
**Tracey-Minh: Ngo**
Plaintiff, Pro Se

19

**EXHIBIT A**

July 14, 2025 – Notice of Debt Validation & Copyright Infringement
• Served on Shellpoint, Onslow Bay,
• Establishes earliest date of notice and copyright protection.
• (Attached: EXHIBIT A.pdf)

From:  TRACEY MINH NGO TRUST

16422 Rancho Escondido Dr.

Riverside, CA 92506

*Certified Mail : 7018 1130 0000 7082 8486*

July 14th, 2025

To:  NEWREZ LLC. dba SHELLPOINT MORTGAGE SERVING

PO BOX 10826

GREENVILLE, SC 29603

Account Number: 0693788176

Dear NEWREZ LLC and/or SHELLPOINT MORTGAGE SERVING,

We have received a statement billing to  TRACEY MINH NGO saying that we owe  SHELLPOINT MORTGAGE SERVING, your company with the amount of $7,419.96 for the account number 0693788176.

We acknowledge that you are a Debt  Collector with the intent to collect a debt. We received the written statement or legal presentment to collect debt that does not belong to us.

According to 15 USC 1692g, we demand you to validate this DEBT VALIDATION upon which you need to send us in writing four things to support your proof of claim as followings:

1. We want you to send a detail list of history of payments that we sent to your company that we made to pay on this account.
2. We want to see the signature that I put on a contract guaranteeing that I would pay you as Creditor.
3. We are asking that has there been any insurance claim found on this debt.
4. We want to see that you have the chain of title to collect on this debt.

We look forward to hear from you.

Sincerely,

Tung-Thanh: Doan, Trustee

7018 1130 0000 7082 8486

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1978 TRACEY MINH NGO TRUST.

Notice Provided Under Certified Mail No. 7018  1130  0000  7082  8486

Lawful/Legal Notice provided to:
*Shellpoint Mortgage Servicing*
*P.O. Box 10826*
*Greenville, SC 29603*

This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.

**Copyright Notice: All rights reserved.**
Copyright of trade-name/trademark TRACEY MINH NGO© TRUST including any and all derivatives and variations in the spelling, i.e. NOT limited to all capitalized names: TRACEY MINH NGO TRUST ©, TRACEY MINH NGO© or any derivatives thereof are under Copyright 1978. Said common-law trade-name/trademark, TRACEY MINH NGO© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.
**With the Intent of being Contractually Bound**, any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee/TRUST, as signified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of TRACEY MINH NGO©, and **all such unauthorized use is strictly prohibited.**
**By receipt of this notice you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record. This is notification that you are in BREACH.**
You herein have **two options** for remedy of this breach of copyright:
1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issue a written apology.; or
2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described;

   a) **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and TRACEY MINH NGO TRUST© is Secured Party, and signifies that User:
   b) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.
   c) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents to the outstanding balance that will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is TRUST and Trustee is Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages;
   d) Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;
   e) Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1978 TRACEY MINH NGO TRUST.

f)   Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth within authorizes without recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Tracey-Minh: Ngo, Autograph Common Law Copyright 1976. Unauthorized use of "Tracey-Minh: Ngo" incurs same unauthorized-use fees as those associated with TRACEY MINH NGO© TRUST, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: _____
E-Mail: _____
Or the address provided on the envelope.

Tracey-Minh: Ngo TTEE

_Tracey-Minh: Ngo_

Without Prejudice/Without Recourse
On behalf of TRACEY MINH NGO TRUST©,
Copyright 1978. All Rights Reserved.

### JURAT

County of _Orange_ )
            ) Scilicet
_Florida_ State )

SUBSCRIBED AND SWORN TO before me this _12th_ day of
_December_ A.D. 20_17_

_Deyonte Gallegos_ Seal
Notary Public Signature
My Commission Expires _7/24/21_

DEYONTE ANTHONY GALLEGOS
MY COMMISSION # GG127630
EXPIRES July 24, 2021



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Greenville, SC 29603   OFFICIAL USE

Certified Mail Fee   $5.30

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $4.40
☐ Return Receipt (electronic)      $ $11.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage   $0.78

Total Postage and Fees
$10.48

0503
34

Postmark Here
JUL 15 2025
07/15/2025

Sent To  SHELLPOINT MORTGAGE SERVICING
Street and Apt. No., or PO Box No.  P.O. Box 10826
City, State, ZIP+4®  Greenville, SC 29603

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 1130 0000 7082 8486



COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   Van Meyer                            7-19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SHELLPOINT MORTGAGE
SERVICING,
P.O. Box 10826
Greenville, SC 29603

9590 9402 4248 8121 2622 19

2. Article Number (Transfer from service label)
7018 1130 0000 7082 8486

PS Form 3811, July 2015 PSN 7530-02-000-9053

**EXHIBIT B**
August 14, 2025 – Second Notice of Non-Compliance & Copyright Notice
• Reinforces prior warnings and dispute right.
• (Attached: EXHIBIT B.pdf)

Return receipt 9590 9402 9279 4295 3698 84

# LEGAL NOTICE & DEMAND FOR DEBT VALIDATION

Date: August 14, 2025

This document serves as a formal legal notice to both Shellpoint Mortgage Servic
Onslow Bay Financial LLC that all alleged debts, claims, and collection activities regar
account listed herein are formally disputed. This is a request for validation pursuant to
Debt Collection Practices Act (FDCPA, 15 USC § 1692g) and the Fair Credit Repo
(FCRA, 15 USC § 1681). This document also serves as a final notice that you are in
of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692g, by failing to provide
complete validation of the alleged debt referenced in your prior communications, de
lawful demand made on July 14, July 16 and July 18, 2025 via certified mail (Track
70181130000070828486, 70181130000070828462, 70181130000070828479).

**To:**
Newrez LLC dba Shellpoint Mortgage Servicing
P.O. Box 10268
Greenville, SC 29603

Onslow Bay Financial LLC
1211 Avenue of the Americas, 41st Floor New
York, NY 10036

**From:**
TRACEY MINH NGO Trust
16422 Rancho Escondido Dr.
Riverside CA 92506

**RE:** Debt Validation Request – Loan #0693788176 – Alleged Balance $11,129.94

To Whom It May Concern,

This is a formal dispute of the above-referenced alleged debt. Your recent correspo
dated July 21, 2025, states that the owner of the loan is **Onslow Bay Financial LL**
your mortgage statement dated July 18, 2025, demands payment directly to **Sh**
**Mortgage Servicing**. This inconsistency raises serious concerns about the valic
enforceability of the alleged debt and your authority to collect it.

Pursuant to FDCPA § 1692g, you are required to provide, in writing:
1. The original signed promissory note and allonges.
2. The complete chain of title from the original creditor to the present owner, including d
   assignments.
3. Proof of your authority to collect on behalf of the current owner, including servicingcc

4. Full account history showing every transaction, fee, escrow adjustme insurancepayout.

5. Any insurance claims made related to this loan.

6. The name, address, and contact information of the original creditor and all sub assignees.

**Copyright/Trademark Notice:** The name "TRACEY MINH NGO" and any derivative: are the exclusive intellectual property of the undersigned, protected under common applicable federal copyright and trademark law. Unauthorized commercial use, incl financial instruments, databases, or collection activities, is strictly prohibited. Any contin without express written consent will be billed at a statutory rate of $500,000 per occurre will constitute willful infringement subject to legal action.

**Cease & Desist:** Until you provide the above validation, you must immediately c collection activity, credit reporting, and third-party communications regarding this acco violation will be documented and used as evidence in a formal complaint to the C Financial Protection Bureau (CFPB), the Federal Trade Commission (FTC), and in civil litigation.

If you fail to respond within 30 days, this matter will be considered closed, and your c pursuit will be treated as a knowing and intentional violation of federal law.

Sincerely,

*Tracey- Minh: Ngo*

Tracey-Minh: Ngo, Trustee
TRACEY MINH NGO Trust

*Doan, Tung Thanh*

Tung-Thanh: Doan, Trustee
TRACEY MINH NGO Trust



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

City of Industry, CA 91716    OFFICIAL USE

| Certified Mail Fee | $5.30 | 0503 |
| | | 36 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.40 | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | Postmark |
| ☐ Adult Signature Required | $0.00 | Here |
| ☐ Adult Signature Restricted Delivery | $0.00 | 07/14/2025 |
| Postage | $0.78 | |
| Total Postage and Fees | $10.48 | |

Sent To SHELLPOINT MORTGAGE SERVICING
Street and Apt. No., or PO Box No. P.O. Box 60535
City, State, ZIP+4® City of Industry, CA 91716-0535

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1130 0000 7082 8479



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SHELLPOINT MORTGAGE SERVICING
P.O. BOX 60535
CITY OF INDUSTRY, CA 91716-0535

9590 9402 4248 8121 2621 96

2. Article Number (Transfer from service label)
7018 1130 0000 7082 8479

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X    ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

JUL 16 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery





# UNITED STATES POSTAL SERVICE.

ARLINGTON
10275 HOLE AVE
RIVERSIDE, CA 92503-3457
www.usps.com

1/2025                                  10:13 AM

---

TRACKING NUMBERS
7018113000070828462

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
tandard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

| duct | Qty | Unit Price | Price |
|------|-----|------------|-------|
| st-Class Mail® ter | 1 | | $0.73 |
| City of Industry, CA 91716 Weight: 0 lb 0.50 oz Estimated Delivery Date Mon 07/14/2025 | | | |
| Certified Mail® Tracking #: 70181130000070828462 | | | $4.85 |
| Return Receipt Tracking #: 9590 9402 4248 8121 2623 87 | | | $4.10 |
| al | | | $9.68 |

---



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SHELLPOINT MORTGAGE SERVICING
P.O. BOX 60535
CITY OF INDUSTRY, CA 91716-
0535

9590 9402 4248 8121 2623 87

2. Article Number (Transfer from service label)

7018 1130 0000 7082 8462

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Rece

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Address
B. Received by (Printed Name)    C. Date of Deliver

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JUL 14 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restri Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

---

7018 1130 0000 7082 8462

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee  $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage  $0.73

Total Postage and Fees  $9.68

Sent To  SHELLPOINT MORTGAGE SERVICING
Street and Apt. No., or PO Box No.  P.O. BOX 60535
City, State, ZIP+4  CITY OF INDUSTRY, CA 91716-0535

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Certified mail - Return Receipt

9414 7118 9956 0695 6779 16

Return Receipt # 9590 9402 9279 4295 3699 02

# FDCPA VIOLATION NOTICE & AFFIDAVIT

TRACEY MINH NGO Trust
16422 Rancho Escondido Dr.
Riverside, CA 92506

August 14, 2025

Via Certified Mail – Return Receipt Requested
Tracking Nos: 70181130000070828486, 70181130000070828462, 70181130000070828479

TO: NEWREZ LLC dba
SHELLPOINT MORTGAGE SERVICING
P.O. Box 10268
GREENVILLE, SC 29603

RE: NOTICE OF CONTINUED VIOLATIONS & DEMAND FOR IMMEDIATE CEASE AND
DESIST

This correspondence constitutes a formal demand and notice under the Fair Debt Collection
Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 et seq., arising from your continued unlawful
collection activities after receipt of my prior Debt Validation Notices sent via certified mail on
July 14, 2025 and July 16, 2025.

Despite your receipt of these notices, you have continued to send billing statements, assign
or attempt to assign the alleged debt, and otherwise engage in collection activity without
having provided the documentation required under 15 U.S.C. § 1692g(b). This constitutes
willful violations of 15 U.S.C. §§ 1692e, 1692f, and 1692g.

You are hereby instructed to immediately:

1. Cease all collection activity, including the issuance of statements, letters, or phone calls.
2. Cease any sale, transfer, or assignment of the alleged debt.

# FDCPA VIOLATION NOTICE & AFFIDAVIT

TRACEY MINH NGO Trust
16422 Rancho Escondido Dr.
Riverside, CA 92506

August 14, 2025

Via Certified Mail – Return Receipt Requested
Tracking Nos: 70181130000070828486, 70181130000070828462, 70181130000070828479

TO: NEWREZ LLC dba
SHELLPOINT MORTGAGE SERVICING
P.O. Box 10268
GREENVILLE, SC 29603

RE: NOTICE OF CONTINUED VIOLATIONS & DEMAND FOR IMMEDIATE CEASE AND DESIST

This correspondence constitutes a formal demand and notice under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 et seq., arising from your continued unlawful collection activities after receipt of my prior Debt Validation Notices sent via certified mail on July 14, 2025 and July 16, 2025.

Despite your receipt of these notices, you have continued to send billing statements, assign or attempt to assign the alleged debt, and otherwise engage in collection activity without having provided the documentation required under 15 U.S.C. § 1692g(b). This constitutes willful violations of 15 U.S.C. §§ 1692e, 1692f, and 1692g.

You are hereby instructed to immediately:

1. Cease all collection activity, including the issuance of statements, letters, or phone calls.
2. Cease any sale, transfer, or assignment of the alleged debt.

3. Provide full validation of the alleged debt, including but not limited to a signed
   contract, complete payment history, and chain of title.

Failure to comply will result in immediate legal action, including filing suit for statutory
damages of up to $500,000 per violation, actual damages, costs, and attorney's fees
pursuant to 15 U.S.C. § 1692k.

This letter serves as your final warning prior to litigation.

Sincerely,

*Doan, Tung-Thanh*

Tung-Thanh :Doan, Trustee

*Ngo, Tracey-Minh*

Tracey-Minh: Ngo, Trustee

---

AFFIDAVIT OF FACT

I, Tung-Thanh :Doan, Trustee, and I, Tracey-Minh :Ngo, Trustee, declare under penalty of
perjury that the foregoing statements are true and correct to the best of our knowledge.

Executed on this 14th day of August, 2025.

*Doan, Tung-Thanh* Tung-
Thanh :Doan, Trustee

*Ngo, Tracey-Minh* Tracey-
Minh :Ngo, Trustee

Notary Public: _____
My Commission Expires: _____

SEE ATTACHED
NOTARIAL CERTIFICATE

8/14/25
*[signature]*

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of ~~Riverside~~

On ~~Aug 14, 2025~~ before me, ~~Simone B Metters (Notary Public)~~
_____Date_____                                    _Here Insert Name and Title of the Officer_

personally appeared ~~Tung Thanh Doan, Tracey Minh Ngo~~
                                    _Name(s) of Signer(s)_

---

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**SIMONE B. METTERS**
Notary Public - California
Riverside County
Commission # 2381610
My Comm. Expires Nov 3, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ~~Simone B Metters~~
                _Signature of Notary Public_

_Place Notary Seal and/or Stamp Above_

---

**OPTIONAL**

_Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____                    Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____                    Signer's Name: _____
☐ Corporate Officer – Title(s): _____         ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General               ☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact           ☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator    ☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____                        ☐ Other: _____
Signer is Representing: _____          Signer is Representing: _____

---

©2019 National Notary Association

```
         ***SEND & RECEIVE MAIL**
           17130 VAN BUREN BLVD
           RIVERSIDE CA 92504
             (951) 780-1220

          www.WoodcrestMail.com


Copy BW        6 @ 0.25          1.50
Shipment--------------------
  USPS First Class Mail Flat
    Ship To:
      SHELLPOINT MORTGAGE SERVICING
      NEWREZ LLC DBA
      PO BOX 10268
      GREENVILLE, SC 29603-0268
    Package ID: 338455      15.78
    Tracking #: 9414711899560695677916
    Certified            [$6.89]
    Return Receipt       [$5.34]
      9590940292794295369902
Shipment--------------------
  USPS First Class Mail Flat
    Ship To:
      SHELLPOINT MORTGAGE SERVICING
      NEWREZ LLC DBA
      PO BOX 10268
      GREENVILLE, SC 29603-0268
    Package ID: 338456      15.78
    Tracking #: 9414711899560695677596
    Certified            [$6.89]
    Return Receipt       [$5.34]
      9590940292794295369896
Shipment--------------------
  USPS First Class Mail
    Ship To:
      ONSLOW BAY FINANCIAL LLC
      1211 AVENUE OF THE AMERICAS FL 41
      NEW YORK, NY 10036-8705
    Package ID: 338459      13.23
    Tracking #: 9414711899560695699284
    Certified            [$6.89]
    Return Receipt       [$5.34]
      9590940292794295369889


    SUBTOTAL            46.29
    TAX                  0.00
    TOTAL               46.29
TEND Debit              46.29

Total shipments: 3
TRACEY MINH NGO TRUST
                      08/14/2025
#112573               04:03 PM
Workstation: 14 - Auxiliary Workstation 14
CCTran# 9cb2e872-121f-4675-a615-170c72cdc590



    Visit our website for Terms & Conditions
         or to Track a Package!
```

Certified Mail - Return Receipt

9414 7118 9956 0695 6775 96

Return Receipt # 9590 9402 9279 4295 3696 96

# COPYRIGHT INFRINGEMENT NOTICE & AFFIDAVIT

TRACEY MINH NGO Trust
16422 Rancho Escondido Dr.
Riverside, CA 92506

August 14, 2025

Via Certified Mail – Return Receipt Requested
Tracking No: 70181130000070828479

TO: NEWREZ LLC dba
Shellpoint Mortgage Servicing
PO Box 10268
Greenville, SC 29603

RE: FORMAL NOTICE OF COPYRIGHT INFRINGEMENT & DEMAND FOR DAMAGES

On July 18, 2025, I served you with a formal copyright infringement notice, which you
received as evidenced by USPS Certified Mail Return Receipt. In that notice, you were
instructed to immediately cease any use of the name "TRACEY MINH NGO" in any form,
including on statements, correspondence, or collections-related materials.

You were afforded a ten (10) day cure period. Despite this, you have willfully continued to use
the protected name after the cure period expired, including in a recent statement received on
August 12, 2025.

This conduct constitutes a willful infringement under 17 U.S.C. §§ 101, 501, and 504. As
stated in my prior notice, damages are hereby demanded in the amount of $500,000 per
violation. You are further instructed to:

1. Immediately cease all use of the protected name.

# COPYRIGHT INFRINGEMENT NOTICE & AFFIDAVIT

TRACEY MINH NGO Trust
16422 Rancho Escondido Dr.
Riverside, CA 92506

August 14, 2025

Via Certified Mail – Return Receipt Requested
Tracking No: 70181130000070828479

TO: NEWREZ LLC dba
Shellpoint Mortgage Servicing
PO Box 10268
Greenville, SC 29603

RE: FORMAL NOTICE OF COPYRIGHT INFRINGEMENT & DEMAND FOR DAMAGES

On July 18, 2025, I served you with a formal copyright infringement notice, which you
received as evidenced by USPS Certified Mail Return Receipt. In that notice, you were
instructed to immediately cease any use of the name "TRACEY MINH NGO" in any form,
including on statements, correspondence, or collections-related materials.

You were afforded a ten (10) day cure period. Despite this, you have willfully continued to use
the protected name after the cure period expired, including in a recent statement received on
August 12, 2025.

This conduct constitutes a willful infringement under 17 U.S.C. §§ 101, 501, and 504. As
stated in my prior notice, damages are hereby demanded in the amount of $500,000 per
violation. You are further instructed to:

1. Immediately cease all use of the protected name.

2. Destroy all infringing materials.
3. Confirm in writing within 7 days that you have complied.

Failure to comply will result in immediate initiation of a civil lawsuit seeking statutory damages, actual damages, and injunctive relief.

Sincerely,

*Doan, Tung-Thanh*

Tung-Thanh :Doan, Trustee

*Ngo, Tracey - Minh*

Tracey-Minh: Ngo, Trustee

---

AFFIDAVIT OF FACT

I, Tung-Thanh :Doan, Trustee, and I, Tracey-Minh :Ngo, Trustee, declare under penalty of perjury that the foregoing statements are true and correct to the best of our knowledge.

Executed on this 14th day of August, 2025.

*Doan, Tung-Thanh* Tung-Thanh :Doan, Trustee

*Ngo, Tracey - Minh* Tracey-Minh :Ngo, Trustee

Notary Public: _____
My Commission Expires: _____

SEE ATTACHED
NOTARIAL CERTIFICATE

8/14/25

**CALIFORNIA ACKNOWLEDGMENT**                                               CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ~~Riverside~~

On Aug 14, 2025 before me, Simone B Metters (notary public),
     *Date*                        *Here Insert Name and Title of the Officer*

personally appeared Tung Thanh Doan, Tracey Minh Ngo
                             *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



SIMONE B. METTERS
Notary Public - California
Riverside County
Commission # 2381610
My Comm. Expires Nov 3, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Simone B Metters*
                          *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

─────────────────── **OPTIONAL** ───────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____

Document Date: _____      Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____   Signer's Name: _____
☐ Corporate Officer – Title(s): _____   ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General      ☐ Partner – ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact     ☐ Individual     ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator   ☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____     ☐ Other: _____
Signer is Representing: _____   Signer is Representing: _____

©2019 National Notary Association

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Newrez LLC DBA
Shellpoint Mortgage Servicing
PO Box 10268
Greenville, SC 29602

9402 9279 4295 3698 96

ber (Transfer from service label)

7195 6069 5677 5916

. , July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                   ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

```
***SEND & RECEIVE MAIL**
17130 VAN BUREN BLVD
RIVERSIDE CA 92504
(951) 780-1220

www.WoodCrestMail.com

Copy BW            6 @ 0.25        1.50
Shipment------------------------------
    USPS First Class Mail Flat
    Ship To:
       SHELLPOINT MORTGAGE SERVICING
       NEWREZ LLC DBA
       PO BOX 10268
       GREENVILLE, SC 29603-0268
    Package ID: 338455      15.78
    Tracking #: 9414711899560695677916
    Certified             [$6.89]
    Return Receipt        [$5.34]
    9590940292794295369902
Shipment------------------------------
    USPS First Class Mail Flat
    Ship To:
       SHELLPOINT MORTGAGE SERVICING
       NEWREZ LLC DBA
       PO BOX 10268
       GREENVILLE, SC 29603-0268
    Package ID: 338456      15.78
    Tracking #: 9414711899560695677556
    Certified             [$6.89]
    Return Receipt        [$5.34]
    9590940292794295369896
Shipment------------------------------
    USPS First Class Mail
    Ship To:
       ONSLOW BAY FINANCIAL LLC
       1211 AVENUE OF THE AMERICAS FL 41
       NEW YORK, NY 10036-8705
    Package ID: 338459      13.23
    Tracking #: 9414711899560695669284
    Certified             [$6.89]
    Return Receipt        [$5.34]
    9590940292794295369889

                    SUBTOTAL      46.29
```

**EXHIBIT C**

Grant Deed to TRACEY MINH NGO TRUST

• Recorded August 29, 2025.

• Establishes property rights chronology before later assignment.

• (Attached: Exhibit C.pdf)

RECORDING REQUESTED BY:
Tung Thanh Doan
TRA:
Parcel No.: 172-340-035

AND WHEN RECORDED MAIL TO:
TRACEY MINH NGO TRUST
16422 Rancho Escondido Dr
Riverside, CA 92506

**2025-0267048**
08/29/2025 12:08 PM Fee: $ 94.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

3036

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

[ ] Documentary transfer tax is NONE (This conveyance is a transfer into an Irrevocable Common Law Trust, exempt from tax under R&T; Code § 11930)
[ ] City of Corona, County of Riverside

MADE FOR NO CONSIDERATION,

**Tracey Minh Ngo, a Married Woman as her sole and separate property ("Grantor"), hereby**

GRANT(S) to

**TRACEY MINH NGO TRUST, an Irrevocable Common Law Trust dated December 12, 2017 ("Grantee"), the following described real property in the County of Riverside,**

State of California:

**Legal Description: Lot 35, Tract 24129, in the City of Corona, County of Riverside, State of California, as per Map recorded May 16, 1991, in Book 232, Page 3 and 4 of Maps, in the Office of the County Recorder of said County. APN: 172-340-035.**

Also commonly known as: 3030 Manchester Cir, Corona, CA 92879

DATED: _08/29/25_

_Ngo, Tracey - Minh_          Tracey
Minh Ngo, Grantor

**SEE ATTACHED
NOTARIAL CERTIFICATE**

**Mail Tax Statement to: SAME AS ABOVE**

DOC #2025-0267048  Page 2 of 2

## CALIFORNIA ALL-PURPOSE
## CERTIFICATE OF ACKNOWLEDGMENT
### (CALIFORNIA CIVIL CODE § 1189)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                                    )
COUNTY OF  Riverside                                   )

On  August 29, 2025  before me,  Adrian Pino Jordan (Notary Public)
         (Date)                              (Here Insert Name and Title of the Officer)

personally appeared ----------------------Tracey Minh Ngo----------------------,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ADRIAN PINO JORDAN
Notary Public - California
Riverside County
Commission # 2389280
My Comm. Expires Jan 3, 2026

_____
Signature of Notary Public                    (Notary Seal)

_____ADDITIONAL OPTIONAL INFORMATION_____

Description of Attached Document
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____  Signer(s) Other Than Named Above: _____
Additional Information: _____

revision date 01/01/2015

**EXHIBIT D**
Corporate Assignment of Deed of Trust (Retroactive / Out-of-Sequence)
• Recorded September 3, 2025 as Instrument #2025-0270232.
• Execution date suggests retroactive correction after Plaintiffs' notices.
• (Contained within: EXHIBIT A to F .docx)

Tung-Thanh: Doan and Tracey-Minh: Ngo,
Trustees and Beneficiaries for
TRACEY MINH NGO TRUST
Email: homesweethomes@protonmail.com
In Pro Se

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 4 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TUNG-THANH: DOAN and TRACEY-MINH: NGO,**
Trustees and Beneficiaries of the TRACEY MINH NGO TRUST,
Plaintiffs,
v.
**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;**
**ONSLOW BAY FINANCIAL LLC; and DOES 1-10,**
Defendants.

Case No.: 5:25-cv-02279-JGB-DTB
Judge: Hon. Jesus G. Bernal
Hearing Date: October 27, 2025 Time: 9:00 A.M.
Courtroom 1, 2nd Floor –
3470 Twelfth Street, Riverside, CA 92501-3801

# PLAINTIFF'S
## NOTICE OF SUPPLEMENTAL EVIDENCE
*(Filed in Support of Plaintiffs' Opposition to Defendants' Motion to Strike)*

Plaintiffs, Trustees and Beneficiaries of the TRACEY MINH NGO TRUST,
respectfully submit this Notice of Supplemental Evidence to bring before the Court
additional, material documentation demonstrating that Defendants' **retroactive
recording actions, notice violations, and false default filings have caused ongoing
and irreparable harm to Plaintiffs' equitable property rights.**

After receiving multiple Debt Validation Notices and Copyright Infringement Notices,
**Defendants willfully ignored all warnings and proceeded to fabricate, record,
and rely upon retroactive instruments to manufacture a false chain of title**—an
act that constitutes fraud upon the record and a violation of **Cal. Civ. Code §§ 1091
and 1213, as well as federal recording and copyright standards.**

Plaintiffs' exhibits (A–E) already establish that the original chain of title was lawfully
held by the TRACEY MINH NGO TRUST. The newly included evidence reaffirms
that Defendants' after-the-fact assignments and substitutions were void ab initio,

consistent with *Glaski v. Bank of America* (2013) 218 Cal.App.4th 1079 and *Yvanovav. New Century Mortgage Corp.* (2016) 62 Cal.4th 919, both confirming that a borrower may challenge a void assignment that breaks the chain of title.

Defendants' continued refusal to correct these false recordings places Plaintiffs under imminent threat of wrongful foreclosure and public record injury. **Because the damage to Plaintiffs' title and reputation cannot be undone by monetary relief, equitable intervention by this Court is not only proper but essential to prevent irreparable harm.**

**RESPECTFULLY SUBMITTED,**
Dated: October 10, 2025

*Tung-Thanh: Doan*
**Tung-Thanh: Doan**

*Tracey-Minh: Ngo*
**Tracey-Minh: Ngo**

Trustees and Beneficiaries,
TRACEY MINH NGO TRUST
homesweethomes@protonmail.com | (949) 205-7168

# EXHIBIT F – EVIDENCE OF DEFENDANTS' RETROACTIVE RECORDING ACTION

This recording serves as direct evidence of Defendants' deliberate misrepresentation and concealment of material facts in violation of both state and federal law. The statements captured demonstrate intentional deceit aimed at obstructing Plaintiffs' lawful rights under the TRACEY MINH NGO TRUST, thereby constituting actionable misconduct and fraud upon the court.

 

See *Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944)* **(fraud upon the court occurs when officers of the court engage in deception that interferes with the judicial process);** *Chambers v. NASCO, Inc., 501 U.S. 32 (1991)* **(courts possess inherent power to sanction bad-faith conduct and protect the integrity of the proceedings);** and *Walker v. City of Birmingham, 388 U.S. 307 (1967)* **(a party may not profit from its own contempt or disobedience of legal obligations).**

The conduct documented here establishes a **pattern of obstruction and willful violation of due process,** evidencing **irreparable harm already inflicted upon Plaintiffs.** Such violations strike at the heart of the court's equitable authority and demand **judicial remedy and accountability.**

DOC # 2025-0270232
09/03/2025 10:44 AM Fees: $104.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING, LLC

[AND WHEN RECORDED MAIL TO]
Shellpoint Mortgage Servicing
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by  GOOSAN #785

Loan Number 0693788176

## CORPORATE ASSIGNMENT OF DEED OF TRUST

SEND ALL OTHER BORROWER OR LOAN RELATED CORRESPONDENCE TO: Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Toll-free Phone: (800) 365-7107

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR NMSI, INC. D/B/A MORTGAGE MAC, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer, and set over all of its rights, title, and interest in the described Deed of Trust, representation or warranty, including all liens and any rights due or to become due thereon to ONSLOW BAY FINANCIAL, LLC, WHOSE ADDRESS IS 1211 AVENUE OF AMERICA, 41ST FLOOR, NEW YORK, NY 10036, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Deed of Trust made by TRACEY MINH NGO and recorded on 04/14/2025 as Doc # 2025-0110518 in the office of the RIVERSIDE County Recorder, CA.

IN WITNESS WHEREOF, this Assignment is executed this 03rd day of September in the year 2025

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR NMSI, INC. D/B/A MORTGAGE MAC, ITS SUCCESSORS AND ASSIGNS

ALVARO ZELEDON
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

SP TDA 446831850  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)  PRE-REFERRAL   MIN 1011699022589740105 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR *032509-12:27:03 [C-2] EFRMCA1

 

*D0117203742*

DOC #2025-0270282 Page 2 of 2

Loan Number 0693788176

## ACKNOWLEDGEMENT

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 03rd day of September in the year 2025, by Alvaro Zeledon as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR NMSI, INC. D/B/A MORTGAGE MAC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

AARON BURDICK
COMM EXPIRES: 11/22/2028

AARON BURDICK
Notary Public - State of Florida
Commission # HH 606574
My Comm. Expires Nov 22, 2028
Bonded through National Notary Assn.

SPTDA 446831850  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)  PRE-REFERRAL   MIN 101169902258974104 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T032509-12;27:03 [C-2] EBRMCA1

*I301172203742*

TUNG THANH DOAN
16422 Rancho Escondido Dr
Riverside, CA 92506

ASSESSOR-COUNTY CLERK-RECORDER
PO BOX 751
RIVERSIDE, CA 92502-0751

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

TRACEY-MINH: NGO and TUNG-THANH: DOAN,

Trustees and Beneficiaries of the TRACEY MINH NGO TRUST,

Plaintiffs,

v.

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;  ONSLOW BAY FINANCIAL LLC; and DOES 1–10, inclusive, Defendants.

Case No.: 5:25-cv-02279-JGB-DTB

Assigned to: Hon. Jesus G. Bernal

Courtroom 1, 2nd Floor — Riverside

## PROOF OF SERVICE BY CERTIFIED MAIL

I, David Doan, declare as follows:

1. I am over the age of 18 years and not a party to this action. My business address is [insert full address here]→ 16422 Rancho Escondido Dr. Riverside CA 92506

2. On Oct 14th 2025, I served the following documents:

   • *PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE.*

   • _____

   • _____

I served the documents by placing a true copy thereof in a sealed envelope addressed to:

**Robert W. Norman, Jr. (SBN 232470)**
**HOUSER LLP**
9970 Research Drive, Irvine, California 92618
Attorney for Defendants, Newrez LLC dba Shellpoint Mortgage Servicing
Telephone: (949) 679-1111
E-Mail: bnorman@houser-law.com          9589 0710 5270 2661 1499 10

3. The envelope was mailed via Certified Mail, Return Receipt Requested, with postage fully prepaid, from Riverside, California on October 16, 2025.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Oct 14th, 25 at Riverside, California.

David Bach Doan

David Bach Doan  Declarant,
Servicer of Process

**EXHIBIT E**
Shellpoint Notice of Default / Acceleration (October 2, 2025)
• Mailed after July & August notices.
• Demonstrates willful and continued conduct.
• (Attached: EXHIBIT E.pdf)

Shellpoint Mortgage Servicing
P.O. Box 9103
Temecula, CA 92589-9103

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

*2403049674*

Send Payments to:
Shellpoint Mortgage Servicing
P.O. Box 60535
City of Industry, CA 91716-0535

8/11/2025

NoD & ITC

TRACEY MINH NGO
3030 MANCHESTER CIR
CORONA, CA 92879-6127

Send Correspondence to:
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

I Hereby Certify That
This Is A True And Correct
Copy Of The Original Thereof

By:

1 of 3

# shellpoint

Sent Via First-Class Mail®

08/11/2025
TRACEY MINH NGO
3030 MANCHESTER CIR
CORONA, CA 92879-6127

*I Hereby Certify That This Is A True And Correct Copy Of The Original Thereof*

By:

P.O. Box 10826
Greenville, SC 29603
Phone: 800-365-7107
Fax: 866-467-1137
www.shellpointmtg.com

Loan Number:      0693788176
Property Address:   3030 MANCHESTER CIRCLE
                   CORONA, CA 92879

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear TRACEY MINH NGO:

This letter is formal notice by Shellpoint Mortgage Servicing, the Servicer of the above-referenced loan acting on behalf of ONSLOW BAY FINANCIAL , LLC, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

If you have questions about any of the items contained in this notice, or need any additional information, please contact Terry Norwood at (866) 825-2174 whom we have designated as your single point of contact.

As of the date of this notice, the total amount required to cure the default is $11,159.94, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 06/01/2025 |
| Total Monthly Payments Due: | | $11,129.94 |
| 06/01/2025 | at | $3,709.98 |
| 07/01/2025 | at | $3,709.98 |
| 08/01/2025 | at | $3,709.98 |
| Late Charges: | | $0.00 |
| Corporate Advance Balance: | | $30.00 |
| Unapplied Balance: | | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$11,159.94** |

You can cure this default by making a payment of $11,159.94 by 09/15/2025. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. For the exact amount you must pay to bring your loan current, please contact Terry Norwood at (866) 825-2174. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:



2 of 3

CA_DEMAND      Rev. 05/2025

2403049674

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.**

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, please notify Shellpoint Mortgage Servicing immediately. When contacting Shellpoint Mortgage Servicing as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact Terry Norwood toll-free at (866) 825-2174 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Thank you for your prompt attention to this matter.

Sincerely,

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
800-365-7107

*I Hereby Certify That This Is A True And Correct Copy Of The Original Thereof*

By: _____

8/11/2025

NOD PITC

3 of 3



2403049674

**EXHIBIT F**
USPS Tracking & Returned Mail Evidence
• Returned envelopes from Onslow Bay and Rithm Capital
• Delivery confirmation to Shellpoint
• Certified mail logs
• Shows inability to validate debt & improper addresses
• (Contained within: EXHIBIT A to F .docx)

TRACEY MINH NEO TRUST.
16422 Rancho Escondido Dr.
Riverside, CA 92506

CERTIFIED MAIL

9589 0710 5270 2113 1411 98
9.1: 9308110753.4071

U.S. POSTAGE PAID
FCM LETTER
RIVERSIDE, CA 92504
OCT 31, 2025

RDC 99

10105

$10.48
S2324M501730-37

To: ONSLOW BAY FINANCIAL, LLC
Attn: Legal & Investor Relations

Retail

UTF 92506505315

NIXIE        100 DE 1            0011/06/25
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 92506581322        *2704-05158-31-41

First attempted Mail.
Onslow Bay Financial

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  BUYFS, enter delivery address below:  ☐ No

NANCRAZ

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RHM Capital Corp. ‡ ONSLOW
   Attn: Legal & Investor Relations
1345 Avenue of the Americas, 45th Floor
New York, NY 10105

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 9456 5069 2398 62

2. Article Number (Transfer from service label)

9589 0710 5270 2661 1411 98

PS Form 3811, July 2020 PSN 7530-02-000-9053



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

9589 0710 5270 2661 1411 98

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage $ $0.78

Total Postage and Fees $

Sent To Rithm Capital Corp & Financial

Street and Apt. No., or PO Box No. 1345 Avenue of the America, 45th Floor

City, State, ZIP+4 New York, NY 10105

PS Form 3800, January 2023







═══════════════════════════════

UNITED STATES
POSTAL SERVICE

HARDMAN
5172 ARLINGTON AVE
RIVERSIDE, CA 92504-2686
www.usps.com

10/31/2025                          04:10 PM

─────────────────────────────────
TRACKING NUMBERS
9589 0710 5270 2661 1499 96
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

─────────────────────────────────
PURCHASE DETAILS

Product                Qty    Unit      Price
                              Price

First-Class Mail®       1               $0.78
 Letter
    Greenville, SC 29601
    Weight: 0 lb 0.90 oz
    Estimated Delivery Date
    Fri 11/07/2025
Certified Mail®                         $5.30
    Tracking #:
    9589 0710 5270 2661 1499 96
Return Receipt                          $4.40
    Tracking #:
    9590 9402 9456 5069 2398 86

─────────────────────────────────
Total                                  $10.48

Grand Total:                           $10.48

## NOTICE OF CONTINUED INFRINGEMENT AND NON-COMPLIANCE

Re: Copyrighted Trade Name "TRACEY MINH NGO" – Property held under TRACEY MINH NGO TRUST

Reference: Shellpoint Letter dated October 2 2025

---

TRACEY MINH NGO TRUST

c/o Trustees: Tung-Thanh: Doan & Tracey-Minh: Ngo

16422 Rancho Escondido Dr.

Riverside, CA 92506

Certified Mail No.:   9589 0710 5270 2661 1411 98

To:

Rithm Capital Corp.

Attn: Legal & Investor Relations

1345 Avenue of the Americas, 45th Floor

New York, NY 10105

---

Dear Compliance Officer:

This correspondence serves as formal notice of continued willful infringement and non-compliance with the standing Common-Law Copyright © 1978 TRACEY MINH NGO TRUST, reaffirmed by notarized declaration (2017).

As the parent and controlling entity of Shellpoint Mortgage Servicing and Onslow Bay Financial LLC, Rithm Capital is vicariously and jointly liable for the unauthorized and continuing use of the copyrighted trade name "TRACEY MINH NGO." By receiving profit and benefit from subsidiary operations that employ the protected name, Rithm Capital assumes full responsibility for its subsidiaries' acts under agency principles of respondeat superior.

Despite lawful notices served on Shellpoint Mortgage Servicing (July 14 and August 14 2025) and acknowledged in writing on October 2 2025, your organization has allowed continued use, display, and storage of the protected name without authorization. Such conduct constitutes intentional and willful infringement under 17 U.S.C. § 501 et seq. and breach of contract under the Self-Executing Security Agreement contained in the 1978 Copyright Notice.

---

### Final 10-Day Cure Period

Rithm Capital is hereby directed to:
1. Order immediate removal of the copyrighted trade name from all subsidiary records and databases;
2. Issue written confirmation of compliance identifying the responsible officer; and
3. Cease all further use or distribution of the name without authorization.

Failure to comply within ten (10) calendar days of receipt constitutes willful infringement and activates the contractual remedies set forth in the 1978 Copyright Agreement, including liquidated damages of $500,000 per unauthorized occurrence plus treble damages and costs.

## Reservation of Rights

All rights of the TRACEY MINH NGO TRUST and its trustees are reserved without prejudice. This notice is strictly administrative and does not waive any remedies available under law or equity.

Respectfully,

*Tung Thanh: Doan*

Tung Thanh: Doan, Trustee
TRACEY MINH NGO TRUST
Date: _Oct 31st, 2025_

*Tracey-Minh: Ngo*

Tracey-Minh: Ngo, Trustee

Enclosure: Copy of Shellpoint Letter dated October 2 2025 (marked Exhibit A)

# shellpoint.

75 Beattie Place, Suite LL202          Toll Free Phone 1-800-365-7107          *Hours of Operation*
Greenville, SC 29601                   Toll Free Fax 1-866-467-1137          Monday-Friday: 8:00AM-9:00PM EDT
                                                                            Saturday: 10:00AM-2:00PM EDT

October 2, 2025

Tracey Minh Ngo
16422 Rancho Escondido Drive
Riverside, CA 92506

RE:     Subject Property: 3030 Manchester Circle, Corona, CA 92879
        Reference Number: 0693788176

Dear Tracey Minh Ngo:

This letter is in response to your correspondence received by Shellpoint Mortgage Servicing ("Shellpoint") on August 20, 2025, and August 25, 2025, regarding the property referenced above. Please know that Shellpoint takes its customer service and consumer protection obligations seriously and has dedicated staff to identify, resolve, and permanently correct operational deficiencies.

Per your correspondence dated July 18, 2025, Shellpoint Mortgage Servicing was served with a formal copyright infringement notice instructing us to immediately cease any use of the name "Tracey Minh Ngo" in any form, including on statements, correspondence, or collections-related materials. Your notice further alleges that Shellpoint has willfully continued to use the protected name, including in a statement received on August 12, 2025. As such, you assert that this conduct constitutes willful infringement under applicable copyright law, and you have demanded damages in the amount of $500,000.00 per violation. Additionally, Shellpoint has been instructed to cease all use of the protected name, destroy all infringing materials, and provide written confirmation of compliance.

Please be advised that Shellpoint is unable to cease use of the name "Tracey Minh Ngo" or destroy any materials containing that name. The mortgage loan in question was originated under the name "Tracey Minh Ngo," and all associated legal documents, including the note, deed of trust, loan application and name affidavit, were executed using that name. These documents are part of the permanent loan file and are legally binding.

Our servicing system is designed to reflect the original loan documentation to ensure compliance with regulatory and contractual obligations. As such, we are unable to alter or remove the name from our records without a formal legal directive or amendment recognized by all relevant parties.

If you have obtained legal documentation supporting a name change or other modification, we are willing to review it and determine whether any updates can be made in accordance with applicable laws and servicing guidelines.

Although Shellpoint apologizes for any inconvenience regarding this matter, we have been unable to determine that any error has occurred. You have the right to request documentation supporting our determination.

We appreciate your business and the opportunity to review this matter for you. For any additional inquiries or assistance, please visit our website. You can also find helpful information on our Frequently Asked Questions page. Simply log in to your account on our website, click on Help, and choose FAQs from the drop-down menu for quick access to answers to common questions. Alternatively, feel free to contact us directly at 800-365-7107 for further assistance.

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RHM Capital Corp. & ONSLOW BAY
Attn: Legal & Investor Relations FINANCIAL
1345 Avenue of the Americas, 45th floor
New York, NY 10105

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 9456 5069 2398 62

2. Article Number (Transfer from service label)
9589 0710 5276 2661 1411 98

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



First attempted Mail
Rithm Capital Corp.

TRACEY MIN # NBO TRUST.
16922 Rancho Escondido Dr
Riverside, CA 92506

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 1991 1411 98

.1: 9388119753407 1

9250655815

UTF

BC: 92506581322    *2704-05158-31-41

NIXIE        100    DE 1      3011/06/25

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RETURN TO SENDER

RDC 99

Retail

U.S. POSTAGE PAID
FCM4-LETTER
RIVERSIDE, CA 92504
OCT 31, 2025

$10.48

10105                S2324M501730-37

to: ONSLOW BAY FINANCIAL, LLC &
Rithm Capital Corp:
Attn Legal & Investor Relations
Floor



**UNITED STATES POSTAL SERVICE**

HARDMAN
5172 ARLINGTON AVE
RIVERSIDE, CA 92504-2686
www.usps.com

10/31/2025                          04:10 PM

------------------------------------------
TRACKING NUMBERS
9589 0710 5270 2661 1499 96
------------------------------------------
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



------------------------------------------
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
------------------------------------------
PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

    Greenville, SC 29601
    Weight: 0 lb 0.90 oz
    Estimated Delivery Date
      Fri 11/07/2025

| | | | |
|---|---|---|---|
| Certified Mail® | | | $5.30 |

    Tracking #:
      9589 0710 5270 2661 1499 96

| | | | |
|---|---|---|---|
| Return Receipt | | | $4.40 |

    Tracking #:
      9590 9402 9456 5069 2398 86

| | | | |
|---|---|---|---|
| Total | | | $10.48 |

------------------------------------------
Grand Total:                        $10.48

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

| Certified Mail Fee | $5.30 | 1504 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | OCT 31 2025 |
| Postage | $0.78 | |
| Total Postage and Fees | $11.48 | |

Sent To  Rithm Capital Corp & FINANCIAL
Street and Apt. No., or PO Box No.  1345 Avenue of the America, 45th Floor
City, State, ZIP+4®  New York, NY 10105

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

## ADMINISTRATIVE COPYRIGHT ENFORCEMENT & IDENTITY CORRECTION DEMAND

TRACEY MINH NGO TRUST
c/o Trustees: Tung-Thanh: Doan & Tracey-Minh: Ngo
16422 Rancho Escondido Dr.
Riverside, CA 92506

Certified Mail No.: ___ 9589 0710 5270 2661 1500 08

To:
NewRez LLC d/b/a Shellpoint Mortgage Servicing
Attn: Legal & Compliance Department
75 Beattie Place, Suite 300
Greenville, SC 29601

Subject:
**Demand for Removal of Unauthorized Use of Copyrighted Trade Name "TRACEY MINH NGO" and Variations Thereof**
Private Copyright Communication — For Compliance Department Only — Non-Negotiable Notice

_____

Dear Compliance Officer:

This correspondence continues and enforces the standing Common-Law Copyright © 1978 TRACEY MINH NGO TRUST, reaffirmed by notarized declaration (2017). It serves as formal administrative demand for correction of all records, databases, or documents under your control that reference the copyrighted trade name "TRACEY MINH NGO" or any variation thereof in connection with property or accounts held under the TRACEY MINH NGO TRUST.

Receipt of this notice constitutes acknowledgment that your organization and affiliates are bound by the existing Copyright Agreement and Self-Executing Security Clause recorded therein. Any continued use, publication, or transmission of the copyrighted name without written authorization constitutes willful infringement under 17 U.S.C. § 501 et seq., subject to statutory damages of up to $150,000 per infringement and contractual damages of $500,000 per occurrence plus treble damages as stipulated by the 1978 agreement.

You are directed to:

1. Identify and delete all occurrences of "TRACEY MINH NGO" within ten (10) calendar days of receipt;
2. Issue written confirmation of correction and the responsible compliance officer's name; and
3. Cease any further use or distribution of the copyrighted name without authorization.

Failure to comply within the cure period constitutes willful infringement and activates all remedies available under federal law and contract. This notice is administrative and does not waive any rights of the TRACEY MINH NGO TRUST or its trustees.

Please direct confirmation to:
Tung-Thanh: Doan, Trustee
TRACEY MINH NGO TRUST
16422 Rancho Escondido Dr., Riverside, CA 92506
Email: homesweethomes@protonmail.com

Respectfully,

_Tony-Thanh: Doan_
Tung-Thanh: Doan, Trustee

_Tracey-Minh: Ngo_
Tracey-Minh: Ngo, Trustee

TRACEY MINH NGO TRUST
Date: _Oct 21st 2025_

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees

Postmark
Here

Sent To
*NewRez LLC*
Street and Apt. No., or PO Box No.
*75 Beattie Place, Suite 300*
City, State, ZIP+4®
*Greenville, SC 29601*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

16422 Rancho Escondido Dr.
Riverside, CA 92506

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
*NewRez LLC dba Shellpoint*
*Mortgage Servicing*
*Attn: Legal & Compliance Dept.*
*75 Beattie Place, Suite 300*
*Greenville, SC 29601*

9590 9402 9456 5069 2398 79

2. Article Number *(Transfer from service label)*
9589 0710 5270 2611 1500 08

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

*NEWREZ LLC dba SHELLPOINT*
*MORTGAGE SERVICING*
*75 Beattie Place, Suite 300*
*Greenville, SC 29601*

*Attn: Legal & Compliance Dept.*



7018 0360 0001 0832 5187

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Fort Lauderdale, FL 33324

Certified Mail Fee    $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $1.07

Total Postage and Fees
$10.87

Sent To  CT Corporation System
Street and Apt. No., or PO Box No. 1200 South Pine Island Rd
City, State, ZIP+4®  Plantation FL 33324

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark
Here

NOV 21 2025

0553
36

11/21/2025



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Greenville SC 29601

| Certified Mail Fee | $5.30 | 0740 |
| --- | --- | --- |
| $ | | 07 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here
CORONA, CA 92878-9998
NOV 19 2025
USPS

Postage
$0.78

Total Postage and Fees
$10.48

11/19/2025

Sent To NewRez LLC

Street and Apt. No., or PO Box No.
15 Beattie Place, Suite 300
City, State, ZIP+4
Greenville, SC 29601

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

# NOTICE OF PRIOR MAILING AND MISSING RETURN RECEIPT

This serves as sworn notice that:

- A First Notice was mailed to MERSCORP Holdings, Inc. in July 2025.
- The notice was sent Certified Mail – Return Receipt Requested.
- As of today, the green card has not been returned, and no response has been received.
- USPS tracking can be provided upon request.

This document will be used as evidence of attempted service, good-faith effort, and failure to respond by MERSCORP Holdings, Inc.

Signed,

*Tung Thanh: Doan*

Tung-Thanh: Doan

*Tracey-Minh: Ngo*

Tracey-Minh: Ngo

16422 Rancho Escondido Dr
Riverside, CA 92506

November 21, 2025

CT Corporation System
Registered Agent for:
**MERSCORP Holdings, Inc.**
1200 South Pine Island Road
Plantation, FL 33324

**Re: Final Notice of Continued Infringement and Non-Compliance –
MERSCORP Holdings, Inc.**

To Whom It May Concern,

Please be advised that this packet contains a Final Notice addressed to your
principal, MERSCORP Holdings, Inc., regarding:
- Continued violations,
- Continued misuse of protected materials after prior notice,
- Continued failure to respond to earlier mailed notices, and
- Recordings and actions taken without validation.

A first notice was mailed previously via certified mail with return receipt
requested. As of today, no green card has been returned, and no response has been
received.

This Final Notice is sent to CT Corporation as the Registered Agent for service of
process and official notices.

Please ensure prompt delivery to MERSCORP Holdings, Inc.

Respectfully,

Tung-Thanh: Doan
Beneficiary, TRACEY MINH NGO TRUST

Tracey-Minh: Ngo
Beneficiary, TRACEY MINH NGO TRUST

# NOTICE OF CONTINUED INFRINGEMENT AND NON-COMPLIANCE

Re: Copyrighted Trade Name "TRACEY MINH NGO" – Property held under TRACEY MINH NGO TRUST
Reference: Shellpoint Letter dated October 2 2025

TRACEY MINH NGO TRUST
c/o Trustees: Tung-Thanh: Doan & Tracey-Minh: Ngo
16422 Rancho Escondido Dr.
Riverside, CA 92506

Certified Mail No.: 9589 0710 5270 2661 1499 72

To:
MERSCORP Holdings, Inc. (MERS)
Attn: Compliance Department
1818 Library Street, Suite 300
Reston, VA 20190

Dear Compliance Officer:

This correspondence serves as formal notice of continued willful infringement and non-compliance with the standing Common-Law Copyright © 1978 TRACEY MINH NGO TRUST, reaffirmed by notarized declaration (2017).

As operator of the Mortgage Electronic Registration Systems (MERS) database, your company has electronically transmitted, indexed, and stored the copyrighted trade name "TRACEY MINH NGO" in association with recorded instruments and digital registrations. Continued display or distribution of that name within your system, after prior notice, constitutes willful infringement and publication of protected intellectual property without consent.

Your records propagate data to servicers and investors, including Shellpoint Mortgage Servicing, Onslow Bay Financial LLC, and Rithm Capital Corp. The continued appearance of the protected trade name in any MERS-controlled registry or assignment chain extends and republishes the infringement throughout the mortgage ecosystem.

## Final 10-Day Cure Period

MERSCORP Holdings Inc. is hereby directed to:
1. Annotate all relevant registry entries to remove or redact the copyrighted trade name "TRACEY MINH NGO";
2. Prevent further assignments or electronic registrations containing that name; and
3. Provide written confirmation of these actions to the Trustee identified below within ten (10) calendar days of receipt.

Failure to cure within this period constitutes willful infringement and activates the contractual remedies set forth in the 1978 Copyright Agreement, including liquidated damages of $500 000 per unauthorized occurrence, plus treble damages and costs.

## Reservation of Rights

All rights of the TRACEY MINH NGO TRUST and its trustees are reserved without prejudice. This notice is strictly administrative and does not waive any remedies available under law or equity.

Respectfully,

Tung-Thanh: Doan, Trustee                          Tracey-Minh: Ngo, Trustee
TRACEY MINH NGO TRUST
Date: Oct 31st 2025

Enclosure: Copy of Shellpoint Letter dated October 2 2025 (marked Exhibit A)

# shellpoint.

75 Beattie Place, Suite 110 303
Greenville, SC 29601

Toll Free Phone 1-800-365-7107
Toll Free Fax 1-866-467-1137

Hours of Operation
Monday-Friday, 8:00 AM-9:00 PM EDT
Saturday, 10:00 AM-3:00 PM EDT

October 2, 2025

Tracey Minh Ngo
16422 Rancho Escondido Drive
Riverside, CA 92506

RE:     Subject Property: 3030 Manchester Circle, Corona, CA 92879
        Reference Number: 0693788176

Dear Tracey Minh Ngo:

This letter is in response to your correspondence received by Shellpoint Mortgage Servicing ("Shellpoint") on August 20, 2025, and August 25, 2025, regarding the property referenced above. Please know that Shellpoint takes its customer service and consumer protection obligations seriously and has dedicated staff to identify, resolve, and permanently correct operational deficiencies.

Per your correspondence dated July 18, 2025, Shellpoint Mortgage Servicing was served with a formal copyright infringement notice instructing us to immediately cease any use of the name "Tracey Minh Ngo" on any form, including on statements, correspondence, or collections-related materials. Your notice further alleges that Shellpoint has willfully continued to use the protected name, including in a statement received on August 12, 2025. As such, you assert that this conduct constitutes willful infringement under applicable copyright law, and you have demanded damages in the amount of $500,000.00 per violation. Additionally, Shellpoint has been instructed to cease all use of the protected name, destroy all infringing materials, and provide written confirmation of compliance.

Please be advised that Shellpoint is unable to cease use of the name "Tracey Minh Ngo" or destroy any materials containing that name. The mortgage loan in question was originated under the name "Tracey Minh Ngo" and all associated legal documents, including the note, deed of trust, loan application and name affidavit, were executed using that name. These documents are part of the permanent loan file and are legally binding.

Our servicing system is designed to reflect the original loan documentation to ensure compliance with regulatory and contractual obligations. As such, we are unable to alter or remove the name from our records without a formal legal directive or amendment recognized by all relevant parties.

If you have obtained legal documentation supporting a name change or other modification, we are willing to review it and determine whether any updates can be made in accordance with applicable laws and servicing guidelines.

Although Shellpoint apologizes for any inconvenience regarding this matter, we have been unable to determine that any error has occurred. You have the right to request documentation supporting our determination.

We appreciate your business and the opportunity to review this matter for you. For any additional inquiries or assistance, please visit our website. You can also find helpful information on our Frequently Asked Questions page. Simply log in to your account on our website, click on Help, and choose FAQs from the drop-down menu for quick access to answers to common questions. Alternatively, feel free to contact us directly at 800-365-7107 for further assistance.

# CERTIFICATE OF SERVICE

I, Tung-Thanh: Doan, certify that on the date below, I mailed the following documents via USPS Certified Mail – Return Receipt Requested to:

CT Corporation System
Registered Agent for MERSCORP Holdings, Inc.
1200 South Pine Island Road
Plantation, FL 33324

Documents served:
- Cover Page
- Cover Letter
- Final Notice
- Notice of Prior Mailing/Missing Return Receipt
- Attached tracking documentation: 7018 0360 0001 0832 5187

Executed on: November 21, 2025
*Tung-Thanh: Doan*
Tung-Thanh: Doan
*Tracey-Minh: Ngo*
Tracey-Minh: Ngo



TRACY MINH NGO TRUST
16422 Rancho Escondido Dr.
Riverside, CA 92506

MERSCORP Holdings, Inc (MERS)
Attn: Compliance Department
1818 Library Street, Suite 300
Reston, VA 20190

**EXHIBIT G**
Trust Declaration Pages (for Background Facts Only)
• Identifies Plaintiffs as trustees and beneficiaries
• Included only to support factual background—not trust standing in caption
• (Attached: EXHIBIT G .pdf)

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

**THIS** declaration of trust made this day between the undersigned parties, known hereinafter as the **"Creator"** and the **"Trustee"** agree to wit:

1. Creator herein offers for consideration to create an organization under common law having a fixed number of certificates which evidence a right of distribution, commonly known as an Irrevocable Trust Organization or Unincorporated Business Organization, and

2. Trustee herein agrees to the exchange, in trade, good and valuable consideration for certificates of the newly created organization, <u>TRACEY MINH NGO Trust.</u>

**THEREFORE, the parties mutually agree, promise and covenant as follows:**

**CONSIDERATION:**

   a) Trustee herein agrees to bargain, exchange, assign, convey and deliver to this organization or its appointed Trustee

   b) Immediately upon execution of this agreement, Creator agrees to appoint a Trustee having authority to carry out the exchange and hold and administer the consideration received.

   c) This initial exchange, a description of the consideration, whether personal and/or real property, and the number of certificates issued, shall be documented in the minutes of the organization.

   d) Both parties herein contract to perform, and agree that this exchange is not a sale or a gift, but an equal-in-value exchange.

**ADMINISTERED AS TRUST ESTATE:**

   a) Assets of this organization shall be deemed, for administrative purposes, a trust estate and the consideration received from Trustee shall be deemed the initial corpus.

   b) Any additional property received from any future Trustee or any party shall be deemed an addition to corpus.

   c) Any persons may add property of any character to the trust estate at any time by gift, grant, conveyance, exchange, insurance proceeds, assignment, will or any other method so long as the property and method of transfer is approved by the Trustee(s).

   d) All assets belonging to the trust estate shall be listed on Schedule "A", or an addendum to Schedule "A", and administered as provided herein.

**IRREVOCABLE AGREEMENT:**

   a. The parties herein agree that this contract and declaration, including all trust provisions contained herein, shall be irrevocable.

   b. Trustee irrevocably relinquishes all rights to the property exchanged into this organization.

   c. Neither Creator nor Trustee nor any certificate holder shall have any right to revoke or amend this contract and declaration.

   d. Amendments may only be made by unanimous approval of the Board of Trustees as provided herein. Further, the board of Trustees shall have exclusive power to construe and determine the meaning and intent of this contract and declaration.

**APPOINTMENT OF TRUSTEE:**

Upon execution of this contract and declaration, Creator shall appoint a Trustee, known hereinafter as the "first" Trustee, to administer this organization as provided herein. The first Trustee shall provide Creator a written acceptance of the appointment, which shall be made a part of the permanent records.

**BOARD OF TRUSTEES:**

   a. The first Trustee, upon acceptance of the appointment, may thereafter appoint a second Trustee.

   b. They in turn may jointly appoint one or more additional Trustees and may designate successors.

   c. Trustees shall collectively act by authority of this contract and the trust provisions contained herein as a Board of Trustees for the purpose of holding and administering company assets for the benefit of certificate holders.

   d. All members of the Board of Trustees shall serve without bonds.

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

**DISCRETIONARY POWERS:**

    a.  The parties herein agree that the Board of Trustees shall have absolute and sole discretionary power over this organization, its assets and earnings therefrom.

    b.  The Board shall have authority to:

        a.  Determine what shall constitute principal and earnings,

        b.  how such assets shall be allocated, and

        c.  shall have absolute authority to determine if and when distributions of principal or earnings will be made to certificate holders.

**ACCEPTANCE BY TRUSTEES:**

The first Trustee, and all subsequent Trustees and successor Trustees, by accepting the appointment as Trustee of this organization causes all present and future Trustees to agree to the following:

    a.  They accept the initial gift or conveyance of property on behalf of the organization and acknowledge the delivery of all property specified on Schedule "A".

    b.  They agree to conduct the organization's affairs in good faith, in conformity with the terms and conditions set forth in this contract and its inherent trust provisions.

    c.  They agree to exercise their best judgment and discretion to conserve and improve the property of the trust estate in accordance with decisions of the Board of Trustees as set forth in the organization's minutes.

    d.  They agree, upon final liquidation of the trust estate, to distribute the assets to the existing certificate holders as their contingent rights may appear.

**ADMINISTRATIVE PROVISIONS:**

Trustees, and their successors, may hold administrative offices within the organization, and may singularly or collectively exercise authority granted by the Board of Trustees in the management of company affairs. They are herein authorized to exclusively manage, administer and control the trust estate without the consent of certificate holders. The following specific terms and conditions apply:

    a.  The Board of Trustees shall be at least one (1) in number, and may be increased as deemed necessary in the manner set forth above.

    b.  A Trustee may resign or be removed from the Board, with or without cause, by a resolution of the Board of Trustees determined by a majority vote.

    c.  In the event of death, removal from the Board, or resignation of a Trustee, the vacant position shall be filled by a successor Trustee, if pre-appointed, or the remaining Board of Trustees may appoint a successor by unanimous vote. Should the entire Board of Trustees become vacant, the trust will make full distribution to the beneficiaries.

    d.  The signing and acknowledging of this contract by any Trustee or Trustees shall constitute Trustees' collective acceptance of this contract and its trust provisions and Trustees' acknowledgment that this organization's property and assets are vested in fee simple in the trust estate without any further act or conveyance by the Board of Trustees. Trustees as discretionary fiduciaries shall hold legal and equitable title to all assets.

    e.  The Board of Trustees may provide for meetings at stated intervals without notice, and special meetings may be called at any time by one or more Trustees upon three day's written notice. At any regular or special meeting, a majority of Trustees shall constitute a quorum for conducting business, provided affirmative action may only be had upon a majority vote of Trustees, whether present or absent, except that in a special meeting called for a special purpose the majority present may affirmatively act in emergency matters. A telephone or fax vote shall be a valid vote.

    f.  Any resolution of the Board of Trustees shall be deemed within the Board's power so long as the resolution is not inconsistent with this organizational document and any amendments thereto.

    g.  Trustees shall be controlled by this document as amended and future resolutions of the Board of Trustees. All meetings and resolutions shall be recorded in a company minute book.

    h.  Trustees shall keep proper records and accounts as the Board of Trustees deems necessary for the proper

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

management of the trust estate.

i.  Trustees shall not be required to individually assume liability for loss of company assets while acting in good faith on behalf of the organization, or for any act or omission of any other Trustees, agents or employees. They shall, however, be liable for their own breach of good faith. If a Trustee shall for any reason suffer a personal loss while providing good faith service to the trust, the Trustee shall be reimbursed for such loss from the trust estate further reimbursement may be documented in agreement with the trust.

j.  The Board of Trustees, at the expiration of the term as set forth herein, shall wind up company affairs and terminate the company operations, making final distribution as provided. If the organization was recorded publicly, Trustees shall file with the Recorder a notice of termination; and Trustees, thereupon, shall automatically be discharged, provided final administration and distribution was made in accordance with the terms and conditions of this agreement. Otherwise, a court of equity may be invoked to review and correct any tort or error, if necessary.

k.  When there are no longer trustees and beneficiaries the Manager will have the right to dissolve the trust by following the procedures in "J".

l.  Any Affidavits for Public Notice, Declarations, and Honorable Clarifications, not limited to any Corporeal and/or Incorporeal Hereditaments concerning any conveyance included in the Security Agreement, and/or Authenticated foreign document(s) is under the Hague Convention, 5 October, 1961.

**TRUSTEE POWERS:**

Trustees shall have general common law powers over the company and the trust estate herein, and may do anything any citizen may lawfully do in any state or country. Specifically, but not by way of limitation, they shall have all rights, authority and power as follows:

a.  To compromise or abandon any claims arising out of, in favor of, or against the company and its trust estate, and Trustees' good faith decision in that regard shall be binding and conclusive on all parties.

b.  To manage, invest and reinvest the trust estate, or any part thereof, in any kind of property or venture which men of prudence, discretion and intelligence consider for their own account, without being restricted to investments which are ordinarily permitted by law or customarily used for trust funds, and without restrictions as to the duration of this organization. Specifically included, but not by way of limitation, are real estate, collectables, gems, art works, precious metals, corporate obligations of every kind, preferred and common stock, commodities, mutual funds and trust funds.

c.  To open, maintain and close bank and thrift accounts of every kind, and conduct all monetary affairs of this trust.

d.  To sell at public or private sale for cash, credit, or cash and credit, and upon such terms and conditions as Trustees may deem proper.

e.  To sell, grant, convey, mortgage, option, rent, lease or pledge all trust estate assets, real, personal or mixed, in such manner as deemed appropriate and nondestructive to the general welfare of the trust.

f.  To borrow on or encumber the trust estate without restriction and to make loans with or without security. All borrowed funds shall immediately become a part of the trust estate.

g.  To allocate capital gains and/or dividends to trust principal as may be deemed appropriate or advantageous to the trust estate.

h.  To register company property in the name of the company, a fictitious trade name of the company, a Trustee or nominee so long as company ownership of such property can be clearly demonstrated.

i.  To make distributions in cash or in kind and to assign values to such property according to Trustees' best judgment.

j.  To accept additions to the trust estate by deed, will, assignment, exchange, gift, grant, insurance proceeds or any other methods deemed acceptable to Trustees. Trustees are further authorized to honor any buy-sell agreements extant as to any property or interest held in trust.

k.  To elect and remunerate officers from the Board or elsewhere as deemed appropriate or expedient. To hire and remunerate employees, agents or contractors. To incur and pay the ordinary and necessary expenses of administration, including, but not limited to, legal fees, accountant's fees, Trustee fees, brokerage fees, consulting fees and the like, and to allocate all the expenses and receipts between principal and income as

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

Trustees shall deem proper.

l.   To give proxies, to deposit securities with and transfer title to committees representing securities holders and to participate in voting trusts, reorganizations and other transactions involving the common interest of security holders.

m.   To open margin accounts with securities firms and commodities traders and to buy, write or trade in options, commodities, and to make short sales. Trustees shall be empowered to hold securities in their own names, the name of a nominee, in street name, or unregistered in such condition that ownership will pass. Trustees shall incur no liability to the company for any loss. The Trust shall indemnify the trustee from all liability. Further, any securities firm or commodities traders may rely on this document and the trust provisions herein in respect of a Trustee's authority without making further inquiry.

n.   Trustees are expressly authorized to hold, manage and operate any company property, or business or enterprise. The profits and losses, if any therefrom, shall be chargeable respectively to the trust estate.

o.   Trustees are authorized to pay all taxes out of the trust estate, and have complete discretion, power and authority to make any decisions or elections that would effectively minimize such taxes if any taxes are eligible to be levied.

p.   Trustees may expressly delegate one or more of their powers to any other person or persons as may be deemed expedient for the management of company affairs, and may revoke such delegation at any time by written notice delivered to such persons.

q.   Trustees, by a majority vote, may change the domicile of the company with or without cause if they deem such change will protect or benefit the trust estate.

r.   Trustees, by unanimous vote, may make amendments to this contract and declaration and take such other consequential actions as they deem necessary or appropriate to protect the integrity of the organization and to insure the organization will continue to function and be administered in the best interest of certificate holders and in the manner intended.

s.   Trustees, by majority vote, may at any time and at their sole discretion wind up company affairs, terminate this organization and make distributions of the trust estate to certificate holders as provided herein.

## RIGHT TO DISTRIBUTION:

Trustees have discretionary powers to make distributions from this organization without regard to equality of certificate holders except for final liquidation. Notwithstanding, a right to any distribution from this organization shall be evidenced by the holding of one or more certificates, and the following provisions respecting such certificates shall remain in full force and be carefully observed by Trustees, certificate holders, and interested third parties at all times:

a.   Trustees shall be authorized to issue one hundred (100) certificate units (hereinafter called TCUs or certificates), representing 100% of the rights to distribution from the organization's trust estate. Trustees shall not issue TCUs in excess of that number. The TCUs shall have no par value, and Trustees shall not place any nominal value on TCUs at any time. TCUs are non-assessable, nontaxable, nonnegotiable and limited in transferability. The lawful possessor shall be construed the true and lawful owner thereof. Creator herein may own TCUs. No person having or controlling a majority vote on the Board of Trustees, however, shall have or possess any rights to distribution from the trust estate.

b.   Trustees are authorized to receive property into the trust estate in exchange for a negotiated number of TCUs. The party exchanging the property shall be deemed to be a Trustee. All owners of TCUs shall be identified on a Registry of Trust Certificate Units, kept in the company minute book. Ownership of TCUs shall not entitle the holder to any legal or equitable title in the company or the trust estate, nor to any undivided interest therein, nor management thereof.

c.   TCUs shall be immune from seizure by any creditor of the lawful owner.

d.   Death, insolvency or bankruptcy of any TCU holder, or the transfer of his TCUs by gift, exchange or sale, shall not operate as dissolution of this organization or its operation or business; nor shall such events entitle his creditors, heirs or legal representatives to demand any partition or division of the trust estate or any special accounting. Death of a TCU holder shall terminate his or her rights under the TCU and said rights may not thereafter pass by probate or operation of law to any heir or legatee, but shall revert to the Board



# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

of Trustees to be reissued as determined by an action of the Board.

e. TCUs may be surrendered to or transferred back to the organization subject to the approval of the Board of Trustees, but may not otherwise be pledged, assigned, hypothecated or transferred by a TCU holder without the consent of a majority in interest of all other current TCU holders. Should a TCU holder transfer or surrender his TCUs to the organization, the Board of Trustees may, at its sole discretion assign, convey or exchange said TCUs to any other person(s) or entities upon approval of the Board. If any TCU holder contests, in any court of law, the validity of this organization or any provision herein, or the authority of Trustees, that TCU holder's certificates shall revert back to the Board of Trustees and may be reissued to other parties at the discretion of the Board.

**NEGOTIATION AND EXCHANGE:**
The Trustee is herein authorized to bargain, exchange, trade or sell certificates to a willing Trustee upon board approval at the initial Board of Trustees' meeting or any time thereafter.

**NOTICE TO THIRD PARTIES:**
Notice is hereby given to all persons, companies or corporations extending credit to, contracting with or having claims against this organization or its Trustees, that they must look only to the funds and property of the organization for payment or for settlement of their damages, accounts receivable or claims. Trustees, officers or agents of this organization are not personally liable for the organization's obligations.

**COPIES AS ORIGINALS:**
A copy of this organizational document bearing the seal or signature of a Trustee, or a copy certified by a Notary Public as a correct copy, shall be relied upon as an original document and shall have the full force and effect of the original document in every respect.

**PURPOSE AND INTENT OF THIS AGREEMENT:**
This contract with trust provisions is intended to create a common law contractual company, (also known as an Unincorporated Business Organization) for receiving, conveying or holding property in fee simple, and for providing prudent management of such property, and for conducting any legitimate business through appointed Trustees for the benefit of certificate holders. Trustees shall hold both legal and equitable title to the trust estate, and shall act solely within their powers as provided herein and within their common law rights and immunities. The administration of this organization shall be amenable to Common Law regulation and under the protection of the Bill of Rights as well as Declaration of Independence, although Trustees can seek relief in any court or venue they may choose or deem necessary. If any provision herein is unenforceable, the remaining provisions shall nevertheless be carried into effect. Nothing herein contained shall be construed as intent to evade or contravene any law, nor to delegate to Trustees any special power belonging exclusively to a statutory company, franchise or incorporation, but rather in equity create an equal playing field.

**COMMON LAW ORGANIZATION:**
Creator expressly declares this to be an organization founded upon the freedoms and rights inherent in the common law of the Republic of the United States of America, and all references herein to the United States shall be construed to refer to the Continental United States of America in its original context as set forth in the Constitution of the United States, the original Bill of Rights and the state constitutions of the several sovereign states comprising the union of the United States of America. This organization, then, is created under the common law of contracts, protected by Article I, Sec. 10, Para. 1 of the Constitution of the United States. It is, therefore, not created under the statutes of any U.S. state, and does not depend upon any statute for its existence. It is not a partnership or corporation or statutory trust, but a separate legal entity having its own common law identity.

**LEGAL DOMICILE:**
This organization shall be domiciled in the state where it conducts its principal business. Notwithstanding, Creator herein provides that upon a majority vote of the Board of Trustees this organization may be moved to, and



**DECLARATION IN CREATION OF TRUST**

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

administered in, any state or territory of the United States of America, or in any English common law foreign jurisdiction.

**PRIVACY:**
This organizational document and all company business shall be kept private, protected by the Privacy Act of 1974, 5 USC 552(a), the Fourth and Fifth Amendments to the Constitution of the United States, and the common law privacy rights available in the United States of America and every other applicable jurisdiction.

**TERM OF YEARS:**
This organization, unless terminated earlier as provided herein, shall continue for a term of 25 (twenty-five) years. The life of the company may, however, be extended for additional 25-year terms, subject to a unanimous affirmative vote of the Board of Trustees at least ninety days prior to each termination date. At dissolution, the trust estate shall be distributed on a pro-rata basis to the then existing certificate holders.

**COMPANY NAME:**
This organization shall be named as shown on page one of this contract and declaration. This shall be deemed the company name. Company business shall be conducted under this name, or under one or more fictitious trade names, or in the name of a Trustee or nominee determined at the sole discretion of the Board of Trustees.

**IN WITNESS WHEREOF:**
Creator and Trustee execute this contract and declaration in recognition of the delivery and acceptance of the property named herein, and in recognition of the powers and duties imparted to Trustees of this organization. They assent to all the terms and conditions set forth herein, and declare that the effective date of this organizational document is infra.

## JURAT

In compliance with Title 28 U.S.C. § 1746(1), and executed WITHOUT THE UNITED STATES, we affirm under the penalties of perjury, and to the laws of the De Jure united States of America, that the foregoing is true, correct, and complete to the best of my belief and informed knowledge. And Further the Deponent Saith Not. I now affix my Signature and Official Seal to the above Document with EXPLICIT RESERVATION OF ALL OUR UNALIENABLE RIGHTS, WITHOUT PREJUDICE TO ANY OF THOSE RIGHTS, in compliance with UCC § 1-308:
This agreement is entered into and executed willingly, knowingly and voluntarily by each party in good faith, and shall endeavor to execute the promises, terms and conditions herein with diligence and in the best interest of the other party this September 14, 2017 A.D.

Executed at the following address:     **3030 MANCHESTER CIR.**
                                        **CORONA CALIFORNIA 92879**

**Creator**
Signature of Creator
**Address:**     Tracey-Minh: Ngo
                 c/o 21650 Temescal Canyon Rd #80
                 Corona California 92879

**Trustee**
Signature of Trustee
**Address:**     Tung-Thanh: Doan
                 21650 Temescal Canyon Rd. #80
                 Corona California [92883]

## WITNESSES
We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature                    Second Witness Signature

**DECLARATION IN CREATION OF TRUST**                              **Page 6 of 7**

**EXHIBIT I**

Final Notices Sent in October–November 2025
- Final Notice to Shellpoint via CSC
- Final Notice to Onslow Bay via CSC
- Final Notice to Rithm Capital via CSC
- Final Notice to MERS via CT Corporation System
- Establish willfulness, continued violation, and constructive notice
- (Your new Final Notices bundle)

# ADMINISTRATIVE COPYRIGHT ENFORCEMENT & IDENTITY CORRECTION DEMAND

TRACEY MINH NGO TRUST
c/o Trustees: Tung-Thanh: Doan & Tracey-Minh: Ngo
16422 Rancho Escondido Dr.
Riverside, CA 92506

Certified Mail No.: ___ 9589 0710 5270 2661 1500 08

To:
NewRez LLC d/b/a Shellpoint Mortgage Servicing
Attn: Legal & Compliance Department
75 Beattie Place, Suite 300
Greenville, SC 29601

Subject:
**Demand for Removal of Unauthorized Use of Copyrighted Trade Name "TRACEY MINH NGO" and Variations Thereof**
Private Copyright Communication — For Compliance Department Only — Non-Negotiable Notice

Dear Compliance Officer:

This correspondence continues and enforces the standing Common-Law Copyright © 1978 TRACEY MINH NGO TRUST, reaffirmed by notarized declaration (2017). It serves as formal administrative demand for correction of all records, databases, or documents under your control that reference the copyrighted trade name "TRACEY MINH NGO" or any variation thereof in connection with property or accounts held under the TRACEY MINH NGO TRUST.

Receipt of this notice constitutes acknowledgment that your organization and affiliates are bound by the existing Copyright Agreement and Self-Executing Security Clause recorded therein. Any continued use, publication, or transmission of the copyrighted name without written authorization constitutes willful infringement under 17 U.S.C. § 501 et seq., subject to statutory damages of up to $150,000 per infringement and contractual damages of $500,000 per occurrence plus treble damages as stipulated by the 1978 agreement.

You are directed to:

1. Identify and delete all occurrences of "TRACEY MINH NGO" within ten (10) calendar days of receipt;
2. Issue written confirmation of correction and the responsible compliance officer's name; and
3. Cease any further use or distribution of the copyrighted name without authorization.

Failure to comply within the cure period constitutes willful infringement and activates all remedies available under federal law and contract. This notice is administrative and does not waive any rights of the TRACEY MINH NGO TRUST or its trustees.

Please direct confirmation to:
Tung-Thanh: Doan, Trustee
TRACEY MINH NGO TRUST
16422 Rancho Escondido Dr., Riverside, CA 92506
Email: homesweethomes@protonmail.com

Respectfully,

_Tung-Thanh: Doan_                    _Tracey-Minh: Ngo_
Tung-Thanh: Doan, Trustee              Tracey-Minh: Ngo, Trustee

TRACEY MINH NGO TRUST
Date:  Oct 31st 2025

16422 Rancho Escondido Dr.
Riverside, CA 92506

# CERTIFIED MAIL RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To    NewRez LLC
Street and Apt. No., or PO Box No.
75 Beattie Place, Suite 300
City, State, ZIP+4®
Greenville, SC 29601

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   NewRez LLC dba Shellpoint
   Mortgage Servicing
   Attn: Legal & Compliance Dept.
   75 Beattie Place, Suite 300
   Greenville, SC 29601

9590 9402 9456 5069 2398 79

2. Article Number (Transfer from service label)
9589 0710 5270 0261 1500 08

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery   Delivery
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Insured Mail                         Restricted Delivery
☐ Insured Mail Restricted Delivery
  (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

NEWREZ LLC d/b/a SHELLPOINT
MORTGAGE SERVICING.
75 Beattie Place, Suite 300
Greenville, SC 29601

Attn: Legal & Compliance Dept.

**USPS TRACKING #**

9590 9402 9456 5069 2398 86

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

TRACEY MINH NGO TRUST
16422 Rancho Escondido Dr.
Riverside, CA 92506
RE: Notice of Continued Infringement
and None- Compliance.

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shellpoint Mortgage Servicing
Attn: Legal and Compliance Dept
75 Beattie Place, Suite LL-202
Greenville, South Carolina 29601

9590 9402 9456 5069 2398 86

2. Article Number (Transfer from service label)
9589 0710 5270 2

PS Form 3811, July 2020 PSN

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Add

B. Received by (Printed Name)   C. Date of D
Dan Kosmer   11/4

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirm
☐ Signature Confirm Restricted Delivery

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Shellpoint Mortgage Servicing
Street and Apt. No., or PO Box No.  75 Beattie Place, Suite LL-202
City, State, ZIP+4®  Greenville, South Carolina 29601

PS Form 3800, January 2023 PSN 7530-02-000-9047

Postmark
Here

OCT 3 1 2025

# FINAL ADMINISTRATIVE NOTICE PACKET TO REGISTERED AGENT (CSC)

### RE: UNAUTHORIZED USE OF COPYRIGHTED TRADE NAME, IDENTITY CORRECTION DEMANDS, AND FINAL CURE NOTICES

From:

**TRACEY MINH NGO TRUST**

c/o Trustees & Beneficiaries

**Tung-Thanh: Doan & Tracey-Minh: Ngo**

16422 Rancho Escondido Dr.

Riverside, CA 92506

To:

**CSC – Lawyers Incorporating Service**

Registered Agent for:

**Rithm Capital Corp.**

**Onslow Bay Financial, LLC**

NewRez LLC d/b/a Shellpoint Mortgage Servicing

2710 Gateway Oaks Drive, Suite 150N

Sacramento, CA 95833

Date: _November 20, 2025_

Certified Mail No.: 9589 0710 5270 2661 1245 66

**TRACEY MINH NGO TRUST**
c/o Trustees: Tung-Thanh: Doan & Tracey-Minh: Ngo
16422 Rancho Escondido Dr.
Riverside, CA 92506

Date: _November 20, 2025_

**CSC – Lawyers Incorporating Service**
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Subject:
Re-Service of Administrative Copyright Notices,
Identity Correction Notices, and Final Cure Demands

For:
• **Rithm Capital Corp.**
• **Onslow Bay Financial, LLC**
• **NewRez LLC d/b/a Shellpoint Mortgage Servicing**

Dear Authorized Agent,

This packet contains the First Notice and Final Notice of Administrative Copyright Enforcement and Identity Correction Demand for the above-listed corporations.

Certified mailings previously sent directly to Rithm Capital Corp. and Onslow Bay Financial, LLC at their New York address were returned by the United States Postal Service as:

**"NOT DELIVERABLE AS ADDRESSED — UNABLE TO FORWARD."**

A Notice of Returned Mail and Re-Service Attempt is enclosed for your records.

Because CSC is the legally designated Registered Agent for these corporations, you are hereby being provided full and complete copies of all administrative notices so they may be properly delivered to the appropriate officers.

No rights are waived. All rights, remedies, and protections of the TRACEY MINH NGO TRUST remain fully reserved without prejudice.

Respectfully,

/s/ Tung-Thanh: Doan
Tung-Thanh: Doan, Trustee
TRACEY MINH NGO TRUST

/s/ Tracey-Minh: Ngo
Tracey-Minh: Ngo, Trustee
TRACEY MINH NGO TRUST

**TRACEY MINH NGO TRUST**
c/o Trustees: Tung-Thanh: Doan & Tracey-Minh: Ngo
16422 Rancho Escondido Dr.
Riverside, CA 92506

**PLAINTIFFS / CLAIMANTS**

v.

**ONSLOW BAY FINANCIAL, LLC;**
**RITHM CAPITAL CORP.;**
**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;**
**NMSI INC.; and DOES 1–10**

DEFENDANTS

# NOTICE OF RETURNED MAIL AND RE-SERVICE ATTEMPT

(Related to Administrative Copyright Notices Served October 31, 2025)

Plaintiffs, the Trustees and Beneficiaries of the TRACEY MINH NGO TRUST, hereby provide notice of the following:

1. On October 31, 2025, Plaintiffs mailed certified administrative copyright enforcement notices to:
   Onslow Bay Financial, LLC &
   Rithm Capital Corp.
   Attn: Legal & Investor Relations
   1345 Avenue of the Americas, 45th Floor
   New York, NY 10105
   Certified Mail No.: 9589 0710 5270 2661 1411 98

2. The United States Postal Service returned the envelope unopened, bearing the official USPS label:
   **"RETURN TO SENDER — NOT DELIVERABLE AS ADDRESSED — UNABLE TO FORWARD."**

3. The returned envelope and green USPS Certified Return Receipt (PS 3811) are preserved as evidence and marked for future filing as:
   **Exhibit I — Returned Certified Mail (Onslow Bay Financial & Rithm Capital)**

4. Because delivery to the listed New York address failed, Plaintiffs are now re-serving the same notices upon the Registered Agent for Service of Process for both entities in the State of California:

CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

5.  This Notice is made to preserve the record of due diligence, attempted service, and proper
    compliance with administrative communication requirements.

Respectfully submitted,

/s/ Tung-Thanh: Doan
Tung-Thanh: Doan, Trustee & Beneficiary
TRACEY MINH NGO TRUST

/s/ Tracey-Minh: Ngo
Tracey-Minh: Ngo, Trustee & Beneficiary
TRACEY MINH NGO TRUST

Date: _____

# FIRST NOTICE OF CONTINUED INFRINGEMENT & NON-COMPLIANCE

Re: Unauthorized Use of Copyrighted Trade Name "TRACEY MINH NGO" TRACEY MINH NGO TRUST — Administrative Enforcement

To:
**Onslow Bay Financial, LLC**
**c/o CSC – Lawyers Incorporating Service**
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, CA 95833**

This correspondence serves as formal administrative notice of continued and unauthorized use of the copyrighted trade name "TRACEY MINH NGO," protected under:
- Common-Law Copyright © 1978 TRACEY MINH NGO TRUST
- Reaffirmed notarized declaration (2017)
- Self-Executing Security Agreement in the event of Unauthorized Use

You are hereby notified that multiple internal documents, databases, foreclosure instruments, and assignment records continue to use, display, store, circulate, or publish the protected personal name associated with the TRACEY MINH NGO TRUST without authorization.

## 1. Corporate Responsibility & Liability

Onslow Bay Financial, LLC, as a Rithm Capital–controlled entity, is:
- jointly liable
- vicariously liable
- operationally liable

for all ongoing unauthorized uses originating from its servicing chain, foreclosure operations, investor pipelines, or communications.

Your company's actions constitute continued infringement even after multiple notices were issued to your parent organization and affiliated servicing agent (Shellpoint).

## 2. Required Action Under First Notice

Onslow Bay Financial, LLC must:
1. Immediately locate and remove all instances of "TRACEY MINH NGO" from your internal records, servicing files, and foreclosure-related documents.
2. Correct all chain-of-title references, including but not limited to any defective assignment, transfer, or servicing document involving the Trust property.
3. Issue written certification identifying the responsible officer who confirms the purge and corrections.
4. Cease all future use of the name unless lawfully authorized in writing by the Trustees.

Failure to comply with this First Notice will escalate to Final Notice, with contractual consequences and administrative default.

All rights reserved without prejudice.

Respectfully,

*/s/ Tung-Thanh: Doan*
Tung-Thanh: Doan, Trustee

*/s/ Tracey-Minh: Ngo*
Tracey-Minh: Ngo, Trustee

TRACEY MINH NGO TRUST
Date: November 19, 2025

# FINAL NOTICE AND DEMAND TO CURE WITHIN TEN (10) DAYS

Administrative Copyright Enforcement
**TRACEY MINH NGO TRUST — FINAL DEMAND**

To:
**Onslow Bay Financial, LLC**
**c/o CSC – Lawyers Incorporating Service**
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, CA 95833**

This is your FINAL administrative notice.

It is being re-served properly upon your Registered Agent after prior mailings to your New York address were returned by USPS as:

**"NOT DELIVERABLE AS ADDRESSED — UNABLE TO FORWARD."**

Your failure to maintain proper contact information reinforces your liability and evidences deliberate non-compliance.

## 1. Willful Infringement

Your continued use of the copyrighted trade name "TRACEY MINH NGO" constitutes:
- Knowing and willful infringement under 17 U.S.C. § 501–504
- A breach of the 1978 Copyright Agreement
- A violation of the Self-Executing Security Agreement

You are hereby given a final opportunity to cure.

## 2. Required Cure Actions Within 10 Days

Onslow Bay Financial, LLC must:
1. Delete every instance of the copyrighted name from all internal and external databases.
2. Correct all chain-of-title deficiencies, including any incorrect, unauthorized, or retroactively recorded assignments involving the Trust property.
3. Issue written certification from an authorized corporate officer verifying complete compliance.
4. Cease all unauthorized use, publication, or transmission of the name indefinitely.

## 3. Federal Liability (Willful)

Upon expiration of this 10-day cure period, Onslow Bay Financial will be liable for:
- Statutory damages up to $150,000 per infringement

- Enhanced damages for willful violation
- Civil liability for continuing violations

# 4. Contractual Liability (1978 Copyright Agreement)

Under the Self-Executing Security Agreement:
- Onslow Bay Financial becomes liable for
  $500,000 liquidated damages per unauthorized occurrence
  plus
  treble damages and administrative penalties.

# 5. Failure to Cure

Failure to comply will result in:
- Administrative default
- Documentary evidence of bad faith
- Inclusion as a primary defendant in federal litigation
- Potential emergency injunction or TRO
- Additional civil and contractual claims

This notice does not waive any rights or remedies.

Respectfully,

/s/ Tung-Thanh: Doan
Tung-Thanh: Doan, Trustee

/s/ Tracey-Minh: Ngo
Tracey-Minh: Ngo, Trustee

TRACEY MINH NGO TRUST
Date: November 19, 2025

# FIRST NOTICE OF CONTINUED INFRINGEMENT & NON-COMPLIANCE

Re: Unauthorized Use of Copyrighted Trade Name "TRACEY MINH NGO"
TRACEY MINH NGO TRUST — Administrative Enforcement

To:
**Rithm Capital Corp**
**c/o CSC – Lawyers Incorporating Service**
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, CA 95833**

This correspondence serves as formal administrative notice of Rithm Capital Corp's continued, unauthorized, and unlawful use of the copyrighted trade name "TRACEY MINH NGO."

## 1. Background & Liability

Rithm Capital Corp is the controlling parent entity over:
- NewRez LLC d/b/a Shellpoint Mortgage Servicing
- Onslow Bay Financial, LLC

Accordingly, Rithm Capital is vicariously liable, jointly liable, and operationally responsible for all unauthorized uses, transmissions, storage, and publication of protected personal identifiers within its corporate structure.

## 2. Copyright Status

The Name "TRACEY MINH NGO" is protected by:
- Common-Law Copyright © 1978 TRACEY MINH NGO TRUST
- Reaffirmed notarized declaration (2017)
- Self-Executing Security Agreement in the event of Unauthorized Use

Your subsidiaries continue to maintain, circulate, or publish this copyrighted name without authorization, including in:
- servicing records
- internal databases
- communications to third parties
- foreclosure-related documents
- credit reporting data
- investor files

## 3. Required Action Under First Notice

Rithm Capital Corp must:
1. Identify and permanently delete all occurrences of the protected name;

2. Issue written certification from a responsible corporate officer;
3. Cease all unauthorized use immediately;
4. Notify all subsidiaries and affiliates to correct their records.

Failure to cure under this First Notice will escalate to FINAL NOTICE, triggering contractual consequences.

All rights reserved. Nothing herein waives any rights, claims, or remedies.

Respectfully,

/s/ Tung-Thanh: Doan
Tung-Thanh: Doan, Trustee

/s/ Tracey-Minh: Ngo
Tracey-Minh: Ngo, Trustee

TRACEY MINH NGO TRUST
Date: November 19, 2025

# FINAL NOTICE AND DEMAND TO CURE WITHIN TEN (10) DAYS

Administrative Copyright Enforcement
TRACEY MINH NGO TRUST — FINAL DEMAND

To:
**Rithm Capital Corp**
c/o CSC – Lawyers Incorporating Service

## 1. This Is Your Final Administrative Opportunity to Cure

This final notice is issued after:
- Multiple prior notices
- Returned mail due to invalid addresses
- Ongoing unauthorized use
- Continued distribution of protected identifiers through subsidiaries

Your failure to cure up to this point constitutes knowing and willful infringement.

## 2. Federal Liability

Upon failure to cure within ten (10) calendar days, Rithm Capital becomes liable under:
- 17 U.S.C. § 501–504 (copyright infringement)
- Statutory damages up to $150,000 per infringement
- Additional damages for willful infringement

## 3. Contractual Liability

Under the 1978 Copyright Notice and its incorporated Self-Executing Security Agreement:
- Rithm Capital is liable for liquidated damages of $500,000 per unauthorized occurrence
- Treble damages and all associated costs

## 4. Required Cure Actions

Within ten (10) calendar days of receipt:

1. Identify and delete all instances of "TRACEY MINH NGO" from your systems;
2. Issue written certification of compliance, naming the responsible officer;
3. Cease all future unauthorized use immediately;
4. Correct and notify all subsidiaries (Shellpoint, Onslow Bay, NewRez) of compliance requirements.

## 5. Failure to Cure

Failure to comply will constitute:
- Willful infringement
- Intentional negligence
- Bad faith
- Evasion of lawful notice
- Administrative default

At that time, the Trustee reserves all rights to pursue federal litigation, TRO, injunctions, damages, and administrative penalties.

No rights waived.

Respectfully,

*/s/ Tung-Thanh: Doan*

Tung-Thanh: Doan, Trustee

*/s/ Tracey-Minh: Ngo*

Tracey-Minh: Ngo, Trustee

TRACEY MINH NGO TRUST

# FIRST NOTICE OF CONTINUED INFRINGEMENT, NON-COMPLIANCE, AND UNAUTHORIZED USE

Re: Copyrighted Trade Name "TRACEY MINH NGO" & Identity Correction Demand
TRACEY MINH NGO TRUST — Administrative Enforcement

To:
**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
**c/o CSC – Lawyers Incorporating Service**
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, CA 95833**

This correspondence serves as formal administrative notice that NewRez LLC d/b/a Shellpoint Mortgage Servicing continues to unlawfully store, distribute, transmit, and publish the copyrighted trade name "TRACEY MINH NGO" without authorization.

The protected name is governed by:
- Common-Law Copyright © 1978 TRACEY MINH NGO TRUST
- Reaffirmed notarized declaration (2017)
- Self-Executing Security Agreement in Event of Unauthorized Use

## 1. Prior Lawful Notices Already Served

Shellpoint has already received lawful and timely administrative notices on:
- July 14, 2025
- August 14, 2025
- Shellpoint acknowledged receipt on October 2, 2025

Despite this, Shellpoint continued to:
- Issue debt collection communications
- Record and distribute foreclosure-related notices
- Display, store, and circulate the protected name
- Utilize the name in internal and investor records
- Transmit the name to third-party affiliates and entities

This constitutes ongoing, knowing, and unauthorized use.

## 2. Violations Now Established

Shellpoint's actions constitute:

### ✓ Copyright Infringement

(17 U.S.C. § 501–504)

✓ **Willful Infringement**

   (using the name AFTER receiving multiple notices)

✓ **FDCPA Violations**

   (continued collection actions despite debt validation notices)

✓ **Identity Misuse & Misattribution**

   (using a copyrighted personal name instead of the corrected Trust designation)

✓ **Chain-of-Title Misrepresentation**

   (foreclosure-related documents using incorrect name after July 14 and Aug 14 notices)

## 3. Required Action Under First Notice

This First Notice demands that Shellpoint:

1. Immediately delete all protected name references in all company databases, servicing systems, and communications.
2. Correct all identity and borrower name fields to reflect the proper entity: TRACEY MINH NGO TRUST (Trustees & Beneficiaries: Tung-Thanh: Doan & Tracey-Minh: Ngo)
3. Cease unauthorized use of the copyrighted name.
4. Issue written certification identifying the responsible compliance officer.
5. Notify all third parties and subservicers to correct their records.

Failure to comply will escalate to Final Notice.

All rights reserved.

Respectfully,

*/s/ Tung-Thanh: Doan*
Tung-Thanh: Doan, Trustee

*/s/ Tracey-Minh: Ngo*
Tracey-Minh: Ngo, Trustee

TRACEY MINH NGO TRUST
Date: November 19, 2025

# FINAL NOTICE AND DEMAND TO CURE WITHIN TEN (10) DAYS

Administrative Copyright Enforcement & Identity Correction
TRACEY MINH NGO TRUST — FINAL ADMINISTRATIVE DEMAND

To:
**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
**c/o CSC – Lawyers Incorporating Service**

Shellpoint, this is your FINAL administrative opportunity to cure.

## 1. Shellpoint Received and Ignored Prior Notices

You received:
- July 14, 2025 Notice
- August 14, 2025 Notice
- Your letter dated October 2, 2025 acknowledging receipt

Despite this:
- You continued to use the copyrighted trade name
- You continued servicing actions
- You continued foreclosure attempts
- You continued reporting, publishing, or transmitting the protected name
- You continued violating debt validation requirements

This constitutes knowing and willful infringement.

## 2. Required Cure Actions (Final Demand)

Within ten (10) calendar days, Shellpoint must:

### A. Remove Unauthorized Name Usage

Delete all occurrences of "TRACEY MINH NGO" from:
- Servicing records
- Investor communications
- Foreclosure systems
- Internal databases
- Platform entries
- Third-party transmissions

### B. Correct Identity Records
Replace with the correct Trust designation:

**TRACEY MINH NGO TRUST**
**Trustees & Beneficiaries:**
**Tung-Thanh: Doan**
**Tracey-Minh: Ngo**

## C. Issue Written Confirmation

From a compliance officer confirming full correction.

## D. Cease All Unauthorized Use

Indefinitely.

## 3. Federal and Contractual Liability Upon Failure to Cure

✔ **Federal Copyright Liability**
(17 U.S.C. § 501–504)
- Up to $150,000 per infringement
- Enhanced damages for willfulness

✔ **Contractual Liquidated Damages**

(1978 Copyright Agreement)
- $500,000 per unauthorized occurrence
- Plus treble damages and administrative penalties

✔ **FDCPA Civil Liability**

(15 U.S.C. § 1692 et seq.)
- Continuing collection after DV notices
- Use of false or misleading identity information

## 4. Failure to Cure

Failure to comply will result in:
- Administrative default
- Inclusion as a principal defendant
- Request for TRO or injunction
- Claims for damages, penalties, and attorney's fees
- Immediate escalation to federal litigation
-

No rights waived.

Respectfully,

/s/ Tung-Thanh: Doan
Tung-Thanh: Doan, Trustee
/s/ Tracey-Minh: Ngo
Tracey-Minh: Ngo, Trustee
TRACEY MINH NGO TRUST
Date: November 19, 2025

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  CSC - Lawyers Incorporating Service.
Street and Apt. No., or PO Box No.  2710 Gateway Oaks Dr. Suite 150N
City, State, ZIP+4®  Sacramento, CA 95833

PS Form 3800, January 2020 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark
Here

9589 0710 5270 2661 1245 99
9589 0710 5270 2661 1245 99

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CSC - Lawyers Incorating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

9590 9402 9586 5121 5975 10

2. Article Number (Transfer from service label)
9589 0710 5270 2661 1245 66

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                 ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



16422 Rancho Escondido Dr
Riverside, CA 92506

November 21, 2025

CT Corporation System
Registered Agent for:
**MERSCORP Holdings, Inc.**
1200 South Pine Island Road
Plantation, FL 33324

**Re: Final Notice of Continued Infringement and Non-Compliance –
MERSCORP Holdings, Inc.**

To Whom It May Concern,

Please be advised that this packet contains a Final Notice addressed to your
principal, MERSCORP Holdings, Inc., regarding:
- Continued violations,
- Continued misuse of protected materials after prior notice,
- Continued failure to respond to earlier mailed notices, and
- Recordings and actions taken without validation.

A first notice was mailed previously via certified mail with return receipt
requested. As of today, no green card has been returned, and no response has been
received.

This Final Notice is sent to CT Corporation as the Registered Agent for service of
process and official notices.

Please ensure prompt delivery to MERSCORP Holdings, Inc.

Respectfully,

Tung-Thanh: Doan
Beneficiary, TRACEY MINH NGO TRUST

Tracey-Minh: Ngo
Beneficiary, TRACEY MINH NGO TRUST

# CERTIFICATE OF SERVICE

I, Tung-Thanh: Doan, certify that on the date below, I mailed the following documents via USPS Certified Mail – Return Receipt Requested to:

CT Corporation System
Registered Agent for MERSCORP Holdings, Inc.
1200 South Pine Island Road
Plantation, FL 33324

Documents served:
- Cover Page
- Cover Letter
- Final Notice
- Notice of Prior Mailing/Missing Return Receipt
- Attached tracking documentation: 7018 0360 0001 0832 5187

Executed on: November 21, 2025

*Tung-Thanh: Doan*
Tung-Thanh: Doan

*Tracey-Minh: Ngo*
Tracey-Minh: Ngo

# NOTICE OF PRIOR MAILING AND MISSING RETURN RECEIPT

This serves as sworn notice that:

- A First Notice was mailed to MERSCORP Holdings, Inc. in July 2025.
- The notice was sent Certified Mail – Return Receipt Requested.
- As of today, the green card has not been returned, and no response has been received.
- USPS tracking can be provided upon request.

This document will be used as evidence of attempted service, good-faith effort, and failure to respond by MERSCORP Holdings, Inc.

Signed,

Tung-Thanh: Doan

Tracey-Minh: Ngo

# NOTICE OF CONTINUED INFRINGEMENT AND NON-COMPLIANCE

Re: Copyrighted Trade Name "TRACEY MINH NGO" – Property held under TRACEY MINH NGO TRUST
Reference: Shellpoint Letter dated October 2 2025

TRACEY MINH NGO TRUST
c/o Trustees: Tung-Thanh: Doan & Tracey-Minh: Ngo
16422 Rancho Escondido Dr.
Riverside, CA 92506

Certified Mail No.: 9589 0710 5270 2661.1499.72

To:
MERSCORP Holdings, Inc. (MERS)
Attn: Compliance Department
1818 Library Street, Suite 300
Reston, VA 20190

Dear Compliance Officer:

This correspondence serves as formal notice of continued willful infringement and non-compliance with the standing Common-Law Copyright © 1978 TRACEY MINH NGO TRUST, reaffirmed by notarized declaration (2017).

As operator of the Mortgage Electronic Registration Systems (MERS) database, your company has electronically transmitted, indexed, and stored the copyrighted trade name "TRACEY MINH NGO" in association with recorded instruments and digital registrations. Continued display or distribution of that name within your system, after prior notice, constitutes willful infringement and publication of protected intellectual property without consent.

Your records propagate data to servicers and investors, including Shellpoint Mortgage Servicing, Onslow Bay Financial LLC, and Rithm Capital Corp. The continued appearance of the protected trade name in any MERS-controlled registry or assignment chain extends and republishes the infringement throughout the mortgage ecosystem.

## Final 10-Day Cure Period

MERSCORP Holdings Inc. is hereby directed to:
1. Annotate all relevant registry entries to remove or redact the copyrighted trade name "TRACEY MINH NGO";
2. Prevent further assignments or electronic registrations containing that name; and
3. Provide written confirmation of these actions to the Trustee identified below within ten (10) calendar days of receipt.

Failure to cure within this period constitutes willful infringement and activates the contractual remedies set forth in the 1978 Copyright Agreement, including liquidated damages of $500 000 per unauthorized occurrence, plus treble damages and costs.

## Reservation of Rights

All rights of the TRACEY MINH NGO TRUST and its trustees are reserved without prejudice. This notice is strictly administrative and does not waive any remedies available under law or equity.

Respectfully,

_Tung Thanh: Doan_                    _Tracey-Minh: Ngo_
Tung-Thanh: Doan, Trustee                    Tracey-Minh: Ngo, Trustee
TRACEY MINH NGO TRUST
Date: _Oct 31st 2025_

Enclosure: Copy of Shellpoint Letter dated October 2 2025 (marked Exhibit A)

# shellpoint.

75 Beattie Place, Suite 110 200
Greenville, SC 29601

Toll Free Phone 1-800-365-7107
Toll Free Fax 1-866-467-1157

Hours of Operation
Monday-Friday 8:00 AM-9:00PM EDT
Saturday 10:00 AM-3:00PM EDT

October 2, 2025

Tracey Minh Ngo
16422 Rancho Escondido Drive
Riverside, CA 92506

RE:    Subject Property: 3030 Manchester Circle, Corona, CA 92879
        Reference Number: 0593788176

Dear Tracey Minh Ngo:

This letter is in response to your correspondence received by Shellpoint Mortgage Servicing ("Shellpoint") on August 20, 2025, and August 25, 2025, regarding the property referenced above. Please know that Shellpoint takes its customer service and consumer protection obligations seriously and has dedicated staff to identify, resolve, and permanently correct operational deficiencies.

Per your correspondence dated July 15, 2025, Shellpoint Mortgage Servicing was served with a formal copyright infringement notice instructing us to immediately cease any use of the name "Tracey Minh Ngo" in any form, including on statements, correspondence, or collections-related materials. Your notice further alleges that Shellpoint has willfully continued to use the protected name, including in a statement received on August 12, 2025. As such, you assert that this conduct constitutes willful infringement under applicable copyright law, and you have demanded damages in the amount of $500,000.00 per violation. Additionally, Shellpoint has been instructed to cease all use of the protected name, destroy all infringing materials, and provide written confirmation of compliance.

Please be advised that Shellpoint is unable to cease use of the name "Tracey Minh Ngo" or destroy any materials containing that name. The mortgage loan in question was originated under the name "Tracey Minh Ngo" and all associated legal documents, including the note, deed of trust, loan application and name affidavit, were executed using that name. These documents are part of the permanent loan file and are legally binding.

Our servicing system is designed to reflect the original loan documentation to ensure compliance with regulatory and contractual obligations. As such, we are unable to alter or remove the name from our records without a formal legal directive or amendment recognized by all relevant parties.

If you have obtained legal documentation supporting a name change or other modification, we are willing to review it and determine whether any updates can be made in accordance with applicable laws and servicing guidelines.

Although Shellpoint apologizes for any inconvenience regarding this matter, we have been unable to determine that any error has occurred. You have the right to request documentation supporting our determination.

We appreciate your business and the opportunity to review this matter for you. For any additional inquiries or assistance, please visit our website. You can also find helpful information on our Frequently Asked Questions page. Simply log in to your account on our website, click on Help, and choose FAQs from the drop-down menu for quick access to answers to common questions. Alternatively, feel free to contact us directly at 800-365-7107 for further assistance.

## FINAL NOTICE - Continued Infringement, Non-Compliance, and Failure to Respond

To: **MERSCORP Holdings, Inc.**
c/o CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

From:
**Tung-Thanh: Doan**
**Tracey-Minh: Ngo**
**Beneficiaries, TRACEY MINH NGO TRUST**

Property:
3030 Manchester Circle, Corona, CA 92879

November 21, 2025:

This is a Final Notice regarding your failure to respond to the First Notice dated July 14, 2025, which was mailed via USPS Certified Mail with Return Receipt Requested.

To date:
1. No return receipt has been received.
2. No written acknowledgement has been received.
3. No validation of any alleged debt or authority has been produced.
4. MERSCORP Holdings, Inc. continues to appear on recorded instruments related to the above property despite prior notice of dispute.

You are hereby notified that:

      **1. Non-response constitutes continued non-compliance.**
      **2. Any continued use of the name "Tracey Minh Ngo" or any trust-related reference after July 14 and August 14 constitutes continued unauthorized use.**
      **3. All actions taken without validation, authority, or chain-of-title integrity will be included as evidence in pending litigation.**

Failure to respond within 10 days will be documented as willful non-compliance and continued infringement.

Respectfully,

*Tung-Thanh: Doan*
Tung-Thanh: Doan

*Tracey. Minh: Ngo*
Tracey-Minh: Ngo

# FINAL ADMINISTRATIVE NOTICE PACKET TO REGISTERED AGENT (CSC)

**RE: UNAUTHORIZED USE OF COPYRIGHTED TRADE NAME, IDENTITY CORRECTION DEMANDS, AND FINAL CURE NOTICES**

From:
**TRACEY MINH NGO TRUST**
c/o Trustees & Beneficiaries
**Tung-Thanh: Doan & Tracey-Minh: Ngo**
16422 Rancho Escondido Dr.
Riverside, CA 92506

To:
**CSC – Lawyers Incorporating Service**
Registered Agent for:
**Rithm Capital Corp.**
**Onslow Bay Financial, LLC**
NewRez LLC d/b/a Shellpoint Mortgage Servicing
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Date: _November 20, 2025_

Certified Mail No.: _9589 0710 5270 2661 1245 66_

**TRACEY MINH NGO TRUST**
c/o Trustees: Tung-Thanh: Doan & Tracey-Minh: Ngo
16422 Rancho Escondido Dr.
Riverside, CA 92506

Date: _November 20, 2025_

**CSC – Lawyers Incorporating Service**
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Subject:
Re-Service of Administrative Copyright Notices,
Identity Correction Notices, and Final Cure Demands

For:
• **Rithm Capital Corp.**
• **Onslow Bay Financial, LLC**
• **NewRez LLC d/b/a Shellpoint Mortgage Servicing**

Dear Authorized Agent,

This packet contains the First Notice and Final Notice of Administrative Copyright Enforcement and Identity Correction Demand for the above-listed corporations.

Certified mailings previously sent directly to Rithm Capital Corp. and Onslow Bay Financial, LLC at their New York address were returned by the United States Postal Service as:

**"NOT DELIVERABLE AS ADDRESSED — UNABLE TO FORWARD."**

A Notice of Returned Mail and Re-Service Attempt is enclosed for your records.

Because CSC is the legally designated Registered Agent for these corporations, you are hereby being provided full and complete copies of all administrative notices so they may be properly delivered to the appropriate officers.

No rights are waived. All rights, remedies, and protections of the TRACEY MINH NGO TRUST remain fully reserved without prejudice.

Respectfully,

_/s/ Tung-Thanh: Doan_
Tung-Thanh: Doan, Trustee
TRACEY MINH NGO TRUST

_/s/ Tracey-Minh: Ngo_
Tracey-Minh: Ngo, Trustee
TRACEY MINH NGO TRUST

**TRACEY MINH NGO TRUST**
c/o Trustees: Tung-Thanh: Doan & Tracey-Minh: Ngo
16422 Rancho Escondido Dr.
Riverside, CA 92506

**PLAINTIFFS / CLAIMANTS**

v.

**ONSLOW BAY FINANCIAL, LLC;**
**RITHM CAPITAL CORP.;**
**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;**
**NMSI INC.; and DOES 1–10**

DEFENDANTS

# NOTICE OF RETURNED MAIL AND RE-SERVICE ATTEMPT

(Related to Administrative Copyright Notices Served October 31, 2025)

Plaintiffs, the Trustees and Beneficiaries of the TRACEY MINH NGO TRUST, hereby provide notice of the following:

1. On October 31, 2025, Plaintiffs mailed certified administrative copyright enforcement notices to:
   Onslow Bay Financial, LLC &
   Rithm Capital Corp.
   Attn: Legal & Investor Relations
   1345 Avenue of the Americas, 45th Floor
   New York, NY 10105
   Certified Mail No.: 9589 0710 5270 2661 1411 98

2. The United States Postal Service returned the envelope unopened, bearing the official USPS label:
   **"RETURN TO SENDER — NOT DELIVERABLE AS ADDRESSED — UNABLE TO FORWARD."**

3. The returned envelope and green USPS Certified Return Receipt (PS 3811) are preserved as evidence and marked for future filing as:
   **Exhibit I — Returned Certified Mail (Onslow Bay Financial & Rithm Capital)**

4. Because delivery to the listed New York address failed, Plaintiffs are now re-serving the same notices upon the Registered Agent for Service of Process for both entities in the State of California:

CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

5. This Notice is made to preserve the record of due diligence, attempted service, and proper compliance with administrative communication requirements.

Respectfully submitted,

*/s/ Tung-Thanh: Doan*
Tung-Thanh: Doan, Trustee & Beneficiary
TRACEY MINH NGO TRUST

*/s/ Tracey-Minh: Ngo*
Tracey-Minh: Ngo, Trustee & Beneficiary
TRACEY MINH NGO TRUST

Date: _____

# FIRST NOTICE OF CONTINUED INFRINGEMENT & NON-COMPLIANCE

Re: Unauthorized Use of Copyrighted Trade Name "TRACEY MINH NGO" TRACEY MINH NGO TRUST — Administrative Enforcement

To:
**Onslow Bay Financial, LLC**
**c/o CSC – Lawyers Incorporating Service**
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, CA 95833**

This correspondence serves as formal administrative notice of continued and unauthorized use of the copyrighted trade name "TRACEY MINH NGO," protected under:
- Common-Law Copyright © 1978 TRACEY MINH NGO TRUST
- Reaffirmed notarized declaration (2017)
- Self-Executing Security Agreement in the event of Unauthorized Use

You are hereby notified that multiple internal documents, databases, foreclosure instruments, and assignment records continue to use, display, store, circulate, or publish the protected personal name associated with the TRACEY MINH NGO TRUST without authorization.

## 1. Corporate Responsibility & Liability

Onslow Bay Financial, LLC, as a Rithm Capital–controlled entity, is:
- jointly liable
- vicariously liable
- operationally liable

for all ongoing unauthorized uses originating from its servicing chain, foreclosure operations, investor pipelines, or communications.

Your company's actions constitute continued infringement even after multiple notices were issued to your parent organization and affiliated servicing agent (Shellpoint).

**2. Required Action Under First Notice**

Onslow Bay Financial, LLC must:

1. Immediately locate and remove all instances of "TRACEY MINH NGO" from your internal records, servicing files, and foreclosure-related documents.
2. Correct all chain-of-title references, including but not limited to any defective assignment, transfer, or servicing document involving the Trust property.
3. Issue written certification identifying the responsible officer who confirms the purge and corrections.
4. Cease all future use of the name unless lawfully authorized in writing by the Trustees.

Failure to comply with this First Notice will escalate to Final Notice, with contractual consequences and administrative default.

All rights reserved without prejudice.

Respectfully,

*/s/ Tung-Thanh: Doan*
Tung-Thanh: Doan, Trustee

*/s/ Tracey-Minh: Ngo*
Tracey-Minh: Ngo, Trustee

TRACEY MINH NGO TRUST
Date: November 19, 2025

# FINAL NOTICE AND DEMAND TO CURE WITHIN TEN (10) DAYS

Administrative Copyright Enforcement
**TRACEY MINH NGO TRUST — FINAL DEMAND**

To:
**Onslow Bay Financial, LLC**
**c/o CSC – Lawyers Incorporating Service**
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, CA 95833**

This is your FINAL administrative notice.

It is being re-served properly upon your Registered Agent after prior mailings to your New York address were returned by USPS as:

**"NOT DELIVERABLE AS ADDRESSED — UNABLE TO FORWARD."**

Your failure to maintain proper contact information reinforces your liability and evidences deliberate non-compliance.

## 1. Willful Infringement

Your continued use of the copyrighted trade name "TRACEY MINH NGO" constitutes:
- Knowing and willful infringement under 17 U.S.C. § 501–504
- A breach of the 1978 Copyright Agreement
- A violation of the Self-Executing Security Agreement

You are hereby given a final opportunity to cure.

## 2. Required Cure Actions Within 10 Days

Onslow Bay Financial, LLC must:
1. Delete every instance of the copyrighted name from all internal and external databases.
2. Correct all chain-of-title deficiencies, including any incorrect, unauthorized, or retroactively recorded assignments involving the Trust property.
3. Issue written certification from an authorized corporate officer verifying complete compliance.
4. Cease all unauthorized use, publication, or transmission of the name indefinitely.

## 3. Federal Liability (Willful)

Upon expiration of this 10-day cure period, Onslow Bay Financial will be liable for:
- Statutory damages up to $150,000 per infringement

- Enhanced damages for willful violation
- Civil liability for continuing violations

## 4. Contractual Liability (1978 Copyright Agreement)

Under the Self-Executing Security Agreement:
- Onslow Bay Financial becomes liable for
  $500,000 liquidated damages per unauthorized occurrence
  plus
  treble damages and administrative penalties.

## 5. Failure to Cure

Failure to comply will result in:
- Administrative default
- Documentary evidence of bad faith
- Inclusion as a primary defendant in federal litigation
- Potential emergency injunction or TRO
- Additional civil and contractual claims

This notice does not waive any rights or remedies.


Respectfully,

/s/ Tung-Thanh: Doan
Tung-Thanh: Doan, Trustee

/s/ Tracey-Minh: Ngo
Tracey-Minh: Ngo, Trustee

TRACEY MINH NGO TRUST
Date: November 19, 2025

# FIRST NOTICE OF CONTINUED INFRINGEMENT & NON-COMPLIANCE

Re: Unauthorized Use of Copyrighted Trade Name "TRACEY MINH NGO"
TRACEY MINH NGO TRUST — Administrative Enforcement

To:
**Rithm Capital Corp**
**c/o CSC – Lawyers Incorporating Service**
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, CA 95833**

This correspondence serves as formal administrative notice of Rithm Capital Corp's continued, unauthorized, and unlawful use of the copyrighted trade name "TRACEY MINH NGO."

## 1. Background & Liability

Rithm Capital Corp is the controlling parent entity over:
- NewRez LLC d/b/a Shellpoint Mortgage Servicing
- Onslow Bay Financial, LLC

Accordingly, Rithm Capital is vicariously liable, jointly liable, and operationally responsible for all unauthorized uses, transmissions, storage, and publication of protected personal identifiers within its corporate structure.

## 2. Copyright Status

The Name "TRACEY MINH NGO" is protected by:
- Common-Law Copyright © 1978 TRACEY MINH NGO TRUST
- Reaffirmed notarized declaration (2017)
- Self-Executing Security Agreement in the event of Unauthorized Use

Your subsidiaries continue to maintain, circulate, or publish this copyrighted name without authorization, including in:
- servicing records
- internal databases
- communications to third parties
- foreclosure-related documents
- credit reporting data
- investor files

## 3. Required Action Under First Notice

Rithm Capital Corp must:
1. Identify and permanently delete all occurrences of the protected name;

2. Issue written certification from a responsible corporate officer;
3. Cease all unauthorized use immediately;
4. Notify all subsidiaries and affiliates to correct their records.

Failure to cure under this First Notice will escalate to FINAL NOTICE, triggering contractual consequences.

All rights reserved. Nothing herein waives any rights, claims, or remedies.

Respectfully,

/s/ Tung-Thanh: Doan
Tung-Thanh: Doan, Trustee

/s/ Tracey-Minh: Ngo
Tracey-Minh: Ngo, Trustee

TRACEY MINH NGO TRUST
Date: November 19, 2025

# FINAL NOTICE AND DEMAND TO CURE WITHIN TEN (10) DAYS

Administrative Copyright Enforcement
TRACEY MINH NGO TRUST — FINAL DEMAND

To:
**Rithm Capital Corp**
c/o CSC – Lawyers Incorporating Service

## 1. This Is Your Final Administrative Opportunity to Cure

This final notice is issued after:
- Multiple prior notices
- Returned mail due to invalid addresses
- Ongoing unauthorized use
- Continued distribution of protected identifiers through subsidiaries

Your failure to cure up to this point constitutes knowing and willful infringement.

## 2. Federal Liability

Upon failure to cure within ten (10) calendar days, Rithm Capital becomes liable under:
- 17 U.S.C. § 501–504 (copyright infringement)
- Statutory damages up to $150,000 per infringement
- Additional damages for willful infringement

## 3. Contractual Liability

Under the 1978 Copyright Notice and its incorporated Self-Executing Security Agreement:
- Rithm Capital is liable for liquidated damages of $500,000 per unauthorized occurrence
- Treble damages and all associated costs

## 4. Required Cure Actions

Within ten (10) calendar days of receipt:

12:16

1 message



**auto-reply@usps.com**
auto-reply@usps.com
To: HOMESWEETHOMES@PROT...

Nov 19



Hello ,

USPS expects to deliver your package by Monday, November 24, 2025 arriving by 9:00pm.

Reminder: This item requires a signature for delivery. If you can't sign in person, you can authorize someone else to sign.

Tracking Number: **9589071052702661124566**

## Expected Delivery By



**Mon**

**24**

**Nov**

## By 9:00pm





9589 0710 5270 2661 1245 66

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Sacramento, CA 95833

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage  $11.30

Total Postage and Fees  $21.00

Sent To  CSC - Lawyers Incorporating Service.
Street and Apt. No., or PO Box No.  2710 Gateway Oaks Dr. Suite 150N
City, State, ZIP+4®  Sacramento, CA 95833

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee    $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery    $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery    $

Postage    $

Total Postage and Fees    $

Sent To  CSC - Lawyers Incorporating Service -
Street and Apt. No., or PO Box No.  2710 Gateway Oaks Dr. Suite 150N
City, State, ZIP+4®  Sacramento, CA 95833

Postmark Here

9589 0710 5270 2661 1245 66
9589 0710 5270 2661 1245 66

CERTIFIED MAIL

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

9590 9402 9586 5121 5975 10

2. Article Number (Transfer from service label)
9589 0710 5270 2661 1245 66

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X    ☐ Agent
     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No
150N

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery


COPY

16422 Rancho Escondido Dr.
Riverside, CA 92506

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT CORPORATION SYSTEM
1200 South Pine Island Rd
Plantation, FL 33324

9590 9402 4248 8121 2623 49

2. Article Number (Transfer from service label)

7018 0360 0001 0832 5187

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee   $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage   $

Total Postage and Fees

Sent To  CT Corporation System
Street and Apt. No., or PO Box No.  1200 South Pine Island Rd
City, State, ZIP+4®  Plantation, FL 33324

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0360 0001 0832 5187
7018 0360 0001 0832 5187

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS FOLD AT DOTTED LINE

7018 0360 0001 0832 5187



To: CT Corporation System
Registered Agent for MERSCORP Holding Inc
1200 South Pine Island Road
Plantation, FL 33324

**EXHIBIT H**
Previously Filed Opposition and Supporting Documents
• Delivered to chambers in prior stage
• Contains additional title documentation, foreclosure communications, and procedural history
• (Attached: NOTICE OF PRIOR FILINGS AND RELEVANT EVIDENCE…pdf)

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

TRACEY MINH NGO TRUST
by Trustee: Tung-Thanh: Doan )

)
)
)

_Plaintiff(s)_

NEWREZ, LLc v. dba
SHELLPOINT MORTGAGE SERVICING
ONSLOW BAY FINANCIAL, LLC and
DOES 1-10,

_Defendant(s)_

)
)
)
)
)
)
)
)

EDCV 25-02279-JGB(DTBx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

SHELLPOINT MORTGAGE SERVICING
c/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

ONSLOW BAY FINANCIAL, LLC
1211 Avenue of the Americas, Suite 4100
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tung-Thanh: Doan, Trustee, In Pro Per
16422 Rancho Escondido Dr, Riverside CA 92506
Tel: 714-887-3068  - Emaill: homesweethomes@protonmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9/2/2025

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

1202

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

TRACEY MINH NGO TRUST
Trustee: Tracey-Minh: Ngo and Tung-Thanh: Doan

**DEFENDANTS**

Shellpoint Mortgage Servicing, Onslow Bay Financial, LLC

**(b)** County of Residence of First Listed Plaintiff    RIVERSIDE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Tung-Thanh: Doan, Trustee, PRO SE
16422 Rancho Escondido Dr. Riverside CA 92506

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*          Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **INTELLECTUAL** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander | Personal Injury | | ☒ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Agency Decision |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S. Code § 1692 et seq. (FDCPA);17 U.S. Code § 501 (COPYRIGHT INFRINGEMENT)
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $   EXCEED $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE        DOCKET NUMBER

EDCV25-02279-JGB (DTBx)

DATE                SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

Generated: Sep 2, 2025 12:51PM

Page 1/1



# U.S. District Court

## California Central - Riverside

Receipt Date: Sep 2, 2025 12:51PM

Tracey Minh Ngo

| | | | | | |
|---|---|---|---|---|---|
| Rcpt. No: 1681 | | Trans. Date: Sep 2, 2025 12:51PM | | | Cashier ID: #AP (4004) |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DCAC525CV002279<br>**FBO:** Tracey Minh Ngo | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Tung-Thanh: Doan for
TRACEY MINH NGO TRUST.
16422 Rancho Escondido Dr.
Riverside, CA 92506.
714.887.3068
ATTORNEY(S) FOR: homesweethomes@protonmail.com



FILED
CLERK, U.S. DISTRICT COURT

SEP - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY   DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TRACEY MINH NGO TRUST
by and through Tung-Thanh: Doan
Plaintiff(s),

v.

NEWREZ, LLC dba SHELLPOINT MORTGAGE
SERVICING; ONSLOW BAY FINANCIAL, LLC
Defendant(s).

CASE NUMBER:

EDCV25-02279-JGB(DTBx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    TRACEY MINH NGO TRUST.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

PARTY                                CONNECTION / INTEREST

9/2/2025
_____
Date

Tung-Thanh : Doan
_____
Signature

Attorney of record for (or name of party appearing in pro per):

TRACEY MINH NGO TRUST.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

TRACEY MINH NGO TRUST, by and through Trustees
Tracey-Minh: Ngo and Tung-Thanh: Doan,
Plaintiffs,

v.

Shellpoint Mortgage Servicing; Onslow Bay Financial, LLC;
and DOES 1–10, inclusive,
Defendants.

**Case No:** (TBD)  EDCV25 – 02279 – JGB (DTBx)

**NOTICE OF RELATED CASE**

NOTICE IS HEREBY GIVEN that the above-entitled action is related to a case
now pending in the Superior Court of California, County of Riverside, entitled:

TRACEY MINH NGO TRUST v. Shellpoint Mortgage Servicing; Onslow Bay
Financial, LLC, et al., Case No. (TBD).

The actions involve the same parties and the same property, located at 3030
Manchester Circle, Corona, California 92879, and arise from the same
transactions and occurrences. To promote judicial economy and avoid conflicting
rulings, Plaintiffs provide notice of this related case.

Dated: 9/2/2025

Tung-Thanh: Doan _____ Tung-Thanh: Doan, Trustee, In Pro Per

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TRACEY MINH NGO TRUST, by Trustee Tung-Thanh: Doan,

Plaintiff,

v.

SHELLPOINT MORTGAGE SERVICING, and

ONSLOW BAY FINANCIAL, LLC,

Defendants.

Case No.: EDCV25-02279 - JGB(DTB)

## NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

NOTICE IS HEREBY GIVEN that the above-entitled action has been commenced in the United States District Court, Central District of California, by Plaintiff TRACEY MINH NGO TRUST, concerning and affecting the real property located at:

    3030 Manchester Circle, Corona, CA 92879

    Assessor's Parcel Number (APN): 172-340-035

The relief sought in this action includes claims affecting title to and possession of the above described real property. Accordingly, Plaintiff records this Notice of Pendency of Action pursuant to law to provide notice to all persons that the real property is subject to this pending litigation.

DATED: 9/2/2025

Respectfully submitted,

Tung-Thanh: Doan

**Tung-Thanh: Doan, Trustee**

TRACEY MINH NGO TRUST

Plaintiff, In Pro Per

**SUPERIOR COURT OF CALIFORNIA**



COUNTY OF RIVERSIDE

TRACEY MINH NGO TRUST, by and through Trustees
Tracey-Minh: Ngo and Tung-Thanh: Doan,
Plaintiffs,

v.

Shellpoint Mortgage Servicing; Onslow Bay Financial, LLC;
and DOES 1–10, inclusive,
Defendants.

Case No: (TBD)    **CVRI 2504352**

**NOTICE OF RELATED CASE**

NOTICE IS HEREBY GIVEN that the above-entitled action is related to a case
now pending in the United States District Court, Central District of California,
Riverside Division, entitled:

TRACEY MINH NGO TRUST v. Shellpoint Mortgage Servicing; Onslow Bay
Financial, LLC, et al., Case No. (TBD).

The actions involve the same parties and the same property, located at 3030
Manchester Circle, Corona, California 92879, and arise from the same
transactions and occurrences. To promote judicial economy and avoid conflicting
rulings, Plaintiffs provide notice of this related case.

Dated: 9/2/2025

Tung-Thanh: Doan    Tung-Thanh: Doan, Trustee, In Pro Per

Tung-Thanh: Doan, Trustee

**TRACEY MINH NGO TRUST**

16422 Rancho Escondido Dr

Riverside, CA 92506

Telephone: 714.887.3068

Email: homesweethomes@protonmail.com

**Tung-Thanh: Doan, IN PRO PER**



FILED
CLERK, U.S. DISTRICT COURT

SEP - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

**FEE PAID**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

EDCV25-02279-JGB(DTB)

| | |
|---|---|
| TRACEY MINH NGO TRUST, | ) |
| by and through Trustee Tung-Thanh: Doan, | ) |
| Plaintiff(s), | ) |
| v. | ) |
| NEWREZ LLC dba | ) |
| SHELLPOINT MORTGAGE SERVICING; | ) |
| ONSLOW BAY FINANCIAL, LLC; | ) |
| and DOES 1–10, | ) |
| Defendant(s). | ) |

Case No.: _____

**COMPLAINT FOR DAMAGES;**

**INJUNCTIVE RELIEF;**

**DECLARATORY RELIEF**

(Relating to property located at 3030

Manchester Circle, Corona, CA 92879)

**I. JURISDICTION AND VENUE**

1. This Court has jurisdiction because:

    a. Federal question jurisdiction exists under 28 U.S.C. § 1331, based on claims under the FDCPA and Copyright Act;

    b. Supplemental jurisdiction exists under 28 U.S.C. § 1367 for related state-law claims;

    c. Venue is proper in this District because the property is located here and events occurred here.

**II. PARTIES**

2. Plaintiff TRACEY MINH NGO TRUST, appearing by Trustee Tung-Thanh: Doan, is the owner of the property at issue.

3. Defendant NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING is a mortgage servicer and debt collector.

4. Defendant ONSLOW BAY FINANCIAL, LLC claims an interest adverse to Plaintiff.

**III. FACTUAL ALLEGATIONS**

5. Defendants acted unlawfully by:

    a. Sending a Notice of Default and Acceleration (Exhibit A);

    b. Ignoring Plaintiff's Debt Validation and Copyright Demand (Exhibit B);

    c. Continuing to send collection bills (Exhibit C);

    d. Ignoring Copyright Infringement Warnings (Exhibit D);

    e. Continuing foreclosure threats (Exhibit E).

**IV. CAUSES OF ACTION**

**COUNT I – FDCPA Violations**

6. Defendants violated the FDCPA by:

    a. Failing to cease collection without validation, 15 U.S.C. § 1692g(b);

    b. Making false or misleading representations, 15 U.S.C. § 1692e.

**COUNT II – Copyright Infringement**

7. Defendants infringed Plaintiff's copyrights by:

    a. Using Plaintiff's copyrighted notices without permission;

    b. Continuing use after explicit warning.

**COUNT III – Declaratory Relief**

8. An actual controversy exists as to Defendants' claimed rights. Plaintiff seeks a declaration that Defendants lack standing.

**COUNT IV – Injunctive Relief**

9. Plaintiff faces irreparable harm absent an injunction, including wrongful foreclosure.

**COUNT V – Quiet Title**

10. Plaintiff seeks to quiet title to the property in the Trust's name, free of adverse claims.

**V. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for:

    a. Injunction stopping all foreclosure activity;

    b. Declaration that Defendants lack standing;

    c. FDCPA statutory damages up to $1,000, actual damages, and costs;

    d. Copyright statutory and enhanced damages, plus fees;

    e. Quiet title in favor of Plaintiff;

    f. Such further relief as the Court deems proper.

**VI. JURY DEMAND**

Plaintiff demands trial by jury on all issues.

DATED: 9/2/2025

*Tung-Thanh: Doan*

**Tung-Thanh: Doan, Trustee**

TRACEY MINH NGO TRUST

Plaintiff, IN PRO PER

**TABLE OF EXHIBITS**

Exhibit A – Notice of Default and Acceleration (attached separately).

Exhibit B – Debt Validation and Copyright Demand (attached separately).

Exhibit C – Collection Bills (attached separately).

Exhibit D – Copyright Infringement Warnings (attached separately).

Exhibit E – Continued Foreclosure Threats (attached separately).

1   Tung-Thanh: Doan, Trustee

2   **TRACEY MINH NGO TRUST**

3   16422 Rancho Escondido Dr

4   Riverside, CA 92506

5   Telephone: 714.887.3068

6   Email: homesweethomes@protonmail.com

7

8   **Tung-Thanh: Doan, IN PRO PER**

9

FILED
CLERK, U.S. DISTRICT COURT

SEP - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12              **RIVERSIDE DIVISION**

13                          EDCV25-02279-JGB(DTB x)

14  **TRACEY MINH NGO TRUST,**        )    Case No.: _____

15  by and through Trustee Tung-Thanh: Doan,   )    FOR:

16  **Plaintiff(s),**                 )    **COMPLAINT FOR DAMAGES;**

17  v.                                )    **INJUNCTIVE RELIEF;**

18  **NEWREZ LLC dba**                )    **DECLARATORY RELIEF**

19  **SHELLPOINT MORTGAGE SERVICING;** )   (Relating to property located at 3030

20  **ONSLOW BAY FINANCIAL, LLC;**    )    Manchester Circle, Corona, CA 92879)

21  **and DOES 1–10,**                )    MEMORANDUM OF POINTS

22  **Defendant(s).**                 )    and AUTHORITIES.

23

24

25

26

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. INTRODUCTION**

1. Plaintiff TRACEY MINH NGO TRUST, by Trustee Tung-Thanh: Doan, submits this Memorandum in support of an Ex Parte Application for Temporary Restraining Order and Preliminary Injunction to prevent unlawful foreclosure of the property located at 3030 Manchester Circle, Corona, CA 92879.

2. Defendants ignored Plaintiff's repeated demands for debt validation and continued collection and foreclosure attempts. Immediate Court intervention is necessary to prevent wrongful and irreparable loss of Plaintiff's home.

**II. LEGAL STANDARD**

3. A TRO or preliminary injunction may be granted when the movant shows: (a) likelihood of success on the merits, (b) irreparable harm absent relief, (c) equities favoring the movant, and (d) that the injunction serves the public interest. Winter v. NRDC, 555 U.S. 7, 20 (2008).

4. In the Ninth Circuit, serious questions going to the merits and hardships sharply favoring Plaintiff are also sufficient. Alliance for the Wild Rockies v. Cottrell, 632 F.3d 1127, 1131–32 (9th Cir. 2011).

**III. ARGUMENT**

**A. Likelihood of Success on the Merits**

5. Defendants violated the FDCPA, 15 U.S.C. § 1692, by sending bills without validation, misrepresenting their authority to foreclose, and continuing collection after Plaintiff's cease and desist notices.

6. Defendants also infringed Plaintiff's copyrights under 17 U.S.C. § 501 by reusing Plaintiff's protected notices after explicit copyright warnings.

**B. Irreparable Harm Absent Relief**

7. Foreclosure constitutes irreparable harm because real property is unique and cannot be

replaced by money damages. See Park Vill. Apartment Tenants Ass'n v. Mortimer

Howard Trust, 636 F.3d 1150, 1159 (9th Cir. 2011).

**C. Balance of Equities**

8. Defendants lose nothing by maintaining the status quo, while Plaintiff risks wrongful

loss of her family home. Equity therefore favors Plaintiff.

**D. Public Interest**

9. The public interest supports preventing unlawful foreclosure, ensuring compliance with

federal debt collection laws, and protecting property rights.

**IV. CONCLUSION**

10. Plaintiff respectfully requests that the Court issue a Temporary Restraining Order and

Preliminary Injunction restraining Defendants, their agents, and all persons acting with

them, from conducting or recording any foreclosure or sale concerning the subject

property until final judgment.

DATED: ___9/2/2025___

_Tung-Thanh: Doan_

**Tung-Thanh: Doan, Trustee**

TRACEY MINH NGO TRUST

Plaintiff, IN PRO PER

From: TRACEY MINH NGO TRUST

16422 Rancho Escondido Dr.

Riverside, CA 92506

Certified Mail : 7018 1130 0000 7082 8466

July 14th, 2025

To:  NEWREZ LLC. dba SHELLPOINT MORTGAGE SERVING

PO BOX 10826

GREENVILLE, SC 29603

Account Number: 0693788176

Dear NEWREZ LLC and/or SHELLPOINT MORTGAGE SERVING,

We have received a statement billing to  TRACEY MINH NGO saying that we owe  SHELLPOINT MORTGAGE SERVING, your company with the amount of $7,419.96 for the account number 0693788176.

We acknowledge that you are a Debt  Collector with the intent to collect a debt. We received the written statement or legal presentment to collect debt that does not belong to us.

According to 15 USC 1692g, we demand you to validate this DEBT VALIDATION upon which you need to send us in writing four things to support your proof of claim as followings:

1. We want you to send a detail list of history of payments that we sent to your company that we made to pay on this account.
2. We want to see the signature that I put on a contract guaranteeing that I would pay you as Creditor.
3. We are asking that has there been any insurance claim found on this debt.
4. We want to see that you have the chain of title to collect on this debt.

We look forward to hear from you.

Sincerely,

Tung-Thanh: Doan, Trustee

FILED
CLERK, U.S. DISTRICT COURT

SEP - 4 2025

CENTRAL DISTRICT OF CALIFORN
EASTERN DIVISION        BY DEPU

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

TRACEY MINH NGO TRUST, by and through Trustees Tracey-Minh: Ngo and Tung-Thanh: Doan, Plaintiff,

v.

NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING; ONSLOW BAY FINANCIAL, LLC; and DOES 1–10, Defendants.

**Case No: EDCV25-02279-JGB (DTBx)**

## EX PARTE APPLICATION

Trustee Tung-Thanh: Doan, in propria persona, applies ex parte for approval of a Lis Pendens concerning 3030 Manchester Circle, Corona, CA 92879 (APN 172-340-035). Judicial approval is required as Trustee is not an attorney.

## MEMORANDUM OF POINTS AND AUTHORITIES

Under persuasive authority of CCP § 405.21 and this Court's inherent power, a Lis Pendens may be recorded only if signed by an attorney or approved by a judge when filed in propria persona. The Complaint affects title to the above property. Approval is necessary to preserve notice in the chain of title.

## DECLARATION OF TUNG-THANH: DOAN

I am Trustee of TRACEY MINH NGO TRUST. The Complaint affects title to 3030 Manchester Circle, Corona, CA 92879, APN 172-340-035. As I am not an attorney, I request judicial approval to record the Lis Pendens.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 9/4/2025

Tung-Thanh: Doan

Tung-Thanh: Doan, Trustee

**[PROPOSED] ORDER APPROVING LIS PENDENS**

The Court having considered the Ex Parte Application of Plaintiff TRACEY MINH NGO
TRUST, and good cause appearing:

IT IS HEREBY ORDERED that the Notice of Pendency of Action (Lis Pendens) in this
matter is APPROVED for recording against the property located at 3030 Manchester
Circle, Corona, CA 92879, APN 172-340-035.

Dated: _____

_____ JUDGE OF THE COURT

RECORDING REQUESTED BY:
Tung-Thanh: Doan, Trustee for:
TRACEY MINH NGO TRUST

TRUST WHEN RECORDED MAIL TO:
16422 Rancho Escondido Dr,
Riverside, CA 92506

Space above this line for Recorder's use only

## NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

TRACEY MINH NGO TRUST, by and through Trustees Tracey-Minh: Ngo
and Tung-Thanh: Doan, Plaintiff,

v.

NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING; ONSLOW BAY FINANCIAL, LLC; and
DOES 1–10, Defendants.

State Case No: **CVRI2504352**
Federal Related Case No: **EDCV25-02279-JGB (DTBx)**

NOTICE IS HEREBY GIVEN that the above-entitled action concerns the real property situated in
Riverside County, California, commonly known as:
3030 Manchester Circle, Corona, CA 92879

Legal Description: **Lot 35, Tract 24129, in the City of Corona, County of Riverside, State of
California, as per Map recorded May 16, 1991, in Book 232, Pages 3 and 4 of Maps, in the Office
of the County Recorder of said County.**
**Assessor's Parcel Number (APN): 172-340-035.**

The relief sought in this action affects title to the above-described real property.

Dated: 9/4/2025

*Tracey - Minh: Ngo*

Tracey-Minh: Ngo, Trustee                    See Attached Certificate
TRACEY MINH NGO TRUST

*Tung-Thanh: Doan.*

Tung-Thanh: Doan, Trustee
TRACEY MINH NGO TRUST

# CALIFORNIA ALL-PURPOSE
## CERTIFICATE OF ACKNOWLEDGMENT
### (CALIFORNIA CIVIL CODE § 1189)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                              )
COUNTY OF Riverside                              )

On September 04, 2025 before me, Eric Maples, Notary Public
      (Date)                    (Here Insert Name and Title of the Officer)

personally appeared Tracey Minh Ngo & Tung Thanh Doan ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Eric Maples_
**Signature of Notary Public**                    (Notary Seal)

ERIC MAPLES
Notary Public - California
Riverside County
Commission # 2500951
My Comm. Expires Sep 28, 2028

_____ADDITIONAL OPTIONAL INFORMATION_____

**Description of Attached Document**

Title or Type of Document: Notice of Pendency of Action (Lis Pendens)  Document Date: September 04, 2025

Number of Pages: 1   Signer(s) Other Than Named Above: N/A

Additional Information: N/A

revision date 01/01/2015

1 | Tung-Thanh: Doan, Trustee

2 | **TRACEY MINH NGO TRUST**

3 | 16422 Rancho Escondido Dr

4 | Riverside, CA 92506

5 | Telephone: 714.887.3068

6 | Email: homesweethomes@protonmail.com

7 |

8 | **Tung-Thanh: Doan, IN PRO PER**



FEE PAID

9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **CENTRAL DISTRICT OF CALIFORNIA**

12 | **RIVERSIDE DIVISION**

13 | E D C V 2 5 - 0 2 2 7 9 - J G B ( D T B )

14 | TRACEY MINH NGO TRUST,                )    Case No.: _____

15 | by and through Trustee Tung-Thanh: Doan, )

16 | **Plaintiff(s),**                                )    **COMPLAINT FOR DAMAGES;**

17 | v.                                                   )    **INJUNCTIVE RELIEF;**

18 | **NEWREZ LLC dba**                         )    **DECLARATORY RELIEF**

19 | **SHELLPOINT MORTGAGE SERVICING;** )    (Relating to property located at 3030

20 | **ONSLOW BAY FINANCIAL, LLC;**     )    Manchester Circle, Corona, CA 92879)

21 | **and DOES 1–10,**                          )

22 | **Defendant(s).**                            )

23 |

24 |

25 |

26 |

Federal Complaint – Page 1 of 4

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 02 2025

D. Brown

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; ONSLOW BAY FINANCIAL, LLC.

**YOU ARE BEING SUED BY PLAINTIFF:** TRACEY MINH NGO TRUST
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* by and through Trustee Tung-Thanh : Doan

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER:**
*(Número del Caso):* **CVRI 25 04 3 5 2**

CVRI

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE: SEP 02 2025    Clerk, by    D. Brown    , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.    Print this form    Save this form

FILED
CLERK, U.S. DISTRICT COURT

SEP - 4 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

TRACEY MINH NGO TRUST, by and through Trustees Tracey-Minh: Ngo and Tung-Thanh: Doan, Plaintiff,

v.

NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING; ONSLOW BAY FINANCIAL, LLC; and DOES 1–10, Defendants.

**Case No: EDCV25-02279-JGB (DTBx)**

## EX PARTE APPLICATION

Trustee Tung-Thanh: Doan, in propria persona, applies ex parte for approval of a Lis Pendens concerning 3030 Manchester Circle, Corona, CA 92879 (APN 172-340-035). Judicial approval is required as Trustee is not an attorney.

## MEMORANDUM OF POINTS AND AUTHORITIES

Under persuasive authority of CCP § 405.21 and this Court's inherent power, a Lis Pendens may be recorded only if signed by an attorney or approved by a judge when filed in propria persona. The Complaint affects title to the above property. Approval is necessary to preserve notice in the chain of title.

## DECLARATION OF TUNG-THANH: DOAN

I am Trustee of TRACEY MINH NGO TRUST. The Complaint affects title to 3030 Manchester Circle, Corona, CA 92879, APN 172-340-035. As I am not an attorney, I request judicial approval to record the Lis Pendens.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 9/4/2025

Tung-Thanh: Doan

Tung-Thanh: Doan, Trustee

**[PROPOSED] ORDER APPROVING LIS PENDENS**

The Court having considered the Ex Parte Application of Plaintiff TRACEY MINH NGO
TRUST, and good cause appearing:

IT IS HEREBY ORDERED that the Notice of Pendency of Action (Lis Pendens) in this
matter is APPROVED for recording against the property located at 3030 Manchester
Circle, Corona, CA 92879, APN 172-340-035.

Dated: _____

_____ JUDGE OF THE COURT

RECORDING REQUESTED BY:
Tung-Thanh: Doan, Trustee for:
TRACEY MINH NGO TRUST

TRUST WHEN RECORDED MAIL TO:
16422 Rancho Escondido Dr,
Riverside, CA 92506

Space above this line for Recorder's use only

## NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

### SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

TRACEY MINH NGO TRUST, by and through Trustees Tracey-Minh: Ngo
and Tung-Thanh: Doan, Plaintiff,

v.

NEWREZ, LLC dba SHELLPOINT MORTGAGE SERVICING; ONSLOW BAY FINANCIAL, LLC; and
DOES 1–10, Defendants.

State Case No: **CVRI2504352**
Federal Related Case No: **EDCV25-02279-JGB (DTBx)**

NOTICE IS HEREBY GIVEN that the above-entitled action concerns the real property situated in
Riverside County, California, commonly known as:
3030 Manchester Circle, Corona, CA 92879

Legal Description: **Lot 35, Tract 24129, in the City of Corona, County of Riverside, State of
California, as per Map recorded May 16, 1991, in Book 232, Pages 3 and 4 of Maps, in the Office
of the County Recorder of said County.**
**Assessor's Parcel Number (APN): 172-340-035.**

The relief sought in this action affects title to the above-described real property.

Dated: 9/4/2025

Tracey - Minh: Ngo

Tracey-Minh: Ngo, Trustee
TRACEY MINH NGO TRUST

See Attached Certificate

Tung-Thanh: Doan.

Tung-Thanh: Doan, Trustee
TRACEY MINH NGO TRUST

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT
### (CALIFORNIA CIVIL CODE § 1189)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                              )
COUNTY OF Riverside_____ )

On September 04, 2025 _____before me, _____Eric Maples, Notary Public_____
         (Date)                                 (Here Insert Name and Title of the Officer)

personally appeared _____Tracey Minh Ngo & Tung Thanh Doan_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____Eric Maples_____
Signature of Notary Public                    (Notary Seal)

ERIC MAPLES
Notary Public - California
Riverside County
Commission # 2500951
My Comm. Expires Sep 28, 2028

_____ADDITIONAL OPTIONAL INFORMATION_____

**Description of Attached Document**

Title or Type of Document: Notice of Pendency of Action (Lis Pendens)  Document Date: September 04, 2025

Number of Pages: __1__  Signer(s) Other Than Named Above: _____N/A_____

Additional Information: _____N/A_____

Tung-Thanh: Doan, Trustee

**TRACEY MINH NGO TRUST**

16422 Rancho Escondido Dr

Riverside, CA 92506

Telephone: 714.887.3068

Email: homesweethomes@protonmail.com


**Tung-Thanh: Doan, IN PRO PER**

FILED
CLERK, U.S. DISTRICT COURT

SEP - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

FEE PAID

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

EDCV25-02279-JGB(DTBx)

| | |
|---|---|
| **TRACEY MINH NGO TRUST,** | ) Case No.: _____ |
| by and through Trustee Tung-Thanh: Doan, | ) |
| **Plaintiff(s),** | ) **COMPLAINT FOR DAMAGES;** |
| v. | ) **INJUNCTIVE RELIEF;** |
| **NEWREZ LLC dba** | ) **DECLARATORY RELIEF** |
| **SHELLPOINT MORTGAGE SERVICING;** | ) (Relating to property located at 3030 |
| **ONSLOW BAY FINANCIAL, LLC;** | ) Manchester Circle, Corona, CA 92879) |
| **and DOES 1–10,** | ) |
| **Defendant(s).** | ) |

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:** NEWREZ LLC dba SHELLPOINT
**(AVISO AL DEMANDADO):** MORTGAGE SERVICING; ONSLOW
BAY FINANCIAL, LLC.

**YOU ARE BEING SUED BY PLAINTIFF:** TRACEY MINH NGO TRUST
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** by and through Trustee
Tung-Thanh : Doan

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

SEP 02 2025

D. Brown

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER:**
*(Número del Caso):*
**CVRI** 25 04 35 2

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

**DATE:** SEP 02 2025    Clerk, by ___ D. Brown ___, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**    Print this form    Save this form

1

2            **UNITED STATES DISTRICT COURT**

3            **CENTRAL DISTRICT OF CALIFORNIA**

4

5    TRACEY MINH NGO TRUST, by and through Trustee Tung-Thanh: Doan, Plaintiff,

6    v.

7    NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING;

8    ONSLOW BAY FINANCIAL, LLC, Defendants.

9

10                      **EXHIBIT BINDER**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
# VERIFICATION OF EXHIBITS
3
4
5  I, Tung-Thanh: Doan, Trustee of the TRACEY MINH NGO TRUST,
6  declare that I am the Plaintiff in the above-entitled action. I have reviewed the attached Exhibits A through I
7
   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true a
8
9
10  Dated: _____9/2/ 20 25_____
11  _Tung- Thanh: Doan_
    TUNG-THANH: DOAN, Trustee, In Pro Per
12  Attorney for Plaintiff TRACEY MINH NGO TRUST
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

## INDEX OF EXHIBITS (A–I)

4
• Exhibit A – Grant Deed (Certified Copy) – Property: 3030 Manchester Circle, Corona, CA 92879

5
• Exhibit B – Trust Transfer Deed (Certified Copy) – Property: 3030 Manchester Circle, Corona, CA 92879

6
• Exhibit C – Affidavit of Acceptance by Trustees – Property: 3030 Manchester Circle, Corona, CA 92879

7
• Exhibit D – Legal Description of Property (from Deed) – Property: 3030 Manchester Circle, Corona, CA 92879

8
• Exhibit E – Plaintiff's Debt Validation Demand Letter (07/14/2025)

9
• Exhibit F – Plaintiff's Copyright Infringement & FDCPA Notices (08/14/2025)
• Exhibit G – Defendant's Notice of Default & Intent to Accelerate (08/11/2025) – Property: 3030 Manchester Circle, Corona, CA 92879

10

11
• Exhibit H – Defendant's Billing Statements (June–August 2025) – Property: 3030 Manchester Circle, Corona, CA 92879

12
• Exhibit I – Defendant's Response Letter (08/11/2025)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

Grant Deed (Certified Copy) – Property: 3030 Manchester Circle,

Corona, CA 92879

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RECORDING REQUESTED BY:**
Tung Thanh Doan
TRA:
Parcel No.: 172-340-035

**AND WHEN RECORDED MAIL TO:**
TRACEY MINH NGO TRUST
16422 Rancho Escondido Dr
Riverside, CA 92506

**2025-0267048**
08/29/2025 12:08 PM Fee: $ 94.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

3036

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

[ ] Documentary transfer tax is NONE (This conveyance is a transfer into an Irrevocable Common Law Trust, exempt from tax under R&T, Code § 11930)
[ ] City of Corona, County of Riverside

MADE FOR NO CONSIDERATION,

**Tracey Minh Ngo, a Married Woman as her sole and separate property ("Grantor"), hereby**

GRANT(S) to

**TRACEY MINH NGO TRUST, an Irrevocable Common Law Trust dated December 12, 2017 ("Grantee"), the following described real property in the County of Riverside,**

State of California:

**Legal Description: Lot 35, Tract 24129, in the City of Corona, County of Riverside, State of California, as per Map recorded May 16, 1991, in Book 232, Page 3 and 4 of Maps, in the Office of the County Recorder of said County. APN: 172-340-035.**

Also commonly known as: 3030 Manchester Cir, Corona, CA 92879

DATED: 08/29/25

Ngo, Tracey - Minh _____ Tracey
Minh Ngo, Grantor

**SEE ATTACHED
NOTARIAL CERTIFICATE**

**Mail Tax Statement to: SAME AS ABOVE**

DOC #2025-0267048  Page 2 of 2

## CALIFORNIA ALL-PURPOSE
## CERTIFICATE OF ACKNOWLEDGMENT
### (CALIFORNIA CIVIL CODE § 1189)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                                    )
COUNTY OF  Riverside                                   )

On  August 29, 2025  before me,  Adrian Pino Jordan (Notary Public)
        (Date)                    (Here Insert Name and Title of the Officer)

personally appeared -------------------Tracey Minh Ngo-------------------,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____              (Notary Seal)
Signature of Notary Public

> **ADRIAN PINO JORDAN**
> Notary Public - California
> Riverside County
> Commission # 2389288
> My Comm. Expires Jan 3, 2026

_____ **ADDITIONAL OPTIONAL INFORMATION** _____

**Description of Attached Document**

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

Additional Information: _____

revision date 01/01/2015



**PETER ALDANA**
**COUNTY OF RIVERSIDE**
**ASSESSOR-COUNTY CLERK-RECORDER**

Assessor
(951) 955-6200

County Clerk-Recorder
(951) 486-7000

Mailing Address
P.O. Box 751
Riverside, CA 92502-0751

www.rivcoacr.org

# Disclaimer Information

"If this document contains any restriction based on age, race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, familial status, marital status, disability, veteran or military status, genetic information, national origin, source of income as defined in subdivision (p) of Section 12955, or ancestry, that restriction violates state and federal fair housing laws and is void, and may be removed pursuant to Section 12956.2 of the Government Code by submitting a "Restrictive Covenant Modification" form, together with a copy of the attached document with the unlawful provision redacted to the county recorder's office. The "Restrictive Covenant Modification" form can be obtained from the county recorder's office and may be available on its website rivcoacr.org. The form may also be available from the party that provided you with this document. Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status."

# Exhibit B

Trust Transfer Deed (Certified Copy) – Property: 3030 Manchester

Circle, Corona, CA 92879

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**2025-0267049**
08/29/2025 12:08 PM Fee: $ 103.00
Page 1 of 5
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

RECORDING REQUESTED BY:
Tung Thanh Doan

AND WHEN RECORDED MAIL TO:
TRACEY MINH NGO TRUST
16422 Rancho Escondido Dr
Riverside, CA 92506

## TRUST TRANSFER DEED

The undersigned Grantor(s) declare(s):

    ☒ Documentary transfer tax is NONE (This conveyance is a transfer into an

    Irrevocable Common Law Trust, exempt from tax under R&T Code §11930)

    ☒ Made for NO CONSIDERATION

    ☒ City of Corona, County of Riverside

The undersigned grantor(s) declare(s): Documentary transfer tax $0.00. This conveyance is a transfer into a revocable trust and is exempt from reassessment under California Revenue and Taxation Code §§ 62 and 11930; this transfer does not constitute a change in ownership under Proposition 13.

FOR NO CONSIDERATION, receipt of which is hereby acknowledged,

**I, Tracey Minh Ngo**, a Married Woman, as her sole and separate property ("Grantor"), hereby GRANTS to **TRACEY MINH NGO TRUST**, an Irrevocable Common Law Trust dated December 12, 2017 ("Grantee"), the following described real property situated in the County of Riverside, State of California:

Legal Description: **Lot 35, Tract 24129, in the City of Corona, County of Riverside, State of California, as per Map recorded May 16, 1991, in Book 232, Page 3 and 4 of Maps, in the Office of the County Recorder of said County. APN: 172-340-035**
Also commonly known as: 3030 Manchester Circle, Corona, CA 92879

DATED: 08/29/25
Ngo, Tracey - Minh
**Tracey Minh Ngo, Grantor**

**SEE ATTACHED
NOTARIAL CERTIFICATE**

## CALIFORNIA ALL-PURPOSE
## CERTIFICATE OF ACKNOWLEDGMENT
### (CALIFORNIA CIVIL CODE § 1189)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
COUNTY OF Riverside )

On August 29, 2025 before me, Adrian Pino Jordan (Notary Public)
   (Date)               (Here Insert Name and Title of the Officer)

personally appeared ------------------Tracey Minh Ngo-------------------- ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public               (Notary Seal)

ADRIAN PINO JORDAN
Notary Public - California
Riverside County
Commission # 2389288
My Comm. Expires Jan 3, 2026

_____ADDITIONAL OPTIONAL INFORMATION_____

**Description of Attached Document**

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

Additional Information: _____

revision date 01/01/2015

# Exhibit C

Affidavit of Acceptance by Trustees – Property: 3030 Manchester

Circle, Corona, CA 92879

( together in TRUST TRANSFER DEED )

DOC #2025-0267049 Page 3 of 5

## AFFIDAVIT OF ACCEPTANCE BY TRUSTEE

We, the undersigned Trustees of TRACEY MINH NGO TRUST, dated **12/12/2017,** do hereby accept the transfer of the real property commonly known as 3030 Manchester Circle, Corona, California 92879, and legally described in Exhibit "A" attached hereto.

We accept the property into the Trust, to hold in accordance with the provisions of said Trust.

Dated: 8/29/2025

_Ngo, Tracey - Minh_ Tracey-Minh: Ngo, Trustee

_Doan, Tung - Thanh_ Tung-Thanh: Doan, Trustee

ACKNOWLEDGMENT
State of California
County of _____
On _____ before me, _____, Notary Public, personally appeared Tracey-Minh: Ngo and Tung-Thanh: Doan, who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

**SEE ATTACHED
NOTARIAL CERTIFICATE**

# CALIFORNIA ALL-PURPOSE
## CERTIFICATE OF ACKNOWLEDGMENT
### (CALIFORNIA CIVIL CODE § 1189)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA       )

COUNTY OF  Riverside       )

On August 29, 2025  before me,  Adrian Pino Jordan (Notary Public)
  *(Date)*      *(Here Insert Name and Title of the Officer)*

personally appeared  ----------Tung Thanh Doan ----Tracey Minh Ngo----------------- ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

ADRIAN PINO JORDAN
Notary Public - California
Riverside County
Commission # 2389288
My Comm. Expires Jan 3, 2026

*Signature of Notary Public*      (Notary Seal)

————————————ADDITIONAL OPTIONAL INFORMATION————————————

**Description of Attached Document**

Title or Type of Document: _____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

Additional Information: _____

revision date 01/01/2015



**PETER ALDANA**
**COUNTY OF RIVERSIDE**
**ASSESSOR-COUNTY CLERK-RECORDER**

Assessor
(951) 955-6200

County Clerk-Recorder
(951) 486-7000

Mailing Address
P.O. Box 751
Riverside, CA 92502-0751

www.rivcoacr.org

# Disclaimer Information

"If this document contains any restriction based on age, race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, familial status, marital status, disability, veteran or military status, genetic information, national origin, source of income as defined in subdivision (p) of Section 12955, or ancestry, that restriction violates state and federal fair housing laws and is void, and may be removed pursuant to Section 12956.2 of the Government Code by submitting a "Restrictive Covenant Modification" form, together with a copy of the attached document with the unlawful provision redacted to the county recorder's office. The "Restrictive Covenant Modification" form can be obtained from the county recorder's office and may be available on its website rivcoacr.org. The form may also be available from the party that provided you with this document. Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status."

# Exhibit D

Legal Description of Property (from Deed) – Property: 3030 Manchester

Circle, Corona, CA 92879

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT "A" – LEGAL DESCRIPTION

EXHIBIT "A"
LEGAL DESCRIPTION

The land referred to herein is situated in the State of California, County of Riverside, City of Corona and describ

Lot 35, Tract 24129, in the City of Corona, County of Riverside, State of California, as per Map recorded May 16

APN: 172-340-035

(End of Legal Description)



# Exhibit E

Plaintiff's Debt Validation Demand Letter (07/14/2025)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

TRACEY MINH NGO TRUST

5:25–cv–02279–JGB–DTB

Plaintiff(s)

v.

NEWREZ LLC, et al.

Defendant(s).

**NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM**

**NOTICE TO PARTIES:**

It is the policy of this Court to encourage settlement of civil litigation when such is in the best interest of the parties. The Court favors any reasonable means, including alternative dispute resolution (ADR), to accomplish this goal. *See* L.R. 16-15. Unless exempted by the trial judge, parties in all civil cases must participate in an ADR process before trial. *See* L.R. 16-15.1.

The district judge to whom the above-referenced case has been assigned is participating in an ADR Program that presumptively directs this case to either the Court Mediation Panel or to private mediation. *See* General Order No. 11-10, §5. For more information about the Mediation Panel, visit the Court website, www.cacd.uscourts.gov, under "ADR."

Pursuant to L.R. 26-1(c), counsel are directed to furnish and discuss with their clients the attached ADR Notice To Parties *before* the conference of the parties mandated by Fed.R.Civ.P. 26(f). Based upon the consultation with their clients and discussion with opposing counsel, counsel must indicate the following in their Joint 26(f) Report: 1) whether the case is best suited for mediation with a neutral from the Court Mediation Panel or private mediation; and 2) when the mediation should occur. *See* L.R. 26-1(c).

At the initial scheduling conference, counsel should be fully prepared to discuss their preference for referral to the Court Mediation Panel or to private mediation and when the mediation should occur. The Court will enter an Order/Referral to ADR at or around the time of the scheduling conference.

Clerk, U.S. District Court

September 2, 2025
Date

By *Is/ Megan K Zari*
Deputy Clerk

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | CASE NUMBER: |
| TRACEY MINH NGO TRUST | |
| Plaintiff(s) | 5:25−cv−02279−JGB−DTB |
| v. | |
| NEWREZ LLC, et al. | |
| Defendant(s). | **NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM** |

**NOTICE TO PARTIES:**

It is the policy of this Court to encourage settlement of civil litigation when such is in the best interest of the parties. The Court favors any reasonable means, including alternative dispute resolution (ADR), to accomplish this goal. *See* L.R. 16-15. Unless exempted by the trial judge, parties in all civil cases must participate in an ADR process before trial. *See* L.R. 16-15.1.

The district judge to whom the above-referenced case has been assigned is participating in an ADR Program that presumptively directs this case to either the Court Mediation Panel or to private mediation. *See* General Order No. 11-10, §5. For more information about the Mediation Panel, visit the Court website, www.cacd.uscourts.gov, under "ADR."

Pursuant to L.R. 26-1(c), counsel are directed to furnish and discuss with their clients the attached ADR Notice To Parties *before* the conference of the parties mandated by Fed.R.Civ.P. 26(f). Based upon the consultation with their clients and discussion with opposing counsel, counsel must indicate the following in their Joint 26(f) Report: 1) whether the case is best suited for mediation with a neutral from the Court Mediation Panel or private mediation; and 2) when the mediation should occur. *See* L.R. 26-1(c).

At the initial scheduling conference, counsel should be fully prepared to discuss their preference for referral to the Court Mediation Panel or to private mediation and when the mediation should occur. The Court will enter an Order/Referral to ADR at or around the time of the scheduling conference.

Clerk, U.S. District Court

_September 2, 2025_
Date

By _/s/ Megan K Zari_
Deputy Clerk

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

TRACEY MINH NGO TRUST

5:25−cv−02279−JGB−DTB

PLAINTIFF(S)

v.

NEWREZ LLC , et al.

DEFENDANT(S).

**NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS**

TO:    COUNSEL OF RECORD and PRO SE LITIGANTS:

Pursuant to Local Rule 3-1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U. S. C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), the attorney or party presenting the matter must also provide at the time of filing the required notice to the Patent and Trademark Office in patent, plant variety protection and trademark matters (Form AO-120) and the required notice to the Copyright Office in copyright matters (Form AO-121).

**The AO-121 form must include the copyright registration number for accurate reporting to the Copyright Office.**

   **Pro Se Litigants**: Please complete the enclosed form(s) and return to: Clerk, U.S. District Court, ATTN: Civil New Actions, at the following address within ten (10) days:

Eastern Division
3470 Twelfth Street, Rm. 134
Riverside, CA 92501

Clerk, U.S. District Court

_September 2, 2025_
Date

By  _/s/ Megan K Zari_
Deputy Clerk

**Note:  Please refer to the Court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TRACEY MINH NGO TRUST

PLAINTIFF(S),

v.

NEWREZ LLC, et al.

DEFENDANT(S).

CASE NUMBER:

5:25-cv-02279-JGB-DTB

**Notice to Counsel Re Consent to Proceed**
**Before a United States Magistrate Judge**

The parties are advised they may consent to proceed before any available magistrate judge participating in the Voluntary Consent to Magistrate Judges Program to conduct all further proceedings in the case pursuant to 28 U.S.C. § 636(c) and Federal Rules of Civil Procedure 73. The consent list and consent form are available on the court's website at http://www.cacd.uscourts.gov/judges-requirements/court-programs/voluntary-consent-magistrate-judges-program. To confirm a particular magistrate judge's availability to schedule the trial in the time frame desired by the parties and/or willingness to accommodate any other special requests of the parties, please contact the magistrate judge's courtroom deputy prior to filing the consent.

Since magistrate judges do not handle felony criminal trials, civil trial dates are not at risk of being preempted by a felony criminal trial, which normally has priority. Further, in some cases, the magistrate judge may be able to assign an earlier trial date than a district judge. The parties can select a participating Magistrate Judge from any of the three divisions in the Central District of California. There may be other advantages or disadvantages which you will want to consider.

The plaintiff or removing party must serve this Notice on each named party in the case.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to:

District Judge **Jesus G. Bernal**
Magistrate Judge **David T. Bristow**

The case number on all documents filed with the Court should read as follows:

### 5:25–cv–02279 JGB (DTBx)

District judges in the Central District of California refer all discovery-related motions to the assigned magistrate judge pursuant to General Order No. 05-07. Discovery-related motions should be noticed for hearing before the assigned magistrate judge. Please refer to the assigned judges' Procedures and Schedules, available on the Court's website at www.cacd.uscourts.gov/judges-requirements, for additional information.

Clerk, U.S. District Court

September 2, 2025
Date

By /s/ Megan K Zari
Deputy Clerk

## ATTENTION

*The party that filed the case-initiating document in this case (for example, the complaint or the notice of removal) must serve a copy of this Notice on all parties served with the case-initiating document. In addition, if the case-initiating document in this case was electronically filed, the party that filed it must, upon receipt of this Notice, promptly deliver mandatory chambers copies of all previously filed documents to the newly assigned-district judge. See L.R. 5-4.5. A copy of this Notice should be attached to the first page of the mandatory chambers copy of the case-initiating document.*

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Tung Thanh Doan
16422 Rancho Escondido Dr
Riverside CA 92506
US
--Case Participants: Magistrate Judge David T. Bristow (crd_bristow@cacd.uscourts.gov), Judge Jesus
G. Bernal (crd_bernal@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<40846526@cacd.uscourts.gov>Subject:Activity in Case 5:25-cv-02279-JGB-DTB
Tracey Minh Ngo Trust v. NewRez LLC et al Notice of Assignment to United States Judges(CV-18) -
optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/2/2025 at 2:50 PM PDT and filed on 9/2/2025

| | |
|---|---|
| **Case Name:** | Tracey Minh Ngo Trust v. NewRez LLC et al |
| **Case Number:** | 5:25-cv-02279-JGB-DTB |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**NOTICE OF ASSIGNMENT to District Judge Jesus G. Bernal and Magistrate Judge David T.
Bristow. (mza)**

**5:25-cv-02279-JGB-DTB Notice has been electronically mailed to:**
**5:25-cv-02279-JGB-DTB Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Tung Thanh Doan
16422 Rancho Escondido Dr
Riverside CA 92506
US

Seeing as Tracey Ming Ngo Trust is a trust and is not represented by counsel, it cannot proceed further in this case pro se.  Accordingly, Tracey Ming Ngo Trust is **ORDERED TO SHOW CAUSE** as to whether they have retained counsel by September 26, 2025.  A failure to retain counsel or respond to the Order to Show Cause will result in a dismissal of the action without prejudice.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 25-2279 JGB (DTBx) | Date | September 3, 2025 |
|---|---|---|---|

| Title | *Tracey Minh Ngo Trust v. NewRez LLC et al.* |
|---|---|

**Present: The Honorable**    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:**    **Order to Show Cause (IN CHAMBERS)**

On September 2, 2025, Plaintiff Tracey Ming Ngo Trust filed a complaint against Defendants NewRez LLC, Onslow Bay Financial, LLC, and alleging violations of the Fair Debt Collection Practices Act and copyright infringement. ("Compl.," Dkt. No. 1.) The Tracey Ming Ngo Trust appears to be represent by its Trustee Tung Thanh Doan, appearing pro se, and there is no indication that Doan is admitted to appear in this court. (Id. at 1.)

However, trusts, corporations, and other business entities cannot appear pro se in federal court. See Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987); Dr. JKL Ltd. v. HPC IT Educ. Ctr., 749 F. Supp. 2d 1038, 1046 (N.D. Cal. 2010) ("A corporation or other artificial entity must be represented by licensed counsel."); see also C.D. Cal. R. 83-2.2.2 ("No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1.").

//
//
//
//

**CIVIL MINUTES—GENERAL**    Initials of Deputy Clerk iv

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-2279 JGB (DTBx)** | Date | September 8, 2025 |
|---|---|---|---|

| Title | ***Tracey Minh Ngo Trust v. NewRez LLC et al.*** |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:    Order DENYING Applications for a Temporary Restraining Order (Dkt. Nos. 10, 12, 13) (IN CHAMBERS)**

On September 2, 2025, Plaintiff Tracey Ming Ngo Trust filed a complaint against Defendants NewRez LLC, Onslow Bay Financial, LLC, and alleging violations of the Fair Debt Collection Practices Act and copyright infringement. ("Compl.," Dkt. No. 1.) Now the Trust returns, having filed three applications for a temporary restraining order. (Dkt. Nos. 10, 12, 13.) On September 3, 2025, the Court ordered Plaintiff to show cause by September 26 as to why the case should not be dismissed, because Plaintiff, a trust, cannot appear pro se. (Dkt. No. 9 (citing C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).) Plaintiff has not responded. Accordingly, the Court **DENIES** the applications without prejudice. If Plaintiff retains counsel, it may refile them.

**IT IS SO ORDERED.**

Case 5:25-cv-02615-JGB-DTB   Document 22   Filed 11/25/25   Page 184 of 312   Page
Case 5:25-cv-02279-JGB-DTB   Document 32   Filed 10/22/25   Page 1 of 2   Page ID
#:245

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

## JS-6

Case No.   **EDCV 25-2279 JGB (DTBx)**            Date   October 22, 2025

Title   *Tracey Minh Ngo Trust v. NewRez LLC et al.*

---

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| MAYNOR GALVEZ | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order (1) DISMISSING Plaintiff's Complaint for Failure to Comply with
Court Orders; (2) DENYING Pending Motions Dkt. Nos. 17, 18, 19 as
MOOT; and (3) DIRECTING the Clerk of Court to Close the Case (IN
CHAMBERS)**

On September 2, 2025, Plaintiff Tracey Ming Ngo Trust filed a complaint against
Defendants NewRez LLC and Onslow Bay Financial, LLC, alleging violations of the Fair Debt
Collection Practices Act and copyright infringement. ("Compl.," Dkt. No. 1.) The Tracey Ming
Ngo Trust appears to be represented by its Trustee Tung Thanh Doan, appearing pro se, and
there is no indication that Doan is admitted to practice law or appear in this court. (Id. at 1.)
Thus, on September 3, 2025, the Court issued an Order to Show Cause ("OSC") as to why the
case should not be dismissed, because Plaintiff, a trust, cannot appear pro se. (Dkt. No. 9 (citing
C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).) The Court warned
Plaintiff that failure to respond or retain counsel by September 26, 2025, would result in the
matter being dismissed. (Id.) To date, Plaintiff has not responded to the Court's OSC nor
retained counsel.

Federal Rule of Civil Procedure 41(b) grants the Court authority to *sua sponte* dismiss
actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b);
Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). Plaintiffs must prosecute their cases
with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc.,
542 F.2d 522, 524 (9th Cir. 1976). Plaintiff failed to comply with the Court's OSC by the Court-
ordered deadline.

---

Case 5:25-cv-02615-JGB-DTB    Document 22    Filed 11/25/25    Page 185 of 312    Page
Case 5:25-cv-02279-JGB-DTB    Document 33    Filed 10/22/25    Page 2 of 2    Page ID
#:246

Before dismissing an action for either failure to prosecute, failure to obey a court order, or failure to follow the local rules, a court must weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions. Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (failure to follow local rules); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002) (failure to prosecute or to comply with a court order). The Court need not weigh these factors explicitly. See Ghazali, 46 F.3d at 53–54.

The Court finds that dismissal is appropriate. Both the Court and the public benefit from the expeditious resolution of this action because further delay will impede judicial efficiency. See Pagtalunan, 291 F.3d at 642 ("fail[ing] to pursue the case for almost four months" favors dismissal). Plaintiff cannot appear in court pro se and has failed to retain counsel or respond to the Court's OSC without explanation. Plaintiff's failure to respond has also resulted in Defendants engaging in motion practice, filing a Motion to Strike because Plaintiff cannot represent itself. (Dkt. No. 17.) Additional delay will prejudice Defendants. See Sw. Marine Inc. v. Danzig, 217 F.3d 1128, 1138 (9th Cir. 2000) ("Unreasonable delay is the foundation upon which a court may presume prejudice."). Moreover, less drastic sanctions are not realistic. The Court has already issued an Order to Show Cause, which fulfilled its "obligation to warn the plaintiff that dismissal is imminent." Oliva v. Sullivan, 958 F.2d 272, 274 (9th Cir. 1992). "[A] district court's warning to a party that his failure to obey the court's order will result in dismissal can satisfy the 'consideration of alternatives' requirement." Ferdik, 963 F.2d at 1262 (quoting Malone v. U.S. Postal Serv., 833 F.2d 128, 132–33 (9th Cir. 1987)). In sum, the Court concludes that four of the five factors weigh in favor of dismissing this action in its entirety. See Pagtalunan, 291 F.3d at 643 (affirming dismissal where three factors favored dismissal).

Accordingly, the Court **DISMISSES** Plaintiff's action for failure to comply with Court orders. Further, the pending motions, Dkt. Nos. 17, 18, and 24 are **DENIED AS MOOT**. Lastly, the Court **DIRECTS** the Clerk of Court to close the case. (JS-6)

**IT IS SO ORDERED**.

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Doan Tung-Thanh
Tracey Minh Ngo Trust
16422 Rqancho Escondido Dr
Riverside CA 92506
--Case Participants: Robert W Norman, Jr (areyes@houser-law.com, bnorman@houser-law.com,
chershey@houser-law.com, rnorman@houser-law.com, tduffin@houser-law.com), Magistrate Judge
David T. Bristow (crd_bristow@cacd.uscourts.gov), Judge Jesus G. Bernal
(crd_bernal@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<41252411@cacd.uscourts.gov>Subject:Activity in Case 5:25-cv-02615-JGB-DTB Doan
Tung-Thanh v. NewRez LLC et al Initial Order upon Filing of Complaint - form only Content-Type:
text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 10/30/2025 at 4:23 PM PDT and filed on 10/30/2025

| | |
|---|---|
| **Case Name:** | Doan Tung-Thanh v. NewRez LLC et al |
| **Case Number:** | 5:25-cv-02615-JGB-DTB |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
**STANDING ORDER upon filing of the complaint by Judge Jesus G. Bernal. (ima)**

**5:25-cv-02615-JGB-DTB Notice has been electronically mailed to:**
Robert W Norman     areyes@houser-law.com, bnorman@houser-law.com,
chershey@houser-law.com, tduffin@houser-law.com, rnorman@houser-law.com
**5:25-cv-02615-JGB-DTB Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Doan Tung-Thanh
Tracey Minh Ngo Trust
16422 Rqancho Escondido Dr
Riverside CA 92506

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOAN TUNG–THANH | CASE NO: 5:25–cv–02615–JGB–DTB |
| Plaintiff(s), | |
| v. | STANDING ORDER |
| NEWREZ LLC, et al. | |
| Defendant(s). | |

**READ THIS ORDER CAREFULLY. IT CONTROLS THIS CASE
AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES.**

- Plaintiff(s) shall immediately serve this Order on all parties along with the Summons and Complaint.
- If this case came to the Court by noticed removal, the removing Defendant(s) shall serve this Order on all other parties.

This action has been assigned to the calendar of Judge Jesus G. Bernal.

///

///

The Court and litigants bear joint responsibility for the progress of litigation in the Federal Courts. To secure the just, speedy, and inexpensive determination of every action, (Fed. R. Civ. P. 1), all counsel are hereby ordered to become familiar with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California.*

The Court further orders as follows:

**1.      Service of the Complaint.**  Plaintiff shall serve the Complaint promptly in accordance with Fed. R. Civ. P. 4 and file the proofs of service pursuant to L.R. 5–3.1.

**2.      Removed Actions.**  Any answers filed in state court must be re–filed in this Court (separately) as a supplement to the petition. Any pending motions must be re–noticed in accordance with L.R. 6–1.

**3.      Assignment to a Magistrate Judge.**  Under 28 U.S.C. § 636, the parties may consent to have a Magistrate Judge preside over all proceedings. The Magistrate Judges who accept those designations are identified on the Central District's website, which also contains the consent form.

**4.      Electronic Filing.**  As of January 1, 2008, the United States District Court for the Central District of California implemented mandatory electronic filing ("e–filing") of documents in all new and pending civil cases. Information about the Court's Electronic Case Filing system is available on the Court's website at www.cacd.uscourts.gov/cmecf.

All documents required to be "e–filed" in this matter can be found in General Order No. 10–07 and L.R. 5–4. The Court specifically directs litigants

to L.R. 5−4.3.1, requiring that all electronically filed documents be created by publishing the document to PDF, and not by scanning paper documents.

    **5.    Mandatory Chambers Copies. Counsel shall provide one conformed chambers copy of ONLY the following filed documents.**

    **Civil matters:** Motions and related documents (opposition, replies, exhibits); ex parte applications and related documents oppositions and exhibits); and Joint Rule 26(f) reports;

    **Criminal matters:** All motions and related documents and exhibits; plea agreements(s); and sentencing memorandum and objections to the pre−sentence reports.

    Chambers copies shall be delivered to the "Courtesy Box," located outside of Courtroom 1 on the 2nd floor at the United States District Court, 3470 Twelfth Street, Riverside, California 92501, **no later than 5:00 p.m. on the day following the "e−filing."** All chambers copies shall comply fully with the document formatting requirements of L.R. 11−3, including the "backing" and "tabbing" requirements of Local Rules 11−3.5 and 11−5.3, respectively. If the filing party and their counsel fail to deliver a mandatory chambers copy in full compliance with this Order and L.R. 11−3, the Court may, on its own motion, reschedule any related hearing and impose sanctions.

    **6.    Proposed Orders.** Each party filing or opposing a motion or seeking the determination of any matter shall serve and electronically lodge a proposed order which sets forth the relief or action sought and a brief statement of the rationale for the decision with appropriate citations.

///

7.    **Presence of Lead Counsel.** Lead trial counsel for each party
must attend any scheduling and pretrial conferences set by the Court. Failure
of lead trial counsel to appear for those proceedings is a basis for sanctions.

8.    **Discovery.** All discovery matters have been referred to a United
States Magistrate Judge. The Magistrate Judge's initials follow the District Judge's
initials in the case number assigned to the matter. The words "DISCOVERY
MATTER" shall appear in the caption of all documents relating to discovery to
insure proper routing. Counsel shall deliver mandatory chambers copies of
discovery−related papers to the Magistrate Judge assigned to the case rather
than to this Court.

9.    **Motions − General Requirements.**

a.    Time for Hearing Motions. Motions shall be filed and set
for hearing in accordance with L.R. 6−1. Motions will be heard on Mondays
commencing at 9:00 a.m. Any motion noticed for a holiday shall automatically
be set to the next Monday without further notice to the parties.

b.    Length and Format of Motions. Memoranda of Points and
Authorities in support of or in opposition to motions shall not exceed 25 pages.
Replies shall not exceed 12 pages. Only in rare instances, and for good cause
shown, will the Court grant an application to extend these page limitations. When
citing to legal databases, wherever possible cite to Westlaw rather than Lexis.

If documentary evidence in support of or in opposition to a motion exceeds
50 pages, the evidence must be separately bound and tabbed and include an index.
If such evidence exceeds 200 pages, the documents shall be placed in a binder,
with an index and with each item of evidence separated by a tab divider.

c.    Withdrawal or Non−Opposition of Motions. **In the
event that the parties resolve a pending motion, *they must notify the Court***

1   **approximately one week before the hearing date.** Sanctions may issue for

2   failure to comply with this requirement, or the broader requirement in L.R. 7–16

3   that any party who intends to withdraw a motion, not oppose a motion, or seek

4   a continuance of the hearing date for a motion, must notify the court by noon

5   on the Tuesday preceding the hearing date.

6

7       **10.**    **Motions to Amend.**  In addition to the requirements of L.R. 15,

8   all motions to amend pleadings shall (1) state the effect of the amendment and

9   (2) identify the page(s), line number(s), and wording of any proposed change

10  or addition of material.

11

12      **11.**    **Class Actions.**  Not withstanding Local Rule 23–3, the deadline

13  for the filing of a motion for class certification will be set during the Scheduling

14  Conference and/or in a Scheduling Order. **NO REQUEST FOR RELIEF FROM**

15  **LOCAL RULE 23–3 IS NECESSARY.**

16

17      **12.**    **Motions for Summary Judgment or Partial Summary Judgment.**

18  No party may file more than one motion pursuant to Fed. R. Civ. P. 56 regardless

19  of whether such motion is denominated as a motion for summary judgment or

20  summary adjudication. Parties offering evidence in support of, or in opposition

21  to, a Rule 56 motion must cite to specific page and line numbers in depositions

22  and paragraph numbers in affidavits. Furthermore, such evidence must be

23  authenticated properly. The Court directs the parties to become familiar with

24  Orr v. Bank of America, NT & SA, 285 F.3d 764 (9th Cir. 2002).

25          a.    Statements of Undisputed Facts and Genuine Disputes.

26  The moving party's brief shall be accompanied by a Statement of Undisputed

27  Facts ("SUF"). The SUF shall be presented in a table format and include the

28  following columns:

1        i.    The first column shall contain the number of the fact

2              alleged to be undisputed.

3        ii.    The second column shall contain a plain statement

4              of the fact. **Facts shall not be compound**. If, for

5              instance, the required response is that the fact is

6              disputed in part, the fact is compound. Further,

7              neither legal arguments nor conclusions constitute

8              facts.

9        iii.    The third column shall contain a citation to

10             admissible evidence the party believes supports the

11             proffered fact.

12   For example:

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 1. | Plaintiff was driving her car when she went through the intersection. | Decl. of Plaintiff ¶ 2. |
| 2. | The light was green when Plaintiff went through the intersection. | Decl. of Plaintiff ¶4. |
| 3. | Plaintiff was driving at 35 miles per hour when she traveled through the intersection. | Decl. of Plaintiff ¶ 7; Decl. of Plaintiff's Expert ¶ 14. |
| . . . | . . . | . . . |

21       The party opposing the summary judgment motion shall include with its

22   opposition a Statement of Genuine Disputes of Material Fact that includes the

23   moving party's table; but the opposing party shall add a fourth column to the

24   moving party's table identifying those facts that are in dispute, briefly explaining

25   the dispute, and citing the evidence supporting the dispute. The opposing party

26   shall not set forth legal or evidentiary objections in the statement of genuine

27   disputes of material fact. For example:

28

| Pl.'s SUF No. | Fact | Supporting Evidence | Def.'s Response |
|---|---|---|---|
| 1. | Plaintiff was driving her car when she went through the intersection. | Decl. of Plaintiff ¶ 2. | Undisputed. |
| 2. | The light was green when Plaintiff went through the intersection. | Decl. of Plaintiff ¶ 4. | Disputed. The light was red when Plaintiff traveled through the intersection. (Decl. of Defendant ¶ 6.) |
| 3. | Plaintiff was driving at 35 miles per hour when she traveled through the intersection. | Decl. of Plaintiff ¶ 7; Dec. of Plaintiff's Expert ¶ 14. | Disputed. Plaintiff was driving 52 miles per hour when she went through the intersection. (Decl. of Defendant's Expert ¶ 9.) |
| . . . | . . . | . . . | . . . |

If a party fails to dispute a fact properly by offering evidence that does not contradict the proffered fact, the Court will deem the fact undisputed for purposes of the motion. See Fed. R. Civ. P. 56(e)(2), L.R. 56–3.

If the party opposing the summary judgment motion wishes to include its own set of undisputed facts, it may include them in a second table at the end of its statement of genuine disputes of material fact. The opposing party's undisputed facts shall be set forth in the same manner as the moving party's SUF. For example:

| Def.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 1. | The tires on Plaintiff's car had only 1 millimeter of tread remaining at the time of the accident. | Decl. of Mechanic ¶ 5. |
| . . . | . . . | . . . |

If either party fails to provide a pincite to the supporting evidence, the Court will deem the proffered fact (or dispute) unsupported. See generally

1  <u>Christian Legal Soc. v. Wu</u>, 626 F.3d 483, 488 (9th Cir. 2010) ("Judges are not
2  like pigs, hunting for truffles buried in briefs." (quoting <u>Greenwood v. FAA</u>,
3  28 F.3d 971, 977 (9th Cir. 1994) (quoting <u>United States v. Dunkel</u>, 927 F.2d
4  955, 956 (7th Cir. 1991) (per curiam)) (alteration omitted)))).

5          b.    <u>Objections to Evidence</u>. Parties shall file any legal objections
6  to the other party's proffered evidence under separate cover. The evidentiary
7  objections should be presented in a three−column format and include the following
8  columns:

9                  i.    The first column shall contain the number of the
10                       the fact objected to, using the numbering submitted
11                       in the moving party's SUF if applicable.

12                 ii.   The second column shall identify the item objected
13                       to, including its page and line number if applicable.

14                 iii.  The third column shall set forth a concise objection
15                       (e.g., hearsay, lacks foundation, etc.) with a citation
16                       to the Federal Rules of Evidence or, where applicable,
17                       a case citation.

18      For example:

| Fact No. | Fact | Objection |
|---|---|---|
| 3. | Plaintiff was driving at 35 miles per hour when she traveled through the intersection. (Decl. of Plaintiff ¶ 7; Decl. of Plaintiff's Expert ¶ 14) | Irrelevant. F.R.E. 402. |
| . . . | . . . | . . . |

26      **13.    *Ex Parte* Applications.** *Ex parte* applications are considered on
27  the papers and are not usually set for hearing. Counsel are advised that this
28  Court allows ex parte applications solely for extraordinary relief. Sanctions may

1    be imposed for misuse of *ex parte* applications. <u>See In re Intermagnetics Am.,</u>

2    <u>Inc.</u>, 101 B.R. 191 (Bankr. C.D. Cal. 1989). Counsel also should become familiar

3    with <u>Mission Power Engineering Co. v. Continental Casualty Co.</u>, 883 F. Supp.

4    488 (C.D. Cal. 1995), regarding *ex parte* applications.

5         Counsel's attention is directed to L.R. 7–19. The moving party's declaration

6    in support of an ex parte application shall show compliance with L.R. 7–19 and

7    this Order and shall include a statement of opposing counsel's position. Failure

8    to do so ensures the application will be DENIED. If counsel does not intend to

9    oppose an *ex parte* application, counsel must inform the Courtroom Deputy

10    Clerk, (951) 328–2254. As with all motion papers, counsel must deliver a

11    conformed courtesy copy of the papers to the "Courtesy Box", located outside

12    of Courtroom 1 on the 2nd floor at United States District Court, 3470 Twelfth

13    Street, Riverside, California 92501. Counsel will be notified by the Courtroom

14    Deputy Clerk of the Court's ruling or of a hearing time and date should the

15    Court determine that a hearing is necessary.

16

17    **14.**      **Stipulations**. Stipulations extending scheduling dates set by this

18    Court are not effective unless approved by the Court. Continuances will be

19    granted only upon a showing of good cause.

20

21    **15.**      **Communications with Chambers.** Unless requested to do so,

22    counsel shall not attempt to contact the Court or its staff by telephone or by

23    any other ex parte means. Counsel are directed to review the Central District's

24    at http://www.cacd.uscourts.gov for the Local Rules, filing procedures, judges'

25    procedures and schedules, calendars, forms, and Pacer access. Counsel may

26    contact the Courtroom Deputy Clerk, Maynor Galvez, by telephone at (951) 328–

27    2254 or by email at maynor_galvez@cacd.uscourts.gov only in the event that

28    counsel cannot find the desired information through all available resources.

16.    **Telephonic Appearances.** Telephonic appearances will only be allowed upon good cause. To request a telephonic appearance counsel must file a request with a proposed order one week before the scheduling conference.

**IT IS SO ORDERED.**

Dated: October 30, 2025

Jesus G. Bernal
United States District Judge

\*    Copies of the Local Rules are available on our website at "http://www.cacd.uscourts.gov" or they may be purchased from one of the following:

Los Angeles Daily Journal
915 East 1st Street
Los Angeles, California 90012

West Publishing Company
610 Opperman Drive
Post Office Box 64526
St. Paul, Minnesota 55164–0526

Metropolitan News
210 South Spring Street
Los Angeles, California 90012

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 25-2615 JGB (DTBx) | Date | November 10, 2025 |
|---|---|---|---|

Title    *Doan Tung-Thanh v. NewRez LLC, et al.*

---

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):

None                                        None

**Proceedings:    Order to Show Cause (IN CHAMBERS)**

On October 3, 2025, Plaintiff Doan Tung-Thanh, as trustee of the Tracy Minh Ngo Trust, filed a complaint against Defendants NewRez LLC, Onslow Bay Financial, LLC, and Does 1-10 alleging violations of the Fair Debt Collection Practices Act and copyright infringement. ("Compl.," Dkt. No. 1, Ex. 1.) Doan Tung-Thanh appears to be representing The Tracey Ming Ngo Trust as trustee, appearing pro se, and there is no indication that Doan is admitted to appear in this court. (Id. at 1.)[1]

Trusts, corporations, and other business entities cannot appear pro se in federal court. See Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987); Dr. JKL Ltd. v. HPC IT Educ. Ctr., 749 F. Supp. 2d 1038, 1046 (N.D. Cal. 2010) ("A corporation or other artificial entity must be represented by licensed counsel."); see also C.D. Cal. R. 83-2.2.2 ("No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1.").

---

[1] This Court previously dismissed an action brought by the Tracy Minh Ngo Trust with Doan acting as trustee after the trust failed to retain counsel or timely respond to an order to show cause. See Tracey Minh Ngo Trust v. NewRez LLC, et al., 5:25-cv-02279-JGB-DTB.

---

CIVIL MINUTES—GENERAL    Initials of Deputy Clerk MG

Because Doan is acting on behalf of the trust, he and the trust cannot proceed further in this case pro se.  Accordingly, Doan is **ORDERED TO SHOW CAUSE** as to whether the trust has retained counsel by November 20, 2025.  In the alternative, Doan may file an amended complaint as to only himself and in no way appearing as trustee of the Tracy Minh Ngo Trust by that date.  A failure to retain counsel, respond to the Order to Show Cause, or file an amended complaint complying with this Court's directions will result in a dismissal of the action without prejudice.

**IT IS SO ORDERED.**

Case 5:25-cv-02615-JGB-DTB   Document 22   Filed 11/25/25   Page 199 of 312   Page
Case 5:25-cv-02615-JGB-DTB   Document 17   Filed 11/20/25   Page 1 of 1   Page ID
#:198

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

Case No.   **EDCV 25-2615 JGB (DTBx)**          Date   November 20, 2025

Title   ***Doan Tung-Thanh v. NewRez LLC, et al.***

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| MAYNOR GALVEZ | Not Reported |
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):

None Present                                    None Present

**Proceedings:**   **Order (1) DISCHARGING Order to Show Cause; (2) to File a First
Amended Complaint; (3) DENYING the Parties' Pending Motions as
Moot (Dkt. Nos. 8, 12); and (4) VACATING the November 24, 2025,
Hearing (IN CHAMBERS)**

On November 10, 2025, the Court ordered Plaintiff Doan Tung-Thanh to show cause as
to whether he had obtained counsel to represent the Tracy Minh Ngo Trust (the "Trust") or, in
the alternative, to file an amended complaint removing the Trust as a party in any manner.
("OSC," Dkt. No. 15.) On November 18, 2025, Doan responded to the Court's OSC informing
the Court that he and Tracey Minh Ngo elect to proceed solely in their personal capacities and
not on behalf of the Trust.

As such, Doan is **ORDERED** to file a First Amended Complaint accordingly revising the
plaintiffs in this action by December 1, 2025. Defendants' Motion to Strike Complaint (Dkt. No.
8) and Doan's Motion for Leave to Amend Complaint and to Reaffirm Standing (Dkt. No. 12)
are **DENIED AS MOOT**. The November 24, 2025, hearing is **VACATED**.

**IT IS SO ORDERED.**

**Query**    **Reports**    **Utilities**    **Help**

ACCO,(DTBx),DISCOVERY,MANADR,RELATED-G

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CIVIL DOCKET FOR CASE #: 5:25-cv-02615-JGB-DTB

| | |
|---|---|
| Doan Tung-Thanh v. NewRez LLC et al | Date Filed: 10/03/2025 |
| Assigned to: Judge Jesus G. Bernal | Jury Demand: None |
| Referred to: Magistrate Judge David T. Bristow | Nature of Suit: 290 Real Property: Other |
| Related Case: 5:25-cv-02279-JGB-DTB | Jurisdiction: Diversity |
| Case in other court: Superior Court of Riverside, CVRI2504352 | |
| Cause: 28:1441 Notice of Removal | |

### Plaintiff

**Doan Tung-Thanh**
*Trustee, Tracy Minh Ngo Trust*

represented by **Doan Tung-Thanh**
Tracey Minh Ngo Trust
16422 Rqancho Escondido Dr
Riverside, CA 92506
714-887-3068
PRO SE

V.

### Defendant

**NewRez LLC**
*doing business as*
Shellpoint Mortgage Servicing

represented by **Robert W Norman , Jr**
Houser LLP
9970 Research Drive
Irvine, CA 92618
949-679-1111
Fax: 949-679-1112
Email: bnorman@houser-law.com
*ATTORNEY TO BE NOTICED*

### Defendant

**Onslow Bay Financial, LLC**

represented by **Robert W Norman , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Defendant

**DOES 1 through 10, inclsuive**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2025 | 1 | NOTICE OF REMOVAL from Superior Court of Riverside, case number CVRI2504352 Receipt No: ACACDC-40625221 - Fee: $405, filed by Defendants Onslow Bay Financial, LLC, NewRez LLC dba Shellpoint Mortgage Servicing. (Attachments: # 1 Exhibit 1 - Complaint) (Attorney Robert W Norman, Jr added to party NewRez LLC |

| | | dba Shellpoint Mortgage Servicing(pty:dft), Attorney Robert W Norman, Jr added to party Onslow Bay Financial, LLC(pty:dft))(Norman, Robert) (Entered: 10/03/2025) |
|---|---|---|
| 10/03/2025 | 2 | CIVIL COVER SHEET filed by Defendants NewRez LLC dba Shellpoint Mortgage Servicing, Onslow Bay Financial, LLC. (Norman, Robert) (Entered: 10/03/2025) |
| 10/03/2025 | 3 | CERTIFICATE of Interested Parties filed by Defendants NewRez LLC dba Shellpoint Mortgage Servicing, Onslow Bay Financial, LLC, identifying Shellpoint Partners LLC, NRM Acquisition LLC, NRM Acquisition II LLC, New Residential Mortgage LLC, Rithm Capital Corp., Rithm Capital Corp., fka New Residential Investment Corp. (Norman, Robert) (Entered: 10/03/2025) |
| 10/03/2025 | 4 | NOTICE of Related Case(s) filed by Defendants NewRez LLC dba Shellpoint Mortgage Servicing, Onslow Bay Financial, LLC. Related Case(s): 25-cv-02279-JGB-DTB (Norman, Robert) (Entered: 10/03/2025) |
| 10/03/2025 | | CONFORMED COPY OF COMPLAINT against Defendants DOES 1 through 10, inclusive, NewRez LLC, Onslow Bay Financial, LLC, filed by Plaintiff Doan Tung-Thanh. Filed in State Court on 9/2/2025 Submitted with Attachment 1 Exhibit 1 to Notice of Removal 1 (car) (Entered: 10/12/2025) |
| 10/12/2025 | 5 | NOTICE OF ASSIGNMENT to District Judge Kenly Kiya Kato and Magistrate Judge Sheri Pym. (car) (Entered: 10/12/2025) |
| 10/12/2025 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (car) (Entered: 10/12/2025) |
| 10/12/2025 | 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (car) (Entered: 10/12/2025) |
| 10/16/2025 | 8 | NOTICE OF MOTION AND MOTION to Strike Complaint filed by Defendants NewRez LLC, Onslow Bay Financial, LLC. Motion set for hearing on 11/20/2025 at 09:30 AM before Judge Kenly Kiya Kato. (Attachments: # 1 Proposed Order) (Norman, Robert) (Entered: 10/16/2025) |
| 10/28/2025 | 9 | ORDER RE TRANSFER PURSUANT to this Court's General Order in the Matter of Assignment of Cases and Duties to the District Judges. Related Case- filed. Related Case No: 5:25-cv-02279-JGB(DTBx). Case transferred from Judge Kenly Kiya Kato and Magistrate Judge Sheri Pym to Judge Jesus G. Bernal and Magistrate Judge David T. Bristow for all further proceedings. The case number will now reflect the initials of the transferee Judge 5:25-cv-02615-JGB(DTBx). Signed by Judge Jesus G. Bernal (ap) (Entered: 10/30/2025) |
| 10/30/2025 | 10 | STANDING ORDER upon filing of the complaint by Judge Jesus G. Bernal. (ima) (Entered: 10/30/2025) |
| 10/30/2025 | 11 | SCHEDULING NOTICE by Judge Jesus G. Bernal. The HEARING on the MOTION to Strike Complaint 8 is CONTINUED to 11/24/2025, at 9:00 AM before Judge Jesus G. Bernal. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (mga) TEXT ONLY ENTRY (Entered: 10/30/2025) |
| 10/31/2025 | 12 | MOTION For Leave to AMEND Complaint and to Reaffirm Standing filed by Plaintiff Doan Tung-Thanh. (twdb) (Entered: 11/05/2025) |
| 10/31/2025 | 13 | Opposition to Defendants' MOTION to Strike 8 filed by Plaintiff Doan Tung-Thanh. (twdb) (Entered: 11/05/2025) |

| 10/31/2025 | 14 | PROOF OF SERVICE filed by Plaintiff Doan Tung-Thanh, re Objection/Opposition (Motion related) 13 , MOTION to AMEND Complaint - (Discovery), 12 served on 10/31/25. (twdb) (Entered: 11/05/2025) |
| 11/10/2025 | 15 | MINUTE ORDER IN CHAMBERS by Judge Jesus G. Bernal: Order to Show Cause. SEE DOCUMENT FOR FURTHER INFORMATION. ( Show Cause Response due by 11/20/2025.) (twdb) (Entered: 11/10/2025) |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

1
**TUNG-THANH: DOAN and TRACEY-MINH: NGO, Trustee and Beneficiary for TRACEY MINH NGO TRUST,**
Plaintiffs,

2
v.

3
**NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING; ONSLOW BAY FINANCIAL, LLC, and DOES 1-10**

4
Defendants.

5
**Case No.: 5:25-cv-02279-JGB-DTB**

6
Hon. Judge Jesus G. Bernal • Courtroom 1, 2nd Floor
Date: October 27, 2025 • Time: 9:00 A.M.

7

8
# PROOF OF SERVICE

9
I am over the age of 18 and not a party to the within action. My business address is
10
16422 Rancho Escondido Dr, Riverside, CA 92506. On October 8th, 2025, I served the
following document(s):

11

12
NOTICE OF COPYRIGHT REGISTRATION COMPLIANCE; REQUEST TO AMEND
STANDING, PROPOSED ORDER AND 60-DAY EXTENSION TO RETAIN COUNSEL,
13
on the following interested party:

14
**Robert W. Norman, Jr. (SBN 232470)**
**HOUSER LLP**
15
9970 Research Drive, Irvine, CA 92618
16
Phone: (949) 679-1111• Email: bnorman@houser-law.com

17
**CERTIFIED RETURN RECEIPT MAIL:** I placed a true and correct copy of the above
18
documents in a sealed envelope with postage fully prepaid, addressed as shown above.
I am readily familiar with the mailing practice at this address. The
19
correspondence was deposited with the United States Postal Service on the same day
in the ordinary course of business.
20

21
**ELECTRONIC MAIL:** I also emailed a true and correct copy of the above documents to
the above email address on October 8th, 2025.
22
*NOTE:* All referenced exhibits are filed with the Court and not served with this copy.
I declare under penalty of perjury under the laws of the United States of America that
23
the foregoing is true and correct.

24
Executed on October 8th, 2025 at Riverside, California.

25
David Doan

26

**David Bach Doan,** Server of Process

27

28

Box (upper right):

FILED
CLERK, U.S. DISTRICT COURT

OCT - 8 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

TUNG-THANH: DOAN & TRACEY-MINH: NGO
Trustee and Beneficiary for TRACEY MINH NGO TRUST
16422 Rancho Escondido Dr
Riverside, CA 92506
Phone: (949) 205-7168
Email: homesweethomes@protonmail.com

FILED
CLERK, U.S. DISTRICT COURT

OCT - 8 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRACEY MINH NGO TRUST, by and through its Trustees and Beneficiaries,
Tung-Thanh: Doan and Tracey-Minh: Ngo
Plaintiffs,

vs.

NEWREZ LLC dba SHELLPOINT MORTGAGE SERVICING, ONSLOW BAY FINANCIAL LLC, and DOES 1–10
Defendants.

Case No.: 5:25-cv-02279-JGB-DTB
Judge: Hon. Jesus G. Bernal
Hearing Date: October 27, 2025
Time: 9:00 A.M.
Courtroom 1, 2nd Floor
3470 Twelfth Street, Riverside, CA 92501-3801

**NOTICE OF COPYRIGHT REGISTRATION COMPLIANCE; REQUEST TO AMEND STANDING AND REQUEST FOR 60-DAY EXTENSION TO RETAIN COUNSEL**

Plaintiffs, Trustees and Beneficiaries of the TRACEY MINH NGO TRUST, respectfully submit this notice to inform the Court that they have complied with the requirement of submitting their copyright registration application with the U.S. Copyright Office. Plaintiffs await issuance of the official registration number.

On July 14, 2025 and again on August 14, 2025, Plaintiffs issued formal Copyright Infringement Notices and Debt Validation Notices to Defendants. Defendants received these notices and did not raise objections at that time. Defendants cannot now retroactively use the timing of Plaintiffs' formal copyright registration filing to invalidate the claims, as they were fully aware of the asserted rights and failed to challenge them timely.

Furthermore, Plaintiffs object to the false claim made by Defendants in their Motion to Strike, wherein they asserted that Tung-Thanh: Doan is not a beneficiary. This is categorically false. Plaintiff Tung-Thanh: Doan is a legal beneficiary of the TRACEY MINH NGO TRUST and a proper party of interest. Irreparable harm will result if the Motion to Strike is granted based on this false assertion.

Plaintiffs sincerely apologize to the Honorable Court for not filing a timely response to the

Motion to Strike by the deadline of September 26, 2025. Plaintiffs are not represented by counsel and wish to proceed pro se. In the event the Court requires legal representation, Plaintiffs respectfully request a 60-day extension to retain counsel.

Plaintiffs have substantial evidence of Defendants' violations, including their attempt to bypass proper assignment procedures and break the chain of title. Plaintiffs reserve all rights to pursue such violations. However, the details are not disclosed herein to prevent Defendants from correcting the wrongful conduct retroactively.

Dated: October 2, 2025

Respectfully submitted,

Tung-Thanh: Doan
Trustee and Beneficiary
TRACEY MINH NGO TRUST

Tracey-Minh: Ngo
Trustee and Beneficiary
TRACEY MINH NGO TRUST

# [PROPOSED] ORDER

Having reviewed the Plaintiffs' Notice of Copyright Registration Submission and Request for Leave to Amend Standing, and good cause appearing therefor, the Court hereby ORDERS as follows:

1.    The Court acknowledges the Plaintiffs' active efforts to comply with the requirements of 17 U.S.C.§ 411(a), and that Plaintiffs have submitted their application for copyright registration and are currently awaiting issuance of the registration number.

2.    The Court takes judicial notice that Plaintiffs issued Copyright Infringement Notices and DebtValidation Notices on July 14, 2025, and again on August 14, 2025, pursuant to the Fair Debt Collection Practices Act (15 U.S.C. § 1692g) and Title 17 of the U.S. Copyright Act.

3.    Plaintiffs have alleged ongoing copyright violations in disregard of those notices and contend thatDefendants willfully ignored proper assignments, resulting in a broken chain of title, and engaged in deceptive recording practices, the consequences of which may constitute fraud under 18 U.S.C. § 1001 and unlawful debt collection under 15 U.S.C. § § 1692e & 1692f.

4.    Plaintiffs further object to the Defendants' assertion that Tung-Thanh: Doan is not a beneficiary ofthe Trust. Plaintiffs affirmatively assert that Doan is both a Trustee and Beneficiary of the TRACEY MINH NGO TRUST and a party of interest who would suffer irreparable harm if this case is dismissed on such grounds.

5.    Plaintiffs' Request for Leave to Amend Standing is GRANTED. Plaintiffs shall have 60 days toretain licensed counsel and file an amended complaint if necessary.


IT IS SO ORDERED.


Dated: _____


_____
Honorable Jesus G. Bernal
United States District Judge

# NOTICE REGARDING SERVICE OF EXHIBITS

TO THE HONORABLE COURT AND TO DEFENDANTS:

Plaintiffs respectfully inform the Court that all supporting exhibits referenced herein have been filed directly with the Court in compliance with applicable rules. However, **Plaintiffs have intentionally not served the exhibit package upon Defendants at this time**, in order to prevent any retroactive correction or alteration of improper actions previously taken by Defendants—particularly those related to chain of title and copyright infringement.

**Defendants may request a copy of the full exhibit package directly from Plaintiffs**, and Plaintiffs will promptly provide it upon such request.

Sincerely,

*Tung-Thanh: Doan*

**Tung-Thanh: Doan**
Trustee and Beneficiary
TRACEY MINH NGO TRUST

*Tracey-Minh: Ngo*

**Tracey-Minh: Ngo**
Trustee and Beneficiary
TRACEY MINH NGO TRUST

TUNG-THANH: DOAN
TRACEY-MINH: NGO
Trustees & Beneficiaries for the TRACEY MINH NGO TRUST
Tel: 949.205.7168
Email: homesweethomes@protonmail.com
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

TUNG-THANH: DOAN and TRACEY-MINH: NGO, Trustees and
Beneficiaries for the TRACEY MINH NGO TRUST,
Plaintiffs,

v.

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; ONSLOW
BAY FINANCIAL LLC; and DOES 1–10,
Defendants.

Case No.: 5:25-cv-02279-JGB–DTB

Filed in support of Plaintiffs' Opposition to Defendants' Motion to Strike

# EXHIBIT A — CHAIN OF TITLE (RETROACTIVE ALTERATION EVIDENCE)

3030 Manchester Circle, Corona, California 92879

Plaintiffs, Trustees and Beneficiaries of the TRACEY MINH NGO TRUST, hereby submit this exhibit as material evidence showing that Defendants retroactively altered the chain of title to the property located at 3030 Manchester Circle, Corona, California, after receiving Plaintiffs' Debt Validation Notices and Copyright Infringement Notices.

The record demonstrates that after being placed on notice of their violations, Defendants attempted to "fix" the recorded assignments and substitutions retroactively, thereby breaking the original chain of title and clouding Plaintiffs' equitable interest.

The following pages (A1–A4) contain certified and official record copies illustrating the unbroken sequence of lawful ownership prior to the alteration, followed by evidence of the retroactive correction

designed to conceal title defects.

This action constitutes a violation of established property and recording principles, as set forth in Glaski v. Bank of America (2013) 218 Cal.App.4th 1079 (holding that post-closing assignments into a securitized trust are void, not merely voidable) and Yvanova v. New Century Mortgage Corp. (2016) 62 Cal.4th 919 (confirming borrower's standing to challenge void assignments).

Plaintiffs submit this exhibit to preserve the integrity of the record and demonstrate Defendants' intentional acts of retroactive recordation in direct violation of Civil Code § 1091, § 1213, and related federal recording standards.

# EXHIBIT A1 — ORIGINAL DEED OF TRUST

RECORDING REQUESTED BY:
Stewart Title Company
Order No. 2546131
Escrow No. 7616-KN
Parcel No. 172-340-035
AND WHEN RECORDED MAIL TO:
MAIL TAX STATEMENT TO:

TRACEY MINH NGO
16422 RANCHO ESCONDIDO DR
RIVERSIDE, CA 92506

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $786.50 and CITY $
☒ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area:  ☒ Corona, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Nicholas Ngo, Successor Trustee of The Tien Thi Dang Revocable Living Trust, Dated December 27, 2021

hereby GRANT(S) to    Tracey Minh Ngo, a Married Woman as her sole and separate property

the following described real property in the County of Riverside, State of California:

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF

More commonly known as: 3630 Manchester Cir, Corona, CA 92879

Date
Nicholas Ngo, Successor Trustee of The Tien Thi
Dang Revocable Living Trust, Dated December 27,
2021

By: Nicholas Ngo, Successor Trustee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document
to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Orange   } S.S.
On  4/9/2025     before me,   Hong Quy Bos     a notary public
personally appeared Nicholas Ngo     who proved to me on the basis of satisfactory
evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

Signature _____     (Seal)

HONG QUY BOS

Mail Tax Statement to SAME AS ABOVE or Address Noted Below

Original deed showing lawful transfer establishing the TRACEY MINH NGO TRUST's ownership interest prior to any later changes or substitutions.

Carpenter v. Longan, 83 U.S. 271 (1872) — The note and mortgage are inseparable; an assignment without the note conveys no interest.

## EXHIBIT A2 — CONTINUING LAWFUL CONVEYANCE



This record confirms continuous title integrity and the Trust's chain of ownership before Defendants' retroactive interference and fabricated correction.

U.S. Bank Nat'l Ass'n v. Ibanez, 458 Mass. 637 (2011) — Assignments recorded after enforcement steps are void if the assignor lacked legal interest at the time.

# EXHIBIT A3 — ASSIGNMENT RECORD BEFORE RETROACTIVE ALTERATION



This exhibit shows the state of recordation immediately prior to Defendants' interference. The later post-dated changes constitute a retroactive fabrication of title.

Glaski v. Bank of America, 218 Cal.App.4th 1079 (2013) — Post-closing transfers into a securitized trust are void, not merely voidable; void acts cannot pass title. See also Sciarratta v. U.S. Bank N.A., 247 Cal.App.4th 552 (2016).

# EXHIBIT A4 — RETROACTIVE MODIFICATION BREAKING CHAIN OF TITLE



Defendants' deliberate retroactive modification of recorded documents violated California Civil Code §§ 1091 and 1213, breaking the chain of title and clouding Plaintiffs' equitable interest.

Yvanova v. New Century Mortgage Corp., 62 Cal.4th 919 (2016) — A borrower has standing to challenge void assignments that sever chain of title. Together with Glaski, retroactive corrections are legal nullities.

Tung-Thanh: Doan and Tracey-Minh: Ngo,
Trustees & Beneficiaries for TRACEY MINH NGO TRUST
Tel: 949-205-7168 • Email: homesweethomes@protonmail.com
PRO SE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

Tung-Thanh: Doan and Tracey-Minh: Ngo,
Trustees and Beneficiaries for TRACEY MINH NGO TRUST,
Plaintiffs,
v.
NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;
ONSLOW BAY FINANCIAL LLC; and DOES 1-10,
Defendants,

Case No.: 5:25-cv-02279-JGB-DTB

*** Filed in support of Plaintiffs' Opposition to Defendants' MOTION TO STRIKE***

# EXHIBIT B — NOTICE OF DEFAULT AND INTENT TO ACCELERATE (IRREPARABLE HARM)

Plaintiffs, Trustees and Beneficiaries of the **TRACEY MINH NGO TRUST**, hereby submit this Exhibit as material evidence of Defendants' deliberate and unlawful conduct.

After receiving multiple Debt Validation Notices and Copyright Infringement Notices, Defendants willfully ignored all lawful demands and proceeded to issue a **Notice of Default and Intent to Accelerate**. This deliberate action demonstrates Defendants' bad-faith intent to foreclose despite ongoing disputes over debt validity and chain-of-title defects. Their continued attempts to accelerate collection constitute **irreparable harm**, violating due-process and statutory protections under the **Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and California Civil Code § 2924(a)(6).**

Courts recognize that foreclosure or enforcement based upon void instruments is unlawful:

- *Glaski v. Bank of America* (2013) 218 Cal.App.4th 1079 (**post-closing assignments into securitized trusts are void**), and
- *Yvanova v. New Century Mortgage Corp.* (2016) 62 Cal.4th 919 (**borrower has standing to challenge void assignments**).

The threatened loss of real property and cloud on title are classic forms of non-compensable injury establishing **irreparable harm**. This notice followed the **retroactive title alteration** shown in Exhibit A, thereby compounding the injury to Plaintiffs' equitable and legal interests.

# shellpoint

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Send Payments to:
Shellpoint Mortgage Servicing
P.O. Box 650035
City of Industry, CA 91716-0035

Send Correspondence to:
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

TRACEY MINH NGO
3030 MANCHESTER CIR
CORONA, CA 92879-6127

8/11/2025
NoD & ITC

1 of 3

Sent Via First-Class Mail®

08/01/2025
TRACEY MINH NGO
3030 MANCHESTER CIR
CORONA, CA 92879-6127

P.O. Box 10826
Greenville, SC 29603
Phone: 800-365-7107
Fax: 866-467-1137
www.shellpointmtg.com

*I Hereby Certify That This is A True And Correct Copy Of The Original Record*
By: ____

Loan Number:       0693788176
Property Address:  3030 MANCHESTER CIRCLE
                   CORONA, CA 92879

### NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear TRACEY MINH NGO:

This letter is formal notice by Shellpoint Mortgage Servicing, the Servicer of the above-referenced loan acting on behalf of ONSLOW BAY FINANCIAL , LLC, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

If you have questions about any of the items contained in this notice, or need any additional information, please contact Terry Norwood at (866) 825-2174 whom we have designated as your single point of contact.

As of the date of this notice, the total amount required to cure the default is $11,159.94, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 06/01/2025 |
| Total Monthly Payments Due: | | $11,129.94 |
| 06/01/2025 | at | $3,709.98 |
| 07/01/2025 | at | $3,709.98 |
| 08/01/2025 | at | $3,709.98 |
| Late Charges: | | $0.00 |
| Corporate Advance Balance: | | $30.00 |
| Unapplied Balance: | | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$11,159.94** |

You can cure this default by making a payment of $11,159.94 by 09/15/2025. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. For the exact amount you must pay to bring your loan current, please contact Terry Norwood at (866) 825-2174. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:

2 of 3

CA_DEMAND    Rev. 05/2025

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

Attention Servicemembers and Dependents: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, please notify Shellpoint Mortgage Servicing immediately. When contacting Shellpoint Mortgage Servicing as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/counseling). You can also contact Terry Norwood toll-free at (866) 825-2174 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their home. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Thank you for your prompt attention to this matter.

Sincerely,

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
800-365-7107

*I Hereby Certify That This is A True And Correct Copy Of The Original Record*
By: ____

8/11/2025
NoD & ITC

3 of 3

CA_DEMAND    Rev. 05/2025

Tung-Thanh: Doan and Tracey-Minh: Ngo,
Trustees & Beneficiaries for TRACEY MINH NGO TRUST
Tel: 949-205-7168 • Email: homesweethomes@protonmail.com
PRO SE

1

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

3   Tung-Thanh: Doan and Tracey-Minh: Ngo,
Trustees and Beneficiaries for TRACEY MINH NGO TRUST,
Plaintiffs,

4   v.

5   NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;
ONSLOW BAY FINANCIAL LLC; and DOES 1-10,

6   Defendants,

Case No.: 5:25-cv-02279-JGB-DTB

7

*** Filed in support of Plaintiffs' Opposition to Defendants' MOTION TO STRIKE***

8

9   # EXHIBIT C — VIOLATION NOTICES IGNORED

10

11   Plaintiffs, Trustees and Beneficiaries of the **TRACEY MINH NGO TRUST**, submit this Exhibit to demonstrate that Defendants **ignored duly served notices**

12   and continued collection and foreclosure conduct.

13   The attached certified-mail receipts and notices (Debt Validation,

14   FDCPA Violation & Affidavit, and Legal Demand for Validation) establish

Defendants' knowledge and **ongoing noncompliance**. Under the **Fair Debt**

15   **Collection Practices Act, 15 U.S.C. § 1692g(b),** a debt collector must cease

16   collection until the debt is validated once a consumer disputes the debt;

California's **Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §**

17   **1788.17,** incorporates the FDCPA.

18

19   Courts confirm FDCPA applicability and liability:
        • *Heintz v. Jenkins*, 514 U.S. 291 (1995) (FDCPA applies to attorneys

20      engaged in collection); *McCollough v. Johnson, Rodenburg & Lauinger,*
        *LLC*, 637 F.3d 939 (9th Cir. 2011) (**FDCPA liability for continued**

21      **collection without adequate basis**);

22      • *Tourgeman v. Collins Financial Services, Inc.*, 755 F.3d 1109 (9th Cir.
        2014) (**misleading collection communications actionable**). The

23      threatened loss of property and cloud on title constitute **irreparable harm**

24      warranting equitable relief, see *Winter v. Natural Resources Defense*
        *Council, Inc.*, 555 U.S. 7 (2008).

25

26   These records corroborate Plaintiffs' position that Defendants proceeded despite
     formal, documented notice—supporting standing and equitable remedies.

27

28





**LEGAL NOTICE & DEMAND FOR DEBT VALIDATION**

Date: August 14, 2025.

This document serves as a formal legal notice to both Shellpoint Mortgage Servicing and Onslow Bay Financial LLC that all alleged debts, claims, and collection activities regarding the account listed herein are formally disputed. This is a request for validation pursuant to the Fair Debt Collection Practices Act (FDCPA, 15 USC § 1692g) and the Fair Credit Reporting Act (FCRA, 15 USC § 1681). This document also serves as a final notice that you are in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692g, by failing to provide full and complete validation of the alleged debt referenced in your prior communications, despite my lawful demand made on July 14, July 16 and July 16, 2025 via certified mail (Tracking Nos. 70181130000070828486, 70181130000070828462, 70181130000070828479).

To:
Newrez LLC dba Shellpoint Mortgage Servicing
P.O. Box 10268
Greenville, SC 29603

Onslow Bay Financial LLC
1211 Avenue of the Americas, 41st Floor New
York, NY 10036

From:
TRACEY MINH NGO Trust
16422 Rancho Escondido Dr.
Riverside CA 92506

RE: Debt Validation Request – Loan #0893788176 – Alleged Balance $11,129.94

To Whom It May Concern,

This is a formal dispute of the above-referenced alleged debt. Your recent correspondence dated July 21, 2025, states that the owner of the loan is Onslow Bay Financial LLC, while your mortgage statement dated July 16, 2025, demands payment directly to Shellpoint Mortgage Servicing. This inconsistency raises serious concerns about the validity and enforceability of the alleged debt and your authority to collect it.

Pursuant to FDCPA § 1692g, you are required to provide, in writing:
1. The original signed promissory note and allonges.
2. The complete chain of title from the original creditor to the present owner, including dates and assignments.
3. Proof of your authority to collect on behalf of the current owner, including servicing contracts.

EXHIBIT C — Page 2 of 4



EXHIBIT C — Page 3 of 4

*Sent outs*
*July 14, 2025*

7018 1130 0000 7082 8486

## COMMON LAW COPYRIGHT NOTICE

copyright © 1992 TRACEY MININGO TRUST.

Notice Provided Under Certified Mail No. 7018 1130 0000 7082 8486

Copyright Notice (all rights reserved.)
Copyright of trade-name/trademark TRACEY MININGO TRUST including any and all derivatives and variations in the spelling, i.e. NOT limited to all capitalized names TRACEY MININGO TRUST's, TRACEY MININGO™ or any derivatives thereof are under Copyright 1992. Said common-law trade-name/trademark, TRACEY MINI NGO TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgement of Trustee/Trust in writing . . .

Common Law Copyright Notice          Page 1          Item# TMM-902078-CLC

2 of 3

*out*
*July 14, 2025*

## COMMON LAW COPYRIGHT NOTICE

copyright © 1992 TRACEY MININGO TRUST.

Copyright Notice (all rights reserved.)

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: _____
E-Mail: _____
Or the address provided on the envelope.

Trustee/Autograph: **TITLE**

Without Prejudice All Rights Reserved
On behalf of TRACEY MININGO TRUST,
Copyright 1992. All Rights Reserved.

JURAT

County of _____ } SС.l.el
_____ Notary

SUBSCRIBED AND SWORN TO before me this ___ day of _____ , A.D. 20__

Notary Public Signature          Seal
My Commission Expires: _____

Common Law Copyright Notice          Page 2          Item# TMM-902078-CLC

3 of 3

EXHIBIT C — Page 4 of 4

Tung-Thanh: Doan and Tracey-Minh: Ngo,
Trustees & Beneficiaries for TRACEY MINH NGO TRUST
Tel: 949-205-7168 • Email: homesweethomes@protonmail.com
PRO SE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

Tung-Thanh: Doan and Tracey-Minh: Ngo,
Trustees and Beneficiaries for TRACEY MINH NGO TRUST,
Plaintiffs,
v.
NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;
ONSLOW BAY FINANCIAL LLC; and DOES 1-10,
Defendants,

Case No.: 5:25-cv-02279-JGB-DTB

*** Filed in support of Plaintiffs' Opposition to Defendants' MOTION TO STRIKE***

# EXHIBIT D — COPYRIGHT REGISTRATION

This Exhibit contains authenticated communications from the *United States Copyright Office* confirming the registration process for the work entitled **"TRACEY MINH NGO TRUST — Common Law Copyright Notice & Affidavits (2017–2025)"**.

These official notices establish proof of submission and acknowledgment under *17 U.S.C. §§ 408 & 411(b),* confirming both originality and authorship in accordance with *Feist Publications v. Rural Telephone Service Co.,* **499 U.S. 340 (1991)**, and evidentiary principles recognized in *In re Estate of Burns,* **22 Cal.App.5th 103 (2018).**

The authenticity of these communications substantiates Plaintiff's lawful ownership, authorship, and creative control of the copyrighted materials forming the basis of the claims herein.

**U.S. Copyright Office Application - Confirmation of Receipt**

From: **Copyright Office**
noreply@loc.gov

To: **homesweethomes@protonmail.com**
homesweethomes@protonmail.com

On: **Wednesday, October 1, 2025 at 5:15:13 PM**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work TRACEY MINH NGO - Common Law Copyright Notice & Affidavits (2017-2025) were received by the U.S.Copyright Office on 10/1/2025.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-15014057246 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-15014057246. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Acknowledgement of Uploaded Deposit**

From: **Copyright Office**
cop-rc@loc.gov

To: **homesweethomes@protonmail.com**
homesweethomes@protonmail.com

On: **Wednesday, October 1, 2025 at 5:21:13 PM**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

 The following files were successfully uploaded for service request 1-15014057246

File Name :traceytrust_abstract_1_.pdf
File Size :881757 KB
Date/Time :10/1/2025 8:17:45 PM

File Name :traceytrust_certified_mail_receipt_1_.pdf
File Size :888289 KB
Date/Time :10/1/2025 8:17:45 PM

File Name :traceyngo_notices_of_record_and_copyright_notice_1_.pdf
File Size :1458294 KB
Date/Time :10/1/2025 8:17:45 PM

File Name :traceytrust_declaration_1_.pdf
File Size :1711042 KB
Date/Time :10/1/2025 8:17:50 PM

[THREAD ID: 1-6WB185N]

United States Copyright Office

EXHIBIT D — Page 2 of 2

Tung-Thanh: Doan and Tracey-Minh: Ngo,
Trustees & Beneficiaries for TRACEY MINH NGO TRUST
Tel: 949-205-7168 • Email: homesweethomes@protonmail.com
PRO SE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

Tung-Thanh: Doan and Tracey-Minh: Ngo,
Trustees and Beneficiaries for TRACEY MINH NGO TRUST,
Plaintiffs,
v.
NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;
ONSLOW BAY FINANCIAL LLC; and DOES 1-10,
Defendants,

Case No.: 5:25-cv-02279-JGB-DTB

*** Filed in support of Plaintiffs' Opposition to Defendants' MOTION TO STRIKE***

# EXHIBIT E – TRACEY MINH NGO TRUST RECORDS AND IRS REGISTRATION

Plaintiffs, Trustees and Beneficiaries of the TRACEY MINH NGO TRUST, respectfully submit this Exhibit as material evidence establishing their lawful standing, beneficial ownership, and fiduciary authority.

The included Abstract of Trust, Declaration of Trust, Notice of Records, and IRS registration confirm Plaintiffs' dual status as Trustees and Beneficiaries, rebutting Defendants' Motion to Strike for alleged lack of standing.

These records collectively demonstrate that the Trust is an active, lawfully recognized entity under common law, maintaining federal recognition and recorded notice in compliance with **Civil Code § 1213 and related provisions.**



## COMMON LAW COPYRIGHT NOTICE
### copyright © 1978 TRACEY MINH NGO TRUST.

f) Appoint Secured Party as Authorized Representative for User, effective upon User's default in User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, as Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

Terms of Strict Foreclosure: User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth within authorizes within recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining, former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Tracey-Minh: Ngo, Autograph Common Law Copyright 1978. Unauthorized use of "Tracey-Minh: Ngo" incurs same unauthorized-use fees as those associated with TRACEY MINH NGO TRUST, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: _____
E-Mail: _____
Or the address provided on the envelope.

Tracey-Minh: Ngo TTEE

Without Prejudice Without Recourse
On behalf of TRACEY MINH NGO TRUST.
Copyright 1978. All Rights Reserved.

JURAT

County of Orange }
                          } ss/scat
Florida State }

SUBSCRIBED AND SWORN TO before me this 12th day of December A.D. 20__

_____ Seal
Notary Public Signature
My Commission Expires: 7/24/__

COYOTE ANTHONY GALLEGOS
MY COMMISSION # GG127830
EXPIRES July 24, 2021

Common Law Copyright Notice     Page 2     Item# TMN-092071-CLC

## COMMON LAW COPYRIGHT NOTICE
### copyright © 1978 TRACEY MINH NGO TRUST.

Notice Provided Under Certified Mail No._____

Law fail/Legal Notice provided to:        This is formal legal/lawful notice that you are in breach of
_____                          Copyright. This information is pertinent so please read it carefully
_____                          and/or have your legal team review it as failure to understand or
_____                          act is not a remedy or defense.

Copyright Notice, all rights reserved.
Copyright of trade-name/trademark TRACEY MINH NGO© TRUST including any and all derivatives and variations in the spelling, i.e. NOT limited to all capitalized names: TRACEY MINH NGO TRUST©, TRACEY MINH NGO© or any derivatives thereof are under Copyright 1978. Said common-law trade-name/trademark, TRACEY MINH NGO© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgement of Trustee/Trust in writing.

With the Intent of being Contractually Bound, any lawful Person, as well as the agent thereof, by notice of this copyright is noticed that neither said lawful Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgement of Trustee/TRUST, as certified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of TRACEY MINH NGO©, and all such unauthorized use is strictly prohibited.

By receipt of this Notice you are hereby made aware of this copyright & otherwise ignorant of the fact that said copyright is a matter of public record. This is notification that you are in BREACH. You herein have two options for remedy of this breach of copyright:

1) You consent to the removal of information and discontinuation of use of all information held in copyright that contain copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issue a written apology; or

2) If the first option of this section is neither elected nor effected or arrangements to effect cure of breach as described is not engaged within 10 days of return receipt of this Notice then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described:

   a) Self-executing Contract/Security Agreement in Event of Unauthorized Use: By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and TRACEY MINH NGO TRUST© is Secured Party, and signifies that User:

   b) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees

   c) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents to the outstanding balance that will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is TRUST and Trustee is Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the exact amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages.

   d) Consents and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees that TRUST's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property, and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation therefore incurred has been fully satisfied.

   e) Waives all defenses; Consents and agrees that any and all such filings described herein prima facie without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard

Common Law Copyright Notice     Page 1     Item# TMN-092071-CLC

EXHIBIT E — Page 2 of 11

# NOTICE OF RECORDS





# DECLARATION OF TRUST

## DECLARATION OF TRUST
### AN IRREVOCABLE TRUST ORGANIZATION

*[Document text illegible due to image quality]*

## DECLARATION OF TRUST
### AN IRREVOCABLE TRUST ORGANIZATION

management of the trust estate.

f. Trustees shall not be required to individually assume liability for loss of company assets while acting in good faith on behalf of the organization, or for any act or omission of any other Trustees, agents or employees. They shall, however, be liable for their own breach of good faith. If a Trustee shall for any reason suffer a personal loss while pursuing good faith service to the trust, the Trustee shall be reimbursed for such loss from the trust estate before reimbursement may be distributed with the trust.

g. The Board of Trustees, at the expiration of the term as set forth herein, shall wind up company affairs and terminate the company operations, making final distribution as provided. If the organization was rendered publicly, Trustees shall file with the Recorder a notice of termination; and Trustees, thereupon, shall automatically be discharged, provided final administration and distribution was made in accordance with the terms and conditions of this agreement. Otherwise, a court of equity may be trusted to review and correct any loss or abuse, if necessary.

h. When there are no longer trustees and beneficiaries the Manager will have the right to dissolve the trust by following the procedures in "F".

i. Any Affidavits for Public Notice, Declarations, and Honorable Clarifications, not limited to any Corporate and/or Incorporated Recordaments concerning any conveyance included in the Security Agreement, and/or Authenticated foreign document(s) is under the Hague Convention, 5 October, 1961.

**TRUSTEE POWERS:**

Trustees shall have general common law powers over the contents and the trust estate herein, and may do anything any citizen may lawfully do in any state or country. Specifically, but not by way of limitation, they shall have all rights, authority and power as follows.

a. To comprehend or abandon any claims arising out of, in favor of, or against the company and its trust estate, and Trustees' good faith decision in that regard shall be binding and conclusive on all parties.

b. To manage, invest and reinvest the trust estate, or any part thereof, in any kind of property or venture which man of prudence, discretion and intelligence consider for their own account, without being restricted to investments which are ordinarily permitted by law or customarily used for trust funds, and without restrictions as to the duration of this organization. Specifically included, but not by way of limitation, are real estate, collectibles, gems, all kinds, precious metals, corporate obligations of every kind, preferred and common stock, commodities, mutual funds and trust funds.

c. To open, maintain and close bank and thrift accounts of every kind, and conduct all monetary affairs of this trust.

d. To sell at public or private sale for cash, credit, or cash and credit, and upon such terms and conditions as Trustees may deem proper.

e. To sell, grant, convey, mortgage, option, rent, lease or pledge all trust estate assets, real, personal or mixed, in such manner as deemed appropriate and nonspeculative to the general welfare of the trust.

f. To borrow on or encumber the trust estate without restriction and to make loans with or without security. All borrowed funds shall immediately become a part of the trust estate.

g. To allocate capital gains and/or dividends to trust principal as may be deemed appropriate or advantageous to the trust estate.

h. To register company property in the name of the company, a fictitious trade name of the company, a Trustee or nominee so long as company ownership of such property can be clearly demonstrated.

i. To make distributions in cash or in kind and to adopt values to such property according to Trustees' best judgment.

j. To accept additions to the trust estate by deed, will, assignment, exchange, gift, grant, insurance proceeds or any other manner deemed acceptable to Trustees. Trustees are further authorized to honor any buy-sell agreements entered into any property of interest held in trust.

k. To elect and remunerate officers from the Board or otherwise as deemed appropriate or expedient, to hire and remunerate employees, agents or consultants. To have and pay the ordinary and necessary expenses of administration including, but not limited to, legal fees, accountant's fees, Trustee fees, brokerage fees, consulting fees and the like, and to allocate all the expenses and receipts between principal and income as the Trustees deem proper.

---

## DECLARATION OF TRUST
### AN IRREVOCABLE TRUST ORGANIZATION

l. Trustees shall deem proper.

m. To give proxies, to deposit securities with and transfer title to committees representing securities holders and to participate in voting trusts, reorganizations and other transactions involving the common interest of security holders.

n. To open margin accounts with securities firms and commodities traders and to buy, write or trade in option, commodities, and to make short sales. Trustees shall be empowered to hold securities in their own names, the name of a nominee, in street name, or unregistered in such condition that ownership will pass. Trustees shall incur no liability to the company for any loss. The Trust shall indemnify the trustee from all liability. Further, any securities lien or commodities traders may rely on this document and the trust provisions herein in respect of a Trustee's authority without making further inquiry.

o. Trustees are expressly authorized to hold, manage and operate any company property, or business or enterprise. The profits and losses, if any therefrom, shall be chargeable respectively to the trust estate.

p. Trustees are authorized to use all laws out of the trust estate, and have complete discretion, power and authority to make any decisions or missions that would effectively minimize such taxes if any taxes are eligible to be levied.

q. Trustees may expressly delegate one or more of their powers to any other person or persons as may be deemed expedient for the management of company affairs, and may revoke such delegation at any time by written notice delivered to such persons.

r. Trustees, by a majority vote, may change the domicile of this company with or without cause if they deem such change will present no benefit the trust estate.

s. Trustees, by unanimous vote, may raise amendments to this contract and declaration and take such other consequential actions as they deem necessary to appropriate to protect the integrity of the organization and to insure the organization will continue to function, and be administered in the best interest of certificate holders and in the manner intended.

t. Trustees, by majority vote, may at any time and at their sole discretion wind up company affairs, terminate this organization and make distributions of the trust estate to certificate holders as provided herein.

**RIGHT TO DISTRIBUTIONS:**

Trustees have discretionary powers to make distributions from this organization without regard to equality of certificate holders except for final liquidation. Notwithstanding, a right to any distribution from this organization shall be evidenced by the holding of one or more certificates, and the following provisions respecting such certificates shall remain in full force and be carefully observed by Trustees, certificate holders, and interested third parties at all times.

a. Trustees shall be authorized to issue one hundred (100) certificate units (hereinafter called TCUs or Certificates), representing 100% of the rights to distribution from the organization's trust estate. Trustees shall not issue TCUs in excess of that number. The TCUs shall have no par value, and Trustees shall not place any nominal value on TCUs in any time. TCUs are nonassessable, nontaxable, nonnegotiable and limited in transferability. The lawful possessor shall be considered the true and lawful owner thereof. Creator herein may own TCUs for person having of controlling a majority vote on the Board of Trustees, however, shall have no special privileges as to distribution from the trust estate.

b. Trustees are authorized to record against any trust which in exchange for a negotiated number of TCUs. The party exchanging the property shall be deemed to be a Trustee. All owners of TCUs shall be identified on a Registry of Trust Certificate units, kept in the company minute book. Ownership of TCUs shall not entitle the holder to any legal or equitable title in the company or the trust estate, nor to any undivided interest therein, nor management interest.

c. TCUs shall be immune from seizure by any creditor of the trust estate.

d. Death, insolvency or bankruptcy of any TCU holder, or the transfer of his TCUs by gift, exchange or sale shall not operate as dissolution of this organization nor in any manner to be interest nor shall such events entitle his creditors, heirs or legal representatives to demand any partition or division of the trust estate or any accounting. Death of a TCU holder shall not terminate the trust nor the rights under any TCU and said rights may run but either less to probate by operation of law or pass last will or testament, but shall revert to the Board.

## DECLARATION OF TRUST
### AN IRREVOCABLE TRUST ORGANIZATION

of Trustees to be removed in determining to an action of the Board

e. TCUs may be surrendered to or transferred back to the organization subject to the approval of the Board of Trustees, but may not otherwise be pledged, assigned, hypothecated or transferred by a TCU holder without the consent of a majority in interest of all other current TCU holders. Should a TCU holder transfer or surrender his TCUs to the organization, the Board of Trustees may, at its sole discretion assign, convey or exchange said TCUs to any other person(s) or entities upon approval of the Board. If any TCU holder contests, in any court of law, the validity of this organization or any provision herein, or the authority of Trustees, that TCU holder's certificates shall revert back to the Board of Trustees and may be removed to other parties at the discretion of the Board

**NEGOTIATION AND EXCHANGE:**
The Trustee is herein authorized to bargain, exchange, trade or set certificates to a willing Trustee upon board approval at the entire Board of Trustees' meeting or any time thereafter.

**NOTICE TO THIRD PARTIES:**
Notice is hereby given to all persons, companies or corporations extending credit to, contracting with or having claims against this organization or its Trustees, that they must look only to the funds and property of the organization for payment or for settlement of their damages, accounts, receivable or claims. Trustees, officers or agents of this organization are not personally liable for the organization's obligations.

**COPIES AS ORIGINALS:**
A copy of this organizational document bearing the seal or signature of a Trustee, or a copy certified by a Notary Public as a correct copy, shall be relied upon as an original document and shall have the full force and effect of the original document in every respect.

**PURPOSE AND INTENT OF THIS AGREEMENT:**
The contract with trust agreement is intended to create a common law contractual company, (also known as an Unincorporated Business Organization) for receiving, conveying or holding property in fee simple, and for providing prudent management of such property, and for conducting any legitimate business through appointed Trustees for the benefit of certificate holders. Trustees shall hold both legal and equitable title to the trust estate, and shall act solely within their powers as provided herein and within their common law rights and immunities. The administration of this organization shall be amenable to common law regulation and under the protection of the Bill of Rights as well as Declaration of Independence, although Trustees can seek relief in any court or venue they may choose or deem necessary, if any provision herein is unenforceable, the remaining provisions shall nevertheless be secured from effect. Nothing herein contained shall be construed as intent to create or contravene any law, nor to delegate to Trustees any special power belonging exclusively to a statutory company, franchise or incorporation, but rather in equity create an equal playing field.

**COMMON LAW ORGANIZATION:**
Creator expressly declares this to be an organization founded upon the freedoms and rights inherent in the common law of the Republic of the United States of America, and all references herein to the United States shall be construed to refer to the Continental United States of America in its original context as set forth in the Constitution of the United States, the original Bill of Rights and the state constitutions of the several sovereign states comprising the union of the United States of America. This organization, then, is created under the common law of contracts, protected by Article I, Sec 10, Para 1 of the Constitution of the United States. It is, therefore, not created under the statutes of any U.S. state, and does not depend upon any statute for its existence. It is not a partnership or corporation or statutory trust, but a separate legal entity having its own common law identity.

**LEGAL DOMICILE:**
This organization shall be domiciled in the state where it conducts its principal business. Notwithstanding, Creator herein provides shall upon a majority vote of the Board of Trustees this organization may be moved to, and

**DECLARATION IN CREATION OF TRUST**     Page 5 of 7

---

## DECLARATION OF TRUST
### AN IRREVOCABLE TRUST ORGANIZATION

administered in, any state or territory of the United States of America, or in any English common law foreign jurisdiction.

**PRIVACY:**
This organizational document and all company business shall be kept private, protected by the Privacy Act of 1974, 5 USC 552(a), the Fourth and Fifth Amendments to the Constitution of the United States, and the common law privacy rights available in the United States of America and every other applicable jurisdiction.

**TERM OF YEARS:**
The organization, unless terminated earlier as provided herein, shall continue for a term of 25 (twenty-five) years. The life of the company may, however, be extended for additional 25-year terms, subject to a unanimous affirmative vote of the Board of Trustees at least ninety days prior to each termination date. At dissolution, the trust estate shall be distributed on a pro rata basis to the then existing certificate holders.

**COMPANY NAME:**
The organization shall be named as shown on page one of this contract and declaration. This shall be deemed the company name. Company business shall be conducted under this name, or under one or more fictitious trade names, or in the name of a Trustee or nominee determined at the sole discretion of the Board of Trustees.

**IN WITNESS WHEREOF:**
Creator and Trustee execute this contract and declaration in recognition of the delivery and acceptance of the property named herein, and in recognition of the powers and duties granted to Trustees of this organization. They assent to all the terms and conditions set forth herein, and declare that the effective date of this organizational document is this.

**JURAT**

In compliance with Rule 28 U.S.C. § 1746(1) and executed WITHOUT THE UNITED STATES, we affirm under the penalties of perjury, and to the laws of the De Jure United States of America, that the foregoing is true, correct, and complete to the best of my belief and informed knowledge. And further the Deponent Saith Not. I now affix my Signature and Official Seal to the Waiver Document with EXPLICIT RESERVATION OF ALL OUR UNALIENABLE RIGHTS, WITHOUT PREJUDICE TO ANY OF THOSE RIGHTS, in compliance with UCC § 1-308.

This agreement is entered into a no executed without, knowingly and voluntarily, by each party in good faith, and shall endeavor to execute the promises, terms and conditions herein with diligence and in the best interest of the other party this September 14, 2017 A.D.

Executed on the following address:     3030 MANCHESTER CIR.
CORONA CALIFORNIA 92879

_Creator_                       _Grantor_

Tracey-Minh: Ngo               Tung-Thanh: Doan
_Signature of Creator_            _Signature of Grantor_
Address:                          Address:
c/o 21650 Temescal Canyon Rd #80     21650 Temescal Canyon Rd. #80
Corona California 92879           Corona California [92883]

**WITNESSES**
We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own free Will, as witnessed by Our Signatures below:

_First Witness Signature_            _Second Witness Signature_

**DECLARATION IN CREATION OF TRUST**     Page 6 of 7



# IRS REGISTRATION



property address

## W8BEN Affidavit

### (International) Commercial Affidavit

This Affidavit in regards to the W-8BEN on the obverse side is executed as Lawful **PUBLIC NOTICE** [U.C.C. § 1-201(25)(26)(27)]. The Trustee/Secured Party signatory hereto is executing document under signature; expressly to **"declare trustee stature as a Non-Resident/Non-Person in regards to U.S. Inc. INT"** with no duress, in accord the terms of the aforementioned. Therefore, I, the Trustee/Secured Party duly depose and says without recourse that, the foregoing is true, correct, and certain; and it called as a witness, I am One; who can "testify" to the facts, evidenced, and subject-matter within trust Documentation and supporting documents as well as the "W-8BEN" evidence(d) on the obverse side of this page; executed hereunder; and expressly supported by this Affidavit; executed as dated below, nunc pro func to 06/10/1976 the date or original creation of trust.

NOTICE TO AGENTS IS [imputed] NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS [imputed] NOTICE TO ALL AGENTS OF THE SUBJECT MATTER HEREIN, and PRESENTED IN GOOD FAITH [NEG. § 1-201(19) UCC § 1-308; UCC § 1-202]

This Affidavit is executed under the penalty of perjury; in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.C.A. Const. Art. 1:2(17- 18:7] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(8)].

Trustee/Secured Party: Tracey-Minh: Ngo
All Rights Reserved, Without Prejudice. UCC 1-308]

County of ___Orange___ } ss:cerl          **JURAT**
____Florida____ State }

SUBSCRIBED AND SWORN TO before me this, ___12th___ day of ___December___ A.D. 20__7

_____ Seal
Notary Public Signature
My Commission Expires: ___7/24/21___

[Seal: DEMONTE ANTHONY GALLEONE MY COMMISSION # GG 127630 EXPIRES July 24, 2021]

[R] Notary Acknowledgment FRE 902(8): [The Notary hereto this [International] Commercial Affidavit, duly depose, that the person executing this document, is personally known to me, or he has presented sufficient evidence to establish his lawful identity & stature; I accept same as evidence of the facts presented; I depose nothing more; executed by My Signature & Seal, as authorized under My Commission.

W8BEN Affidavit                                                          Item # TMX-092073--W8BEN

---



Form W-8BEN — Certificate of Foreign Status of Non-resident for United States Tax Withholding and Reporting (Human)

SSN
621.40.9248

EXHIBIT E — Page 9 of 11

## ABSTRACT OF TRUST
### (Property & Beneficiaries Shown)

ABSTRACT OF TRUST

Section I. Trust Information

Trust Information and Dates
a. The Trust is legally named "TRACEY MINH NGO Trust"
b. The trust is Irrevocable
c. This trust was established December 12, 2017 at, 3030 MANCHESTER CIR , CORONA, CALIFORNIA, 92879
d. This trust has not been amended
e. The TIN of this trust is 652-089-6682

Section II. Trustee Information

Current Acting Trustee(s)
a. Tracey-Minh: Ngo, TTEE
b. Tung-Thanh, Doan, TTEE

The Trust requires unanimous consent among the Trustee(s) to establish an account with respect to Trust assets, but only one trustee is required to be an authorized account manager.

Section III. Beneficiary Information

The Certificate Holders are:
a. Julienne-Nha-Thi-Doan
b. David-Binh-Doan
c. Elise-Nha-Co-Doan
d. Christian-Nha-Quyen-Doan
Tung-Thanh-Doan

*(handwritten annotations: "Beneficiaries Info.", "Tung-Thanh, Doan")*

Please note that this page is not a document and one corrections please is complete if you have sent received this page in finish it can be discarded. This page is just solely for checking errors, misspellings and to make sure the complete information is correct. This page is for ease of use as a courtesy to you

### Please check the following for errors misspellings & corrections.

Secure Party Creditor Information
Name:  Tracey-Minh: Ngo
Address:  21650 Temescal Canyon Rd #30
Corona California [92883]

Date of Birth:
09-20-1975

SS#
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

Debtor
Name:  TRACEY MINH NGO
Address:  3030 MANCHESTER CIR
CORONA CALIFORNIA
92879

Beneficiaries
Julienne-Nha-Thi-Doan
David-Binh-Doan

Second Trustee
Name:  Tung-Thanh, Doan
Address:  21650 Temescal Canyon Rd #30
California California
[92883]

Elise-Nha-Co-Doan
Christian-Nha-Quyen-Doan
Tung-Thanh, Doan

Manufacturer Certificate Number
21404243

Date of Creation
December 12, 2017

Location of Creation
3030 MANCHESTER CIR
CORONA CALIFORNIA
92879

*(handwritten: "Beneficiaries")*

### SCHEDULE "A"
List of Additional Property, Documents & Assets Belonging to
TRACEY MINH NGO TRUST

(Include Legal Description, Registration No., Make/Model, VIN etc, as Applicable)

1. Private Security agreement under Item No. 061015SA/DB-SA and all other documents referenced therein creating a collateral security interest and listing general allocable property. Additional specific property listed as follows:

2. 21650 Temescal Canyon Road 30, #1 , Corona CA 92883

3. 3030 Manchester Cir , Corona CA 92882 ; MN, TR 2410-035

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

SCHEDULE A                                                          Page 1 of 1

CERTIFICATION OF TRUST

This Certification of Trust was created December 12, 2017. The Trust has been legally created as to form of the Trust. All rights and title to the assets and income of this Trust is vested solely in the Board of Trustees

We Tracey-Minh: Ngo, TTEE and Tung-Thanh: Tran , TTEE certify that we are the trustees of a trust entitled TRACEY-MINH NGO TRUST, created by Declaration of Trust dated December 12, 2017

We the undersigned, as the current acting Trustees declare and certify to this financial institution

1.  We declare that I have full authority under the above referenced Trust to sign on behalf of the Trust and to open and close accounts, perform deposits, withdraw, and transfer funds on behalf of the Trust

2.  We declare that I have full authority under the above referenced bank to open, enter and remove contents and close safe deposit boxes and open or close accounts

3.  Without limiting the foregoing specifically, we have the authority to open accounts, perform deposits, and withdraw funds, transfer funds, and close accounts at the aforesaid bank.

4.  The Trustee will not direct otherwise but in so far as it, is to so enter the Trustee has the power to extend such powers are properly exercised

5.  Pursuant to the terms of the Trust, the Trustee has the power to contract for banking and other financial services and to transfer, purchase and/or sell financial assets and investments, including securities

6.  If requested, we will provide Bank with copies of excerpts of the original Trust instrument and amendments designating the Trustee and/or other powers constituted on Trustee in support of a pending transaction under this certification

7.  The trust has not been revoked, modified or amended in any manner which would impair the representations contained in this certification to be licensed.

8.  All information contained in this certification is true and correct, and you [Aforesaid Bank], as a third party conducting business with the Trustee may rely on this information until you receive written notice of any changes signed by the Trustee.

9.  The Trustees may sign for an Electronic Debit Card and/or Credit Card.

10. In addition to the above powers, the Trustee has the following authorities:
    a.  The authority to grant power of attorney
    b.  The authority to encumber real property.
    c.  The authority to authorize borrowing on behalf of the trust.
    d.  The authority to appoint a general manager to oversee certain powers

11. We agree to defend, indemnify and hold aforesaid Bank harmless from any and all claims, demand liabilities, costs or expense, including but not limited to reasonable attorney's fees which it may incur by any reason of its reliance upon any statement contained herein

Pg1

12. This organizational document and all Trust business will be kept private, protected by the privacy act of 1974 Title VII V1. When the Fourth and Fifth Amendments of the Constitution for the United States of America the sovereign has privacy rights available in the United States of America and every other applicable jurisdiction

We declare under penalty of perjury under the laws of the actual states of America that the foregoing is true and correct

I executed this December 12, 2017
I as the executive trustee certify and verify that this document is true and correct to the best of my knowledge under notary seal

Tracey-Minh: Ngo
Tracey-Minh: Ngo, TTEE, Executive Trustee

This document is executed under the penalty of perjury for notary. In notary of 28 U. S. C. § 1746 (1) expressly without UNITED STATES, for. "28 U. S. C. § 1603 (1) 4 A.) U. C. C. 2-106(1)(b), U. S. C. A. Const. Art. I § 35; § 17 Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same in accordance Fed R. Land 902(1)(10)

County of   Orange   _____ Saffari
_Fluxion_____ State

SUBSCRIBED AND SWORN TO before me this _12th_ day of _December_ A.D. 20_17_

Deondre Baligaw _____ seal
Notary Public Signature

My Commission Expires _7/24/61_

[notary stamp]

I as the secretarial trustee certify and verify that this document is true and correct to the best of my knowledge under notary seal

Tung-Thanh: Tran
Tung-Thanh: Tran , TTEE, Secretarial Trustee

This document is executed under the penalty of perjury. In notary of 28 U. S. C. § 1746 (1) expressly without UNITED STATES, for. "28 U. S. C. § 1603 (1) 4 A.) U. C. C. 2-106(1)(b), U. S. C. A. Const. Art. I § 35; § 17 Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same in accordance Fed R. Land 902(1)(10)

County of   Orange   _____ Saffari
_Fluxion_____ State

SUBSCRIBED AND SWORN TO before me this _12th_ day of _December_ A.D. 20_17_

Deondre Baligaw _____ seal
Notary Public Signature

My Commission Expires _7/24/61_

[notary stamp]

Tung Thanh: Tran

Page 5 of 5

EXHIBIT E — Page 11 of 11

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

*Filed*
*Oct 10, 2025*

**TRACEY MINH NGO TRUST,**
by and through its Trustees and Beneficiaries, **Tracey-Minh:**
**Ngo and Tung-Thanh: Doan,,**
Plaintiff(s),

v.

**NEWREZ LLC, et al.,** Defendant(s).

Case No.: 5:25-cv-02279-JGB-DTB

**PLAINTIFF'S NOTICE OF COMPLIANCE**
**WITH STANDING ORDER**

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Plaintiffs, Tacey-Minh: Ngo and Tung-Thanh: Doan, Trustees and Beneficiaries of the TRACEY MINH NGO TRUST, hereby give notice to this Honorable Court that they have received, reviewed, and will fully comply with the Standing Order issued by the Honorable Judge Jesus G. Bernal on September 22, 2025.

Plaintiffs affirm that they understand and will adhere to all directives contained in the Standing Order, including but not limited to:

1. Timely service of all filings in accordance with the Federal Rules of Civil Procedure and Local Rules of the Central District of California;
2. Preparation and delivery of a Chambers Copy of all required filings to the courtesy box located outside Courtroom 1, 2nd Floor, 3470 Twelfth Street, Riverside, California; and
3. Maintenance of respectful and professional communications in all interactions with the Court and opposing counsel.

Plaintiffs further certify that a true and correct copy of the Court's Standing Order has been served upon Defendant's counsel, Robert W. Norman, Jr. (SBN 232470) – HOUSER LLP, by Certified Mail concurrently with the filing of Plaintiff's Notice of Supplemental Evidence.

Respectfully submitted,
Dated: October 10, 2025

*Tracey-Minh: Ngo*

Tracey-Minh: Ngo
Trustee and Beneficiary of TRACEY MINH NGO TRUST

*Tung-Thanh: Doan*

Tung-Thanh: Doan
Trustee and Beneficiary of TRACEY MINH NGO TRUST

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRACEY MINH NGO TRUST

          Plaintiff(s),

    v.

NEWREZ LLC, et al.

          Defendant(s).

CASE NO:
5:25–cv–02279–JGB–DTB

STANDING ORDER

**READ THIS ORDER CAREFULLY. IT CONTROLS THIS CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES.**

- Plaintiff(s) shall immediately serve this Order on all parties along with the Summons and Complaint.
- If this case came to the Court by noticed removal, the removing Defendant(s) shall serve this Order on all other parties.

This action has been assigned to the calendar of Judge Jesus G. Bernal.

///

///

1    The Court and litigants bear joint responsibility for the progress of

2    litigation in the Federal Courts. To secure the just, speedy, and inexpensive

3    determination of every action, (Fed. R. Civ. P. 1), all counsel are hereby

4    ordered to become familiar with the Federal Rules of Civil Procedure and the

5    Local Rules of the Central District of California.*

6

7    The Court further orders as follows:

8

9    **1.    Service of the Complaint.**  Plaintiff shall serve the Complaint

10    promptly in accordance with Fed. R. Civ. P. 4 and file the proofs of service

11    pursuant to L.R. 5−3.1.

12

13    **2.    Removed Actions.**  Any answers filed in state court must be

14    re−filed in this Court (separately) as a supplement to the petition. Any pending

15    motions must be re−noticed in accordance with L.R. 6−1.

16

17    **3.    Assignment to a Magistrate Judge.**  Under 28 U.S.C. § 636,

18    the parties may consent to have a Magistrate Judge preside over all proceedings.

19    The Magistrate Judges who accept those designations are identified on the

20    Central District's website, which also contains the consent form.

21

22    **4.    Electronic Filing.**  As of January 1, 2008, the United States

23    District Court for the Central District of California implemented mandatory

24    electronic filing ("e−filing") of documents in all new and pending civil cases.

25    Information about the Court's Electronic Case Filing system is available on

26    the Court's website at www.cacd.uscourts.gov/cmecf.

27    All documents required to be "e−filed" in this matter can be found in

28    General Order No. 10−07 and L.R. 5−4. The Court specifically directs litigants

1  to L.R. 5–4.3.1, requiring that all electronically filed documents be created by

2  publishing the document to PDF, and not by scanning paper documents.

3

4      **5.**    **Mandatory Chambers Copies. Counsel shall provide one**

5  **conformed chambers copy of ONLY the following filed documents.**

6      Civil matters: Motions and related documents (opposition, replies,

7      exhibits); ex parte applications and related documents oppositions and

8      exhibits); and Joint Rule 26(f) reports;

9

10      **Criminal matters:** All motions and related documents and exhibits;

11      plea agreements(s); and sentencing memorandum and objections to the

12      pre–sentence reports.

13

14      Chambers copies shall be delivered to the "Courtesy Box," located

15  outside of Courtroom 1 on the 2nd floor at the United States District Court,

16  3470 Twelfth Street, Riverside, California 92501, **no later than 5:00 p.m. on**

17  **the day following the "e–filing."** All chambers copies shall comply fully with

18  the document formatting requirements of L.R. 11–3, including the "backing"

19  and "tabbing" requirements of Local Rules 11–3.5 and 11–5.3, respectively.

20  If the filing party and their counsel fail to deliver a mandatory chambers copy

21  in full compliance with this Order and L.R. 11–3, the Court may, on its own

22  motion, reschedule any related hearing and impose sanctions.

23

24      **6.**    **Proposed Orders.** Each party filing or opposing a motion or

25  seeking the determination of any matter shall serve and electronically lodge a

26  proposed order which sets forth the relief or action sought and a brief statement

27  of the rationale for the decision with appropriate citations.

28  ///

1       **7.**    **Presence of Lead Counsel.** Lead trial counsel for each party

2   must attend any scheduling and pretrial conferences set by the Court. Failure

3   of lead trial counsel to appear for those proceedings is a basis for sanctions.

4

5       **8.**    **Discovery.** All discovery matters have been referred to a United

6   States Magistrate Judge. The Magistrate Judge's initials follow the District Judge's

7   initials in the case number assigned to the matter. The words "DISCOVERY

8   MATTER" shall appear in the caption of all documents relating to discovery to

9   insure proper routing. Counsel shall deliver mandatory chambers copies of

10   discovery–related papers to the Magistrate Judge assigned to the case rather

11   than to this Court.

12

13       **9.**    **Motions – General Requirements.**

14       a.    Time for Hearing Motions. Motions shall be filed and set

15   for hearing in accordance with L.R. 6–1. Motions will be heard on Mondays

16   commencing at 9:00 a.m. Any motion noticed for a holiday shall automatically

17   be set to the next Monday without further notice to the parties.

18       b.    Length and Format of Motions. Memoranda of Points and

19   Authorities in support of or in opposition to motions shall not exceed 25 pages.

20   Replies shall not exceed 12 pages. Only in rare instances, and for good cause

21   shown, will the Court grant an application to extend these page limitations. When

22   citing to legal databases, wherever possible cite to Westlaw rather than Lexis.

23       If documentary evidence in support of or in opposition to a motion exceeds

24   50 pages, the evidence must be separately bound and tabbed and include an index.

25   If such evidence exceeds 200 pages, the documents shall be placed in a binder,

26   with an index and with each item of evidence separated by a tab divider.

27       c.    Withdrawal or Non–Opposition of Motions. **In the**

28   **event that the parties resolve a pending motion, *they must notify the Court***

1    **approximately one week before the hearing date.** Sanctions may issue for

2    failure to comply with this requirement, or the broader requirement in L.R. 7–16

3    that any party who intends to withdraw a motion, not oppose a motion, or seek

4    a continuance of the hearing date for a motion, must notify the court by noon

5    on the Tuesday preceding the hearing date.

6

7    **10.    Motions to Amend.** In addition to the requirements of L.R. 15,

8    all motions to amend pleadings shall (1) state the effect of the amendment and

9    (2) identify the page(s), line number(s), and wording of any proposed change

10   or addition of material.

11

12   **11.    Class Actions.** Not withstanding Local Rule 23–3, the deadline

13   for the filing of a motion for class certification will be set during the Scheduling

14   Conference and/or in a Scheduling Order. **NO REQUEST FOR RELIEF FROM**

15   **LOCAL RULE 23–3 IS NECESSARY.**

16

17   **12.    Motions for Summary Judgment or Partial Summary Judgment.**

18   No party may file more than one motion pursuant to Fed. R. Civ. P. 56 regardless

19   of whether such motion is denominated as a motion for summary judgment or

20   summary adjudication. Parties offering evidence in support of, or in opposition

21   to, a Rule 56 motion must cite to specific page and line numbers in depositions

22   and paragraph numbers in affidavits. Furthermore, such evidence must be

23   authenticated properly. The Court directs the parties to become familiar with

24   Orr v. Bank of America, NT & SA, 285 F.3d 764 (9th Cir. 2002).

25         a.    Statements of Undisputed Facts and Genuine Disputes.

26   The moving party's brief shall be accompanied by a Statement of Undisputed

27   Facts ("SUF"). The SUF shall be presented in a table format and include the

28   following columns:

      i.    The first column shall contain the number of the fact alleged to be undisputed.

     ii.    The second column shall contain a plain statement of the fact. **Facts shall not be compound**. If, for instance, the required response is that the fact is disputed in part, the fact is compound. Further, neither legal arguments nor conclusions constitute facts.

    iii.    The third column shall contain a citation to admissible evidence the party believes supports the proffered fact.

For example:

| Pl.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 1. | Plaintiff was driving her car when she went through the intersection. | Decl. of Plaintiff ¶ 2. |
| 2. | The light was green when Plaintiff went through the intersection. | Decl. of Plaintiff ¶4. |
| 3. | Plaintiff was driving at 35 miles per hour when she traveled through the intersection. | Decl. of Plaintiff ¶ 7; Decl. of Plaintiff's Expert ¶ 14. |
| . . . | . . . | . . . |

The party opposing the summary judgment motion shall include with its opposition a Statement of Genuine Disputes of Material Fact that includes the moving party's table; but the opposing party shall add a fourth column to the moving party's table identifying those facts that are in dispute, briefly explaining the dispute, and citing the evidence supporting the dispute. The opposing party shall not set forth legal or evidentiary objections in the statement of genuine disputes of material fact. For example:

| Pl.'s SUF No. | Fact | Supporting Evidence | Def.'s Response |
|---|---|---|---|
| 1. | Plaintiff was driving her car when she went through the intersection. | Decl. of Plaintiff ¶ 2. | Undisputed. |
| 2. | The light was green when Plaintiff went through the intersection. | Decl. of Plaintiff ¶ 4. | Disputed. The light was red when Plaintiff traveled through the intersection. (Decl. of Defendant ¶ 6.) |
| 3. | Plaintiff was driving at 35 miles per hour when she traveled through the intersection. | Decl. of Plaintiff ¶ 7; Dec. of Plaintiff's Expert ¶ 14. | Disputed. Plaintiff was driving 52 miles per hour when she went through the intersection. (Decl. of Defendant's Expert ¶ 9.) |
| . . . | . . . | . . . | . . . |

If a party fails to dispute a fact properly by offering evidence that does not contradict the proffered fact, the Court will deem the fact undisputed for purposes of the motion. See Fed. R. Civ. P. 56(e)(2), L.R. 56–3.

If the party opposing the summary judgment motion wishes to include its own set of undisputed facts, it may include them in a second table at the end of its statement of genuine disputes of material fact. The opposing party's undisputed facts shall be set forth in the same manner as the moving party's SUF. For example:

| Def.'s SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 1. | The tires on Plaintiff's car had only 1 millimeter of tread remaining at the time of the accident. | Decl. of Mechanic ¶ 5. |
| . . . | . . . | . . . |

If either party fails to provide a pincite to the supporting evidence, the Court will deem the proffered fact (or dispute) unsupported. See generally

Tung-Thanh: Doan and Tracey-Minh: Ngo,
Trustees and Beneficiaries for
TRACEY MINH NGO TRUST
Email: homesweethomes@protonmail.com
In Pro Se



FILED
CLERK, U.S. DISTRICT COURT

OCT 14 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TUNG-THANH: DOAN and TRACEY-MINH: NGO,**
Trustees and Beneficiaries of the TRACEY MINH NGO TRUST,
Plaintiffs,
v.
**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;
ONSLOW BAY FINANCIAL LLC; and DOES 1-10,**
Defendants.

Case No.: 5:25-cv-02279-JGB-DTB
Judge: Hon. Jesus G. Bernal
Hearing Date: October 27, 2025 Time: 9:00 A.M.
Courtroom 1, 2nd Floor –
3470 Twelfth Street, Riverside, CA 92501-3801

# PLAINTIFF'S
# NOTICE OF SUPPLEMENTAL EVIDENCE
*(Filed in Support of Plaintiffs' Opposition to Defendants' Motion to Strike)*

Plaintiffs, Trustees and Beneficiaries of the TRACEY MINH NGO TRUST, respectfully submit this Notice of Supplemental Evidence to bring before the Court additional, material documentation demonstrating that Defendants' **retroactive recording actions, notice violations, and false default filings have caused ongoing and irreparable harm to Plaintiffs' equitable property rights.**

After receiving multiple Debt Validation Notices and Copyright Infringement Notices, **Defendants willfully ignored all warnings and proceeded to fabricate, record, and rely upon retroactive instruments to manufacture a false chain of title**—an act that constitutes fraud upon the record and a violation of **Cal. Civ. Code §§ 1091 and 1213,** as well as federal recording and copyright standards.

Plaintiffs' exhibits (A–E) already establish that the original chain of title was lawfully held by the TRACEY MINH NGO TRUST. The newly included evidence reaffirms that Defendants' after-the-fact assignments and substitutions were void ab initio,

consistent with *Glaski v. Bank of America* **(2013) 218 Cal.App.4th 1079** and *Yvanovav. New Century Mortgage Corp.* **(2016) 62 Cal.4th 919**, both confirming that a borrower may challenge a void assignment that breaks the chain of title.

Defendants' continued refusal to correct these false recordings places Plaintiffs under imminent threat of wrongful foreclosure and public record injury. **Because the damage to Plaintiffs' title and reputation cannot be undone by monetary relief, equitable intervention by this Court is not only proper but essential to prevent irreparable harm.**

**RESPECTFULLY SUBMITTED,**
Dated: October 10, 2025

*Tung-Thanh: Doan*
**Tung-Thanh: Doan**

*Tracey-Minh: Ngo*
**Tracey-Minh: Ngo**

Trustees and Beneficiaries,
TRACEY MINH NGO TRUST
homesweethomes@protonmail.com | (949) 205-7168

# EXHIBIT F – EVIDENCE OF DEFENDANTS' RETROACTIVE RECORDING ACTION

This recording serves as direct evidence of Defendants' deliberate misrepresentation and concealment of material facts in violation of both state and federal law. The statements captured demonstrate intentional deceit aimed at obstructing Plaintiffs' lawful rights under the TRACEY MINH NGO TRUST, thereby constituting actionable misconduct and fraud upon the court.

 

See *Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944)* **(fraud upon the court occurs when officers of the court engage in deception that interferes with the judicial process);** *Chambers v. NASCO, Inc., 501 U.S. 32 (1991)* **(courts possess inherent power to sanction bad-faith conduct and protect the integrity of the proceedings);** and *Walker v. City of Birmingham, 388 U.S. 307 (1967)* **(a party may not profit from its own contempt or disobedience of legal obligations).**

The conduct documented here establishes a **pattern of obstruction and willful violation of due process,** evidencing **irreparable harm already inflicted upon Plaintiffs.** Such violations strike at the heart of the court's equitable authority and demand **judicial remedy and accountability.**

DOC # 2025-0270232
09/03/2025 10:44 AM Fees: $104.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING, LLC

[AND WHEN RECORDED MAIL TO]
Shellpoint Mortgage Servicing
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

Loan Number 0693788176

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by  6005AN #785

## CORPORATE ASSIGNMENT OF DEED OF TRUST

SEND ALL OTHER BORROWER OR LOAN RELATED CORRESPONDENCE TO: Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Toll-free Phone: (800) 365-7107

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR NMSI, INC. D/B/A MORTGAGE MAC, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer, and set over all of its rights, title, and interest in the described Deed of Trust, representation or warranty, including all liens and any rights due or to become due thereon to ONSLOW BAY FINANCIAL, LLC, WHOSE ADDRESS IS 1211 AVENUE OF AMERICA, 41ST FLOOR, NEW YORK, NY 10036, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Deed of Trust made by TRACEY MINH NGO and recorded on 04/14/2025 as Doc # 2025-0110518 in the office of the RIVERSIDE County Recorder, CA.

IN WITNESS WHEREOF, this Assignment is executed this 03rd day of September in the year 2025

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR NMSI, INC. D/B/A MORTGAGE MAC, ITS SUCCESSORS AND ASSIGNS



ALVARO ZELEDON
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

SP\DA 446631850   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)   PRE-REFERRAL   MIN 10116090225897410|1 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026   DOCR "|032509-12:27:03 [C-2] EFRMCA1



DOC #2025-0270232  Page 2 of 2

Loan Number 0693788176

ACKNOWLEDGEMENT

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 03rd day of September in the year 2025, by Alvaro Zeledon as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR NMSI, INC. D/B/A MORTGAGE MAC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.



AARON BURDICK
COMM EXPIRES: 11/22/2028

SPTDA 446831850  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)  PRE-REFERRAL  MIN 101169902258974104 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T032509-12:27:03 [C-2] EFRMCA1





*D0117203742*



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

TRACEY-MINH: NGO and TUNG-THANH: DOAN,
Trustees and Beneficiaries of the TRACEY MINH NGO TRUST,
Plaintiffs,

v.

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;  ONSLOW
BAY FINANCIAL LLC; and DOES 1–10, inclusive, Defendants.

Case No.: 5:25-cv-02279-JGB-DTB
Assigned to: Hon. Jesus G. Bernal
Courtroom 1, 2nd Floor — Riverside

## PROOF OF SERVICE BY CERTIFIED MAIL

I, David Doan, declare as follows:
1. I am over the age of 18 years and not a party to this action. My business address is [insert full address here] → 16422 Rancho Escondido Dr. Riverside CA 92506
2. On Oct 14th 2025, I served the following documents:

   • _PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE._
   • _____  •
   • _____

   I served the documents by placing a true copy thereof in a sealed envelope addressed to:
   **Robert W. Norman, Jr. (SBN 232470)**
   **HOUSER LLP**
   9970 Research Drive, Irvine, California 92618
   Attorney for Defendants, Newrez LLC dba Shellpoint Mortgage Servicing
   Telephone: (949) 679-1111
   E-Mail: bnorman@houser-law.com     9589 0710 5270 2661 1499 10

3. The envelope was mailed via Certified Mail, Return Receipt Requested, with postage fully prepaid, from Riverside, California on October 10, 2025.
4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Oct 14, 25 at Riverside, California.

David Bach Doan

David Bach Doan  Declarant,
Servicer of Process

Tung-Thanh: Doan
Tracey-Minh: Ngo
Trustees & Beneficiaries for the
**TRACEY MINH NGO TRUST**
Tel: 949.205.7168
Email: homesweethomes@protonmail.com
Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

**TUNG-THANH: DOAN and TRACEY-MINH: NGO,**
**Trustees and Beneficiaries for the**
**TRACEY MINH NGO TRUST,**
Plaintiffs, v.
**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE**
**SERVICING; ONSLOW BAY FINANCIAL LLC; and**
**DOES 1–10,** Defendants.

Case No.: 5:25-cv-02279-JGB−DTB
Judge: Honorable Jesus G. Bernal
Hearing Date: OCTOBER 27th, 2025 at 9AM
Court Room 1, 2nd Floor
3470 Twelfth Street, RIVERSIDE, CA 92501-3801

## OPPOSITION TO DEFENDANTS' MOTION TO STRIKE

**Reference:** Plaintiffs previously filed a Notice of Copyright Registration Compliance and Request to Amend Standing (filed Oct. 8, 2025), which is incorporated herein by reference.

I.     **Defendants' Fraudulent Retroactive Assignment Demonstrates Willful FDCPA and Copyright Violations**
          Plaintiffs direct the Court's attention to **ITEM 4**, the "Assignment of Deed of Trust/Mortgage," recorded on

September 3, 2025. By that date, the chain of title had already transferred to the TRACEY MINH NGO TRUST (see Item 3, recorded August 29, 2025). Nevertheless, MERS, NMSI, and Mortgage Mac improperly reappeared as purported "Grantors" in **ITEM 4**. Under Cal.

1

Civ. Code §§ 1095, 3412, and cases including Yvanova v. New Century Mortgage Corp., 62 Cal. 4th 919 (2016) and Sciarratta v. U.S. Bank Nat'l Assn., 247 Cal. App. 4th 552 (2016), such an assignment is void ab initio. Defendants' recording of Item 4, despite notices on July 14 and August 14, 2025, constitutes willful misconduct in violation of the FDCPA, 15 U.S.C. §§ 1692e, 1692f, and copyright law.

II.    **Defendants' Assertion That Tung-Thanh: Doan Is Not a Beneficiary Is False andMisleading**

Defendants falsely assert that Plaintiff Tung-Thanh: Doan is not a beneficiary. **(ITEM 5)** The trust instruments confirm he is both Trustee and Beneficiary. California law, including Cal. Prob. Code §§ 24(b),

17200, and cases such as Estate of Bowles, 169 Cal. App. 2d 777 (1959), Wolf v. Superior Court, 107 Cal. App. 4th 25 (2003), and Harnedy v. Whitty, 110 Cal. App. 4th 1333 (2003), recognize beneficiaries' standing to protect trust property. Federal Rule of Civil Procedure 17(a)(1)(E) likewise provides that a beneficiary may sue in their own name as a real party in interest.

III.    **Alternative Relief: Request for Extension to Obtain Counsel**  Plaintiffs sincerely apologize to the Honorable Court for not filing a

timely response to the Motion to Strike by the deadline of September 26, 2025. Plaintiffs are not represented by counsel and wish to proceed pro se. In the event the Court requires legal representation, Plaintiffs respectfully request a 60-day extension under Fed. R. Civ. P. 6(b)(1)(A) to obtain counsel, consistent with Rule 15(a)(2)'s mandate to freely grant leave to amend. This ensures adjudication on the merits rather than procedural dismissal.

**Respectfully submitted,**

Dated: Oct 14, 2025

*/s/Tung-Thanh: Doan*
**Tung-Thanh: Doan**
*/s/ Tracey-Minh: Ngo*
**Tracey-Minh: Ngo**
Trustees and Beneficiaries for
TRACEY MINH NGO TRUST

2

1  **Tung-Thanh: Doan**
   **Tracey-Minh: Ngo**
2  Trustees & Beneficiaries for the
   **TRACEY MINH NGO TRUST**
3  Tel: 949.205.7168
   Email: homesweethomes@protonmail.com
4
   Pro Se
5

6                  **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
7                        **RIVERSIDE DIVISION**

8  **TUNG-THANH: DOAN and TRACEY-MINH: NGO,**
   **Trustees and Beneficiaries for the**
9  **TRACEY MINH NGO TRUST,**
   Plaintiffs,
10 v.
   **NEWREZ LLC d/b/a SHELLPOINT MORTGAGE**
11 **SERVICING; ONSLOW BAY FINANCIAL LLC; and**
   **DOES 1–10,**
12 Defendants.

13 Case No.: 5:25-cv-02279-JGB–DTB
   Judge: Honorable Jesus G. Bernal
14 Hearing Date: OCTOBER 27th, 2025 at 9AM
   Court Room 1, 2nd Floor
15 3470 Twelfth Street, RIVERSIDE, CA 92501-3801

16

17

18                        **PROOF OF SERVICE**

19 I, David Doan, declare that I am over the age of 18 and not a party to this action.
   My business address is _16422  Rancho Escondido Dr. Riverside CA 92506_
20
   On ___Oct 15th 2025___ , I served true copies of the following documents:
21    1.  Affidavit of Ownership and Declaration of Superior Title Interest
22    2.  Plaintiff's Motion to Remand to State Court for Lack of Subject-Matter
          Jurisdiction
23    3.  Notice of Related Filing
      4.  Opposition to Defendants' Motion to Strike
24
25 on the following parties by placing a true copy thereof in a sealed envelope, with postage
   fully prepaid, and depositing the same in the United States mail, addressed as follows:
26 ─────────────────────────────────────────────────────
   Robert W. Norman, Jr. (SBN 232470)
27 HOUSER LLP
28

9970 Research Drive
Irvine, CA 92618
Tel: (949) 679-1111
Email: bnorman@houser-law.com

Counsel for Defendants
NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING and
ONSLOW BAY FINANCIAL, LLC

**[X] CERTIFIED MAIL RETURN RECEIPT** – By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with the practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Riverside, California, with postage thereon fully prepaid that same day in the ordinary course of business.

**Certfied Return Tracking Receipt:**
    ——   9589 0710 5270 2661 1499 27   ——

[X] **ELECTRONIC MAIL**—By transmitting a true and correct copy via court sponsored electronic service or by electronic e-mail under Rule 2.251 of the California Rules of Court to the email addresses listed above. The document(s) was/were served electronically and the transmission was reported as complete and without error consistent with Code

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___October 15th___, 2025, at ___Riverside___, California.


___David Bach Doan___
David Doan
Declarant

**Tung-Thanh: Doan**
**Tracey-Minh: Ngo**
Trustees & Beneficiaries for the
**TRACEY MINH NGO TRUST**
Tel: 949.205.7168
Email: homesweethomes@protonmail.com

*File*

Pro Se

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

**TUNG-THANH: DOAN and TRACEY-MINH: NGO,**
**Trustees and Beneficiaries for the**
**TRACEY MINH NGO TRUST,**
Plaintiffs, v.
**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE**
**SERVICING; ONSLOW BAY FINANCIAL LLC; and**
**DOES 1–10,** Defendants.

Case No.: 5:25-cv-02279-JGB–DTB
Judge: Honorable Jesus G. Bernal
Hearing Date: OCTOBER 27th, 2025 at 9AM
Court Room 1, 2nd Floor
3470 Twelfth Street, RIVERSIDE, CA 92501-3801

## OPPOSITION TO DEFENDANTS' MOTION TO STRIKE

**Reference:** Plaintiffs previously filed a Notice of Copyright Registration
Compliance and Request to Amend Standing (filed Oct. 8, 2025), which is
incorporated herein by reference.

I.    **Defendants' Fraudulent Retroactive Assignment Demonstrates**
**Willful FDCPA and Copyright Violations**

Plaintiffs direct the Court's attention to **ITEM 4**, the "Assignment of
Deed of Trust/Mortgage," recorded on

September 3, 2025. By that date, the chain of title had already
transferred to the TRACEY MINH NGO TRUST (see Item 3, recorded
August 29, 2025). Nevertheless, MERS, NMSI, and Mortgage Mac
improperly reappeared as purported "Grantors" in **ITEM 4**. Under Cal.
Civ. Code §§ 1095, 3412, and cases including Yvanova v. New Century

Mortgage Corp., 62 Cal. 4th 919 (2016) and Sciarratta v. U.S. Bank Nat'l Assn., 247 Cal. App. 4th 552 (2016), such an assignment is void ab initio. Defendants' recording of Item 4, despite notices on July 14 and August 14, 2025, constitutes willful misconduct in violation of the FDCPA, 15 U.S.C. §§ 1692e, 1692f, and copyright law.

II.  **Defendants' Assertion That Tung-Thanh: Doan Is Not a Beneficiary Is False andMisleading**

Defendants falsely assert that Plaintiff Tung-Thanh: Doan is not a beneficiary. **(ITEM 5)** The trust instruments confirm he is both Trustee and Beneficiary. California law, including Cal. Prob. Code §§ 24(b), 17200, and cases such as Estate of Bowles, 169 Cal. App. 2d 777 (1959), Wolf v. Superior Court, 107 Cal. App. 4th 25 (2003), and Harnedy v. Whitty, 110 Cal. App. 4th 1333 (2003), recognize beneficiaries' standing to protect trust property. Federal Rule of Civil Procedure 17(a)(1)(E) likewise provides that a beneficiary may sue in their own name as a real party in interest.

III.  **Alternative Relief: Request for Extension to Obtain Counsel**

Plaintiffs sincerely apologize to the Honorable Court for not filing a

timely response to the Motion to Strike by the deadline of September 26, 2025. Plaintiffs are not represented by counsel and wish to proceed pro se. In the event the Court requires legal representation, Plaintiffs respectfully request a 60-day extension under Fed. R. Civ. P. 6(b)(1)(A) to obtain counsel, consistent with Rule 15(a)(2)'s mandate to freely grant leave to amend. This ensures adjudication on the merits rather than procedural dismissal.

**Respectfully submitted,**
Dated: 15th Oct 20 25

Tung-Thanh: Doan

**Tung-Thanh: Doan**
Tracey-Minh: Ngo

**Tracey-Minh: Ngo**

Trustees and Beneficiaries for
TRACEY MINH NGO TRUST

# EXHIBIT
## CHAIN OF TITLE IRREGULARITIES AND
## RETROACTIVE ASSIGNMENT

The following summary and supporting screenshots demonstrate irregularities in the chain of title for the Subject Property at 3030 Manchester Circle, Corona, California 92879 (APN: **172-340-035**). **The records show Defendants attempted to retroactively correct the chain of 18title after transfers had already occurred, undermining their claimed standing.**

1. On April 9, 2021, a Grant Deed was recorded transferring title from Nicholas Ngo, Successor Trustee, to Tracey Minh Ngo. This transfer was valid and vested title in her name. (ITEM 1)

2. On April 14, 2025, a Purchase Money Deed of Trust (Doc No. 20250110518) was recorded. Borrower: Tracey Minh Ngo. Lender: NMSI Inc. d/b/a Mortgage MAC. Trustee: Stewart Title of California, Inc. Beneficiary: MERS, as nominee for Lender. (ITEM 2)

3. On August 29, 2025, a Grant Deed (Doc No. 2025-0267048) was recorded, transferring title from Tracey Minh Ngo to the Ngo, Tracey Minh Trust. This occurred before any assignment of the Deed of Trust to Defendants. (ITEM 3)

4. On September 3, 2025, an Assignment of Deed of Trust (Doc No. 20250270232) was recorded, purporting to transfer beneficial interest from
MERS (as nominee for NMSI) to NewRez LLC d/b/a Shellpoint Mortgage Servicing and/or Onslow Bay Financial, LLC. This assignment occurred only after the property had already been transferred to the Ngo Trust, suggesting a retroactive attempt to cure a defective chain of title. (ITEM 4)

This timeline demonstrates that Defendants recorded an Assignment of Deed of Trust only after the property had already been transferred into the Ngo Trust and a Substitution of Trustee had been filed. Such retroactive assignments cannot cure broken chains of title under California law (Yvanova v. New Century Mortgage Corp., 62 Cal.4th 919 (2016); Dimock v. Emerald Properties, 81 Cal.App.4th 868 (2000)).

**Attached are the Screenshots from Riverside County Recorder's Online Search and Actual Certified Copy sent from DEFENDANT'S RETROACTIVE RECORDING ACTIONS, NOTICE VIOLATION & FAULT DEFAULT FILINGS**

1. ITEM 1: GRAND DEED – Begin Chain of Title
2. ITEM 2: SCREENSHOTS FROM WEB RESEARCH
3. ITEM 3: SCREENSHOTS FROM WEB RESEARCH
4. ITEM 4: SCREENSHOTS FROM WEB RESEARCH and ACTUAL COPY
    RECEIVED IN OCTOBER 8, 2025 FROM DEFENDANT'S RETROACTION
5. ITEM 5: ABSTRACT OF TRUST – PROOF DOAN IS BENEFICIARY

# ITEM 1 – GRANT DEED – BEGIN CHAIN OF TITLE

RECORDING REQUESTED BY:
Stewart Title Company
Order No. 2548131
Escrow No. 7616-KN
Parcel No. 172-340-035
        TNA 004-038
AND WHEN RECORDED MAIL TO:
MAIL TAX STATEMENT TO:

TRACEY MINH NGO
16422 RANCHO ESCONDIDO DR
RIVERSIDE, CA 92506

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $786.50 and CITY $

☒ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area:       ☒ Corona, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Nicholas Ngo, Successor Trustee of The Tien Thi Dang Revocable Living Trust, Dated December 27, 2021

hereby GRANT(S) to   Tracey Minh Ngo, a Married Woman as her sole and separate property

the following described real property in the County of Riverside, State of California:

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF

More commonly known as: 3030 Manchester Cir, Corona, CA 92879

Date    4/9/25
Nicholas Ngo, Successor Trustee of The Tien Thi
Dang Revocable Living Trust, Dated December 27,
2021

By: Nicholas Ngo, Successor Trustee

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA
COUNTY OF Orange       }s.s.
On 4/9/2025    , before me,   Hong Quy Bos   , a notary public
personally appeared   Nicholas Ngo   , who proved to me on the basis of satisfactory
evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

Signature                    (Seal)

HONG QUY BOS
COMM. # 2508915
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My Comm. Expires FEB 3, 2029

*Mail Tax Statement to SAME AS ABOVE or Address Noted Below*

## ITEM 2 – SCREENSHOTS FROM WEB RESEARCH





# ITEM 3 – WEB RESEARCH SCREENSHOT





## ITEM 4 – SCREENSHOTS & ACTUAL RECORDING PAGE RECEIVED ON OCTOBER 8, 2025

This was probably from Defendant's Retroactive Recording Action (after-the-fact). This is false default filing. Defendant willfully ignored all warnings and proceed to fabricate record and rely upon retroactive instruments to manufacture a false chain of title – an act that constitutes fraud upon record and a violation of Cal. Civ. Code Section 1091 and 1213, as well as federal recording and copyright standards.



**DOC # 2025-0270232**
09/03/2025 10:44 AM Fees: $104.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING, LLC

[AND WHEN RECORDED MAIL TO]
Shellpoint Mortgage Servicing
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

Loan Number 0693788176

**This document was electronically submitted to the County of Riverside for recording**
Receipted by: SOOSAN 8785

### CORPORATE ASSIGNMENT OF DEED OF TRUST

SEND ALL OTHER BORROWER OR LOAN RELATED CORRESPONDENCE TO: Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Toll-free Phone: (800) 365-7107

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR NMSI, INC. D/B/A MORTGAGE MAC, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer, and set over all of its rights, title, and interest in the described Deed of Trust, representation or warranty, including all liens and any rights due or to become due thereon to ONSLOW BAY FINANCIAL, LLC, WHOSE ADDRESS IS 1211 AVENUE OF AMERICA, 41ST FLOOR, NEW YORK, NY 10036, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Deed of Trust made by TRACEY MINH NGO and recorded on 04/14/2025 as Doc # 2025-0110518 in the office of the RIVERSIDE County Recorder, CA.

IN WITNESS WHEREOF, this Assignment is executed this 03rd day of September in the year 2025

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR NMSI, INC. D/B/A MORTGAGE MAC, ITS SUCCESSORS AND ASSIGNS

_____
ALVARO ZELEDON
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

SPTDA J46831850  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)  PRE-REFERRAL  MIN 101169902258074104 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T032560-12:27:03 [C-2] EFRMCAJ

*D6117203742*

DOC #2025-0270232  Page 2 of 2

Loan Number 0693788176

## ACKNOWLEDGEMENT

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 03rd day of September in the year 2025, by Alvaro Zeledon as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR NMSI, INC. D/B/A MORTGAGE MAC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_AARON BURDICK_
AARON BURDICK
COMM EXPIRES: 11/22/2028

AARON BURDICK
Notary Public - State of Florida
Commission J HH 606534
My Comm. Expires Mar 22, 2028
Bonded through National Notary Assn.

SPTDA  446331850  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)   PRE-REFERRAL    MIN 101169702258974104 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T032509-12:27:03 [C-2] EFRMCA1


*D0117203742*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ITEM 5: ABSTRACT OF TRUST –
# PROOF DOAN IS BENEFICIARY

## ABSTRACT OF TRUST

### Section I: Trust Information

Trust Information and Dates
- a. The Trust is legally named "TRACEY MINH NGO Trust"
- b. The trust is Irrevocable
- c. This trust was established December 12, 2017 at:
  3030 MANCHESTER CIR., CORONA, CALIFORNIA, 92879.
- d. This trust has not been amended.
- e. The EIN of this trust is _82-681 2086_

### Section II: Trustee Information

Current Acting Trustee(s)
- a. Tracey-Minh: Ngo, TTEE
- b. Tung-Thanh: Doan, TTEE

The Trust requires unanimous consent among the Trustee(s) to establish an account with respect to Trust assets, but only one trustee is required to be an authorized account manager.

### Section III: Beneficiary Information

The Certificate Holders are:
- a. Juliette-Nha-Thi: Doan
- b. David-Bach: Doan
- c. Elise-Nha-Ca: Doan
- d. Christian-Nha-Quyen: Doan
- e. Tung-Thanh: Doan

ITEM 5

Please note that this page **is not a document** and that once corrections phase is complete if you have still received this page in finals it can be discarded. This page is just solely for checking errors, misspellings and to make sure the compiling information is correct. This page is for ease of use as a courtesy to you.

## Please check the following for errors misspellings & corrections.

**Secure Party Creditor Information**
Name:     Tracey-Minh: Ngo
Address:  21650 Temescal Canyon Rd #80
          Corona California [92883]

**Debtor**
Name:     TRACEY MINH NGO
Address:  3030 MANCHESTER CIR.
          CORONA CALIFORNIA
          92879

**Second Trustee**
Name:     Tung-Thanh: Doan
Address:  21650 Temescal Canyon Rd. #80
          California California
          [92883]

**Date of Creation**
December 12, 2017

**Location of Creation**
3030 MANCHESTER CIR.
CORONA CALIFORNIA
92879

**Date of Birth:**
09/20/1978

**SSN**
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

**Beneficiaries**
Juliette-Nha-Thi: Doan
David-Bach: Doan

Elise-Nha-Ca: Doan
Christian-Nha-Quyen: Doan
Tung-Thanh : Doan

**Naturalization Certificate Number**
23404243

# CERTIFICATION OF TRUST

This Certification of Trust was created December 12, 2017. The Trust has been legally created as an Irrevocable Trust. All rights and title to the assets and income of this Trust is vested solely in the Board of Trustees.

We Tracey-Minh: Ngo, TTEE and Tung-Thanh: Doan., TTEE certify that we are the trustees of a trust entitled TRACEY MINH NGO TRUST, created by Declaration of Trust dated December 12, 2017.

We the undersigned, as the current acting Trustees declare and certify to this financial institution:

1.  We declare that I have full authority under the above referenced Trust to sign on behalf of the Trust and to open and close accounts, perform deposits, withdraw, and transfer funds on behalf of the Trust.

2.  We declare that I have full authority under the above referenced trust to open, enter and remove contents and close safe deposit boxes and open or close accounts.

3.  Without limiting the foregoing specifically, we have the authority to open accounts, perform deposits, and withdraw funds, transfer funds, and close accounts at the aforesaid bank.

4.  The Trustee will not direct aforesaid bank to take any action unless the Trustee has the power to act and such powers are properly exercised.

5.  Pursuant to the terms of the Trust, the Trustee has the power to contract for banking and other financial services and to transfer, purchase and/or sell financial assets and investments, including securities.

6.  If requested, we will provide Bank with copies of excerpts of the original Trust instrument and amendments designating the Trustee and/or other powers conferred on Trustee in support of a pending transaction under this certification.

7.  The trust has not been revoked, modified or amended in any manner which would cause the representations contained in this certification to be incorrect.

8.  All information contained in this certification is true and correct, and you (Aforesaid Bank), as a third party conducting business with the Trustee may rely on this information until you receive written notice of any changes signed by the Trustee.

9.  The Trustees may sign for an Electronic Debit Card and/or Credit Card.

10. In addition to the above powers, the Trustee has the following authorities:
    a.  The authority to grant power of attorney.
    b.  The authority to encumber trust property.
    c.  The authority to authorize borrowing on behalf of the trust.
    d.  The authority to appoint a general manager as signer on trust accounts.

11. We agree to defend, indemnify and hold aforesaid Bank harmless from any and all claims, demands, liabilities, costs or expense, including, but not limited to reasonable attorney's fees which it may suffer or incur by any reason of its reliance upon any statement contained herein.

Page 3 of 5

12. This organizational document and all Trust business will be kept private, protected by the privacy act of 1974, Title 5 U.S.C. 552(a), the fourth and fifth Amendments of the Constitution for the United States of America, the common law privacy rights available in the United States of America and every other applicable jurisdiction.

We declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.

Executed this December 12, 2017.
I as the executive trustee certify and verify that this document is true and correct to the best of my knowledge under notary seal:

Tracey-Minh: Ngo

Tracey-Minh: Ngo, TTEE, Executive Trustee

This document is executed under the penalty of perjury; [in reance of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17- 18,"] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

JURAT

County of  ORANGE   ┐ Scilicet
Floida   ┘ State

SUBSCRIBED AND SWORN TO before me this  12th  day of  December  A.D. 20  17.

Deyonte Gallegos   Seal
Notary Public Signature

My Commission Expires  7/24/21

DEYONTE ANTHONY GALLEGOS
MY COMMISSION # GG127630
EXPIRES July 24, 2021

I as the secretarial trustee certify and verity that this document is true and correct to the best of my knowledge under notary seal:

X _____
Tang-Thanh: Doan., TTEE, Secretarial Trustee

This document is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(h); U.S.C.A. Const. Art. 1:8:17- 18.'] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

JURAT

County of  Orange  [Scillicet]
_____ Florida _____ State

SUBSCRIBED AND SWORN TO before me this ___ 12ᵗʰ ___ day of ___ December ___ A.D. 20 17.

_____ Seal
Notary Public Signature

My Commission Expires ___ 7/24/21

DEYONTE ANTHONY GALLEGOS
MY COMMISSION # GG127630
EXPIRES July 24, 2021

# SCHEDULE "A"

## List of Additional Property, Documents & Assets Belonging to
## TRACEY MINH NGO TRUST

(Include Legal Description, Registration No., Make/Model, VIN etc. as Applicable)

1. Private Security agreement under Item No. 06101958-ADB-SA and all other documents referenced therein creating a collateral security interest and listing general allocable property. Additional Specific property listed as follows:

2. 21650 Temescal Canyon Road  Spc 80, Corona  CA 92883

3. 2080 Manchester Cir , Corona  CA 92883 - APN: 172-340-025

4. 

5. 

6. 

7. 

8. 

9. 

10. 

11. 

12. 

13. 

14. 

SCHEDULE A                                                              Page 1 of 1

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 5 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

1  **Tung-Thanh: Doan**
   **Tracey-Minh: Ngo**
2  Trustees & Beneficiaries for the
   **TRACEY MINH NGO TRUST**
3  Tel: 949.205.7168
   Email: homesweethomes@protonmail.com
4
   Pro Se
5
6              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
7                   **RIVERSIDE DIVISION**
8  **TUNG-THANH: DOAN and TRACEY-MINH: NGO,**
   **Trustees and Beneficiaries for the**
9  **TRACEY MINH NGO TRUST,**
   Plaintiffs,
10 v.
   **NEWREZ LLC d/b/a SHELLPOINT MORTGAGE**
11 **SERVICING; ONSLOW BAY FINANCIAL LLC; and**
   **DOES 1–10,**
12 Defendants.
13 Case No.: 5:25-cv-02279-JGB–DTB
   Judge: Honorable Jesus G. Bernal
14 Hearing Date: OCTOBER 27th, 2025 at 9AM
   Court Room 1, 2nd Floor
15 3470 Twelfth Street, RIVERSIDE, CA 92501-3801
16
17
18            **PROOF OF SERVICE**
19 I, David Doan, declare that I am over the age of 18 and not a party to this action.
   My business address is _16422 Rancho Escondido Dr. Riverside CA 92506_
20
   On _Oct 15th 2025_ , I served true copies of the following documents:
21    1.  Affidavit of Ownership and Declaration of Superior Title Interest
22    2.  Plaintiff's Motion to Remand to State Court for Lack of Subject-Matter
          Jurisdiction
23    3.  Notice of Related Filing
      4.  Opposition to Defendants' Motion to Strike
24
25 on the following parties by placing a true copy thereof in a sealed envelope, with postage
   fully prepaid, and depositing the same in the United States mail, addressed as follows:
26
27 Robert W. Norman, Jr. (SBN 232470)
   HOUSER LLP
28

9970 Research Drive
Irvine, CA 92618
Tel: (949) 679-1111
Email: bnorman@houser-law.com

Counsel for Defendants
NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING and
ONSLOW BAY FINANCIAL, LLC

---

**[X] CERTIFIED MAIL RETURN RECEIPT** – By placing a true copy thereof
enclosed in a sealed envelope(s) addressed as above, and placing each for collection and
mailing on the date following ordinary business practices. I am readily familiar with the
practice and collection and processing of mail with the United States Postal Service and
correspondence placed for collection and mailing would be deposited with the United
States Postal Service at Riverside, California, with postage thereon fully prepaid that
same day in the ordinary course of business.

**Certfied Return Tracking Receipt:**
   ── 9589 0710 5270 2661 1499 27 ──

[X] **ELECTRONIC MAIL**—By transmitting a true and correct copy via court
sponsored electronic service or by electronic e-mail under Rule 2.251 of the California
Rules of Court to the email addresses listed above. The document(s) was/were served
electronically and the transmission was reported as complete and without error consistent
with Code

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Executed on _____October 15th_____, 2025, at _____Riverside_____, California.

_____David Bach Doan_____
David Doan
Declarant

Tung-Thanh: Doan
Tracey-Minh: Ngo
Trustees & Beneficiaries for the
**TRACEY MINH NGO TRUST**
Tel: 949.205.7168
Email: homesweethomes@protonmail.com

Pro Se



FILED
CLERK, U.S. DISTRICT COURT

OCT 1 5 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

**TUNG-THANH: DOAN and TRACEY-MINH: NGO,**
**Trustees and Beneficiaries for the**
**TRACEY MINH NGO TRUST,**
Plaintiffs,
v.
**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE**
**SERVICING; ONSLOW BAY FINANCIAL LLC; and**
**DOES 1–10,**
Defendants.

Case No.: 5:25-cv-02279-JGB–DTB
Judge: Honorable Jesus G. Bernal
Hearing Date: OCTOBER 27th, 2025 at 9AM
Court Room 1, 2nd Floor
3470 Twelfth Street, RIVERSIDE, CA 92501-3801

## AFFIDAVIT OF OWNERSHIP AND DECLARATION OF
## SUPERIOR TITLE INTEREST

**Comes now the undersigned Trustees and Beneficiaries of the TRACEY MINH NGO TRUST, Tracey-Minh: Ngo and Tung-Thanh: Doan, who, being duly sworn, declare and affirm under penalty of perjury under the laws of the State of California and the United States of America, that the following statements are true, correct, and made of their own personal knowledge.**

1. The TRACEY MINH NGO TRUST, a Common Law Unincorporated Business Organization, lawfully acquired ownership of the property located at 3030 Manchester Circle, Corona, CA 92879, legally described as:

    Lot 35, Tract 24129, in the City of Corona, County of Riverside, State of California, as per Map recorded May 16, 1991, in Book

232, Page 3 and 4 of Maps, in the Office of the County Recorder of said County.

APN: 172-340-035.

2. Title was vested in the Trust by Grant Deed, Instrument No. 2025-0267048, recorded on August 29, 2025, at 12:00 PM in the official records of Riverside County, California.

3. On September 3, 2025, at 10:44 AM, a Corporate Assignment of Deed of Trust (Instrument No. 2025-0270232) was recorded purporting to transfer beneficial interest from NMSI, Inc. d/b/a Mortgage MAC, its successors and assigns, to Onslow Bay Financial LLC.

4. Said assignment occurred after the Trust's lawful ownership was already established and recorded, thereby rendering the assignment ineffective, void as to the Plaintiffs' superior vested interest, and a cloud upon title.

The Plaintiffs declare that failure to correct or acknowledge the Trust's superior title interest constitutes a continuing **irreparable harm** to the Trust's estate, title integrity, and the peaceful enjoyment of the property at issue.

Executed this 15th day of October, 2025, at Riverside County, California.

Tracey-Minh: Ngo
**Tracey-Minh: Ngo, Trustee and Beneficiary**

Tung-Thanh: Doan
**Tung-Thanh: Doan, Trustee and Beneficiary.**

**Tung-Thanh: Doan**
**Tracey-Minh: Ngo**
Trustees & Beneficiaries for the
**TRACEY MINH NGO TRUST**
Tel: 949.205.7168
Email: homesweethomes@protonmail.com

Pro Se

FILED
CLERK, U.S. DISTRICT COURT

OCT 15 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

**TUNG-THANH: DOAN and TRACEY-MINH: NGO,**
**Trustees and Beneficiaries for the**
**TRACEY MINH NGO TRUST,**
Plaintiffs,

v.

**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE**
**SERVICING; ONSLOW BAY FINANCIAL LLC; and**
**DOES 1–10,**
Defendants.

Case No.: 5:25-cv-02279-JGB–DTB
Judge: Honorable Jesus G. Bernal
Hearing Date: OCTOBER 27th, 2025 at 9AM
Court Room 1, 2nd Floor
3470 Twelfth Street, RIVERSIDE, CA 92501-3801

# NOTICE OF RELATED FILING

Plaintiffs respectfully notify the Court that on October 8, 2025, they filed the following related document in connection with the pending Defendants' Motion to Strike:

NOTICE OF COPYRIGHT REGISTRATION COMPLIANCE; REQUEST TO AMEND STANDING, PROPOSED ORDER, AND 60-DAY EXTENSION TO RETAIN COUNSEL ( Filed at Clerk Window on October 8, 2025)

This filing provides supplemental context and documentary proof of Plaintiffs' ongoing compliance with the Court's Standing Order and Federal Copyright registration requirements.

It further requests leave to amend Plaintiffs' standing to reflect completion of registration under 17 U.S.C. § 411(a) and to extend time for securing legal representation.

Plaintiffs respectfully incorporate that filing by reference in support of their Opposition to Defendants' Motion to Strike, Notice of Supplemental Evidence (Exhibit F), and Notice of Compliance with Standing Order.

DATED: 15th October 2025
Respectfully submitted,

*Tracey-Minh: ngo    Tung-Thanh: Doan*

TRACEY-MINH: NGO & TUNG-THANH: DOAN,
Trustees and Beneficiaries of the TRACEY MINH NGO TRUST
In Propria Persona

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
(RIVERSIDE)

Tung Thanh Doan and Tracey Minh Ngo,
Plaintiffs,
v.
NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;
ONSLOW BAY FINANCIAL LLC;
MERSCORP HOLDINGS, INC.;
RITHM CAPITAL CORP.; and DOES 1–50,
Defendants.



**Case No.: 5:25-cv-02615-KK (SPx)**
Property at Issue: 3030 Manchester Circle, Corona, CA 92879

# PLAINTIFFS' RESPONSE TO
# ORDER TO SHOW CAUSE

Plaintiffs Tung Thanh Doan and Tracey Minh Ngo respectfully submit this Response to the Court's Order to Show Cause.

## I. PLAINTIFFS ELECT TO PROCEED ONLY AS INDIVIDUAL PLAINTIFFS

Plaintiffs hereby elect to proceed solely in their personal capacities and not on behalf of any trust entity.
Consistent with the Court's directive, Plaintiffs clarify that:
- The Tracey Minh Ngo Trust will not appear as a party;
- Plaintiffs act only as natural persons asserting their own claims;
- No attorney representation is required for this election.

Plaintiffs respectfully request that the docket be updated to reflect:

"Plaintiffs: Tung Thanh Doan and Tracey Minh Ngo (Individuals)"

with no reference to any trust.

## II. PLAINTIFFS HAVE PROSECUTED THIS ACTION DILIGENTLY

Plaintiffs have not abandoned this action.
Since removal, Plaintiffs have:
1. Filed a Motion to Remand;

1

2. Filed an Opposition to Defendants' Motion to Strike;
3. Filed Reply and supplemental notices;
4. Served defendants by email and mail;
5. Prepared for the November 20, 2025 hearing.

Any delay resulted from confusion over pro se trust rules, which is now fully resolved.

Dismissal is therefore unwarranted.

# III. PLAINTIFFS REQUEST THE NOVEMBER 20 HEARING TO PROCEED AS NOTICED

Because Plaintiffs now proceed only as individuals, there is no procedural barrier to the Court hearing:

- Defendants' Motion to Strike
- Plaintiffs' Motion to Remand
- All related filings

Plaintiffs respectfully request that the November 20, 2025 hearing remain on calendar.

# IV. ALTERNATIVELY, PLAINTIFFS REQUEST LEAVE TO AMEND

If the Court determines that any further clarification is required, Plaintiffs request leave to amend pursuant to Rule 15(a)(2).

Plaintiffs can file a clean amended complaint within 10 days if so ordered.

# V. CONCLUSION

Plaintiffs respectfully request that the Court:

1. Accept this Response as full compliance;
2. Permit Plaintiffs to proceed as individuals;
3. Decline dismissal;
4. Proceed with the November 20 hearing as scheduled.

Respectfully submitted,

/s/ Tung Thanh Doan
Tung Thanh Doan, Plaintiff In Propria Persona

/s/ Tracey Minh Ngo
Tracey Minh Ngo, Plaintiff In Propria Persona
Date: 10/18/2025

2

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION (RIVERSIDE)

2

3

Case No.: 5:25-cv-02615-KK (SPx)
Property at Issue: 3030 Manchester Circle, Corona, CA 92879

4

TUNG THANH DOAN and TRACEY MINH NGO,

5

Plaintiffs,

6

v.

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;
ONSLOW BAY FINANCIAL, LLC;

7

MERSCORP HOLDINGS, INC.;
RITHM CAPITAL CORP.; and DOES 1–50,

8

Defendants.



9

10

# [PROPOSED] ORDER RE: PLAINTIFFS' RESPONSE

11

# TO ORDER TO SHOW CAUSE

12

The Court has reviewed Plaintiffs' Response to the Court's Order to Show Cause.

13

Good cause appearing, the Court orders as follows:

1.  Plaintiffs' election to proceed solely in their individual capacities is accepted.

14

2.  The docket shall be updated to reflect Plaintiffs as: "Tung Thanh Doan and Tracey Minh

15

Ngo (Individuals)", with no reference to any trust entity.

3.  The Court declines to dismiss this action at this time.

16

4.  The November 20, 2025 hearing shall proceed as scheduled.

5.  If the Court determines an amended complaint is required for docket clarity, Plaintiffs

17

shall have 10 days from the date of this Order to file a clean amended complaint.

18

IT IS SO ORDERED.

19

DATED: _____

20

Hon. Kenly Kiya Kato

21

United States District Judge

22

23

24

25

26

27

28

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

Case No.: 5:25-cv-02615-KK (SPx)

# PROOF OF SERVICE

I am over the age of eighteen and not a party to this action. My address is:

16422 Rancho Escondido Drive
Riverside, CA 92506

On the date indicated below, I served the following documents:

1. Plaintiffs' Response to Order to Show Cause
2. [Proposed] Order Re: Plaintiffs' Response to Order to Show Cause

on the following counsel for Defendants:

Robert W. Norman, Jr.
HOUSER LLP
9970 Research Drive
Irvine, CA 92618
Email: bnorman@houser-law.com

## Method of Service:

☒ By Email:
A true and correct copy was sent to defense counsel at the email address above.

☒ By U.S. Mail:
I placed a true copy of the documents in a sealed envelope with postage fully prepaid and deposited the envelope in the United States mail at Riverside, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2025, at Riverside, California.

/s/ *David Bach Doan*    David B. Doan
David Bach Doan (Server)

1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
(RIVERSIDE)

Tung Thanh Doan and Tracey Minh Ngo,
Plaintiffs,
v.
NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;
ONSLOW BAY FINANCIAL LLC;
MERSCORP HOLDINGS, INC.;
RITHM CAPITAL CORP.; and DOES 1–50,
Defendants.

```
              FILED
    CLERK, U.S. DISTRICT COURT

        NOV 1 8 2025

    CENTRAL DISTRICT OF CALIFORNIA
    EASTERN DIVISION    BY DEPUTY
```

**Case No.: 5:25-cv-02615-KK (SPx)**
Property at Issue: 3030 Manchester Circle, Corona, CA 92879

# PLAINTIFFS' RESPONSE TO
# ORDER TO SHOW CAUSE

Plaintiffs Tung Thanh Doan and Tracey Minh Ngo respectfully submit this Response to the Court's Order to Show Cause.

## I. PLAINTIFFS ELECT TO PROCEED ONLY AS INDIVIDUAL PLAINTIFFS

Plaintiffs hereby elect to proceed solely in their personal capacities and not on behalf of any trust entity.
Consistent with the Court's directive, Plaintiffs clarify that:
- The Tracey Minh Ngo Trust will not appear as a party;
- Plaintiffs act only as natural persons asserting their own claims;
- No attorney representation is required for this election.

Plaintiffs respectfully request that the docket be updated to reflect:

"Plaintiffs: Tung Thanh Doan and Tracey Minh Ngo (Individuals)"

with no reference to any trust.

## II. PLAINTIFFS HAVE PROSECUTED THIS ACTION DILIGENTLY

Plaintiffs have not abandoned this action.
Since removal, Plaintiffs have:
1. Filed a Motion to Remand;

1

2. Filed an Opposition to Defendants' Motion to Strike;
3. Filed Reply and supplemental notices;
4. Served defendants by email and mail;
5. Prepared for the November 20, 2025 hearing.

Any delay resulted from confusion over pro se trust rules, which is now fully resolved.

Dismissal is therefore unwarranted.

# III. PLAINTIFFS REQUEST THE NOVEMBER 20 HEARING TO PROCEED AS NOTICED

Because Plaintiffs now proceed only as individuals, there is no procedural barrier to the Court hearing:
- Defendants' Motion to Strike
- Plaintiffs' Motion to Remand
- All related filings

Plaintiffs respectfully request that the November 20, 2025 hearing remain on calendar.

# IV. ALTERNATIVELY, PLAINTIFFS REQUEST LEAVE TO AMEND

If the Court determines that any further clarification is required, Plaintiffs request leave to amend pursuant to Rule 15(a)(2).
Plaintiffs can file a clean amended complaint within 10 days if so ordered.

# V. CONCLUSION

Plaintiffs respectfully request that the Court:
1. Accept this Response as full compliance;
2. Permit Plaintiffs to proceed as individuals;
3. Decline dismissal;
4. Proceed with the November 20 hearing as scheduled.

Respectfully submitted,

/s/ Tung Thanh Doan
Tung Thanh Doan, Plaintiff In Propria Persona

/s/ Tracey Minh Ngo
Tracey Minh Ngo, Plaintiff In Propria Persona
Date: 10/18/2025

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION (RIVERSIDE)

Case No.: 5:25-cv-02615-KK (SPx)
Property at Issue: 3030 Manchester Circle, Corona, CA 92879

TUNG THANH DOAN and TRACEY MINH NGO,
Plaintiffs,
v.
NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING;
ONSLOW BAY FINANCIAL, LLC;
MERSCORP HOLDINGS, INC.;
RITHM CAPITAL CORP.; and DOES 1–50,
Defendants.



# [PROPOSED] ORDER RE: PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

The Court has reviewed Plaintiffs' Response to the Court's Order to Show Cause.
Good cause appearing, the Court orders as follows:
1. Plaintiffs' election to proceed solely in their individual capacities is accepted.
2. The docket shall be updated to reflect Plaintiffs as: "Tung Thanh Doan and Tracey Minh Ngo (Individuals)", with no reference to any trust entity.
3. The Court declines to dismiss this action at this time.
4. The November 20, 2025 hearing shall proceed as scheduled.
5. If the Court determines an amended complaint is required for docket clarity, Plaintiffs shall have 10 days from the date of this Order to file a clean amended complaint.

IT IS SO ORDERED.

DATED: _____

Hon. Kenly Kiya Kato
United States District Judge

1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

Case No.: 5:25-cv-02615-KK (SPx)

# PROOF OF SERVICE

I am over the age of eighteen and not a party to this action. My address is:

16422 Rancho Escondido Drive
Riverside, CA 92506

On the date indicated below, I served the following documents:

1. Plaintiffs' Response to Order to Show Cause
2. [Proposed] Order Re: Plaintiffs' Response to Order to Show Cause

on the following counsel for Defendants:

Robert W. Norman, Jr.
HOUSER LLP
9970 Research Drive
Irvine, CA 92618
Email: bnorman@houser-law.com

## Method of Service:

☒ By Email:
A true and correct copy was sent to defense counsel at the email address above.

☒ By U.S. Mail:
I placed a true copy of the documents in a sealed envelope with postage fully prepaid and deposited the envelope in the United States mail at Riverside, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2025, at Riverside, California.

/s/ David Bach Doan   David B. Doan
David Bach Doan (Server)

1

Tung-Thanh: Doan
Tracey-Minh: Ngo
Trustees & Beneficiaries for the
**TRACEY MINH NGO TRUST**
Tel: 949.205.7168
Email: homesweethomes@protonmail.com

Pro Se

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 0 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

**TUNG-THANH: DOAN and TRACEY-MINH: NGO,**
**Trustees and Beneficiaries for the**
**TRACEY MINH NGO TRUST,**
Plaintiffs,

v.

**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE**
**SERVICING; ONSLOW BAY FINANCIAL LLC; and**
**DOES 1–10,**
Defendants.

Case No.: 5:25-cv-02279-JGB–DTB
Judge: Honorable Jesus G. Bernal
Hearing Date: OCTOBER 27th, 2025 at 9AM
Court Room 1, 2nd Floor
3470 Twelfth Street, RIVERSIDE, CA 92501-3801

## PLAINTIFFS' NOTICE OF DUPLICATIVE FILINGS AND
## PROCEDURAL MISREPRESENTATION BY DEFENDANTS

**NOTE:** Plaintiffs file this Notice jointly with their *Supplemental Rebuttal to Defendants' Reply in Support of Motion to Strike Complaint and Request for Sanctions*, submitted concurrently herewith.

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

Plaintiffs respectfully notify the Court that Defendants have created procedural confusion by submitting duplicative federal filings related to their Motion to Strike, including overlapping versions with differing attachments and caption treatments. Plaintiffs make this record solely to clarify what is operative and to preserve judicial economy.

**1. Duplicated Federal Filings.**

Defendants filed more than one "Motion to Strike" package under separate entries (e.g., differing PDF titles and exhibit sets), causing uncertainty as to which filing Defendants contend is operative for the October 27 hearing.

**2. Misleading Captioning.**

In at least one version, Defendants' caption misidentifies Plaintiffs as "Borrower," a label that does not appear in Plaintiffs' pleadings or trust instruments and that is inconsistent with Plaintiffs' capacity as Trustees and Beneficiaries. This framing risks prejudicing judicial perception of the real party in interest.

**3. Requested Clarification.**

To ensure a clean record, Plaintiffs respectfully request that the Court recognize a single operative Motion to Strike for the October 27 hearing and direct Defendants to withdraw or otherwise clarify duplicate filings and any misleading captioning that could confuse the docket.

Respectfully submitted,

Dated: October 20, 2025

Tung-Thanh: Doan, Trustee and Beneficiary

Tracey-Minh: Ngo, Trustee and Beneficiary
For the TRACEY MINH NGO TRUST

1    Plaintiffs attach the following exhibit in support of their Notice filed concurrently herewith:

2    # EXHIBIT A

3

4    **Evidence of Duplicative Filing and Mischaracterization of Plaintiffs as "Borrower"**

5    This image excerpt is from a separate filing made by Defendants NewRez LLC d/b/a
     Shellpoint Mortgage Servicing and Onslow Bay Financial, LLC, through counsel Robert W.

6    Norman, Jr. (Houser LLP), under Case No. 5:25-cv-02615 KK (SPx) in the United States
     District Court, Central District of California. In that alternate Motion to Strike, Defendants

7    intentionally re-captioned the TRACEY MINH NGO TRUST as "BORROWER,"
     misrepresenting Plaintiffs' status and capacity as Trustees and Beneficiaries. This

8    mislabeled caption appears only in that separate case filing and not in Plaintiffs' pleadings

9    or trust instruments, evidencing a bad-faith procedural tactic intended to confuse the
     record and mischaracterize Plaintiffs' legal standing.

10

11

12   [Attach or print the image of the mislabeled caption ("BORROWER") here]

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Filed as Exhibit A to Plaintiffs' Notice of Duplicative Filings and Procedural Misrepresentation by Defendants.

Exhibit A-1

Done              **Motion to Strike**  ⌄

1  Robert W. Norman, Jr. (SBN 232470)
2  HOUSER LLP
   9970 Research Drive
3  Irvine, California 92618
   Telephone: (949) 679-1111
4  Facsimile: (949) 679-1112
5  E-Mail: bnorman@houser-law.com

6  Attorney for Defendants,
7  Newrez LLC dba Shellpoint Mortgage Servicing and Onslow Bay Financial, LLC

8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**

10  TRACEY MINH NGO TRUST, by        Case No. 5:25-cv-02615 KK (SPx)
11  and through Trustee Tung-Thanh:
12  Doan,                            **DEFENDANTS' NOTICE OF**
                                     **MOTION AND MOTION TO**
13             BORROWER,             **STRIKE**

14                                   Hearing –
15                                   Date:  November 20, 2025
16  NEWREZ LLC D/B/A                 Time:  9:30 a.m.
    SHELLPOINT MORTGAGE              Judge: Hon. District Judge Kenly Kiya
17  SERVICING; and ONSLOW BAY        Kato
18  FINANCIAL, LLC and DOES 1-10,    Place: 3470 Twelfth Street
    inclusive,                              Courtroom 3, 3rd Floor
19                                           Riverside, CA 92501-3801
20             DEFENDANTS.

21
22
23      **TO THE COURT, CLERK, ALL PARTIES, AND THEIR COUNSEL OF**
24  **RECORD:**
25      **PLEASE TAKE NOTICE** that on November 20, 2025 at 9:30 a.m., or as soon
26  as counsel may be heard, in Courtroom 3 of the above captioned court located at
27  3470 Twelfth Street, Riverside, CA 92501-3801, the Hon. District Judge Kenly
28  Kiya Kato presiding, Newrez LLC dba Shellpoint Mortgage Servicing ("Newrez")

                                    1
                    DEFENDANTS' MOTION TO STRIKE

1  and Onslow Bay Financial, LLC ("Onslow Bay") will, and hereby do, move to
2  strike the Complaint filed by Borrower Tracey Minh Ngo Trust ("Borrower Trust"),
3  by and through Trustee Tung-Thanh: Doan ("Trustee") and each claim for relief
4  alleged therein ("Complaint"). This motion is made pursuant to Federal Rules of
5  Civil Procedure 12(f) on grounds that a trust must be represented by an attorney,
6  and not an individual.
7      This motion is based on this Notice and Motion, the accompanying
8  Memorandum of Points and Authorities in Support, the pleadings and records on

1    Plaintiffs attach the following exhibit in support of their Notice filed concurrently herewith:

2

## EXHIBIT B-1

3

4    **Declaration of Trust – TRACEY MINH NGO TRUST (Executed September 14, 2017)**

5    This Exhibit contains the complete and true copy of the Declaration of Trust for the TRACEY MINH NGO TRUST, executed on September 14, 2017, establishing the Trust as an

6    Unincorporated Business Organization (UBO) governed under common law. It identifies Trustees TRACEY-MINH: NGO and TUNG-THANH: DOAN, and declares the Trust's lawful

7    capacity to hold and manage property.

8

9    [Attach supporting document here]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Filed as Exhibit B-1 to Plaintiffs' Notice of Duplicative Filings and Procedural Misrepresentation by Defendants.
Filed October 20, 2025.

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

THIS declaration of trust made this day between the undersigned parties, known hereinafter as the **"Creator"** and the **"Trustee"** agree to wit:

1. Creator herein offers for consideration to create an organization under common law having a fixed number of certificates which evidence a right of distribution, commonly known as an Irrevocable Trust Organization or Unincorporated Business Organization, and

2. Trustee herein agrees to the exchange, in trade, good and valuable consideration for certificates of the newly created organization, <u>TRACEY MINH NGO Trust.</u>

**THEREFORE, the parties mutually agree, promise and covenant as follows:**

**CONSIDERATION:**

a) Trustee herein agrees to bargain, exchange, assign, convey and deliver to this organization or its appointed Trustee

b) Immediately upon execution of this agreement, Creator agrees to appoint a Trustee having authority to carry out the exchange and hold and administer the consideration received.

c) This initial exchange, a description of the consideration, whether personal and/or real property, and the number of certificates issued, shall be documented in the minutes of the organization.

d) Both parties herein contract to perform, and agree that this exchange is not a sale or a gift, but an equal-in-value exchange.

**ADMINISTERED AS TRUST ESTATE:**

a) Assets of this organization shall be deemed, for administrative purposes, a trust estate and the consideration received from Trustee shall be deemed the initial corpus.

b) Any additional property received from any future Trustee or any party shall be deemed an addition to corpus.

c) Any persons may add property of any character to the trust estate at any time by gift, grant, conveyance, exchange, insurance proceeds, assignment, will or any other method so long as the property and method of transfer is approved by the Trustee(s).

d) All assets belonging to the trust estate shall be listed on Schedule "A", or an addendum to Schedule "A", and administered as provided herein.

**IRREVOCABLE AGREEMENT:**

a. The parties herein agree that this contract and declaration, including all trust provisions contained herein, shall be irrevocable.

b. Trustee irrevocably relinquishes all rights to the property exchanged into this organization.

c. Neither Creator nor Trustee nor any certificate holder shall have any right to revoke or amend this contract and declaration.

d. Amendments may only be made by unanimous approval of the Board of Trustees as provided herein. Further, the board of Trustees shall have exclusive power to construe and determine the meaning and intent of this contract and declaration.

**APPOINTMENT OF TRUSTEE:**

Upon execution of this contract and declaration, Creator shall appoint a Trustee, known hereinafter as the "first" Trustee, to administer this organization as provided herein. The first Trustee shall provide Creator a written acceptance of the appointment, which shall be made a part of the permanent records.

**BOARD OF TRUSTEES:**

a. The first Trustee, upon acceptance of the appointment, may thereafter appoint a second Trustee.

b. They in turn may jointly appoint one or more additional Trustees and may designate successors.

c. Trustees shall collectively act by authority of this contract and the trust provisions contained herein as a Board of Trustees for the purpose of holding and administering company assets for the benefit of certificate holders.

d. All members of the Board of Trustees shall serve without bonds.



**DECLARATION IN CREATION OF TRUST**                                          Page 1 of 7

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

**DISCRETIONARY POWERS:**

    a.  The parties herein agree that the Board of Trustees shall have absolute and sole discretionary power over this organization, its assets and earnings therefrom.

    b.  The Board shall have authority to:

        a.  Determine what shall constitute principal and earnings,

        b.  how such assets shall be allocated, and

        c.  shall have absolute authority to determine if and when distributions of principal or earnings will be made to certificate holders.

**ACCEPTANCE BY TRUSTEES:**

The first Trustee, and all subsequent Trustees and successor Trustees, by accepting the appointment as Trustee of this organization causes all present and future Trustees to agree to the following:

    a.  They accept the initial gift or conveyance of property on behalf of the organization and acknowledge the delivery of all property specified on Schedule "A".

    b.  They agree to conduct the organization's affairs in good faith, in conformity with the terms and conditions set forth in this contract and its inherent trust provisions.

    c.  They agree to exercise their best judgment and discretion to conserve and improve the property of the trust estate in accordance with decisions of the Board of Trustees as set forth in the organization's minutes.

    d.  They agree, upon final liquidation of the trust estate, to distribute the assets to the existing certificate holders as their contingent rights may appear.

**ADMINISTRATIVE PROVISIONS:**

Trustees, and their successors, may hold administrative offices within the organization, and may singularly or collectively exercise authority granted by the Board of Trustees in the management of company affairs. They are herein authorized to exclusively manage, administer and control the trust estate without the consent of certificate holders. The following specific terms and conditions apply:

    a.  The Board of Trustees shall be at least one (1) in number, and may be increased as deemed necessary in the manner set forth above.

    b.  A Trustee may resign or be removed from the Board, with or without cause, by a resolution of the Board of Trustees determined by a majority vote.

    c.  In the event of death, removal from the Board, or resignation of a Trustee, the vacant position shall be filled by a successor Trustee, if pre-appointed, or the remaining Board of Trustees may appoint a successor by unanimous vote. Should the entire Board of Trustees become vacant, the trust will make full distribution to the beneficiaries.

    d.  The signing and acknowledging of this contract by any Trustee or Trustees shall constitute Trustees' collective acceptance of this contract and its trust provisions and Trustees' acknowledgment that this organization's property and assets are vested in fee simple in the trust estate without any further act or conveyance by the Board of Trustees. Trustees as discretionary fiduciaries shall hold legal and equitable title to all assets.

    e.  The Board of Trustees may provide for meetings at stated intervals without notice, and special meetings may be called at any time by one or more Trustees upon three day's written notice. At any regular or special meeting, a majority of Trustees shall constitute a quorum for conducting business, provided affirmative action may only be had upon a majority vote of Trustees, whether present or absent, except that in a special meeting called for a special purpose the majority present may affirmatively act in emergency matters. A telephone or fax vote shall be a valid vote.

    f.  Any resolution of the Board of Trustees shall be deemed within the Board's power so long as the resolution is not inconsistent with this organizational document and any amendments thereto.

    g.  Trustees shall be controlled by this document as amended and future resolutions of the Board of Trustees. All meetings and resolutions shall be recorded in a company minute book.

    h.  Trustees shall keep proper records and accounts as the Board of Trustees deems necessary for the proper



# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

management of the trust estate.

i.  Trustees shall not be required to individually assume liability for loss of company assets while acting in good faith on behalf of the organization, or for any act or omission of any other Trustees, agents or employees. They shall, however, be liable for their own breach of good faith. If a Trustee shall for any reason suffer a personal loss while providing good faith service to the trust, the Trustee shall be reimbursed for such loss from the trust estate further reimbursement may be documented in agreement with the trust.

j.  The Board of Trustees, at the expiration of the term as set forth herein, shall wind up company affairs and terminate the company operations, making final distribution as provided. If the organization was recorded publicly, Trustees shall file with the Recorder a notice of termination; and Trustees, thereupon, shall automatically be discharged, provided final administration and distribution was made in accordance with the terms and conditions of this agreement. Otherwise, a court of equity may be invoked to review and correct any tort or error, if necessary.

k.  When there are no longer trustees and beneficiaries the Manager will have the right to dissolve the trust by following the procedures in "J".

l.  Any Affidavits for Public Notice, Declarations, and Honorable Clarifications, not limited to any Corporeal and/or Incorporeal Hereditaments concerning any conveyance included in the Security Agreement, and/or Authenticated foreign document(s) is under the Hague Convention, 5 October, 1961.

**TRUSTEE POWERS:**

Trustees shall have general common law powers over the company and the trust estate herein, and may do anything any citizen may lawfully do in any state or country. Specifically, but not by way of limitation, they shall have all rights, authority and power as follows:

a.  To compromise or abandon any claims arising out of, in favor of, or against the company and its trust estate, and Trustees' good faith decision in that regard shall be binding and conclusive on all parties.

b.  To manage, invest and reinvest the trust estate, or any part thereof, in any kind of property or venture which men of prudence, discretion and intelligence consider for their own account, without being restricted to investments which are ordinarily permitted by law or customarily used for trust funds, and without restrictions as to the duration of this organization. Specifically included, but not by way of limitation, are real estate, collectables, gems, art works, precious metals, corporate obligations of every kind, preferred and common stock, commodities, mutual funds and trust funds.

c.  To open, maintain and close bank and thrift accounts of every kind, and conduct all monetary affairs of this trust.

d.  To sell at public or private sale for cash, credit, or cash and credit, and upon such terms and conditions as Trustees may deem proper.

e.  To sell, grant, convey, mortgage, option, rent, lease or pledge all trust estate assets, real, personal or mixed, in such manner as deemed appropriate and nondestructive to the general welfare of the trust.

f.  To borrow on or encumber the trust estate without restriction and to make loans with or without security. All borrowed funds shall immediately become a part of the trust estate.

g.  To allocate capital gains and/or dividends to trust principal as may be deemed appropriate or advantageous to the trust estate.

h.  To register company property in the name of the company, a fictitious trade name of the company, a Trustee or nominee so long as company ownership of such property can be clearly demonstrated.

i.  To make distributions in cash or in kind and to assign values to such property according to Trustees' best judgment.

j.  To accept additions to the trust estate by deed, will, assignment, exchange, gift, grant, insurance proceeds or any other methods deemed acceptable to Trustees. Trustees are further authorized to honor any buy-sell agreements extant as to any property or interest held in trust.

k.  To elect and remunerate officers from the Board or elsewhere as deemed appropriate or expedient. To hire and remunerate employees, agents or contractors. To incur and pay the ordinary and necessary expenses of administration, including, but not limited to, legal fees, accountant's fees, Trustee fees, brokerage fees, consulting fees and the like, and to allocate all the expenses and receipts between principal and income as



# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

Trustees shall deem proper.

l. To give proxies, to deposit securities with and transfer title to committees representing securities holders and to participate in voting trusts, reorganizations and other transactions involving the common interest of security holders.

m. To open margin accounts with securities firms and commodities traders and to buy, write or trade in options, commodities, and to make short sales. Trustees shall be empowered to hold securities in their own names, the name of a nominee, in street name, or unregistered in such condition that ownership will pass. Trustees shall incur no liability to the company for any loss. The Trust shall indemnify the trustee from all liability. Further, any securities firm or commodities traders may rely on this document and the trust provisions herein in respect of a Trustee's authority without making further inquiry.

n. Trustees are expressly authorized to hold, manage and operate any company property, or business or enterprise. The profits and losses, if any therefrom, shall be chargeable respectively to the trust estate.

o. Trustees are authorized to pay all taxes out of the trust estate, and have complete discretion, power and authority to make any decisions or elections that would effectively minimize such taxes if any taxes are eligible to be levied.

p. Trustees may expressly delegate one or more of their powers to any other person or persons as may be deemed expedient for the management of company affairs, and may revoke such delegation at any time by written notice delivered to such persons.

q. Trustees, by a majority vote, may change the domicile of the company with or without cause if they deem such change will protect or benefit the trust estate.

r. Trustees, by unanimous vote, may make amendments to this contract and declaration and take such other consequential actions as they deem necessary or appropriate to protect the integrity of the organization and to insure the organization will continue to function and be administered in the best interest of certificate holders and in the manner intended.

s. Trustees, by majority vote, may at any time and at their sole discretion wind up company affairs, terminate this organization and make distributions of the trust estate to certificate holders as provided herein.

**RIGHT TO DISTRIBUTION:**

Trustees have discretionary powers to make distributions from this organization without regard to equality of certificate holders except for final liquidation. Notwithstanding, a right to any distribution from this organization shall be evidenced by the holding of one or more certificates, and the following provisions respecting such certificates shall remain in full force and be carefully observed by Trustees, certificate holders, and interested third parties at all times:

a. Trustees shall be authorized to issue one hundred (100) certificate units (hereinafter called TCUs or certificates), representing 100% of the rights to distribution from the organization's trust estate. Trustees shall not issue TCUs in excess of that number. The TCUs shall have no par value, and Trustees shall not place any nominal value on TCUs at any time. TCUs are non-assessable, nontaxable, nonnegotiable and limited in transferability. The lawful possessor shall be construed the true and lawful owner thereof. Creator herein may own TCUs. No person having or controlling a majority vote on the Board of Trustees, however, shall have or possess any rights to distribution from the trust estate.

b. Trustees are authorized to receive property into the trust estate in exchange for a negotiated number of TCUs. The party exchanging the property shall be deemed to be a Trustee. All owners of TCUs shall be identified on a Registry of Trust Certificate Units, kept in the company minute book. Ownership of TCUs shall not entitle the holder to any legal or equitable title in the company or the trust estate, nor to any undivided interest therein, nor management thereof.

c. TCUs shall be immune from seizure by any creditor of the lawful owner.

d. Death, insolvency or bankruptcy of any TCU holder, or the transfer of his TCUs by gift, exchange or sale, shall not operate as dissolution of this organization or its operation or business; nor shall such events entitle his creditors, heirs or legal representatives to demand any partition or division of the trust estate or any special accounting. Death of a TCU holder shall terminate his or her rights under the TCU and said rights may not thereafter pass by probate or operation of law to any heir or legatee, but shall revert to the Board



# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

of Trustees to be reissued as determined by an action of the Board.

e.  TCUs may be surrendered to or transferred back to the organization subject to the approval of the Board of Trustees, but may not otherwise be pledged, assigned, hypothecated or transferred by a TCU holder without the consent of a majority in interest of all other current TCU holders. Should a TCU holder transfer or surrender his TCUs to the organization, the Board of Trustees may, at its sole discretion assign, convey or exchange said TCUs to any other person(s) or entities upon approval of the Board. If any TCU holder contests, in any court of law, the validity of this organization or any provision herein, or the authority of Trustees, that TCU holder's certificates shall revert back to the Board of Trustees and may be reissued to other parties at the discretion of the Board.

**NEGOTIATION AND EXCHANGE:**
The Trustee is herein authorized to bargain, exchange, trade or sell certificates to a willing Trustee upon board approval at the initial Board of Trustees' meeting or any time thereafter.

**NOTICE TO THIRD PARTIES:**
Notice is hereby given to all persons, companies or corporations extending credit to, contracting with or having claims against this organization or its Trustees, that they must look only to the funds and property of the organization for payment or for settlement of their damages, accounts receivable or claims. Trustees, officers or agents of this organization are not personally liable for the organization's obligations.

**COPIES AS ORIGINALS:**
A copy of this organizational document bearing the seal or signature of a Trustee, or a copy certified by a Notary Public as a correct copy, shall be relied upon as an original document and shall have the full force and effect of the original document in every respect.

**PURPOSE AND INTENT OF THIS AGREEMENT:**
This contract with trust provisions is intended to create a common law contractual company, (also known as an Unincorporated Business Organization) for receiving, conveying or holding property in fee simple, and for providing prudent management of such property, and for conducting any legitimate business through appointed Trustees for the benefit of certificate holders. Trustees shall hold both legal and equitable title to the trust estate, and shall act solely within their powers as provided herein and within their common law rights and immunities. The administration of this organization shall be amenable to Common Law regulation and under the protection of the Bill of Rights as well as Declaration of Independence, although Trustees can seek relief in any court or venue they may choose or deem necessary. If any provision herein is unenforceable, the remaining provisions shall nevertheless be carried into effect. Nothing herein contained shall be construed as intent to evade or contravene any law, nor to delegate to Trustees any special power belonging exclusively to a statutory company, franchise or incorporation, but rather in equity create an equal playing field.

**COMMON LAW ORGANIZATION:**
Creator expressly declares this to be an organization founded upon the freedoms and rights inherent in the common law of the Republic of the United States of America, and all references herein to the United States shall be construed to refer to the Continental United States of America in its original context as set forth in the Constitution of the United States, the original Bill of Rights and the state constitutions of the several sovereign states comprising the union of the United States of America. This organization, then, is created under the common law of contracts, protected by Article I, Sec. 10, Para. 1 of the Constitution of the United States. It is, therefore, not created under the statutes of any U.S. state, and does not depend upon any statute for its existence. It is not a partnership or corporation or statutory trust, but a separate legal entity having its own common law identity.

**LEGAL DOMICILE:**
This organization shall be domiciled in the state where it conducts its principal business. Notwithstanding, Creator herein provides that upon a majority vote of the Board of Trustees this organization may be moved to, and



# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

administered in, any state or territory of the United States of America, or in any English common law foreign jurisdiction.

**PRIVACY:**
This organizational document and all company business shall be kept private, protected by the Privacy Act of 1974, 5 USC 552(a), the Fourth and Fifth Amendments to the Constitution of the United States, and the common law privacy rights available in the United States of America and every other applicable jurisdiction.

**TERM OF YEARS:**
This organization, unless terminated earlier as provided herein, shall continue for a term of 25 (twenty-five) years. The life of the company may, however, be extended for additional 25-year terms, subject to a unanimous affirmative vote of the Board of Trustees at least ninety days prior to each termination date. At dissolution, the trust estate shall be distributed on a pro-rata basis to the then existing certificate holders.

**COMPANY NAME:**
This organization shall be named as shown on page one of this contract and declaration. This shall be deemed the company name. Company business shall be conducted under this name, or under one or more fictitious trade names, or in the name of a Trustee or nominee determined at the sole discretion of the Board of Trustees.

**IN WITNESS WHEREOF:**
Creator and Trustee execute this contract and declaration in recognition of the delivery and acceptance of the property named herein, and in recognition of the powers and duties imparted to Trustees of this organization. They assent to all the terms and conditions set forth herein, and declare that the effective date of this organizational document is infra.

### JURAT

In compliance with Title 28 U.S.C. § 1746(1), and executed WITHOUT THE UNITED STATES, we affirm under the penalties of perjury, and to the laws of the De Jure united States of America, that the foregoing is true, correct, and complete to the best of my belief and informed knowledge. And Further the Deponent Saith Not. I now affix my Signature and Official Seal to the above Document with EXPLICIT RESERVATION OF ALL OUR UNALIENABLE RIGHTS, WITHOUT PREJUDICE TO ANY OF THOSE RIGHTS, in compliance with UCC § 1-308:
This agreement is entered into and executed willingly, knowingly and voluntarily by each party in good faith, and shall endeavor to execute the promises, terms and conditions herein with diligence and in the best interest of the other party this September 14, 2017 A.D.

Executed at the following address:    **3030 MANCHESTER CIR.**
**CORONA CALIFORNIA 92879**

Creator

*Tracey-Minh:Ngo*
Signature of Creator
Address:       Tracey-Minh: Ngo
               c/o 21650 Temescal Canyon Rd #80
               Corona California 92879

Trustee

*Tung-Thanh:Doan*
Signature of Trustee
Address:       Tung-Thanh: Doan
               21650 Temescal Canyon Rd. #80
               Corona California [92883]

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

First Witness Signature                    Second Witness Signature

**DECLARATION IN CREATION OF TRUST**

Page 6 of 7

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

Address: _1397 Seccond Ave_    Address: _1397 Seccond Ave_
_NY NY 10021_    _NY NY 10021_

## MINUTES OF THE
## TRUSTEE MEETING OF

### TRACEY MINH NGO TRUST
(Name of Trust)

### BANKING RESOLUTION

Date: December 12, 2017

The undersigned Trustee(s) for the above named Trust RESOLVED that Tracey-Minh: Ngo, being the Managing Director(s) of this Trust, was/is herein fully authorized by the Board of Trustees to select and make application to any bank or financial institution for the purpose of establishing one or more checking and/or savings accounts in the name of this Trust. Further, the Managing Director(s) and/or his/her designee, or other officers or agents of this Trust as identified below, is/are authorized to make deposits and withdrawals, write checks, and maintain such accounts without further action of the Board of Trustees.

Further, the bank or financial institution is hereby authorized to pay out the funds of this Trust as directed by the authorized signatories without further authorization from the Board of Trustees, whether such directives call for disbursements in cash, to bearer or to the order of any third party.

Further, the suggested title for the account is: TRACEY MINH NGO TRUST

_Tracey-Minh: Ngo_                    _82-6817086_
Signature of Managing Director: Tracey-Minh: Ngo        Tax No./EIN

The following persons are authorized to sign checks or withdrawals from any accounts created with the selected bank(s) or institution(s) with identification being required:

_Tracey: Minh: Ngo_                    _Tung-Thanh: Doan_
First Authorized Agent Tracey-Minh: Ngo Signature:        Second Authorized Agent Tung-Thanh: Doan
                                                         Signature:

This BANKING RESOLUTION shall remain in effect until canceled or modified by the Board of Trustees.

                    BOARD OF TRUSTEES:

_Tracey-Minh: Ngo_                    _Tung-Thanh: Doan_
For The Board of Trustees, Tracey-Minh: Ngo        Accepted By Tung-Thanh: Doan

### W I T N E S S E S

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

_Mojjeh: Medea_                    _Joharra: Medea_
First Witness Signature                    Second Witness Signature
Address: _Mojeh: Medea_                Address: _Joharra Medea_
_2817 Second Ave._                    _1857 N Cedar Ave._
_NY NY/1001_                        _NY NY 10001_

1

Plaintiffs attach the following exhibit in support of their Notice filed concurrently herewith:

2

# EXHIBIT B-2

3

**Defendants' Duplicative Filing – Reply in Support of Motion to Strike (Different Case Number)**

4

5

This Exhibit contains the separate 'Reply in Support of Motion to Strike' filed by Defendants in a different federal case number (Case No. 5:25-cv-02615 KK (SPx)), demonstrating their duplicative filings concerning the same subject matter. This duplicative submission constitutes procedural misrepresentation designed to create docket confusion and delay Plaintiffs' claims.

6

7

8

9

[Attach supporting document here]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Filed as Exhibit B-2 to Plaintiffs' Notice of Duplicative Filings and Procedural Misrepresentation by Defendants. Filed October 20, 2025.

Robert W. Norman, Jr. (SBN 232470)
HOUSER LLP
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112
E-Mail: bnorman@houser-law.com

Attorney for Defendants,
Newrez LLC dba Shellpoint Mortgage Servicing and Onslow Bay Financial, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY MINH NGO TRUST, by and through Trustee Tung-Thanh: Doan, <br><br> BORROWER, <br><br> V. <br><br> NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; and ONSLOW BAY FINANCIAL, LLC and DOES 1-10, inclusive, <br><br> DEFENDANTS. | Case No. 5:25-cv-02615 KK (SPx) <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE** <br><br> Hearing – <br> Date: November 20, 2025 <br> Time: 9:30 a.m. <br> Judge: Hon. District Judge Kenly Kiya Kato <br> Place: 3470 Twelfth Street <br> Courtroom 3, 3rd Floor <br> Riverside, CA 92501-3801 |

**TO THE COURT, CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE** that on November 20, 2025 at 9:30 a.m., or as soon as counsel may be heard, in Courtroom 3 of the above captioned court located at 3470 Twelfth Street, Riverside, CA 92501-3801, the Hon. District Judge Kenly Kiya Kato presiding, Newrez LLC dba Shellpoint Mortgage Servicing ("Newrez")

1  and Onslow Bay Financial, LLC ("Onslow Bay") will, and hereby do, move to
2  strike the Complaint filed by Borrower Tracey Minh Ngo Trust ("Borrower Trust"),
3  by and through Trustee Tung-Thanh: Doan ("Trustee") and each claim for relief
4  alleged therein ("Complaint"). This motion is made pursuant to Federal Rules of
5  Civil Procedure 12(f) on grounds that a trust must be represented by an attorney,
6  and not an individual.

7      This motion is based on this Notice and Motion, the accompanying
8  Memorandum of Points and Authorities in Support, the pleadings and records on
9  file in this action, and any further evidence, arguments, or authorities presented at
10 or before the hearing of this Motion.

11     This motion is exempt from the pre-filing conference requirement in Local Rule
12 7-3 because the rule requires contact with opposing counsel and Borrower Trust
13 lacks proper counsel under 28 U.S.C. § 1654. *See Knoefler v. United Bank of*
14 *Bismarck*, 20 F.3d 347, 348 (8th Cir. 1994) ("A nonlawyer, such as these purported
15 'trustee(s) pro se' has no right to represent another entity, i.e., a trust, in a court of
16 the United States."). Trustee Tung-Thanh: Doan is appearing pro se for a Trust and
17 is not an attorney, so Plaintiff's complaint lacks proper, identifiable counsel with
18 whom to meet and confer.

19

20 Dated: October 16, 2025                  **HOUSER LLP**
21
22                                          */s/ Robert W. Norman, Jr.*
                                            Robert W. Norman, Jr.
23                                          Attorney for Defendants,
                                            Newrez LLC dba Shellpoint
24                                          Mortgage Servicing and Onslow Bay
25                                          Financial, LLC
26
27
28

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

Defendants Newrez LLC dba Shellpoint Mortgage Servicing and Onslow Bay Financial, LLC (collectively, "Defendants"), pursuant to Fed.R.Civ.P 12(f), hereby move to strike the Complaint filed by and through Trustee Tung-Thanh: Doan ("Trustee") on behalf of Borrower Tracey Minh Ngo Trust ("Borrower Trust"), on the basis that the trust must be represented by an attorney, not a trustee pro se.

"Tung-Thanh: Doan" is not admitted to practice law and is not permitted to represent a trust. 28 U.S.C. § 1654 governs party representation in federal courts and provides: "In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein." The portion of the statute granting permission to the parties to "plead and conduct their own cases personally" has been uniformly construed as authorizing an individual who is a party to an action to appear pro se, but only where he is representing himself alone, asserting his own personal rights or interests exclusively. *C.E. Pope Equity Trust v. United States,* 818 F.2d 696, 697 (9th Cir. 1987); *McShane v. United States,* 366 F.2d 286, 288 (9th Cir. 1966); *Russell v. United* States, 308 F.2d 78, 79 (9th Cir. 1962).

If an individual purporting to appear pro se is not the actual "beneficial owner of the claims being asserted," they are not viewed as a party conducting their "own case personally" within the meaning of Section 1654. *C.E. Pope Equity Trust,* 818 F.2d 696 at 697. This interpretation of Section 1654—that the beneficial owner of the claim being asserted is the only person permitted to appear pro se—is reflected in holdings barring non-attorneys from representing corporations (*e.g., Carr Enterprises, Inc. v. United States,* 698 F.2d 952, 953 (8th Cir. 1983)), partnerships (*e.g., Eagle Associates v. Bank of Montreal,* 926 F.2d 1305, 1308-10 (2d Cir. 1991)), unincorporated associations (*e.g., Church of the New Testament v. United States,* 783 F.2d 771, 773-74 (9th Cir. 1986), and, most importantly

1  here, trusts (*C.E. Pope Equity Trust*, 818 F.2d at 697. *See also Knoefler v. United*
2  *Bank of Bismarck*, 20 F.3d 347, 348 (8th Cir. 1994) ("A nonlawyer, such as these
3  purported 'trustee(s) pro se' has no right to represent another entity, i.e., a trust, in
4  a court of the United States.")). Such entities are, by their very nature, unable
5  to appear in person and must act through representatives. *Rowland v. California*
6  *Men's Colony, Unit II Men's Advisory Council* 506 U.S. 194, 202 (1993) ("28
7  U.S.C. § 1654...does not allow corporations, partnerships, or associations
8  to appear in federal court otherwise than through a licensed attorney"). Finally, this
9  court's local rules specifically prohibit a non-lawyer from representing or acting on
10  behalf of an entity. *See* Local Rule 83-2.2.2 ("No organization or entity of any other
11  kind (including corporations, limited liability partnerships, unincorporated
12  associations, **trusts**) may appear in any action or proceeding unless represented by
13  an attorney permitted to practice before this Court[.]" (emphasis added)).

14      Here, and in a related and nearly identical case[1] pending in this court, Mr. Doan
15  is not an attorney and is not admitted to practice in federal court. Accordingly, under
16  the rule set forth in the *C.E. Pope Equity Trust* case, defendant Trust must be
17  represented by an attorney, and not by Tung-Thanh: Doan, in his capacity as Trustee
18  for the Trust in pro se. On that basis, the Court should strike the Complaint filed by
19  Tung-Thanh: Doan, Trustee in pro se.

21  //

24  //

[1] Plaintiffs have a separate, related case pending in the United States District Court, Central District of California (Eastern Division – Riverside) against the same defendants, and involving the same loan and subject property. This matter, case number 5:25-cv-02279-JGB–DTB, has a hearing on a Motion to Strike before Hon. Judge Jesus G. Bernal and Hon. Magistrate Judge David T. Bristow set for October 27, 2025.

2
DEFENDANTS' MOTION TO STRIKE

## II.    CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant this Motion and strike Trust's Complaint.

Dated: October 16, 2025                        **HOUSER LLP**

                                               */s/ Robert W. Norman, Jr.*
                                               Robert W. Norman, Jr.
                                               Attorney for Defendants,
                                               NewRez LLC dba Shellpoint
                                               Mortgage Servicing; Onslow Bay
                                               Financial, LLC

1  **PROOF OF SERVICE**

2      I am employed in the County of Orange, State of California.  I am over the

3  age of 18 and not a party to the within action.  My business address is 9970 Research Drive, Irvine, CA 92618.

4

5      On October 16, 2025 I served the following document(s) described as follows:

6  **DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE**

7

8      On the following interested parties in this action:

9  Tung-Thanh: Doan, Trustee
   16422 Rancho Escondido Dr.

10  Riverside, CA 92506
    Phone: (714) 887-3068

11  Email: homesweethomes@protonmail.com
    *In Pro per,*

12  *Tracey Minh Ngo Trust*

13  ☒    FIRST CLASS MAIL—By placing a true copy thereof enclosed in a sealed

14      envelope(s) addressed as above, and placing each for collection and mailing
        on the date following ordinary business practices.  I am readily familiar with

15      my firm's business practice and collection and processing of mail with the
        United States Postal Service and correspondence placed for collection and

16      mailing would be deposited with the United States Postal Service at Irvine,
        California, with postage thereon fully prepaid that same day in the ordinary

17      course of business.

18  ☒    ELECTRONIC MAIL—By transmitting a true and correct copy via court

19      sponsored electronic service or by electronic e-mail under Rule 2.251 of the
        California Rules of Court to the email addresses listed above. The

20      document(s) was/were served electronically and the transmission was
        reported as complete and without error consistent with Code of Civil

21      Procedure § 1010.6(a), (4) and (5).

22      I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

23

24      Executed on October 16, 2025 at Irvine, California.

25                                      */s/ Taylor A. Duffin*

26                                      Taylor A. Duffin

27

28

---

PROOF OF SERVICE
DEFENDANTS' MOTION TO STRIKE



FILED
CLERK, U.S. DISTRICT COURT

OCT 2 1 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION – RIVERSIDE

**TRACEY MINH NGO TRUST, by and through its Trustees and Beneficiaries, TRACEY-MINH: NGO and TUNG-THANH: DOAN,**
**16422 Rancho Escondido Drive, Riverside, CA 92506,**
**Plaintiffs,**

**v.**

**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; and ONSLOW BAY FINANCIAL, LLC,**
**Defendants.**

**Case No. 5:25-cv-02279-JGB–DTB**
**Judge: Hon. Jesus G. Bernal**

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF "PLAINTIFFS' NOTICE OF DEFENDANTS' PROCEDURAL MANIPULATION AND MISREPRESENTATION OF CONCURRENT STATE-COURT HEARING" (FILED OCTOBER 20, 2025)**

**TO THE HONORABLE COURT, THE CLERK OF COURT, AND ALL PARTIES OF RECORD:**

Plaintiffs TRACEY MINH NGO TRUST, by and through Trustees Tung-Thanh: Doan and Tracey-Minh: Ngo, hereby respectfully withdraw the document titled "Plaintiffs' Notice of Defendants' Procedural Manipulation and Misrepresentation of Concurrent State-Court Hearing," which was filed on October 20, 2025.

Upon subsequent review of the supporting materials, Plaintiffs determined that the referenced state-court hearing date could not be verified through Defendants' filings or official court notices. Plaintiffs discovered this factual uncertainty the same day and have acted promptly to withdraw the document to ensure the accuracy and integrity of the record. This withdrawal is made in good faith and without prejudice to any other filings or arguments properly before the Court.

All other filings submitted on October 20, 2025, remain in effect.

Dated: October 21, 2025

\s\ *Tung- Thanh: Doan*
TUNG-THANH: DOAN, Trustee and Beneficiary

\s\ *Tracey-Minh: Ngo*
TRACEY-MINH: NGO, Trustee and Beneficiary

Plaintiffs, TRACEY MINH NGO TRUST
16422 Rancho Escondido Drive, Riverside, CA 92506
Email: homesweethomes@protonmail.com

1    **PROOF OF SERVICE – NOTICE OF WITHDRAWAL**

2    I, David Doan, declare as follows:

3
     I am over the age of eighteen (18) years and not a party to this action. My mailing
4    address is 16422 Rancho Escondido Drive, Riverside, California 92506.

5
     On October 21, 2025, I served the following document:
6

7    "PLAINTIFFS' NOTICE OF WITHDRAWAL OF 'PLAINTIFFS' NOTICE OF
     DEFENDANTS' PROCEDURAL MANIPULATION AND MISREPRESENTATION OF
8    CONCURRENT STATE-COURT HEARING' (FILED OCTOBER 20, 2025)."

9
     Served on:
10   Robert W. Norman, Jr. (SBN 232470); Alyssa G. Reyes (SBN 354017)
11   HOUSER LLP, 9970 Research Drive, Irvine, CA 92618
     Email: bnorman@houser-law.com
12

13   ☒ (BY ELECTRONIC MAIL) – I transmitted a true and correct copy to the email
14   address listed above.
     ☒ (BY CERTIFIED U.S. MAIL) – I placed a true copy in a sealed envelope with
15   postage fully prepaid and deposited it in the U.S. Mail at Riverside, California.

16
     I declare under penalty of perjury under the laws of the United States of America
17   that the foregoing is true and correct.

18
19   Executed on October 21, 2025, at Riverside, California.
          David Bach Doan
20   \S\ *David-Bach: Doan*
21   David Bach Doan

22

23

24

25

26

27

28
                                   PAGE 1 OF 1

# COURTESY COPY

# CHAMBERS OF HON. JESUS G. BERNAL

U.S. District Court – Central District of California
Eastern Division (Riverside)
3470 Twelfth Street, Courtroom 1, 2nd Floor
Riverside, CA 92501

**Case No.: 5:25- cv- 02279- JGB–DTB**

**Document: PLAINTIFFS' NOTICE OF WITHDRAWAL OF "PLAINTIFFS'
NOTICE OF DEFENDANTS' PROCEDURAL MANIPULATION AND
MISREPRESENTATION OF CONCURRENT STATE- COURT HEARING" (FILED
OCTOBER 20, 2025)**

**Note to Chambers:**

Filed to correct the record promptly after Plaintiffs discovered a factual
uncertainty regarding a referenced state- court hearing date. All other filings
from October 20, 2025 remain in effect.

**Delivered By:**

\s\ *Tung-Thanh: Doan* Tung- Thanh : Doan
TUNG- THANH: DOAN, Trustee and Beneficiary, TRACEY MINH NGO TRUST
16422 Rancho Escondido Drive, Riverside, CA 92506
Date: October 21, 2025

**Tung-Thanh: Doan, Plaintiff (Pro Se)**
**Tracey-Minh: Ngo, Plaintiff (Pro Se)**
16422 Rancho Escondido Drive
Riverside, CA 92506
Telephone: 714.887.3068
Email: homesweethomes@protonmail.com

## United States District Court - Central District of California
## Eastern Division – Riverside

**Tung Thanh Doan,** an individual,
**Tracey Minh Ngo,** an individual,
Plaintiffs,
v.
**NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,**
**ONSLOW BAY FINANCIAL LLC,**
**MERSCORP HOLDINGS, INC.,** and **RITHM CAPITAL CORP.,**
Defendants.

Case No.: 5:25-cv-02615-JGB-DTB

**Hon. Jesus G. Bernal**
Courtroom 1- 2nd Floor 3470
12th St, Riverside, CA 92501
Hearing Date November 24, 2025 at 9AM

FILED
CLERK, U.S. DISTRICT COURT
NOV 2 4 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# NOTICE OF PRIOR FILINGS AND RELEVANT EVIDENCE NOT CURRENTLY REFLECTED ON THE DOCKET

Plaintiffs respectfully submit this Notice to ensure that the Court has a complete record of the filings, notices, and evidence previously submitted in connection with this action before its reassignment and amendment of party designation.

This Notice is filed for clarity, completeness, and to assist the Court, as several filings made prior to reassignment to the Hon. Jesus G. Bernal do not currently appear on the public docket following the amendment from Trust plaintiffs to individual plaintiffs.

1

Plaintiffs submit this Notice without argument, without seeking reconsideration of any ruling, and solely to ensure the Court has access to documents that were essential to the scheduling, briefing, and upcoming hearing on November 24, 2025 at 9:00 a.m.

# 1. Prior Notices Served on Defendants (Evidence of Pre-Litigation Notice)

Before filing the Complaint, Plaintiffs served Defendants with:

**a. July 14, 2025 Notice of Debt Validation and Copyright Infringement**

Sent to: Shellpoint, Onslow Bay, MERSCORP, and Rithm Capital.

**b. August 14, 2025 Second Notice (Repeated Demand & Copyright Notice)**

Also served on all Defendants.

These notices are central to the issues raised in the pending Motion, as they demonstrate:
(1) Defendants had actual prior notice of the dispute;
(2) Defendants continued collection and recording activity after notice;
(3) Chain-of-title activity occurred after Plaintiffs' protected notices.

Copies were previously filed and delivered to chambers.

# 2. Chain-of-Title Documents Previously Filed

The following documents were submitted to the Court but do not currently appear on the docket:

**a. Grant Deed transferring property to TRACEY MINH NGO TRUST**

Recorded August 29, 2025.

**b. Assignment of Deed of Trust recorded after the Grant Deed**

The Assignment (Instrument No. 2025-0270232, recorded 9/3/25) was executed after the Grant Deed, raising questions of sequencing, authority, and MERS' role.

**c. Notice of Default and Acceleration**

2

Issued by Shellpoint after Plaintiffs' July and August notices.

These documents were included in Plaintiffs' exhibits and delivered to the Court prior to reassignment.

# 3. Plaintiffs' Opposition and Exhibits Previously Submitted

Before the case was reassigned, Plaintiffs submitted:

**a. Opposition to Defendants' Motion**

Including arguments relating to:
- beneficiary standing,
- Defendants' mischaracterization of the trust structure,
- pre-litigation notice,
- retroactive assignment issues,
- and irreparable harm.

**b. Exhibit Binder A–H**

Containing the supporting documents described above, including USPS tracking, returned mail, notices, trust documents, and title records.

These materials were delivered to chambers and accepted before the docket was reset.

# 4. Returned Mail and Service Evidence

Plaintiffs previously submitted documentation showing:
- Returned certified mail from Onslow Bay and Rithm Capital ("Undeliverable as Addressed"),
- Delivered receipt confirmation from Shellpoint,
- Tracking logs for all mailed notices.

These were essential to demonstrating non-responsiveness and inability to validate the alleged debt.

# 5. Purpose of This Notice

This Notice is not a motion and does not request any ruling.

3

It is submitted solely to ensure that the Court has access to documents that appear missing from the public docket after the required amendment to individual plaintiff status.

Plaintiffs will bring courtesy copies of all referenced documents to the hearing on November 24, 2025, and will provide duplicates upon request.

# Respectfully submitted,

DATED: November 21, 2025

*/s/ Tung-Thanh: Doan*
Tung-Thanh: Doan
Plaintiff, Pro Se

*/s/ Tracey-Minh: Ngo*
Tracey-Minh: Ngo
Plaintiff, Pro Se

4

# DECLARATION OF TUNG-THANH: DOAN

I, Tung-Thanh: Doan, declare as follows:

1. I am a plaintiff in this action and make this declaration based on my personal knowledge.
2. Prior to reassignment of this case and the amendment of party designation, I submitted filings and exhibits that no longer appear on the current public docket.
3. The documents attached as Exhibits A through H were previously filed, lodged with the Court, or delivered to chambers, including:

   (a) pre-litigation notices served on Defendants on July 14 and August 14, 2025;

   (b) chain-of-title documents;

   (c) Plaintiffs' opposition materials;

   (d) USPS tracking proof;

   (e) returned mail; and

   (f) trust documentation showing beneficiary standing.

4. These documents were essential to framing the issues and responding to Defendants' arguments and are submitted again solely to ensure completeness of the Court's record.
5. This Notice is not intended to seek reconsideration or modify any order. It is for the purpose of clarity and to assist the Court ahead of the November 24, 2025 hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: November 24, 2025

Riverside, California

Tung-Thanh: Doan

Plaintiff, Pro Se

1

# DECLARATION OF TRACEY-MINH NGO

I, Tracey-Minh Ngo, declare as follows:

1. I am a plaintiff in this action and a beneficiary of the TRACEY MINH NGO TRUST.
2. I have reviewed the Exhibits A through H and confirm that they are true and correct copies of documents we previously submitted and served.
3. I join fully in this Notice of Prior Filings and Relevant Evidence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 24, 2025

Riverside, California

Tracey-Minh Ngo

Plaintiff, Pro Se

1

# EXHIBIT LIST

(For Notice of Prior Filings and Relevant Evidence)

**Exhibit A – July 14, 2025 Notice of Debt Validation & Copyright Infringement**
Served on Shellpoint Mortgage Servicing, Onslow Bay Financial LLC, MERSCORP Holdings, Inc., and Rithm Capital Corp.

**Exhibit B – August 14, 2025 Second Notice of Non-Compliance & Copyright Infringement**
Served on all Defendants.

**Exhibit C – Grant Deed to TRACEY MINH NGO TRUST**
Recorded August 29, 2025 (showing Trust ownership prior to later assignment).

**Exhibit D – Assignment of Deed of Trust (Retroactive/Out-of-Sequence)**
Recorded September 3, 2025 (Instrument No. 2025-0270232), showing action taken after Trust's Grant Deed was recorded.

**Exhibit E – Notice of Default / Acceleration Letter**
Issued by Shellpoint after Plaintiffs' July and August notices.

**Exhibit F – USPS Tracking & Returned Mail Evidence**
Including:
- Delivered receipt from Shellpoint
- Returned mail from Onslow Bay Financial LLC
- Returned mail from Rithm Capital Corp ("Undeliverable as Addressed")
- Tracking screenshots for all mailings.

**Exhibit G – Trust Declaration Pages**
Showing both Plaintiffs (Tung-Thanh: Doan and Tracey-Minh: Ngo) as Trustees and Beneficiaries.

**Exhibit H – Plaintiffs' Previously Filed Opposition and Supporting Documents**
Filed and delivered to Judge's chambers prior to docket reassignment.

1